**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **JUSTIN DEWAYNE WENCKENS,** *Plaintiff,* | § | |
| | § | |
| **v.** | § | **PE-25-CV-00005-DC-DF** |
| | § | |
| **BRYAN COLLIER, et al.,** *Defendants.* | § | |

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL**

BEFORE THE COURT is Plaintiff Justin Wenckens' Motion to File Exhibits Under Seal. (Doc. 43). This motion is before the undersigned U.S. Magistrate Judge due to a standing order of referral from the District Judge pursuant to 28 U.S.C. § 636 and Appendix C of the Local Rules for Assignment of Duties to U.S. Magistrate Judges. After due consideration, the Court hereby **GRANTS** the Motion. (Doc. 43).

Accordingly, the Clerk of Court is **ORDERED** to file Exhibits A and B under **SEAL**.

It is so **ORDERED**.

SIGNED this 6th day of October, 2025.

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE