**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **JUSTIN DEWAYNE WENCKENS,** | § | |
| *Plaintiff* | § | |
| | § | **P-25-CV-00005-DC** |
| **v.** | § | |
| | § | |
| | § | |
| **MANUEL ENRIQUEZ, JR.,** *et al.*, | § | |
| *Defendants* | § | |

## SCHEDULING ORDER

As this 42 U.S.C. §1983 civil rights case is brought by a *pro se* plaintiff who is in custody, the Court enters the following scheduling order under Rule 16 of the Federal Rules of Civil Procedure in reference to Defendants' Answers [docket numbers 39 & 71]:

The parties must complete discovery **on or before Monday, June 15, 2026**. The parties may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post deadline discovery.

Plaintiff is responsible for identifying, after discovery, the remaining John Doe, which must be done **by June 15, 2026**. Any John Doe not identified by name **by June 15, 2026**, will be dismissed *sua sponte* under Rule 4(m) as an unidentified and unserved defendant.

All dispositive motions shall be filed no later than **Wednesday, July 15, 2026**. Dispositive motions, as defined in Local Rule CV-7(c), and responses to dispositive motions shall be limited to 20 pages, and are due within 14 days of the filing of the dispositive motion. Replies, if any, shall be limited to 10 pages in length in accordance with Local Rule CV-7(e).

The trial date will be determined at a later date by the Court. The parties should consult Local Rule CV-16(e)–(g) regarding matters to be filed in advance of trial.

It is so **ORDERED**.

**SIGNED** this 28th day of April, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE