**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **JUSTIN DEWAYNE WENCKENS,** | § | |
| **TDCJ NO. 02477197,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **P-25-CV-00005-DC** |
| | § | |
| **MANUEL ENRIQUEZ, JR.,** *et al.*, | § | |
| *Defendants.* | § | |

**ORDER GRANTING PLAINTIFF'S OPPOSED**
**SECOND MOTION TO APPOINT COUNSEL**

On this day, the Court considered Plaintiff's Opposed Second Motion to Appoint Counsel.

(Doc. ____ .) The Court finds that the motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff's Opposed Second Motion to Appoint

Counsel is **GRANTED.**

The following attorney is hereby appointed to represent Plaintiff, Justin Dewayne

Wenckens in this proceeding.

It is so **ORDERED.**

SIGNED this _____ day of June, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE