**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **JUSTIN DEWAYNE WENCKENS,** | § | |
| **TDCJ NO. 02477197,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **P-25-CV-00005-DC** |
| | § | |
| **MANUEL ENRIQUEZ, JR.,** *et al.*, | § | |
| *Defendants*. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND RELATED SCHEDULING ORDER DEADLINES

On this day, the Court considered Plaintiff's Opposed Motion to Extend Discovery and Related Scheduling Order Deadlines. (Doc. ___ .) The Court finds that the motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff's Opposed Motion to Extend Discovery and Related Scheduling Order Deadlines is **GRANTED.**

The Court will issue a separate new Scheduling Order.

It is so **ORDERED.**

SIGNED this _____ day of June, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE