**In the United States District Court**
**for the Western District of Texas**
**Pecos Division**

| | | |
|---|---|---|
| **Justin Dewayne Wenckens,** | § | |
| **(TDCJ No. 02477197),** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civ. Action No. 4:25–cv–5–DC–DF** |
| | § | |
| **Manuel Enriquez, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS NOTICE OF INITIAL DISCLOSURES TO PLAINTIFF

Defendants Luis Perez, Raul Ortega, and Jeremiah Flores ("Defendants") advise the Court that they have complied with F.R.C.P. 26(a)(1) by providing their Initial Disclosures to Plaintiff on this date.

Respectfully submitted,


**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**BRIANA M. WEBB**
Division Chief
Law Enforcement Defense Division

June 15, 2026                    */s/  Vishal V. Iyer*
**VISHAL V. IYER**
Texas State Bar No. 24106134
Assistant Attorney General
Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711–2548
p: (512) 463–2080
f: (512) 370–9814
e: vishal.iyer@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

## Certificate of Service

I certify that I served this document, and any attached pages, to Wenckens, by mailing it **CMRRR 7021 2720 0002 0445 0161**, to Justin Dewayne Wenckens, TDCJ No. 02477197, Coffield Unit, 2661 FM 2054; Tennessee Colony, TX 75884, within two business days of the date below.  Fed. R. Civ. P. 5(b)(2)(C).


June 15, 2026                                        */s/ Vishal V. Iyer*
                                                     **VISHAL V. IYER**
                                                     Assistant Attorney General