# AFFIDAVIT

THE STATE OF **TEXAS** §

COUNTY OF **WALKER** §

BEFORE ME, the undersigned authority, on this day personally appeared Lisa Lopez, who, being by me duly sworn, deposed as follows:

My name is Lisa Lopez and I am an employee of the University of Texas Medical Branch-Correctional Managed Care/Texas Department of Criminal Justice (TDCJ), a governmental agency. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records for the University of Texas Medical Branch-Correctional Managed Care – Health Services Archives, a part of the TDCJ located in Huntsville, Texas. Attached are true and correct copies of ***medical records for*** Justin Wenckens ***TDCJ#***02477197 **for the time period of** 1-1-2024 to 3-28-2025, which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

I declare under penalty of perjury that the foregoing is true and correct.

"Further Affiant sayeth not."

**LISA LOPEZ**
Sr. Mgr. of Health Info. Mgmt.
UTMB-CMC Health Services Archives
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned notary public, on the 28th day of March, 2025.

Carol D. Coody
Notary Public, State of Texas
ID# 133728607
Comm. Exp. 05-24-2026
Notary without Bond

NOTARY PUBLIC, STATE OF TEXAS

Carol D. Coody
Notary's Printed Name

My Commission Expires: 05-24-2026

# Patient Restriction History

Patient: WENCKENS, JUSTIN D MRN: 2477197 DOB: [redacted] Sex: MALE Race:WHITE

| DetailID | Action | Order Provider | Section | Element | Restriction | Start | # Days | Exp. | Cont | Data | Units | Entry User |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12024320 | ADD | ALI, DOLORES H | PULHES | S-MODIFIER | T | 08/26/2024 | | | | | | (16460)ALI,DOLORES |
| 12024319 | DELETE | ALI, DOLORES H | PULHES | S-MODIFIER | R | 08/26/2024 | | | | | | (16460)ALI,DOLORES |
| 11803430 | ADD | INGRAM, ROXIE H | V | | Mental Health Representative Required | 06/04/2024 | | | Yes | | | (29573)INGRAM,ROXIE |
| 11803429 | ADD | INGRAM, ROXIE H | IV | Disciplinary Process | Consult Representative of Mental Health Department before taking disciplinary action | 06/04/2024 | | | Yes | | | (29573)INGRAM,ROXIE |
| 11803428 | ADD | INGRAM, ROXIE H | PULHES | S-MODIFIER | R | 06/04/2024 | | | | | | (29573)INGRAM,ROXIE |
| 11803427 | DELETE | INGRAM, ROXIE H | PULHES | S-MODIFIER | T | 06/04/2024 | | | | | | (29573)INGRAM,ROXIE |
| 11682623 | DELETE | SCHRODETZKI, CANDICE S | III | | 20b. Psych - No Temperature Extremes | 04/23/2024 | | | Yes | | | (21930)SCHRODETZKI,CANDICE |
| 11682622 | DELETE | SCHRODETZKI, CANDICE S | III | | 19b. Psych - No Work in Direct Sunlight | 04/23/2024 | | | Yes | | | (21930)SCHRODETZKI,CANDICE |
| 11454437 | DELETE | SMITH, PATRICIA A | III | | 21b. Psych - No Humidity Extremes | 01/30/2024 | | | Yes | | | (53544)SMITH,PATRICIA |
| 11454436 | DELETE | SMITH, PATRICIA A | III | | 17. No Walk Wet/Uneven Surfaces | 01/30/2024 | | | Yes | | | (53544)SMITH,PATRICIA |
| 11454435 | DELETE | SMITH, PATRICIA A | III | | 15. No Food Service | 01/30/2024 | | | Yes | | | (53544)SMITH,PATRICIA |
| 11454434 | DELETE | SMITH, PATRICIA A | III | | 12. No Climbing | 01/30/2024 | | | Yes | | | (53544)SMITH,PATRICIA |
| 11454433 | DELETE | SMITH, PATRICIA A | III | | 11. No Repetitive Squatting | 01/30/2024 | | | Yes | | | (53544)SMITH,PATRICIA |
| 11454419 | ADD | SMITH, PATRICIA A | I | Trustee Camp | Not Suitable for Trustee Camp | 01/30/2024 | | | Yes | | | (53544)SMITH,PATRICIA |
| 11454418 | ADD | SMITH, PATRICIA A | PULHES | E-MODIFIER | T | 01/30/2024 | | | | | | (53544)SMITH,PATRICIA |
| 11454417 | ADD | SMITH, PATRICIA A | PULHES | H-MODIFIER | T | 01/30/2024 | | | | | | (53544)SMITH,PATRICIA |
| 11454416 | ADD | SMITH, PATRICIA A | PULHES | U-MODIFIER | T | 01/30/2024 | | | | | | (53544)SMITH,PATRICIA |
| 11454415 | ADD | SMITH, PATRICIA A | PULHES | P-MODIFIER | T | 01/30/2024 | | | | | | (53544)SMITH,PATRICIA |
| 11454414 | ADD | SMITH, PATRICIA A | PULHES | P-CODE | E | 01/30/2024 | | | | | | (53544)SMITH,PATRICIA |
| 11454413 | DELETE | SMITH, PATRICIA A | PULHES | P-MODIFIER | P | 01/30/2024 | | | | | | (53544)SMITH,PATRICIA |
| 11454412 | DELETE | SMITH, PATRICIA A | PULHES | P-CODE | C | 01/30/2024 | | | | | | (53544)SMITH,PATRICIA |
| 11423104 | ADD | PATTON, JENNIFER | | | RESEND | 01/18/2024 | | | | | | (20620)PATTON,JENNIFER |
| 11383646 | ADD | ACEVEDO, JESSICA M | | | RESEND | 12/28/2023 | | | | | | (95732)ACEVEDO,JESSICA |
| 11372604 | ADD | SENDEJO, JACKIE | III | | 21b. Psych - No Humidity Extremes | 12/20/2023 | | | Yes | | | (25597)SENDEJO,JACKIE |
| 11372603 | ADD | SENDEJO, JACKIE | III | | 19b. Psych - No Work in Direct Sunlight | 12/20/2023 | | | Yes | | | (25597)SENDEJO,JACKIE |
| 11369171 | ADD | PATTON, JENNIFER | III | | 21a. Medical - No Humidity Extremes | 12/20/2023 | | | Yes | | | (20620)PATTON,JENNIFER |

# Patient Restriction History

Patient: WENCKENS, JUSTIN D MRN: 2477197 DOB: [redacted] Sex: MALE Race: WHITE

| DetailID | Action | Order Provider | Section | Element | Restriction | Start | # Days | Exp. | Cont | Data | Units | Entry User |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11369170 | ADD | PATTON, JENNIFER | III | | 20a. Medical - No Temperature Extremes | 12/20/2023 | | | Yes | | | (20620)PATTON,JENNIFER |
| 11369169 | ADD | PATTON, JENNIFER | III | | 19a. Medical - No Work in Direct Sunlight | 12/20/2023 | | | Yes | | | (20620)PATTON,JENNIFER |
| 11369168 | ADD | PATTON, JENNIFER | III | | 17. No Walk Wet/Uneven Surfaces | 12/20/2023 | | | Yes | | | (20620)PATTON,JENNIFER |
| 11369167 | ADD | PATTON, JENNIFER | III | | 12. No Climbing | 12/20/2023 | | | Yes | | | (20620)PATTON,JENNIFER |
| 11369166 | ADD | PATTON, JENNIFER | III | | 11. No Repetitive Squatting | 12/20/2023 | | | Yes | | | (20620)PATTON,JENNIFER |
| 11369165 | DELETE | PATTON, JENNIFER | II | Extended Medical Hours | Medical Non-KOP | 12/20/2023 | | | Yes | | | (20620)PATTON,JENNIFER |
| 11369164 | ADD | PATTON, JENNIFER | II | Bunk Assignment | Lower Only | 12/20/2023 | | | Yes | | | (20620)PATTON,JENNIFER |
| 11369163 | ADD | PATTON, JENNIFER | PULHES | L-MODIFIER | P | 12/20/2023 | | | | | | (20620)PATTON,JENNIFER |
| 11369162 | ADD | PATTON, JENNIFER | PULHES | L-CODE | B | 12/20/2023 | | | | | | (20620)PATTON,JENNIFER |
| 11369161 | ADD | PATTON, JENNIFER | PULHES | L-DESIG | 2 | 12/20/2023 | | | | | | (20620)PATTON,JENNIFER |
| 8260790 | ADD | NGASSA, ELIZABETH | III | | 21a. Medical - No Humidity Extremes | 04/29/2020 | 180 | 10/26/2020 | | | | (10181)NGASSA,ELIZABETH |
| 8260789 | ADD | NGASSA, ELIZABETH | III | | 20a. Medical - No Temperature Extremes | 04/29/2020 | 180 | 10/26/2020 | | | | (10181)NGASSA,ELIZABETH |
| 8190717 | ADD | SNELLGROVE, SUSAN | | | Reviewed: No Changes Needed | 03/25/2020 | | | | | | (28842)SNELLGROVE,SUSAN |
| 7995644 | ADD | YEE, BENJAMIN | | | RESEND | 01/27/2020 | | | | | | (14993)YEE,BENJAMIN |
| 7449046 | ADD | YEE, BENJAMIN | | | RESEND | 08/07/2019 | | | | | | (14993)YEE,BENJAMIN |
| 6886757 | ADD | YEE, BENJAMIN | | | RESEND | 02/25/2019 | | | | | | (14993)YEE,BENJAMIN |
| 6309598 | ADD | VITTONE, ALICIA B | III | | 20b. Psych - No Temperature Extremes | 08/29/2018 | | | Yes | | | (13878)VITTONE,ALICIA |
| 6236244 | ADD | FALCK, VIRGINIA E | | | Reviewed: No Changes Needed | 08/08/2018 | | | | | | (13433)FALCK,VIRGINIA |
| 6173015 | ADD | LEE, ELLEN | | | Reviewed: No Changes Needed | 07/23/2018 | | | | | | (12979)LEE,ELLEN |
| 6170307 | ADD | GEDDES, JAMES D | III | | 1. Medically Unassigned | 07/20/2018 | 7 | 07/27/2018 | | | | (96913)O NEIL,BRENDA |
| 5882670 | ADD | REILLEY, PAUL K | III | | 15. No Food Service | 05/01/2018 | | | Yes | | | (98836)REILLEY,PAUL |
| 5582746 | ADD | LEE, ELLEN | PULHES | S-MODIFIER | T | 02/02/2018 | | | | | | (12979)LEE,ELLEN |
| 5582745 | DELETE | LEE, ELLEN | PULHES | S-MODIFIER | R | 02/02/2018 | | | | | | (12979)LEE,ELLEN |
| 5089777 | ADD | WANG, JOHN Q | PULHES | S-MODIFIER | R | 08/23/2017 | | | | | | (16406)WANG,JOHN |
| 5089776 | DELETE | WANG, JOHN Q | PULHES | S-MODIFIER | T | 08/23/2017 | | | | | | (16406)WANG,JOHN |
| 303685 | ADD | UNKNOWN, UNKNOWN | PULHES | S-MODIFIER | T | 08/08/2016 | | | | | | MAINFRAME_UPLOAD |

# Patient Restriction History

Patient: WENCKENS, JUSTIN D MRN: 2477197 DOB: [redacted] Sex: MALE Race: WHITE

| DetailID | Action | Order Provider | Section | Element | Restriction | Start | # Days | Exp. | Cont | Data | Units | Entry User |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 303684 | ADD | UNKNOWN, UNKNOWN | PULHES | S-CODE | B | 08/08/2016 | | | | | | MAINFRAME_UPLOAD |
| 303683 | ADD | UNKNOWN, UNKNOWN | PULHES | S-DESIG | 2 | 08/08/2016 | | | | | | MAINFRAME_UPLOAD |
| 303682 | ADD | UNKNOWN, UNKNOWN | PULHES | P-MODIFIER | P | 08/08/2016 | | | | | | MAINFRAME_UPLOAD |
| 303681 | ADD | UNKNOWN, UNKNOWN | PULHES | P-CODE | C | 08/08/2016 | | | | | | MAINFRAME_UPLOAD |
| 303680 | ADD | UNKNOWN, UNKNOWN | PULHES | P-DESIG | 3 | 08/08/2016 | | | | | | MAINFRAME_UPLOAD |
| 303679 | ADD | UNKNOWN, UNKNOWN | II | Extended Medical Hours | Medical Non-KOP | 05/29/2012 | | | Yes | | | MAINFRAME_UPLOAD |
| 303678 | ADD | UNKNOWN, UNKNOWN | II | Extended Medical Hours | Psych Non-KOP | 05/29/2012 | | | Yes | | | MAINFRAME_UPLOAD |

# Historical Medication Print Pass

*Active Medications From 01/01/2024 To 03/28/2025*

**ROBERTSON (RB)**

**ALLERGIES:** NO KNOWN ALLERGIES

PATIENT: WENCKENS, JUSTIN D MRN: 2477197 DOB: [redacted] HOUSING: 3B21 CELL 30

**BUSPIRONE HCL 15MG TABLET #** RX_ID: 34681834
1 TABS ORAL AT BEDTIME FOR 30 DAYS. JAIL INTAKE REFILLS: 0/0
RX DATE: 12/19/2023 07:23 AM RUN START DATE: 12/19/2023 07:23 AM RUN END DATE: 01/18/2024 07:23 AM
ORDERING FACILITY: GARZA (NH) EXPIRATION DATE: 01/18/2024 07:23 AM
ORDERING PROVIDER: PATTON, JENNIFER APRN, FNP ENTRY USER: PATTON, JENNIFER APRN, FNP
MEDICATION STATUS: AUTOMATIC EXPIRATION on 01/18/2024 07:23 AM

---

**METHOCARBAMOL 750MG TABLET !** RX_ID: 35003169
2 TABS ORAL TWICE DAILY FOR 7 DAYS. REFILLS: 0/0
RX DATE: 02/26/2024 12:15 PM RUN START DATE: 02/26/2024 12:14 PM RUN END DATE: 03/04/2024 12:14 PM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 03/04/2024 12:14 PM
ORDERING PROVIDER: CORTEZ, RAY V MD ENTRY USER: CORTEZ, RAY V MD
MEDICATION STATUS: AUTOMATIC EXPIRATION on 03/04/2024 12:14 PM

---

**TRAZODONE 50MG TABLET** RX_ID: 35915197
1 TABS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 0/11
RX DATE: 08/26/2024 01:02 PM RUN START DATE: 08/26/2024 01:02 PM RUN END DATE: 09/25/2024 01:02 PM
ORDERING FACILITY: ROBERTSON (RB) EXPIRATION DATE: 08/21/2025 01:02 PM
ORDERING PROVIDER: ALI, DOLORES H APRN, PMHNP ENTRY USER: ALI, DOLORES H APRN, PMHNP
MEDICATION STATUS: ACTIVE

---

**TRAZODONE 50MG TABLET** RX_ID: 35915197
1 TABS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 1/11
RX DATE: 08/26/2024 01:02 PM RUN START DATE: 09/25/2024 01:02 PM RUN END DATE: 10/25/2024 01:02 PM
ORDERING FACILITY: ROBERTSON (RB) EXPIRATION DATE: 08/21/2025 01:02 PM
ORDERING PROVIDER: ALI, DOLORES H APRN, PMHNP ENTRY USER: ALI, DOLORES H APRN, PMHNP
MEDICATION STATUS: ACTIVE

---

**TRAZODONE 50MG TABLET** RX_ID: 35915197
1 TABS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 2/11
RX DATE: 08/26/2024 01:02 PM RUN START DATE: 10/25/2024 01:02 PM RUN END DATE: 11/24/2024 01:02 PM
ORDERING FACILITY: ROBERTSON (RB) EXPIRATION DATE: 08/21/2025 01:02 PM
ORDERING PROVIDER: ALI, DOLORES H APRN, PMHNP ENTRY USER: ALI, DOLORES H APRN, PMHNP
MEDICATION STATUS: ACTIVE

---

**TRAZODONE 50MG TABLET** RX_ID: 35915197
1 TABS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 3/11
RX DATE: 08/26/2024 01:02 PM RUN START DATE: 11/24/2024 01:02 PM RUN END DATE: 12/24/2024 01:02 PM
ORDERING FACILITY: ROBERTSON (RB) EXPIRATION DATE: 08/21/2025 01:02 PM
ORDERING PROVIDER: ALI, DOLORES H APRN, PMHNP ENTRY USER: ALI, DOLORES H APRN, PMHNP
MEDICATION STATUS: ACTIVE

---

**TRAZODONE 50MG TABLET** RX_ID: 35915197
1 TABS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 4/11
RX DATE: 08/26/2024 01:02 PM RUN START DATE: 12/24/2024 01:02 PM RUN END DATE: 01/23/2025 01:02 PM
ORDERING FACILITY: ROBERTSON (RB) EXPIRATION DATE: 08/21/2025 01:02 PM
ORDERING PROVIDER: ALI, DOLORES H APRN, PMHNP ENTRY USER: ALI, DOLORES H APRN, PMHNP
MEDICATION STATUS: ACTIVE

---

# Historical Medication Print Pass

*Active Medications From 01/01/2024 To 03/28/2025*

**ROBERTSON (RB)**

**ALLERGIES:** NO KNOWN ALLERGIES

PATIENT: WENCKENS, JUSTIN D MRN: 2477197 DOB: [redacted] HOUSING: 3B21 CELL 30

**TRAZODONE 50MG TABLET** RX_ID: 35915197
1 TABS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 5/11
RX DATE: 08/26/2024 01:02 PM RUN START DATE: 01/23/2025 01:02 PM RUN END DATE: 02/22/2025 01:02 PM
ORDERING FACILITY: ROBERTSON (RB) EXPIRATION DATE: 08/21/2025 01:02 PM
ORDERING PROVIDER: ALI, DOLORES H APRN, PMHNP ENTRY USER: ALI, DOLORES H APRN, PMHNP
MEDICATION STATUS: ACTIVE

---

**TRAZODONE 50MG TABLET** RX_ID: 35915197
1 TABS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 6/11
RX DATE: 08/26/2024 01:02 PM RUN START DATE: 02/22/2025 01:02 PM RUN END DATE: 03/24/2025 01:02 PM
ORDERING FACILITY: ROBERTSON (RB) EXPIRATION DATE: 08/21/2025 01:02 PM
ORDERING PROVIDER: ALI, DOLORES H APRN, PMHNP ENTRY USER: ALI, DOLORES H APRN, PMHNP
MEDICATION STATUS: ACTIVE

---

**TRAZODONE 50MG TABLET** RX_ID: 35915197
1 TABS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 7/11
RX DATE: 08/26/2024 01:02 PM RUN START DATE: 03/24/2025 01:02 PM RUN END DATE: 04/23/2025 01:02 PM
ORDERING FACILITY: ROBERTSON (RB) EXPIRATION DATE: 08/21/2025 01:02 PM
ORDERING PROVIDER: ALI, DOLORES H APRN, PMHNP ENTRY USER: ALI, DOLORES H APRN, PMHNP
MEDICATION STATUS: ACTIVE

---

**10D-ACETAMINOPHEN 325MG TABLET** RX_ID: 35733203
KOP 2 TABS ORAL 3 TIMES DAILY AS NEEDED FOR 10 DAYS. MAY DISPENSE NO MORE THAN A 10-DAY SUPPLY AT A TIME. REFILLS: 0/0
RX DATE: 07/22/2024 08:31 AM RUN START DATE: 07/22/2024 08:31 AM RUN END DATE: 08/01/2024 08:31 AM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 08/01/2024 08:31 AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: OSUNDE, EZEKIEL E PA
MEDICATION STATUS: AUTOMATIC EXPIRATION on 08/01/2024 08:31 AM

---

**AMLODIPINE 10MG TABLET** RX_ID: 34681831
KOP 1 TABS ORAL AT BEDTIME FOR 30 DAYS. REFILLS: 0/11
RX DATE: 12/19/2023 07:23 AM RUN START DATE: 12/19/2023 07:22 AM RUN END DATE: 01/18/2024 07:22 AM
ORDERING FACILITY: GARZA (NH) EXPIRATION DATE: 12/13/2024 07:22 AM
ORDERING PROVIDER: PATTON, JENNIFER APRN, FNP ENTRY USER: PATTON, JENNIFER APRN, FNP
MEDICATION STATUS: A MEDICATION REORDER/RENEWAL on 01/30/2024 10:18 AM

---

**AMLODIPINE 10MG TABLET** RX_ID: 34681831
KOP 1 TABS ORAL AT BEDTIME FOR 30 DAYS. REFILLS: 1/11
RX DATE: 12/19/2023 07:23 AM RUN START DATE: 01/18/2024 07:22 AM RUN END DATE: 02/17/2024 07:22 AM
ORDERING FACILITY: GARZA (NH) EXPIRATION DATE: 12/13/2024 07:22 AM
ORDERING PROVIDER: PATTON, JENNIFER APRN, FNP ENTRY USER: PATTON, JENNIFER APRN, FNP
MEDICATION STATUS: A MEDICATION REORDER/RENEWAL on 01/30/2024 10:18 AM

---

**AMLODIPINE 10MG TABLET** RX_ID: 34866645
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 0/11
RX DATE: 01/30/2024 10:18 AM RUN START DATE: 02/21/2024 05:16 AM RUN END DATE: 03/22/2024 05:16 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 02/15/2025 05:16 AM
ORDERING PROVIDER: SMITH, PATRICIA A APRN, FNP ENTRY USER: SMITH, PATRICIA A APRN, FNP
MEDICATION STATUS: CHANGE on 05/25/2024 02:32 PM

---

# Historical Medication Print Pass

*Active Medications From 01/01/2024 To 03/28/2025*

**ROBERTSON (RB)**

**ALLERGIES:** NO KNOWN ALLERGIES

PATIENT: WENCKENS, JUSTIN D MRN: 2477197 DOB: [redacted] HOUSING: 3B21 CELL 30

**AMLODIPINE 10MG TABLET** RX_ID: 34866645
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 1/11
RX DATE: 01/30/2024 10:18 AM RUN START DATE: 03/22/2024 05:16 AM RUN END DATE: 04/21/2024 05:16 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 02/15/2025 05:16 AM
ORDERING PROVIDER: SMITH, PATRICIA A APRN, FNP ENTRY USER: SMITH, PATRICIA A APRN, FNP
MEDICATION STATUS: CHANGE on 05/25/2024 02:32 PM

---

**AMLODIPINE 10MG TABLET** RX_ID: 34866645
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 2/11
RX DATE: 01/30/2024 10:18 AM RUN START DATE: 04/21/2024 05:16 AM RUN END DATE: 05/21/2024 05:16 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 02/15/2025 05:16 AM
ORDERING PROVIDER: SMITH, PATRICIA A APRN, FNP ENTRY USER: SMITH, PATRICIA A APRN, FNP
MEDICATION STATUS: CHANGE on 05/25/2024 02:32 PM

---

**AMLODIPINE 10MG TABLET** RX_ID: 34866645
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 3/11
RX DATE: 01/30/2024 10:18 AM RUN START DATE: 05/21/2024 05:16 AM RUN END DATE: 06/20/2024 05:16 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 02/15/2025 05:16 AM
ORDERING PROVIDER: SMITH, PATRICIA A APRN, FNP ENTRY USER: SMITH, PATRICIA A APRN, FNP
MEDICATION STATUS: CHANGE on 05/25/2024 02:32 PM

---

**AMLODIPINE 10MG TABLET** RX_ID: 35463269
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 0/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 05/25/2024 02:32 PM RUN END DATE: 06/24/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**AMLODIPINE 10MG TABLET** RX_ID: 35463269
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 1/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 06/24/2024 02:32 PM RUN END DATE: 07/24/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**AMLODIPINE 10MG TABLET** RX_ID: 35463269
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 2/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 07/24/2024 02:32 PM RUN END DATE: 08/23/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**AMLODIPINE 10MG TABLET** RX_ID: 35463269
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 3/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 08/23/2024 02:32 PM RUN END DATE: 09/22/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

# Historical Medication Print Pass

*Active Medications From 01/01/2024 To 03/28/2025*

**ROBERTSON (RB)**

**ALLERGIES:** NO KNOWN ALLERGIES

PATIENT: WENCKENS, JUSTIN D MRN: 2477197 DOB: [redacted] HOUSING: 3B21 CELL 30

**AMLODIPINE 10MG TABLET** RX_ID: 35463269
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 4/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 09/22/2024 02:32 PM RUN END DATE: 10/22/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**AMLODIPINE 10MG TABLET** RX_ID: 35463269
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 5/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 10/22/2024 02:32 PM RUN END DATE: 11/21/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**AMLODIPINE 10MG TABLET** RX_ID: 35463269
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 6/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 11/21/2024 02:32 PM RUN END DATE: 12/21/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**AMLODIPINE 10MG TABLET** RX_ID: 35463269
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 7/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 12/21/2024 02:32 PM RUN END DATE: 01/20/2025 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**AMLODIPINE 10MG TABLET** RX_ID: 35463269
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 8/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 01/20/2025 02:32 PM RUN END DATE: 02/19/2025 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**AMLODIPINE 10MG TABLET** RX_ID: 35463269
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 9/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 02/19/2025 02:32 PM RUN END DATE: 03/21/2025 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**AMLODIPINE 10MG TABLET** RX_ID: 35463269
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 10/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 03/21/2025 02:32 PM RUN END DATE: 04/20/2025 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

# Historical Medication Print Pass

*Active Medications From 01/01/2024 To 03/28/2025*

**ROBERTSON (RB)**

**ALLERGIES:** NO KNOWN ALLERGIES

PATIENT: WENCKENS, JUSTIN D MRN: 2477197 DOB: [redacted] HOUSING: 3B21 CELL 30

**AMOXICILLIN 500MG CAPSULE** RX_ID: 35733201
KOP 1 CAPS ORAL 3 TIMES DAILY FOR 10 DAYS. REFILLS: 0/0
RX DATE: 07/22/2024 08:31 AM RUN START DATE: 07/22/2024 08:31 AM RUN END DATE: 08/01/2024 08:31 AM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 08/01/2024 08:31 AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: OSUNDE, EZEKIEL E PA
MEDICATION STATUS: AUTOMATIC EXPIRATION on 08/01/2024 08:31 AM

---

**CITALOPRAM 20MG TABLET** RX_ID: 34681836
KOP 1 TABS ORAL AT BEDTIME FOR 30 DAYS. REFILLS: 0/1
RX DATE: 12/19/2023 07:23 AM RUN START DATE: 12/19/2023 07:23 AM RUN END DATE: 01/18/2024 07:23 AM
ORDERING FACILITY: GARZA (NH) EXPIRATION DATE: 02/17/2024 07:23 AM
ORDERING PROVIDER: PATTON, JENNIFER APRN, FNP ENTRY USER: PATTON, JENNIFER APRN, FNP
MEDICATION STATUS: A MEDICATION REORDER/RENEWAL on 01/30/2024 10:17 AM

---

**CITALOPRAM 20MG TABLET** RX_ID: 34681836
KOP 1 TABS ORAL AT BEDTIME FOR 30 DAYS. REFILLS: 1/1
RX DATE: 12/19/2023 07:23 AM RUN START DATE: 01/18/2024 07:23 AM RUN END DATE: 02/17/2024 07:23 AM
ORDERING FACILITY: GARZA (NH) EXPIRATION DATE: 02/17/2024 07:23 AM
ORDERING PROVIDER: PATTON, JENNIFER APRN, FNP ENTRY USER: PATTON, JENNIFER APRN, FNP
MEDICATION STATUS: A MEDICATION REORDER/RENEWAL on 01/30/2024 10:17 AM

---

**CITALOPRAM 20MG TABLET** RX_ID: 34866660
KOP 1 TABS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 0/1
RX DATE: 01/30/2024 10:18 AM RUN START DATE: 02/21/2024 04:17 AM RUN END DATE: 03/22/2024 04:17 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 04/21/2024 04:17 AM
ORDERING PROVIDER: SMITH, PATRICIA A APRN, FNP ENTRY USER: SMITH, PATRICIA A APRN, FNP
MEDICATION STATUS: AUTOMATIC EXPIRATION on 04/21/2024 04:17 AM

---

**CITALOPRAM 20MG TABLET** RX_ID: 34866660
KOP 1 TABS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 1/1
RX DATE: 01/30/2024 10:18 AM RUN START DATE: 03/22/2024 04:17 AM RUN END DATE: 04/21/2024 04:17 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 04/21/2024 04:17 AM
ORDERING PROVIDER: SMITH, PATRICIA A APRN, FNP ENTRY USER: SMITH, PATRICIA A APRN, FNP
MEDICATION STATUS: AUTOMATIC EXPIRATION on 04/21/2024 04:17 AM

---

**IBUPROFEN 800MG TABLET** RX_ID: 35003160
KOP 1 TABS ORAL TWICE DAILY FOR 7 DAYS. REFILLS: 0/0
RX DATE: 02/26/2024 12:15 PM RUN START DATE: 02/26/2024 12:13 PM RUN END DATE: 03/04/2024 12:13 PM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 03/04/2024 12:13 PM
ORDERING PROVIDER: CORTEZ, RAY V MD ENTRY USER: CORTEZ, RAY V MD
MEDICATION STATUS: AUTOMATIC EXPIRATION on 03/04/2024 12:13 PM

---

**PERMETHRIN 5% CREAM 60GM** RX_ID: 36786092
KOP 1 TUBES TOPICALLY ONCE FOR 7 DAYS. APPLY ONE TIME WITHIN THE NEXT 7 DAYS. REFILLS: 0/0
RX DATE: 02/20/2025 12:29 PM RUN START DATE: 02/20/2025 12:29 PM RUN END DATE: 02/27/2025 12:29 PM
ORDERING FACILITY: ROBERTSON (RB) EXPIRATION DATE: 02/27/2025 12:29 PM
ORDERING PROVIDER: SMITH, MELISSA APRN, FNP ENTRY USER: SMITH, MELISSA APRN, FNP
MEDICATION STATUS: AUTOMATIC EXPIRATION on 02/27/2025 12:29 PM

---

# Historical Medication Print Pass

*Active Medications From 01/01/2024 To 03/28/2025*

**ROBERTSON (RB)**

**ALLERGIES:** NO KNOWN ALLERGIES

PATIENT: WENCKENS, JUSTIN D MRN: 2477197 DOB: [redacted] HOUSING: 3B21 CELL 30

**PROPRANOLOL 10MG TABLET** RX_ID: 35293488
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 0/11
RX DATE: 04/23/2024 06:42 AM RUN START DATE: 04/23/2024 06:41 AM RUN END DATE: 05/23/2024 06:41 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 04/18/2025 06:41 AM
ORDERING PROVIDER: SCHRODETZKI, CANDICE S APRN, FNP ENTRY USER: SCHRODETZKI, CANDICE S APRN, FNP
MEDICATION STATUS: CHANGE on 05/25/2024 02:32 PM

---

**PROPRANOLOL 10MG TABLET** RX_ID: 35293488
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 1/11
RX DATE: 04/23/2024 06:42 AM RUN START DATE: 05/23/2024 06:41 AM RUN END DATE: 06/22/2024 06:41 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 04/18/2025 06:41 AM
ORDERING PROVIDER: SCHRODETZKI, CANDICE S APRN, FNP ENTRY USER: SCHRODETZKI, CANDICE S APRN, FNP
MEDICATION STATUS: CHANGE on 05/25/2024 02:32 PM

---

**PROPRANOLOL 10MG TABLET** RX_ID: 35463268
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 0/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 05/25/2024 02:31 PM RUN END DATE: 06/24/2024 02:31 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:31 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**PROPRANOLOL 10MG TABLET** RX_ID: 35463268
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 1/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 06/24/2024 02:31 PM RUN END DATE: 07/24/2024 02:31 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:31 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**PROPRANOLOL 10MG TABLET** RX_ID: 35463268
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 2/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 07/24/2024 02:31 PM RUN END DATE: 08/23/2024 02:31 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:31 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**PROPRANOLOL 10MG TABLET** RX_ID: 35463268
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 3/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 08/23/2024 02:31 PM RUN END DATE: 09/22/2024 02:31 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:31 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**PROPRANOLOL 10MG TABLET** RX_ID: 35463268
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 4/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 09/22/2024 02:31 PM RUN END DATE: 10/22/2024 02:31 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:31 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

# Historical Medication Print Pass

*Active Medications From 01/01/2024 To 03/28/2025*

**ROBERTSON (RB)**

**ALLERGIES:** NO KNOWN ALLERGIES

PATIENT: WENCKENS, JUSTIN D MRN: 2477197 DOB: [redacted] HOUSING: 3B21 CELL 30

**PROPRANOLOL 10MG TABLET** RX_ID: 35463268
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 5/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 10/22/2024 02:31 PM RUN END DATE: 11/21/2024 02:31 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:31 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**PROPRANOLOL 10MG TABLET** RX_ID: 35463268
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 6/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 11/21/2024 02:31 PM RUN END DATE: 12/21/2024 02:31 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:31 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**PROPRANOLOL 10MG TABLET** RX_ID: 35463268
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 7/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 12/21/2024 02:31 PM RUN END DATE: 01/20/2025 02:31 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:31 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**PROPRANOLOL 10MG TABLET** RX_ID: 35463268
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 8/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 01/20/2025 02:31 PM RUN END DATE: 02/19/2025 02:31 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:31 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**PROPRANOLOL 10MG TABLET** RX_ID: 35463268
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 9/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 02/19/2025 02:31 PM RUN END DATE: 03/21/2025 02:31 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:31 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**PROPRANOLOL 10MG TABLET** RX_ID: 35463268
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS. REFILLS: 10/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 03/21/2025 02:31 PM RUN END DATE: 04/20/2025 02:31 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:31 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: ACTIVE

---

**sulfaSALazine 500MG TABLET** RX_ID: 34690226
KOP 1 TABS ORAL 3 TIMES DAILY FOR 30 DAYS. REFILLS: 0/0
RX DATE: 12/20/2023 08:04 AM RUN START DATE: 12/20/2023 08:03 AM RUN END DATE: 01/19/2024 08:03 AM
ORDERING FACILITY: GARZA (NH) EXPIRATION DATE: 01/19/2024 08:03 AM
ORDERING PROVIDER: PATTON, JENNIFER APRN, FNP ENTRY USER: PATTON, JENNIFER APRN, FNP
MEDICATION STATUS: AUTOMATIC EXPIRATION on 01/19/2024 08:03 AM

---

**Historical Medication Print Pass**
*Active Medications From 01/01/2024 To 03/28/2025*

**ROBERTSON (RB)**

**ALLERGIES:** NO KNOWN ALLERGIES

PATIENT: WENCKENS, JUSTIN D MRN: 2477197 DOB: [redacted] HOUSING: 3B21 CELL 30

**sulfaSALazine 500MG TABLET** RX_ID: 34894220
KOP 1 TABS ORAL 4 TIMES DAILY FOR 30 DAYS. REFILLS: 0/5
RX DATE: 02/05/2024 09:00 AM RUN START DATE: 02/05/2024 09:00 AM RUN END DATE: 03/06/2024 09:00 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 08/03/2024 09:00 AM
ORDERING PROVIDER: SMITH, PATRICIA A APRN, FNP ENTRY USER: SMITH, PATRICIA A APRN, FNP
MEDICATION STATUS: CHANGE on 05/25/2024 02:32 PM

---

**sulfaSALazine 500MG TABLET** RX_ID: 34894220
KOP 1 TABS ORAL 4 TIMES DAILY FOR 30 DAYS. REFILLS: 1/5
RX DATE: 02/05/2024 09:00 AM RUN START DATE: 03/06/2024 09:00 AM RUN END DATE: 04/05/2024 09:00 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 08/03/2024 09:00 AM
ORDERING PROVIDER: SMITH, PATRICIA A APRN, FNP ENTRY USER: SMITH, PATRICIA A APRN, FNP
MEDICATION STATUS: CHANGE on 05/25/2024 02:32 PM

---

**sulfaSALazine 500MG TABLET** RX_ID: 34894220
KOP 1 TABS ORAL 4 TIMES DAILY FOR 30 DAYS. REFILLS: 2/5
RX DATE: 02/05/2024 09:00 AM RUN START DATE: 04/05/2024 09:00 AM RUN END DATE: 05/05/2024 09:00 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 08/03/2024 09:00 AM
ORDERING PROVIDER: SMITH, PATRICIA A APRN, FNP ENTRY USER: SMITH, PATRICIA A APRN, FNP
MEDICATION STATUS: CHANGE on 05/25/2024 02:32 PM

---

**sulfaSALazine 500MG TABLET** RX_ID: 34894220
KOP 1 TABS ORAL 4 TIMES DAILY FOR 30 DAYS. REFILLS: 3/5
RX DATE: 02/05/2024 09:00 AM RUN START DATE: 05/05/2024 09:00 AM RUN END DATE: 06/04/2024 09:00 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 08/03/2024 09:00 AM
ORDERING PROVIDER: SMITH, PATRICIA A APRN, FNP ENTRY USER: SMITH, PATRICIA A APRN, FNP
MEDICATION STATUS: CHANGE on 05/25/2024 02:32 PM

---

**sulfaSALazine 500MG TABLET** RX_ID: 35463271
KOP 1 TABS ORAL 4 TIMES DAILY FOR 30 DAYS. REFILLS: 0/5
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 05/25/2024 02:32 PM RUN END DATE: 06/24/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 11/21/2024 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: AUTOMATIC EXPIRATION on 11/21/2024 02:32 PM

---

**sulfaSALazine 500MG TABLET** RX_ID: 35463271
KOP 1 TABS ORAL 4 TIMES DAILY FOR 30 DAYS. REFILLS: 1/5
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 06/24/2024 02:32 PM RUN END DATE: 07/24/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 11/21/2024 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: AUTOMATIC EXPIRATION on 11/21/2024 02:32 PM

---

**sulfaSALazine 500MG TABLET** RX_ID: 35463271
KOP 1 TABS ORAL 4 TIMES DAILY FOR 30 DAYS. REFILLS: 2/5
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 07/24/2024 02:32 PM RUN END DATE: 08/23/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 11/21/2024 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: AUTOMATIC EXPIRATION on 11/21/2024 02:32 PM

---

# Historical Medication Print Pass

*Active Medications From 01/01/2024 To 03/28/2025*

**ROBERTSON (RB)**

**ALLERGIES:** NO KNOWN ALLERGIES

PATIENT: WENCKENS, JUSTIN D MRN: 2477197 DOB: [redacted] HOUSING: 3B21 CELL 30

**sulfaSALazine 500MG TABLET** RX_ID: 35463271
KOP 1 TABS ORAL 4 TIMES DAILY FOR 30 DAYS. REFILLS: 3/5
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 08/23/2024 02:32 PM RUN END DATE: 09/22/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 11/21/2024 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: AUTOMATIC EXPIRATION on 11/21/2024 02:32 PM

---

**sulfaSALazine 500MG TABLET** RX_ID: 35463271
KOP 1 TABS ORAL 4 TIMES DAILY FOR 30 DAYS. REFILLS: 4/5
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 09/22/2024 02:32 PM RUN END DATE: 10/22/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 11/21/2024 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: AUTOMATIC EXPIRATION on 11/21/2024 02:32 PM

---

**sulfaSALazine 500MG TABLET** RX_ID: 35463271
KOP 1 TABS ORAL 4 TIMES DAILY FOR 30 DAYS. REFILLS: 5/5
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 10/22/2024 02:32 PM RUN END DATE: 11/21/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 11/21/2024 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: AUTOMATIC EXPIRATION on 11/21/2024 02:32 PM

---

**TERAZOSIN 2MG CAPSULE** RX_ID: 34681832
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 0/11
RX DATE: 12/19/2023 07:23 AM RUN START DATE: 12/19/2023 07:22 AM RUN END DATE: 01/18/2024 07:22 AM
ORDERING FACILITY: GARZA (NH) EXPIRATION DATE: 12/13/2024 07:22 AM
ORDERING PROVIDER: PATTON, JENNIFER APRN, FNP ENTRY USER: PATTON, JENNIFER APRN, FNP
MEDICATION STATUS: A MEDICATION REORDER/RENEWAL on 01/30/2024 10:18 AM

---

**TERAZOSIN 2MG CAPSULE** RX_ID: 34681832
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 1/11
RX DATE: 12/19/2023 07:23 AM RUN START DATE: 01/18/2024 07:22 AM RUN END DATE: 02/17/2024 07:22 AM
ORDERING FACILITY: GARZA (NH) EXPIRATION DATE: 12/13/2024 07:22 AM
ORDERING PROVIDER: PATTON, JENNIFER APRN, FNP ENTRY USER: PATTON, JENNIFER APRN, FNP
MEDICATION STATUS: A MEDICATION REORDER/RENEWAL on 01/30/2024 10:18 AM

---

**TERAZOSIN 2MG CAPSULE** RX_ID: 34866651
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 0/11
RX DATE: 01/30/2024 10:18 AM RUN START DATE: 02/21/2024 04:17 AM RUN END DATE: 03/22/2024 04:17 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 02/15/2025 04:17 AM
ORDERING PROVIDER: SMITH, PATRICIA A APRN, FNP ENTRY USER: SMITH, PATRICIA A APRN, FNP
MEDICATION STATUS: CHANGE on 05/25/2024 02:32 PM

---

**TERAZOSIN 2MG CAPSULE** RX_ID: 34866651
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 1/11
RX DATE: 01/30/2024 10:18 AM RUN START DATE: 03/22/2024 04:17 AM RUN END DATE: 04/21/2024 04:17 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 02/15/2025 04:17 AM
ORDERING PROVIDER: SMITH, PATRICIA A APRN, FNP ENTRY USER: SMITH, PATRICIA A APRN, FNP
MEDICATION STATUS: CHANGE on 05/25/2024 02:32 PM

---

# Historical Medication Print Pass

*Active Medications From 01/01/2024 To 03/28/2025*

**ROBERTSON (RB)**

**ALLERGIES:** NO KNOWN ALLERGIES

PATIENT: WENCKENS, JUSTIN D MRN: 2477197 DOB: [redacted] HOUSING: 3B21 CELL 30

**TERAZOSIN 2MG CAPSULE** RX_ID: 34866651
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 2/11
RX DATE: 01/30/2024 10:18 AM RUN START DATE: 04/21/2024 04:17 AM RUN END DATE: 05/21/2024 04:17 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 02/15/2025 04:17 AM
ORDERING PROVIDER: SMITH, PATRICIA A APRN, FNP ENTRY USER: SMITH, PATRICIA A APRN, FNP
MEDICATION STATUS: CHANGE on 05/25/2024 02:32 PM

---

**TERAZOSIN 2MG CAPSULE** RX_ID: 34866651
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 3/11
RX DATE: 01/30/2024 10:18 AM RUN START DATE: 05/21/2024 04:17 AM RUN END DATE: 06/20/2024 04:17 AM
ORDERING FACILITY: DOMINGUEZ (BX) EXPIRATION DATE: 02/15/2025 04:17 AM
ORDERING PROVIDER: SMITH, PATRICIA A APRN, FNP ENTRY USER: SMITH, PATRICIA A APRN, FNP
MEDICATION STATUS: CHANGE on 05/25/2024 02:32 PM

---

**TERAZOSIN 2MG CAPSULE** RX_ID: 35463270
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 0/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 05/25/2024 02:32 PM RUN END DATE: 06/24/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: CHANGE IN CLINICAL CONDITION on 02/20/2025 12:27 PM

---

**TERAZOSIN 2MG CAPSULE** RX_ID: 35463270
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 1/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 06/24/2024 02:32 PM RUN END DATE: 07/24/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: CHANGE IN CLINICAL CONDITION on 02/20/2025 12:27 PM

---

**TERAZOSIN 2MG CAPSULE** RX_ID: 35463270
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 2/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 07/24/2024 02:32 PM RUN END DATE: 08/23/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: CHANGE IN CLINICAL CONDITION on 02/20/2025 12:27 PM

---

**TERAZOSIN 2MG CAPSULE** RX_ID: 35463270
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 3/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 08/23/2024 02:32 PM RUN END DATE: 09/22/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: CHANGE IN CLINICAL CONDITION on 02/20/2025 12:27 PM

---

**TERAZOSIN 2MG CAPSULE** RX_ID: 35463270
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 4/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 09/22/2024 02:32 PM RUN END DATE: 10/22/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: CHANGE IN CLINICAL CONDITION on 02/20/2025 12:27 PM

---

# Historical Medication Print Pass

*Active Medications From 01/01/2024 To 03/28/2025*

**ROBERTSON (RB)**

**ALLERGIES:** NO KNOWN ALLERGIES

PATIENT: WENCKENS, JUSTIN D MRN: 2477197 DOB: [redacted] HOUSING: 3B21 CELL 30

**TERAZOSIN 2MG CAPSULE** RX_ID: 35463270
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 5/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 10/22/2024 02:32 PM RUN END DATE: 11/21/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: CHANGE IN CLINICAL CONDITION on 02/20/2025 12:27 PM

**TERAZOSIN 2MG CAPSULE** RX_ID: 35463270
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 6/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 11/21/2024 02:32 PM RUN END DATE: 12/21/2024 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: CHANGE IN CLINICAL CONDITION on 02/20/2025 12:27 PM

**TERAZOSIN 2MG CAPSULE** RX_ID: 35463270
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 7/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 12/21/2024 02:32 PM RUN END DATE: 01/20/2025 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: CHANGE IN CLINICAL CONDITION on 02/20/2025 12:27 PM

**TERAZOSIN 2MG CAPSULE** RX_ID: 35463270
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 8/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 01/20/2025 02:32 PM RUN END DATE: 02/19/2025 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: CHANGE IN CLINICAL CONDITION on 02/20/2025 12:27 PM

**TERAZOSIN 2MG CAPSULE** RX_ID: 35463270
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 9/11
RX DATE: 05/25/2024 02:32 PM RUN START DATE: 02/19/2025 02:32 PM RUN END DATE: 03/21/2025 02:32 PM
ORDERING FACILITY: LYNAUGH (LH) EXPIRATION DATE: 05/20/2025 02:32 PM
ORDERING PROVIDER: OSUNDE, EZEKIEL E PA ENTRY USER: CELAYA, AMANDA S LVN
MEDICATION STATUS: CHANGE IN CLINICAL CONDITION on 02/20/2025 12:27 PM

**TERAZOSIN 5MG CAPSULE** RX_ID: 36786070
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 0/11
RX DATE: 02/20/2025 12:28 PM RUN START DATE: 02/20/2025 12:28 PM RUN END DATE: 03/22/2025 12:28 PM
ORDERING FACILITY: ROBERTSON (RB) EXPIRATION DATE: 02/15/2026 12:28 PM
ORDERING PROVIDER: SMITH, MELISSA APRN, FNP ENTRY USER: SMITH, MELISSA APRN, FNP
MEDICATION STATUS: ACTIVE

**TERAZOSIN 5MG CAPSULE** RX_ID: 36786070
KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. REFILLS: 1/11
RX DATE: 02/20/2025 12:28 PM RUN START DATE: 03/22/2025 12:28 PM RUN END DATE: 04/21/2025 12:28 PM
ORDERING FACILITY: ROBERTSON (RB) EXPIRATION DATE: 02/15/2026 12:28 PM
ORDERING PROVIDER: SMITH, MELISSA APRN, FNP ENTRY USER: SMITH, MELISSA APRN, FNP
MEDICATION STATUS: ACTIVE

TOTAL FOR WENCKENS, JUSTIN D 77

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:43:10 PM

Name: **WENCKENS, JUSTIN D**

| | | | |
|---|---|---|---|
| MRN: | **2477197** | DOB | [redacted] |
| Age: | **47 years** | Begin/End Range: | **06/21/1999 - 07/31/2024** |
| SSN: | [redacted] | No. Of Admissions: | **0** |
| Sex: | **Male** | First Admission Date: | **06/21/1999** |
| Race: | **WHITE** | Last Admission Date: | **07/31/2024** |
| Language: | **ENGLISH** | Date of Death: | |

**DEF_0403**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:43:10 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================

MH OP PSYCHIATRIC FOLLOW UP
Entered On: 03/17/2025 16:21:41
Entered By: ALI, DOLORES H. APRN, PMHNP

No show. Reschedule in 3 weeks.

This document was reclassified by WOODWARD, DONNA S. on 03/20/2025. The original document type was MISSED CLINIC-MENTAL HEALTH.

DEF_0404

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:43:10 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================
MH OP PSYCHIATRIC FOLLOW UP
Entered On: 02/24/2025 16:26:17
Entered By: ALI, DOLORES H. APRN, PMHNP

No show. Reschedule in 3 weeks.

This document was reclassified by WOODWARD, DONNA S. on 02/25/2025. The original document type was MISSED CLINIC-MENTAL HEALTH.

DEF_0405

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:43:10 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================
MH OP PSYCHIATRIC FOLLOW UP
Entered On: 12/13/2024 14:53:00
Entered By: ALI, DOLORES H. APRN, PMHNP

No show. Reschedule in 3 weeks.

This document was reclassified by WOODWARD, DONNA S. on 12/16/2024. The original document type was MISSED CLINIC-MENTAL HEALTH.

# CORRECTIONAL MANAGED HEALTH CARE
# MENTAL HEALTH OUTPATIENT SERVICES
## Psychiatric ITP Follow-Up Visit

Name: WENCKENS, JUSTIN D — Date: 08/26/2024 12:53
TDCJ#: 2477197 — Facility: ROBERTSON (RB)
Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 8/19/2024:**

| | | | |
|---|---|---|---|
| BP: 131 / 90 (Sitting) | Weight: 167 Lbs. | Height: 69 In. | BMI: 25 (% Diff: -3.85) |
| Pulse: 74 (Sitting) | Resp: 18 / min | Temp: 97.7 (Oral) | O2 Sat: 97% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 3 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 07/25/2024 07:46:43AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 3 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 07/25/2024 07:46:40AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 3 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP: 07/25/2024 07:46:55AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 3 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 07/25/2024 07:46:33AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |
| 06/04/2024 | INGRAM, ROXIE H | Disciplinary Process Consult Representative of Mental Health Department before taking disciplinary action | | Cont. |
| 06/04/2024 | INGRAM, ROXIE H | Mental Health Representative Required | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| DES: | 3 | 1 | 2 | 1 | 1 | 2 |
| COD: | E | A | B | A | A | B |
| MOD: | T | T | P | T | T | R |

**Active Problems:**
Chronic Care:
Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM
Dental:
Hard Tissue Disease First Observed 3/12/2014 12:36PM
Dental Examination First Observed 4/15/2019 01:49PM
Mental Health:

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Psychiatric ITP Follow-Up Visit**

Name: WENCKENS, JUSTIN D Date: 08/26/2024 12:53
TDCJ#: 2477197 Facility: ROBERTSON (RB)

Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM
Not Specified:
Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
Ulcerative Colitis First Observed 12/28/2015 12:47PM
Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
Abnormal Glucose First Observed 5/1/2018 09:31AM
Other Disorders Of Muscle First Observed 2/26/2024 12:24PM
Abnormal Results Of Liver Function Studies First Observed 7/31/2024 09:45AM

**Custody Status**: G4

12/28/2023 11:35 - MH TREATMENT LEVEL 1 (BIMS 1)

MH OP PSYCHIATRIC ITP F/U

Visit information:
Reason for visit: Routine follow-up psychiatric evaluation
Visit conducted: In person
Reminder Completed: MH OP TLH PSYCHIATRIC FOLLOW UP

Subjective: Inmate reports that he has been at the RB unit for about 1.5 months now. He states he is here on a drug charge and has an 11 year sentence. He states at this previous unit he was given a case and that took his wife's visits away. He reports he is in the appeal process now. He reports he has been depressed for about 4-5 months and has frequent lack of energy and interest in doing things most days. He reports he is not eating or sleeping well. He reports losing 25 pounds in the past 2-3 months.

Objective:
Mental status exam:
Appearance
Age: Appears stated age
Stature: Average height
Weight: Average weight
Clothing: Appropriate
Grooming: Normal
Posture/Gait: Normal
Motor: Unremarkable
Manner: Cooperative
Affect & Mood
Affect: Appropriate
Mood: Depressed
Speech
Speech rate: No problems
Speech volume: Normal
Speech amount: Normal
Speech articulation: Clear
Thought
Thought processing: Coherent
Thought content: Appropriate to mood / circumstances
Thought organization: Logical, goal-directed
Delusions: None
Preoccupations: None

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Psychiatric ITP Follow-Up Visit**

Name: WENCKENS, JUSTIN D    Date: 08/26/2024 12:53
TDCJ#: 2477197    Facility: ROBERTSON (RB)

Hallucinations: None
Perceptions: No problems
**Is inmate reporting thoughts of self-harm?**
No
Direct quotes from inmate: "no"

Assessment:
Diagnosis/Clinical Findings    DSM5 diagnosis: Anxiety disorder unspecified F41.9

Summary of clinical findings: Inmate reports that he has been at the RB unit for about 1.5 months now. He states he is here on a drug charge and has an 11 year sentence. He states at this previous unit he was given a case and that took his wife's visits away. He reports he is in the appeal process now. He reports he has been depressed for about 4-5 months and has frequent lack of energy and interest in doing things most days. He reports he is not eating or sleeping well. He reports losing 25 pounds in the past 2-3 months. He is not responding to internal or external stimuli and no AVH or SI/HI.

Plan:
Treatment goals:
Depression will not interfere with activities of daily living
Treatment plan:
Start on medication: trazodone 50mg po daily
Discussed medication side effects and importance of taking meds as prescribed
Pill pass given to inmate today
Disposition:
On Site - Schedule Follow Up Eval with Psychiatrist / Psychiatric NP/PA
Reminder Date: 12/13/2024
To Do User Type: NURSE PRACTITIONER
To Do User: ALI, DOLORES H
Reminder Comment: rtc
Reminder Created: MH OP PSYCHIATRIC FOLLOW UP

Caseload status:
MH OP General Population caseload
Reminder Not Created: MH OP GP CASELOAD (Already Exists)

Behavioral Integration Management System (BIMS):
BIMS Treatment Level 1
Reminder Not Created: MH TREATMENT LEVEL 1 (BIMS 1) (Already Exists)

PULHES / Restrictions: changes necessary

Continuity of Care / Discharge Planning: Patient will require continuity of care planning by TCOOMMI prior to discharge from TDCJ.

MH encounter capture:
Patient Order Added: MH OP PROV FOLLOW UP VISIT (F) Order Date: 08/26/2024 13:00:18 User: ALI, DOLORES H

**Started Meds:**

**TRAZODONE 50MG TABLET**
PROVIDER: ALI, DOLORES H
1 TABS ORAL EVERY EVENING for 30 Days
START DATE:08/26/2024 13:02 PM
EXPIRATION DATE: 8/21/2025 13:02 PM

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Psychiatric ITP Follow-Up Visit**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197
REFILLS: 0 / 11

Date: 08/26/2024 12:53
Facility: ROBERTSON (RB)
RX ID:35915197

**Restrictions / PULHES Data:**
**08/26/2024 13:02 - ALI, DOLORES H APRN, PMHNP**
**DELETE PULHES - S-MODIFIER: R**
**ADD PULHES - S-MODIFIER: T**

Electronically Signed by ALI, DOLORES H. APRN, PMHNP on 08/26/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
# MENTAL HEALTH OUTPATIENT SERVICES
## Status Check / Case Management

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 08/22/2024 14:15
Facility: ROBERTSON (RB)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 8/19/2024:**

| | | | |
|---|---|---|---|
| BP: 131 / 90 (Sitting) | Weight: 167 Lbs. | Height: 69 In. | BMI: 25 (% Diff: -3.85) |
| Pulse: 74 (Sitting) | Resp: 18 / min | Temp: 97.7 (Oral) | O2 Sat: 97% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 3 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 07/25/2024 07:46:43AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 3 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 07/25/2024 07:46:40AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 3 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP: 07/25/2024 07:46:55AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 3 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 07/25/2024 07:46:33AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |
| 06/04/2024 | INGRAM, ROXIE H | Disciplinary Process Consult Representative of Mental Health Department before taking disciplinary action | | Cont. |
| 06/04/2024 | INGRAM, ROXIE H | Mental Health Representative Required | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| **DES:** | 3 | 1 | 2 | 1 | 1 | 2 |
| **COD:** | E | A | B | A | A | B |
| **MOD:** | T | T | P | T | T | R |

**Active Problems:**
Chronic Care:
Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM
Dental:
Hard Tissue Disease First Observed 3/12/2014 12:36PM
Dental Examination First Observed 4/15/2019 01:49PM
Mental Health:

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Status Check / Case Management**

Name: WENCKENS, JUSTIN D    Date: 08/22/2024 14:15
TDCJ#: 2477197    Facility: ROBERTSON (RB)

Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM
Not Specified:
Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
Ulcerative Colitis First Observed 12/28/2015 12:47PM
Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
Abnormal Glucose First Observed 5/1/2018 09:31AM
Other Disorders Of Muscle First Observed 2/26/2024 12:24PM
Abnormal Results Of Liver Function Studies First Observed 7/31/2024 09:45AM

**Custody Status**: G4

12/28/2023 11:35 - MH TREATMENT LEVEL 1 (BIMS 1)

MH STATUS CHECK/CASE MGT NOTE

Visit type: Follow-up

Subjective: Patient reports: Inmate reports, "I'm doing okay. I'm still waiting to see the provider to get meds for anxiety." He was informed of upcoming appointment, "Thank you." We reviewed coping skills. He denies urgent MH needs, "No." He denies thoughts of suicide, "No."

Objective:
Current mental status exam:
Appearance
Age: Appears stated age
Stature: Average height
Weight: Average weight
Clothing: Appropriate
Posture/Gait: Normal
Motor: Unremarkable
Manner: Cooperative
Relating
Eye Contact: Normal
Facial Expression: Responsive
Attitude toward examiner: Cooperative
Affect & Mood
Affect: Appropriate
Mood: Euthymic
Speech
Speech rate: No problems
Speech amount: Normal
Speech articulation: Clear
Thought
Thought processing: Coherent, Goal-directed, Logical, Well-organized
Thought content: Appropriate to mood / circumstances
Thought organization: Logical, goal-directed
Delusions: None
Preoccupations: None
Hallucinations: None
**Is inmate reporting thoughts of self-harm?**
No

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Status Check / Case Management**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 08/22/2024 14:15
Facility: ROBERTSON (RB)

Direct quotes from inmate: "No."

DSM-5 Diagnosis: Anxiety d/o Summary of current functioning: Inmate seen for a f/u. We reviewed coping skills. He does not present with flat or restrictive affect and shows no evidence of emotional or behavioral dyscontrol. He denies suicidal thoughts, plan or intent. He appears stable in current environment.

PULHES / Restrictions: No changes necessary

P: Disposition:
Other: see as scheduled

Caseload status:
MH OP General Population caseload
Reminder Not Created: MH OP GP CASELOAD (Already Exists)

Behavioral Integration Management System (BIMS):
BIMS Treatment Level 1
Reminder Not Created: MH TREATMENT LEVEL 1 (BIMS 1) (Already Exists)

MH OP encounter capture:
Patient Order Added: MH OP FOLLOW-UP (F) Order Date: 08/22/2024 14:18:11 User: APPLETON, SCOTT

**Reminders Closed:**

| Description | Date Time | Closed On | Comments |
|---|---|---|---|
| MH OP INDIVIDUAL TX PLAN (ITP) | 08/20/2024 00:00 | 08/22/2024 14:18 | 2 mo ITP review.2BR |

Electronically Signed by APPLETON, SCOTT MA, LPC, MHC on 08/22/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
# MENTAL HEALTH OUTPATIENT SERVICES
## Clinical Interview

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197
Date: 08/08/2024 14:18
Facility: ROBERTSON (RB)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 7/31/2024:**

| | | | |
|---|---|---|---|
| BP: 124 / 80 (Sitting) | Weight: | Height: 69 In. | BMI: |
| Pulse: | Resp: | Temp: | O2 Sat: |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 07/25/2024 07:46:43AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 07/25/2024 07:46:40AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 2 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP: 07/25/2024 07:46:55AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 07/25/2024 07:46:33AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |
| 06/04/2024 | INGRAM, ROXIE H | Disciplinary Process Consult Representative of Mental Health Department before taking disciplinary action | | Cont. |
| 06/04/2024 | INGRAM, ROXIE H | Mental Health Representative Required | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| **DES:** | 3 | 1 | 2 | 1 | 1 | 2 |
| **COD:** | E | A | B | A | A | B |
| **MOD:** | T | T | P | T | T | R |

**Active Problems:**
Chronic Care:
Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM
Dental:
Hard Tissue Disease First Observed 3/12/2014 12:36PM

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Clinical Interview**

Name: WENCKENS, JUSTIN D Date: 08/08/2024 14:18
TDCJ#: 2477197 Facility: ROBERTSON (RB)

Dental Examination First Observed 4/15/2019 01:49PM
Mental Health:
Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM
Not Specified:
Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
Ulcerative Colitis First Observed 12/28/2015 12:47PM
Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
Abnormal Glucose First Observed 5/1/2018 09:31AM
Other Disorders Of Muscle First Observed 2/26/2024 12:24PM
Abnormal Results Of Liver Function Studies First Observed 7/31/2024 09:45AM

**Custody Status**: G4

12/28/2023 11:35 - MH TREATMENT LEVEL 1 (BIMS 1)

MH OP CLINICAL INTERVIEW NOTE

Subjective:
Inmate seen for clinical interview as referred by
the results of Intake and Transfer Mental Health Screening: S2BR; new to unit
Review of prior evaluation:
Summary of prior evaluation data: Last seen by provider 4/23/24 and deemed stable. No recent self-harm or suicide attempts in EHR.
Patient reports: Inmate reports, "I'm new to the unit. I've been trying to see a provider about getting back on some medication for anxiety." He was informed he is already pending an appointment soon, "thank you." He denies persistent depressed or irritable moods, "No." He passes his time, "reading and exercising." He denies hopelessness, thoughts, plan or intent of self-harm or suicide, "No." We reviewed coping skills for anxiety and discussed ATC options.

Objective:
Current mental status exam:
Appearance
Age: Appears stated age
Stature: Average height
Weight: Average weight
Grooming: Normal
Posture/Gait: Normal
Manner: Cooperative
Relating
Eye Contact: Normal
Facial Expression: Responsive
Attitude toward examiner: Cooperative
Affect & Mood
Affect: Appropriate
Mood: Euthymic
Speech
Speech rate: No problems
Speech volume: Normal
Speech amount: Normal
Speech articulation: Clear
Thought
Thought processing: Coherent, Goal-directed, Logical, Well-organized

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Clinical Interview**

Name: WENCKENS, JUSTIN D    Date: 08/08/2024 14:18
TDCJ#: 2477197    Facility: ROBERTSON (RB)

Thought content: Appropriate to mood / circumstances
Thought organization: Logical, goal-directed
Delusions: None
Preoccupations: None
Hallucinations: None
Perceptions: No problems

**Is inmate reporting thoughts of self-harm?**
No
Direct quotes from inmate: "No."

Assessment:
Diagnosis/Clinical Findings
DSM5 diagnosis: Anxiety d/o, unspecified
Summary of clinical findings: Inmate is a 47 year old white male being evaluated for mental health due to transfer screening. Inmate reports ongoing issues with anxiety and has a pending appointment with unit provider. Inmate reports no symptoms of clinical depression. He denies any persistent periods of depressed mood and does not present with vegetative symptoms of depression. Inmate is hopeful about the future, engages in daily pleasurable activities and denies suicidal thoughts, plan or intent. Inmate denied any symptoms of psychosis. He does not appear to be attending to internal stimuli and does not present with any bizarre behavior. He appears stable in current environment.

PULHES / Restrictions: No changes necessary
Reminder Completed: MH OP CLINICAL INTERVIEW

P: Disposition:
Other: see as scheduled

Caseload status:
MH OP General Population caseload
Reminder Not Created: MH OP GP CASELOAD (Already Exists)

Behavioral Integration Management System (BIMS):
BIMS Treatment Level 1
Reminder Not Created: MH TREATMENT LEVEL 1 (BIMS 1) (Already Exists)

MH encounter capture:
Patient Order Added: MH OP CLINICAL INTERVIEW (F) Order Date: 08/08/2024 14:22:12 User: APPLETON, SCOTT

Electronically Signed by APPLETON, SCOTT MA, LPC, MHC on 08/08/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
# MENTAL HEALTH OUTPATIENT SERVICES
## Transfer Screening (Facility to Facility)

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 08/01/2024 10:17
Facility: ROBERTSON (RB)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 7/31/2024:**

| | | | |
|---|---|---|---|
| BP: 124 / 80 (Sitting) | Weight: | Height: 69 In. | BMI: |
| Pulse: | Resp: | Temp: | O2 Sat: |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 07/25/2024 07:46:43AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 07/25/2024 07:46:40AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 2 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP: 07/25/2024 07:46:55AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 07/25/2024 07:46:33AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |
| 06/04/2024 | INGRAM, ROXIE H | Disciplinary Process Consult Representative of Mental Health Department before taking disciplinary action | | Cont. |
| 06/04/2024 | INGRAM, ROXIE H | Mental Health Representative Required | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| **DES:** | 3 | 1 | 2 | 1 | 1 | 2 |
| **COD:** | E | A | B | A | A | B |
| **MOD:** | T | T | P | T | T | R |

**Active Problems:**
Chronic Care:
Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM
Dental:
Hard Tissue Disease First Observed 3/12/2014 12:36PM
Dental Examination First Observed 4/15/2019 01:49PM
Mental Health:
Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM

**DEF_0417**

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Transfer Screening (Facility to Facility)**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 08/01/2024 10:17
Facility: ROBERTSON (RB)

Not Specified:
Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
Ulcerative Colitis First Observed 12/28/2015 12:47PM
Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
Abnormal Glucose First Observed 5/1/2018 09:31AM
Other Disorders Of Muscle First Observed 2/26/2024 12:24PM
Abnormal Results Of Liver Function Studies First Observed 7/31/2024 09:45AM

**Custody Status**: G4

12/28/2023 11:35 - MH TREATMENT LEVEL 1 (BIMS 1)

MH TRANSFER SCREENING NOTE

Objective:
Review of medical record indicates:
Current Mental Health treatment
History of Mental Health treatment
PULHES reviewed/updated:
Yes

Assessment:
Possible mental health needs - non-urgent

Disposition:
Schedule Clinical Interview
Reminder Date: 08/08/2024
To Do User Type: QMHP
To Do User: APPLETON, SCOTT
Reminder Comment: S2BR; new to unit
Reminder Created: MH OP CLINICAL INTERVIEW

MH encounter capture:
Reminder Completed: #MH-CHAIN IN REMINDER
Patient Order Added: MH OP CHAIN SCREEN CHART REVIEW Procedure Date: 08/01/2024 10:17:38 User: APPLETON, SCOTT

Electronically Signed by APPLETON, SCOTT MA, LPC, MHC on 08/01/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
# MENTAL HEALTH OUTPATIENT SERVICES
## Restrictive Housing Assessment

Name: WENCKENS, JUSTIN D — Date: 07/22/2024 14:09
TDCJ#: 2477197 — Facility: LYNAUGH (LH)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 7/22/2024:**

| | | | |
|---|---|---|---|
| BP: 155 / 107 (Sitting) | Weight: 181 Lbs. | Height: 69 In. | BMI: 27 (% Diff: 0.00) |
| Pulse: 98 (Sitting) | Resp: 18 / min | Temp: 97.8 (Forehead) | O2 Sat: 99% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**10D-ACETAMINOPHEN 325MG TABLET**
2 TABS ORAL 3 TIMES DAILY for 10 Days KOP As Needed (PRN)
MAY DISPENSE NO MORE THAN A 10-DAY SUPPLY AT A TIME.
REFILLS: 0 / 0
EXPIRATION DATE: 8/01/2024 08:31:00AM
RX ID: 35733203
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 07/11/2024 05:29:39AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**AMOXICILLIN 500MG CAPSULE**
1 CAPS ORAL 3 TIMES DAILY for 10 Days KOP
REFILLS: 0 / 0
EXPIRATION DATE: 8/01/2024 08:31:00AM
RX ID: 35733201
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 07/11/2024 05:29:35AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 2 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP: 07/11/2024 05:29:52AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 07/11/2024 05:29:57AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |
| 06/04/2024 | INGRAM, ROXIE H | Disciplinary Process Consult Representative of Mental Health Department before taking disciplinary action | | Cont. |
| 06/04/2024 | INGRAM, ROXIE H | Mental Health Representative Required | | Cont. |

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Restrictive Housing Assessment**

Name: WENCKENS, JUSTIN D　　Date: 07/22/2024 14:09
TDCJ#: 2477197　　Facility: LYNAUGH (LH)

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| DES: | 3 | 1 | 2 | 1 | 1 | 2 |
| COD: | E | A | B | A | A | B |
| MOD: | T | T | P | T | T | R |

**Active Problems:**
Chronic Care:
Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM
Dental:
Hard Tissue Disease First Observed 3/12/2014 12:36PM
Dental Examination First Observed 4/15/2019 01:49PM
Mental Health:
Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM
Not Specified:
Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
Ulcerative Colitis First Observed 12/28/2015 12:47PM
Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
Abnormal Glucose First Observed 5/1/2018 09:31AM
Other Disorders Of Muscle First Observed 2/26/2024 12:24PM

**Custody Status**: G4

12/28/2023 11:35 - MH TREATMENT LEVEL 1 (BIMS 1)

MH RESTRICTIVE HOUSING ASSESSMENT

Subjective:
Visit information:
Type of visit: Initial assessment
Patient reported: (I'm with mental health, are you having any depression or anxiety complaints?) "no ma'am, I have my music and I'm just chilling and doing okay."
Initial Assessment Questions:
History of suicidal behavior: No
Currently receiving MH treatment: Yes
Has a history of inpatient/outpatient psychiatric treatment: Yes
Has a history of treatment for substance abuse: No
Evidence of abuse/trauma: No

Objective:
Current mental status exam:
Appearance
Stature: Average height
Weight: Average weight
Clothing: Appropriate
Grooming: Normal
Sensorium
Attention: No problems
Concentration: Normal
Orientation: Oriented X 4

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Restrictive Housing Assessment**

Name: WENCKENS, JUSTIN D Date: 07/22/2024 14:09
TDCJ#: 2477197 Facility: LYNAUGH (LH)

Affect & Mood
Affect: Appropriate
Mood: Euthymic
Thought
Thought organization: Logical, goal-directed
Preoccupations: None
Executive Functions
Insight: Aware of problems
Abstraction: Normal
Decision making: Normal
Adaptive Skills
Coping ability: Normal

**Is inmate reporting thoughts of self-harm?**
No
Direct quotes from inmate: "no "

A: Assessment/Diagnostic Impression:
anxiety disorder
He is cooperative and polite towards this interviewer. He is alert, lucid and logical this day. He is aware of his surroundings and is making good eye contact. He is presenting in a congruent mood. Inmate denied any persistent mood changes. Inmate is communicating well with clear and organized thinking. There is no delay in response times and his speech remains of normal volume and rate. He is denying any mood swings this day. There are no signs of mania and no racing thoughts. He is presenting to be well nourished at this time. He is denying any acute anxiety. Breathing rate is appropriate this day. There are no current signs of vegetative c/o depression. He reports to be eating well and stated to be sleeping well and is taking care of his hygiene needs. He eludes to having good energy levels. He is denying any psychosis. There are no signs of delusional thinking, no paranoid thinking and he is not responding to any internal stimuli. He is denying any suicidal and or homicidal thinking at this time.

P: Disposition
Schedule in 30 days onsite
Reminder Date: 08/21/2024
To Do User Type: QMHP
To Do User: INGRAM, ROXIE H
Reminder Comment: 30 day RH f/u.......Caseload
Reminder Created: MH OP 30 DAY RESTRICTIVE HOUSING ASSESSMENT
Schedule weekly mental health rounds
Reminder Created: MH OP REST HOUSING WEEKLY ROUNDS

Caseload status:
MH OP General Population caseload
Reminder Not Created: MH OP GP CASELOAD (Already Exists)

Behavioral Integration Management System (BIMS):
BIMS Treatment Level 1
Reminder Not Created: MH TREATMENT LEVEL 1 (BIMS 1) (Already Exists)

MH encounter capture:
Patient Order Added: MH OP INITIAL RESTRICTIVE HOUSING ASSESSMENT (F) Order Date: 07/22/2024 14:13:31 User: INGRAM, ROXIE H

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Restrictive Housing Assessment**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 07/22/2024 14:09
Facility: LYNAUGH (LH)

**Reminders Closed:**

| Description | Date Time | Closed On | Comments |
|---|---|---|---|
| MH OP INITIAL RESTRICTIVE HOUSING ASSESSMENT | 07/21/2024 00:00 | 07/22/2024 14:13 | 7/20 \| RH INITIAL \| IPI \| CASELOAD |

Electronically Signed by INGRAM, ROXIE H. MA, MHC on 07/22/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
# MENTAL HEALTH OUTPATIENT SERVICES
## Clinical Interview

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 06/04/2024 12:53
Facility: LYNAUGH (LH)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 6/4/2024:**

| | | | |
|---|---|---|---|
| BP: 140 / 80 (Sitting) | Weight: 173 Lbs. | Height: 69 In. | BMI: 26 (% Diff: 0.00) |
| Pulse: 84 (Sitting) | Resp: 18 / min | Temp: 98 (Forehead) | O2 Sat: 96% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 0 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| **DES:** | 3 | 1 | 2 | 1 | 1 | 2 |
| **COD:** | E | A | B | A | A | B |
| **MOD:** | T | T | P | T | T | T |

**Active Problems:**
Chronic Care:
Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM
Dental:
Hard Tissue Disease First Observed 3/12/2014 12:36PM
Dental Examination First Observed 4/15/2019 01:49PM
Mental Health:

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Clinical Interview**

Name: WENCKENS, JUSTIN D  Date: 06/04/2024 12:53
TDCJ#: 2477197  Facility: LYNAUGH (LH)

Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM
Not Specified:
Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
Ulcerative Colitis First Observed 12/28/2015 12:47PM
Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
Abnormal Glucose First Observed 5/1/2018 09:31AM
Other Disorders Of Muscle First Observed 2/26/2024 12:24PM

**Custody Status**: G4

12/28/2023 11:35 - MH TREATMENT LEVEL 1 (BIMS 1)

MH OP CLINICAL INTERVIEW NOTE

Seen this date at (time): 12:00

Subjective:
Inmate seen for clinical interview as referred by
the results of Intake and Transfer Mental Health Screening:
new transfer

Review of prior evaluation:
Summary of prior evaluation data:
hx of MH tx in free world and TDCJ
no hx of suicide attempts documented
Patient reports:
"that's fine that I'm still on the mental health caseload. I want to know if you can help me get my phone restrictions removed, as part of my treatment plan of mental health. on my other unit I was screwed by the staff there. The warden, major they didn't care and they made sure that I got this major case and said I had contraband that my wife was attempting to bring me. She's a lawyer, she would never do anything like that. They found me guilty, took my phone away, took her visitations away, my contact with my mom and grandmother an then I lost my hardship transfer, I'm more than bitter, I'm angry. I pray to keep my anger down, I don't need medication, I just need my phone."

supportive counseling was offered.

Objective:
Current mental status exam:
Appearance
Stature: Average height
Weight: Average weight
Clothing: Appropriate
Grooming: Normal
Posture/Gait: Normal
Sensorium
Attention: No problems
Orientation: Oriented X 4
Affect & Mood
Affect: Appropriate

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Clinical Interview**

Name: WENCKENS, JUSTIN D    Date: 06/04/2024 12:53
TDCJ#: 2477197    Facility: LYNAUGH (LH)

Mood: Euthymic
Thought
Thought organization: Logical, goal-directed
Preoccupations: None
Executive Functions
Insight: Aware of problems
Abstraction: Normal
Adaptive Skills
Coping ability: Normal
**Is inmate reporting thoughts of self-harm?**
No
Direct quotes from inmate: "no"

Assessment:
Diagnosis/Clinical Findings
DSM5 diagnosis: anxiety disorder
Summary of clinical findings: Inmate denied any persistent mood changes. He is cooperative and polite towards this interviewer. He is noted to be alert, lucid and logical this day. He is aware of his surroundings and is making good eye contact. He is presenting in a congruent mood. Regardless of his venting and tDCJ c/o he remains in a good mood. Inmate is communicating well with clear and organized thinking. There is no delay in response times and his speech remains of normal volume and rapid rate. He is reporting aggravated mood and anger towards his previous unit. There are no signs of mania however appears to displaying slight racing thoughts. He is presenting to be well nourished at this time. He is denying any acute anxiety. Breathing rate is appropriate this day. There are no current signs of vegetative c/o depression. He reports to be eating well and described 2-3 meals a day, stated to be sleeping well and is taking care of his hygiene needs. He eludes to having good energy levels. He is denying any psychosis. There are no signs of delusional thinking, no paranoid thinking and he is not responding to any internal stimuli. He is denying any suicidal and or homicidal thinking at this time. Reports to feel hopeful about his future

PULHES / Restrictions: Changes made
Reminder Completed: MH OP CLINICAL INTERVIEW
**Restrictions / PULHES Data:**
**06/04/2024 13:16 - INGRAM, ROXIE H MS. MA, MHC**
**DELETE PULHES - S-MODIFIER: T**
**ADD PULHES - S-MODIFIER: R**
**ADD Section: IV - Disciplinary Process: Consult Representative of Mental Health Department before taking disciplinary action - Continuous: Y**
**ADD Section: V - : Mental Health Representative Required - Continuous: Y**

P: Disposition:
Schedule for ITP
Reminder Date: 08/20/2024
To Do User Type: QMHP
To Do User: INGRAM, ROXIE H
Reminder Comment: 2 mo ITP review.2BR
Reminder Created: MH OP INDIVIDUAL TX PLAN (ITP)

Caseload status:
MH OP General Population caseload
Reminder Not Created: MH OP GP CASELOAD (Already Exists)

Behavioral Integration Management System (BIMS):
BIMS Treatment Level 1

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Clinical Interview**

Name: WENCKENS, JUSTIN D Date: 06/04/2024 12:53
TDCJ#: 2477197 Facility: LYNAUGH (LH)

Reminder Not Created: MH TREATMENT LEVEL 1 (BIMS 1) (Already Exists)

MH encounter capture:
Patient Order Added: MH OP CLINICAL INTERVIEW (F) Order Date: 06/04/2024 13:13:46 User: INGRAM, ROXIE H

Electronically Signed by INGRAM, ROXIE H. MA, MHC on 06/04/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
# MENTAL HEALTH OUTPATIENT SERVICES
## Transfer Screening (Facility to Facility)

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 05/30/2024 08:18
Facility: LYNAUGH (LH)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 5/25/2024:**

| | | | |
|---|---|---|---|
| BP: 142 / 91 (Sitting) | Weight: 173 Lbs. | Height: 69 In. | BMI: 26 (% Diff: +4.00) |
| Pulse: 86 (Sitting) | Resp: 18 / min | Temp: 97.1 (Forehead) | O2 Sat: 95% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 0 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| **DES:** | 3 | 1 | 2 | 1 | 1 | 2 |
| **COD:** | E | A | B | A | A | B |
| **MOD:** | T | T | P | T | T | T |

**Active Problems:**

Chronic Care:
Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM

Dental:
Hard Tissue Disease First Observed 3/12/2014 12:36PM
Dental Examination First Observed 4/15/2019 01:49PM

Mental Health:
Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM

Not Specified:
Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM

**DEF_0427**

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Transfer Screening (Facility to Facility)**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 05/30/2024 08:18
Facility: LYNAUGH (LH)

Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
Ulcerative Colitis First Observed 12/28/2015 12:47PM
Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
Abnormal Glucose First Observed 5/1/2018 09:31AM
Other Disorders Of Muscle First Observed 2/26/2024 12:24PM

**Custody Status**: G4

12/28/2023 11:35 - MH TREATMENT LEVEL 1 (BIMS 1)

MH TRANSFER SCREENING NOTE

Subjective:
Patient arrived this date from: 5/25/2024 from Dominguez unit

Objective:
Review of medical record indicates:
Current Mental Health treatment
History of Mental Health treatment
PULHES reviewed/updated:
Yes

Assessment:
Possible mental health needs - non-urgent

Disposition:
Schedule Clinical Interview
Reminder Date: 06/04/2024
To Do User Type: QMHP
To Do User: INGRAM, ROXIE H
Reminder Comment: New, needs CI, 2BT
Reminder Created: MH OP CLINICAL INTERVIEW

MH encounter capture:
Reminder Completed: #MH-CHAIN IN REMINDER
Patient Order Added: MH OP CHAIN SCREEN CHART REVIEW Procedure Date: 05/30/2024 08:23:06 User: INGRAM, ROXIE H

Electronically Signed by INGRAM, ROXIE H. MA, MHC on 05/30/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
# MENTAL HEALTH OUTPATIENT SERVICES
## Psychiatric ITP Initial Visit

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 04/23/2024 07:26
Facility: DOMINGUEZ (BX)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 4/23/2024:**

| | | | |
|---|---|---|---|
| BP: 176 / 102 (Sitting) | Weight: 170 Lbs. | Height: 69 In. | BMI: 25 (% Diff: +4.17) |
| Pulse: 78 (Sitting) | Resp: | Temp: 98.6 (Forehead) | O2 Sat: 98% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 2/15/2025 05:16:00AM
RX ID: 34866645
LAST DATE GIVEN KOP: 04/23/2024 05:27:45AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 4/18/2025 06:41:00AM
RX ID: 35293488
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SCHRODETZKI, CANDICE S
ORDERING FACILITY: DOMINGUEZ (BX)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 2 / 5
EXPIRATION DATE: 8/03/2024 09:00:00AM
RX ID: 34894220
LAST DATE GIVEN KOP: 04/23/2024 05:27:12AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 2/15/2025 04:17:00AM
RX ID: 34866651
LAST DATE GIVEN KOP: 04/23/2024 05:27:41AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | SENDEJO, JACKIE | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/29/2018 | VITTONE, ALICIA B | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| **DES:** | 3 | 1 | 2 | 1 | 1 | 2 |
| **COD:** | E | A | B | A | A | B |
| **MOD:** | T | T | P | T | T | T |

**Active Problems:**

Chronic Care:
Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM

Dental:
Hard Tissue Disease First Observed 3/12/2014 12:36PM
Dental Examination First Observed 4/15/2019 01:49PM

Mental Health:
Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Psychiatric ITP Initial Visit**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 04/23/2024 07:26
Facility: DOMINGUEZ (BX)

Not Specified:
- Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
- Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
- Ulcerative Colitis First Observed 12/28/2015 12:47PM
- Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
- Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
- Abnormal Glucose First Observed 5/1/2018 09:31AM
- Other Disorders Of Muscle First Observed 2/26/2024 12:24PM

**Custody Status**: G2

12/28/2023 11:35 - MH TREATMENT LEVEL 1 (BIMS 1)

**Reminders Closed:**

| Description | Date Time | Closed On | Comments |
|---|---|---|---|
| MH OP TLH PSYCHIATRIC INITIAL EVAL | 04/23/2024 00:00 | 04/23/2024 07:29 | Medications at intakeIntake 12/18/2023DUE 01/17/2024 meds exp 2/1702/27/24-LWBS03/26/24-No Show |

| CHEMISTRY | 04/12/2024 05:42 | 01/31/2024 08:14 | 12/20/2023 09:02 |
|---|---|---|---|
| HgbA1c | 5.3 | 6.3 [H] | |
| CHOL | | 157 | 188 |
| CHOL/HDLC | | 5.2 [H] | |
| HDL Choles | | 30 [L] | |
| LDL Choles | | 106 [H] | |
| NON-HDL CH | | 127 | |
| TRIGLYCERIDES | | 113 | 153 |
| A/G RATIO | | 1.5 | |
| ALBUMIN | | 3.8 | 4.4 |
| ALK PHOS | | 87 | 94 |
| ALT | | 27 | 48 |
| AST | | 15 | 34 |
| BILI T | | 0.3 | 0.6 |
| BUN | | 13 | 21 |
| BUN/CREAT RATIO | | SEE NOTE: | |
| CALCIUM | | 8.9 | 9.6 |
| CREATININE | | 0.69 | 0.82 |
| Carbon Dio | | 28 | |
| Chloride, | | 107 | |
| GLUCOSE | | 105 [H] | |
| Globulin, | | 2.6 | |
| IRON | | 84 | 181 [H] |
| Iron Bind. | | 260 | |
| Iron Satur | | 32 | |
| POTASSIUM | | 3.8 | 4.0 |
| SODIUM | | 142 | 142 |
| TOTAL PROTEIN | | 6.4 | 7.5 |
| eGFR | | 116 | 109.7 |
| ANION GAP | | | 10 |
| CHLORIDE | | | 106 |
| CO2 TOTAL | | | 26 |
| GLU | | | 89 |
| HDL | | | 51 |
| HDL CHOL | | | 3.7 |
| LDL | | | 106 |
| VLDL | | | 31 |
| IRON %SATURATIO | | | 58 [H] |
| TIBC | | | 311 |

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Psychiatric ITP Initial Visit**

Name: WENCKENS, JUSTIN D  Date: 04/23/2024 07:26
TDCJ#: 2477197  Facility: DOMINGUEZ (BX)

| HEMATOLOGY | 01/31/2024 08:14 | 01/02/2024 06:52 |
|---|---|---|
| Baso (Abso | 52 | |
| Basos | 0.5 | |
| Eos | 3.1 | |
| Eos (Absol | 322 | |
| HCT | 39.2 | 44.8 |
| HEMOGLOBIN | 13.0 [L] | 15.3 |
| LYMPH | 18.0 | |
| Lymphs (Ab | 1872 | |
| MCH | 28.4 | |
| MCHC | 33.2 | 34.2 |
| MCV | 85.8 | 83.9 |
| MONO | 11.5 | |
| MPV | 9.8 | |
| Monocytes( | 1196 [H] | |
| NEUTRO | 66.9 | |
| Neutrophil | 6958 | |
| Platelets | 272 | |
| RBC | 4.57 | 5.34 |
| RDW | 15.6 [H] | 13.5 |
| WBC | 10.4 | 6.60 |
| ABSOLUTE I | | <0.03 |
| BASO ABS | | 0.03 |
| BASO% | | 0.5 |
| EOSINO ABS | | 0.16 |
| EOSINO% | | 2.4 |
| GRAN IMMATURE | | 0.30 |
| LYMPH ABS | | 1.67 |
| LYMPH% | | 25.3 |
| MEAN CORP HGB | | 28.7 |
| MEAN PLATELET V | | 11.1 |
| MONO ABS | | 1.06 [H] |
| MONO% | | 16.1 |
| NEUTRO SEG | | 3.66 |
| NRBC ABSOL | | <0.01 |
| PERCENT NU | | 0.0 |
| PERCENT SE | | 55.4 |
| PLT | | 183 |
| RED CELL D | | 41.4 |

| RADIOLOGY | 01/22/2024 07:31 |
|---|---|
| NARRATIVE | SEE CHART |

| RIA | 12/20/2023 09:02 |
|---|---|
| PSA | 0.53 |

| SEROLOGY | 12/20/2023 09:02 |
|---|---|
| HBsAb | Positive |
| HCV | Negative |
| HCV ANTIBO | 0.01 |
| HIV Combo | Negative |
| HIV Combo SemiQ | 0.08 |
| SYPHILIS I | Non-reactive |

| TB SKIN TEST | 12/20/2023 07:48 |
|---|---|
| PPD READING | 0 |

| THYROID | 12/20/2023 09:02 |
|---|---|
| TSH | 1.24 |

| URINALYSIS | 01/31/2024 10:58 | 01/02/2024 06:52 |
|---|---|---|

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Psychiatric ITP Initial Visit**

Name: WENCKENS, JUSTIN D  Date: 04/23/2024 07:26
TDCJ#: 2477197  Facility: DOMINGUEZ (BX)

| | | |
|---|---|---|
| BILIRUBIN URINE | NEG | Negative |
| GLUCOSE | NEG | |
| KETONES URINE | NEG | Negative |
| LEUKOCYTE ESTER | NEG | Negative |
| NITRITE URINE | NEG | Negative |
| PH URINE | 7.0 | 6.0 |
| PROTEIN URINE | TRACE [A] | Negative |
| SPEC GRAVITY UR | 1.010 | 1.014 |
| UROBILINOGEN UR | 0.2 | Normal |
| BLOOD URINE | NEG | Negative |
| APPEARANCE | | Clear |
| BACTERIA | | Negative |
| CA OXALATE CRYS | | 1 |
| COLOR | | Yellow |
| GLUCOSE QUAL UR | | Normal |
| MUCOUS URINE | | Slight [A] |
| RBC URINE | | 0 |
| WBC URINE | | 0 |

| | |
|---|---|
| URINE CHEMISTRY | 01/02/2024 06:52 |
| ALB/CREAT UR | 6 |
| CREATININE UR | 116.9 |
| MICROALBUMIN UR | 7 |

| | |
|---|---|
| Misc Lab Results | 12/20/2023 09:02 |
| HEPATITIS | 24.60 |

**Restrictions / PULHES Data:**
**04/23/2024 07:29 - SCHRODETZKI, CANDICE S APRN, FNP**
**DELETE Section: III - : 19b. Psych - No Work in Direct Sunlight - Continuous: Y**
**DELETE Section: III - : 20b. Psych - No Temperature Extremes - Continuous: Y**

**PSYCHIATRIC/MEDICAL/SOCIAL HISTORY:** Pt seen this day, chart reviewed prior to visit and attempted to clarify & confirm Dx and treatment response w/ pt. during appointment.
Initial Evaluation:
This is a 47 yo __male seen on Dominguez UNIT for psychiatric evaluation.
HPI: inmate seen for evaluation. Reports anxiety disorder. Reports since being on this unit increase in anxiety, reports could be related to the people around him. Reports worry here, easily reactive. Had 7 cases related to people bothering him. Denies si.hi.avh. denies major mood swings, denies depression. + anxiety. Trial of Inderal, BP is high enough to handle educated symptoms of hypotension. Inmate agreed.

Medication: no meds
SUBSTANCE USE
PT hx of meth and opiate use.

PSYCHIATRIC HISTORY
PT denies any previous suicidal or homicidal attempts.
previous psychiatric hospitalizations HCPC- Gulf Pines- 18 years old- panic
Past psychiatric dx: GAD
Outpatient counseling/treatment: Tdcj, mhmr
Current or past psychiatric medications: Celexa, buspar, trazodone, Benadryl, klonopin, Prozac, notriptaline.

See prior notes for additional information.
Reviewed access to care.

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Psychiatric ITP Initial Visit**

Name: WENCKENS, JUSTIN D  Date: 04/23/2024 07:26
TDCJ#: 2477197  Facility: DOMINGUEZ (BX)

I've discussed the rationale for these treatment recommendations and alternatives with the patient this day.
Offered considerable support over the course of our visit and encouraged participation in all available therapeutic modalities.
Included in this discussion was the likelihood that even very effective treatment may not be capable of totally eliminating any and all symptoms at all times, esp. in this setting.
Medications IF ordered- expected compliance at 80% or greater for maximum benefit from medication.
Depressive symptoms: PT denies
changes to appetite, sleep, weight,
decreased motivation, irritability, decreased concentration, low self-esteem, hopelessness, and anhedonia.

Bipolar/mood disorder symptoms: PT denies
persistently elevated, irritable mood; racing thoughts; impulsive, risk taking behaviors; decreased need for sleep; grandiose thoughts, violent behaviors.

Psychotic symptoms: PT denies auditory or visual hallucinations.

Anxiety symptoms: PT reports
excessive worrying about daily things, obsessive/compulsive thoughts, panic attacks, or increased signs/symptoms with stress.

Note: CMC Health Care Policy D-27.1 (H). *The use of psychoactive medications to treat primary insomnia is not permitted in the outpatient setting.*

As applicable, patient advised to take any KOP psychiatric medications only as directed on label. Failure to follow prescription guidelines could result in loss of KOP status.

Medication compliance: no meds

**MHE:**

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Psychiatric ITP Initial Visit**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 04/23/2024 07:26
Facility: DOMINGUEZ (BX)

| | | | | | |
|---|---|---|---|---|---|
| Orientation | X | Intact to person, place, time, and situation | | Other | |
| Appearance: | X | Approprate | | Other | |
| Hygiene: | X | Well kept | | Other | |
| Psychomotor: | x | Not increased or decreased | | Other | |
| Behavior: | X | Cooperative | | Other | |
| Eye Contact: | X | Good | | Other | |
| Speech: | X | Spontaneous, NL Rate and Volume | | Other | |
| Mood: | | Euthymic | x | Other | anxious |
| Affect: | x | NL range& intensity, stable & appropriate | | Other | |
| Sensorium | X | Clear | | Other | |
| Thought process: | X | Coherent, logical, and goal directed | | Other | |
| Thought content: | X | Appropriate | | Other | |
| Hallucinations | x | None expressed | | Other | |
| Delusions: | X | None expressed | | Other | |
| Suicidal ideations: | X | None expressed | | Other | |
| Homicidal ideations: | X | None expressed | | Other | |
| Judgment | X | Unimpaired | | Other | |
| Insight: | X | Unimpaired | | Other | |

MH OP PSYCHIATRIC INITIAL EVAL

Visit information:
Reason for visit: Initial psychiatric evaluation
Visit conducted: Telehealth
The TLH process and confidentiality expectations have been communicated to patient.
The patient verbally agrees to have visit conducted via TLH.
Reminder Completed: MH OP TLH PSYCHIATRIC INITIAL EVAL

Objective:
**Is inmate reporting thoughts of self-harm?**
No
Direct quotes from inmate: no

Assessment:
Diagnosis/Clinical Findings
DSM5 diagnosis: Anxiety Disorder, Unspecified
Summary of clinical findings: reports still anxious, not medicated. reports SSRI and SNRi do not usuallywork for anxiety, will trial inderal, inmate agreed. BP able to tolerate. denies si.hi.avh

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Psychiatric ITP Initial Visit**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 04/23/2024 07:26
Facility: DOMINGUEZ (BX)

Plan:
Verbal consent
Discussed the risks, benefits, and alternatives to the treatment plan as specified above.
Patient agrees to the recommended treatment(s).
Treatment goals:
Panic attacks and anxiety symptoms will not interfere with activities of daily living
Improvement in self-care/wellness activities i.e. exercise, reading, unit classes, art, writing, etc.
Treatment plan:
Start on medication:
Discussed medication side effects and importance of taking meds as prescribed
Disposition:
TLH - Schedule Follow Up Eval with Psychiatrist / Psychiatric NP/PA
Reminder Date: 10/15/2024
To Do User Type: NURSE PRACTITIONER
To Do User: SCHRODETZKI, CANDICE S
Reminder Comment: 6 mo mh fu
Reminder Created: MH OP TLH PSYCHIATRIC FOLLOW UP

Caseload status:
MH OP General Population caseload
Reminder Not Created: MH OP GP CASELOAD (Already Exists)

PULHES / Restrictions: No changes necessary

Continuity of Care / Discharge Planning: Patient will NOT require continuity of care planning by TCOOMMI prior to discharge from TDCJ.

MH encounter capture:
Patient Order Added: MH OP TLH PSYCHIATRIC INITIAL EVAL(F) Order Date: 04/23/2024 07:28:37 User: SCHRODETZKI, CANDICE S

Electronically Signed by SCHRODETZKI, CANDICE S. APRN, FNP on 04/23/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
# OUTPATIENT MENTAL HEALTH SERVICES
## Psychiatric Chart Review Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 04/12/2024 08:54
Facility: DOMINGUEZ (BX)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 3/26/2024:**

| | | | |
|---|---|---|---|
| BP: 132 / 82 (Sitting) | Weight: 164 Lbs. | Height: 69 In. | BMI: 24 (% Diff: -36.84) |
| Pulse: 95 (Sitting) | Resp: 14 / min | Temp: 97.5 (Forehead) | O2 Sat: |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 2/15/2025 05:16:00AM
RX ID: 34866645
LAST DATE GIVEN KOP: 04/01/2024 05:05:20AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**CITALOPRAM 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 1
EXPIRATION DATE: 4/21/2024 04:17:00AM
RX ID: 34866660
LAST DATE GIVEN KOP: 04/01/2024 05:05:26AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 2 / 5
EXPIRATION DATE: 8/03/2024 09:00:00AM
RX ID: 34894220
LAST DATE GIVEN KOP: 04/01/2024 05:05:35AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 2/15/2025 04:17:00AM
RX ID: 34866651
LAST DATE GIVEN KOP: 04/01/2024 05:05:23AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | SENDEJO, JACKIE | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/29/2018 | VITTONE, ALICIA B | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| **DES:** | 3 | 1 | 2 | 1 | 1 | 2 |
| **COD:** | E | A | B | A | A | B |
| **MOD:** | T | T | P | T | T | T |

**Active Problems:**

Chronic Care:
 Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM

Dental:
 Hard Tissue Disease First Observed 3/12/2014 12:36PM
 Dental Examination First Observed 4/15/2019 01:49PM

Mental Health:
 Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM

DEF_0436

**CORRECTIONAL MANAGED HEALTH CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**
**Psychiatric Chart Review Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 04/12/2024 08:54
Facility: DOMINGUEZ (BX)

Not Specified:

- Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
- Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
- Ulcerative Colitis First Observed 12/28/2015 12:47PM
- Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
- Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
- Abnormal Glucose First Observed 5/1/2018 09:31AM
- Other Disorders Of Muscle First Observed 2/26/2024 12:24PM

**Custody Status**: G2

12/28/2023 11:35 - MH TREATMENT LEVEL 1 (BIMS 1)

Meds will not be renewed until see by provider multiple no shows
MH OP PSYCHIATRIC CHART REVIEW

Encounter capture:
Patient Order Added: MH OP PROV CHART REVIEW Procedure Date: 04/12/2024 08:54:55 User: SCHRODETZKI, CANDICE S

Electronically Signed by SCHRODETZKI, CANDICE S. APRN, FNP on 04/12/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
# MENTAL HEALTH OUTPATIENT SERVICES
## Clinical Interview

Name: WENCKENS, JUSTIN D    Date: 03/26/2024 15:47
TDCJ#: 2477197    Facility: DOMINGUEZ (BX)

Age: 46    DOB: [redacted]    Sex: Male    Race: WHITE    DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 3/8/2024:**

| | | | |
|---|---|---|---|
| BP: 122 / 79 (Sitting) | Weight: 258.8 Lbs. | Height: 69 In. | BMI: 38 (% Diff: +58.33) |
| Pulse: 80 (Sitting) | Resp: 16 / min | Temp: 97.7 (Forehead) | O2 Sat: 99% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | REFILLS: 1 / 11<br>EXPIRATION DATE: 2/15/2025 05:16:00AM | RX ID: 34866645<br>LAST DATE GIVEN KOP: 02/29/2024 04:41:09AM<br>ORDERING PROVIDER: SMITH, PATRICIA A<br>ORDERING FACILITY: DOMINGUEZ (BX) |
| **CITALOPRAM 20MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30 Days KOP | REFILLS: 1 / 1<br>EXPIRATION DATE: 4/21/2024 04:17:00AM | RX ID: 34866660<br>LAST DATE GIVEN KOP: 02/29/2024 04:41:04AM<br>ORDERING PROVIDER: SMITH, PATRICIA A<br>ORDERING FACILITY: DOMINGUEZ (BX) |
| **sulfaSALazine 500MG TABLET**<br>1 TABS ORAL 4 TIMES DAILY for 30 Days KOP | REFILLS: 1 / 5<br>EXPIRATION DATE: 8/03/2024 09:00:00AM | RX ID: 34894220<br>LAST DATE GIVEN KOP: 02/10/2024 05:22:08AM<br>ORDERING PROVIDER: SMITH, PATRICIA A<br>ORDERING FACILITY: DOMINGUEZ (BX) |
| **TERAZOSIN 2MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | REFILLS: 1 / 11<br>EXPIRATION DATE: 2/15/2025 04:17:00AM | RX ID: 34866651<br>LAST DATE GIVEN KOP: 02/29/2024 04:41:01AM<br>ORDERING PROVIDER: SMITH, PATRICIA A<br>ORDERING FACILITY: DOMINGUEZ (BX) |

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | SENDEJO, JACKIE | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/29/2018 | VITTONE, ALICIA B | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| **DES:** | 3 | 1 | 2 | 1 | 1 | 2 |
| **COD:** | E | A | B | A | A | B |
| **MOD:** | T | T | P | T | T | T |

**Active Problems:**

Chronic Care:

Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM

Dental:

Hard Tissue Disease First Observed 3/12/2014 12:36PM

Dental Examination First Observed 4/15/2019 01:49PM

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Clinical Interview**

Name: WENCKENS, JUSTIN D Date: 03/26/2024 15:47
TDCJ#: 2477197 Facility: DOMINGUEZ (BX)

Mental Health:
Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM
Not Specified:
Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
Ulcerative Colitis First Observed 12/28/2015 12:47PM
Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
Abnormal Glucose First Observed 5/1/2018 09:31AM
Other Disorders Of Muscle First Observed 2/26/2024 12:24PM

**Custody Status**: G2

12/28/2023 11:35 - MH TREATMENT LEVEL 1 (BIMS 1)

MH OP CLINICAL INTERVIEW NOTE

Seen this date at (time): 15:47

Subjective:
Inmate seen for clinical interview as referred by
Staff referral: security due to a PREA complaint against a staff member

Patient reports: Patient was seen in office for a staff referral due to a PREA complaint against a staff member. Patient stated that he was talked to in a sexual manner by a staff member and it was really offensive. MHC discussed that mental health does not have anything to do with the investigation or the outcome but is here to talk should he feel the need to talk. Patient stated that he understood. Patient denied any suicidal or homicidal ideations at this time. Access to care was reviewed.

Objective:

Current mental status exam:
Appearance
Age: Appears stated age
Stature: Average height
Weight: Average weight
Clothing: Appropriate
Grooming: Normal
Posture/Gait: Normal
Motor: Unremarkable
Manner: Cooperative

Condition of Cell Not assessed

Sensorium
Level of Consciousness: Alert
Attention: No problems
Concentration: Normal
Orientation: Oriented X 4

Relating
Eye Contact: Normal
Facial Expression: Responsive

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Clinical Interview**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 03/26/2024 15:47
Facility: DOMINGUEZ (BX)

Attitude toward examiner: Cooperative

Affect & Mood
Affect: Appropriate
Mood: Euthymic

Speech
Speech rate: No problems
Speech volume: Normal
Speech amount: Normal
Speech articulation: Clear

Thought
Thought processing: Coherent
Thought content: Appropriate to mood / circumstances
Thought organization: Logical, goal-directed
Delusions: None
Preoccupations: None
Hallucinations: None
Perceptions: No problems

Executive Functions
Estimated intelligence: Average
Judgment: Fair
Insight: Aware of problems
Abstraction: Normal
Decision making: Simplistic
Reality testing: Normal

Risk to Others None

**Is inmate reporting thoughts of self-harm?**
No
Direct quotes from inmate: "No ma'am"

Assessment:

Diagnosis/Clinical Findings

DSM5 diagnosis: Anxiety Disorder, Unspecified

Summary of clinical findings: Patient showed no signs of distress, nor did he display any symptoms of depression or anxiety.

PULHES / Restrictions: No changes necessary

P: Disposition:
Other: see as requested/scheduled

Caseload status:
MH OP General Population caseload
Reminder Not Created: MH OP GP CASELOAD (Already Exists)

Behavioral Integration Management System (BIMS):
BIMS Treatment Level 1

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Clinical Interview**

Name: WENCKENS, JUSTIN D Date: 03/26/2024 15:47
TDCJ#: 2477197 Facility: DOMINGUEZ (BX)

Reminder Not Created: MH TREATMENT LEVEL 1 (BIMS 1) (Already Exists)

MH encounter capture:
Patient Order Added: MH OP CLINICAL INTERVIEW (F) Order Date: 03/26/2024 15:56:50 User: HUGHES, STEPHANIE

Electronically Signed by HUGHES, STEPHANIE MA, MHC on 03/26/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
# MENTAL HEALTH OUTPATIENT SERVICES
## Missed Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 03/26/2024 08:50
Facility: DOMINGUEZ (BX)

Age: 46 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 3/8/2024:**

| | | | |
|---|---|---|---|
| BP: 122 / 79 (Sitting) | Weight: 258.8 Lbs. | Height: 69 In. | BMI: 38 (% Diff: +58.33) |
| Pulse: 80 (Sitting) | Resp: 16 / min | Temp: 97.7 (Forehead) | O2 Sat: 99% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 2/15/2025 05:16:00AM
RX ID: 34866645
LAST DATE GIVEN KOP: 02/29/2024 04:41:09AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**CITALOPRAM 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 1
EXPIRATION DATE: 4/21/2024 04:17:00AM
RX ID: 34866660
LAST DATE GIVEN KOP: 02/29/2024 04:41:04AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 1 / 5
EXPIRATION DATE: 8/03/2024 09:00:00AM
RX ID: 34894220
LAST DATE GIVEN KOP: 02/10/2024 05:22:08AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 2/15/2025 04:17:00AM
RX ID: 34866651
LAST DATE GIVEN KOP: 02/29/2024 04:41:01AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | SENDEJO, JACKIE | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/29/2018 | VITTONE, ALICIA B | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| **DES:** | 3 | 1 | 2 | 1 | 1 | 2 |
| **COD:** | E | A | B | A | A | B |
| **MOD:** | T | T | P | T | T | T |

**Active Problems:**

Chronic Care:
- Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM

Dental:
- Hard Tissue Disease First Observed 3/12/2014 12:36PM
- Dental Examination First Observed 4/15/2019 01:49PM

Mental Health:
- Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM

Not Specified:

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Missed Clinic Note**

Name: WENCKENS, JUSTIN D Date: 03/26/2024 08:50
TDCJ#: 2477197 Facility: DOMINGUEZ (BX)

Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
Ulcerative Colitis First Observed 12/28/2015 12:47PM
Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
Abnormal Glucose First Observed 5/1/2018 09:31AM
Other Disorders Of Muscle First Observed 2/26/2024 12:24PM

**Custody Status**: G2

12/28/2023 11:35 - MH TREATMENT LEVEL 1 (BIMS 1)

Pt was scheduled to be seen by psychiatry today but did not show for scheduled appointment, despite being laid in and called out. He will be rescheduled for a non-urgent psychiatric appointment. Refusal signed.
MH MISSED CLINIC NOTE

Patient missed scheduled appointment
Date of appointment: 03/26/2024
Not seen due to: No show

Disposition:
Reschedule for TLH - Initial Eval with Psychiatrist / Psychiatric NP/PA
Reminder Date: 04/25/2024
Reminder Comment: no show to initial eval reschedule mh
Reminder Created: MH OP TLH PSYCHIATRIC INITIAL EVAL

MH encounter capture:
Patient Order Added: MH OP CHART REVIEW Procedure Date: 03/26/2024 08:51:07 User: SCHRODETZKI, CANDICE S

Electronically Signed by SCHRODETZKI, CANDICE S. APRN, FNP on 03/26/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
# MENTAL HEALTH OUTPATIENT SERVICES
## Missed Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 02/27/2024 07:45
Facility: DOMINGUEZ (BX)

Age: 46 DOB:[redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 2/26/2024:**

| | | | |
|---|---|---|---|
| BP: 169 / 98 (Sitting) | Weight: 165 Lbs. | Height: 69 In. | BMI: 24 (% Diff: 0.00) |
| Pulse: 71 (Sitting) | Resp: 14 / min | Temp: 97.2 (Forehead) | O2 Sat: 100% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 2/15/2025 05:16:00AM
RX ID: 34866645
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**CITALOPRAM 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 1
EXPIRATION DATE: 4/21/2024 04:17:00AM
RX ID: 34866660
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 7 Days KOP
REFILLS: 0 / 0
EXPIRATION DATE: 3/04/2024 12:13:00PM
RX ID: 35003160
LAST DATE GIVEN KOP:
ORDERING PROVIDER: CORTEZ, RAY V
ORDERING FACILITY: DOMINGUEZ (BX)

**METHOCARBAMOL 750MG TABLET !**
2 TABS ORAL TWICE DAILY for 7 Days
REFILLS: 0 / 0
EXPIRATION DATE: 3/04/2024 12:14:00PM
RX ID: 35003169
COMPLIANCE: 0.00 %
ORDERING PROVIDER: CORTEZ, RAY V
ORDERING FACILITY: DOMINGUEZ (BX)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 0 / 5
EXPIRATION DATE: 8/03/2024 09:00:00AM
RX ID: 34894220
LAST DATE GIVEN KOP: 02/10/2024 05:22:08AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 2/15/2025 04:17:00AM
RX ID: 34866651
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | SENDEJO, JACKIE | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/29/2018 | VITTONE, ALICIA B | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| DES: | 3 | 1 | 2 | 1 | 1 | 2 |
| COD: | E | A | B | A | A | B |
| MOD: | T | T | P | T | T | T |

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Missed Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 02/27/2024 07:45
Facility: DOMINGUEZ (BX)

**Active Problems:**

Chronic Care:

Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM

Dental:

Hard Tissue Disease First Observed 3/12/2014 12:36PM
Dental Examination First Observed 4/15/2019 01:49PM

Mental Health:

Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM

Not Specified:

Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
Ulcerative Colitis First Observed 12/28/2015 12:47PM
Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
Abnormal Glucose First Observed 5/1/2018 09:31AM
Other Disorders Of Muscle First Observed 2/26/2024 12:24PM

**Custody Status**: G2

12/28/2023 11:35 - MH TREATMENT LEVEL 1 (BIMS 1)

Left without being seen. Please reschedule

MH MISSED CLINIC NOTE

Patient missed scheduled appointment
Date of appointment: 02/27/2024
Not seen due to: Patient left clinic without being seen

Disposition:
Reschedule for TLH - Follow Up Eval with Psychiatrist / Psychiatric NP/PA
Reminder Date: 03/27/2024
Reminder Comment: no show to mh fu reschedule
Reminder Created: MH OP TLH PSYCHIATRIC FOLLOW UP

MH encounter capture:
Patient Order Added: MH OP CHART REVIEW Procedure Date: 02/27/2024 07:46:40 User: SCHRODETZKI, CANDICE S

Electronically Signed by SCHRODETZKI, CANDICE S. APRN, FNP on 02/27/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
# MENTAL HEALTH OUTPATIENT SERVICES
## Clinical Interview

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 02/01/2024 15:44
Facility: DOMINGUEZ (BX)

Age: 46 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 1/23/2024:**

| | | | |
|---|---|---|---|
| BP: 134 / 78 (Sitting) | Weight: 163 Lbs. | Height: 69 In. | BMI: 24 (% Diff: -4.00) |
| Pulse: 82 (Sitting) | Resp: 18 / min | Temp: 97.6 (Forehead) | O2 Sat: 99% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 2/15/2025 05:16:00AM
RX ID: 34866645
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**CITALOPRAM 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 1
EXPIRATION DATE: 4/21/2024 04:17:00AM
RX ID: 34866660
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 2/15/2025 04:17:00AM
RX ID: 34866651
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | SENDEJO, JACKIE | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/29/2018 | VITTONE, ALICIA B | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| DES: | 3 | 1 | 2 | 1 | 1 | 2 |
| COD: | E | A | B | A | A | B |
| MOD: | T | T | P | T | T | T |

**Active Problems:**

Chronic Care:
- Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM

Dental:
- Hard Tissue Disease First Observed 3/12/2014 12:36PM
- Dental Examination First Observed 4/15/2019 01:49PM

Mental Health:
- Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM

Rehab Services:
- Pain In Ankle And Foot First Observed 1/18/2024 10:00AM

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Clinical Interview**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 02/01/2024 15:44
Facility: DOMINGUEZ (BX)

Not Specified:
Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
Ulcerative Colitis First Observed 12/28/2015 12:47PM
Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
Abnormal Glucose First Observed 5/1/2018 09:31AM

**Custody Status**: G2

12/28/2023 11:35 - MH TREATMENT LEVEL 1 (BIMS 1)

MH OP CLINICAL INTERVIEW NOTE

Seen this date at (time): 14:34

Subjective:
Inmate seen for clinical interview as referred by
the results of Intake and Transfer Mental Health Screening: Patient chained in on mental health caseload with medication.

Review of prior evaluation:
Summary of prior evaluation data: Patient is a 46-year-old male serving an 11-year sentence for Possession of a controlled substance 4 – 200 grams. Patient record reflect that he was inpatient for services at the age of 15 for substance abuse/mental health problems. Patient chart does not show any history of suicidal ideations. Patient reported that he suffers from more of a social anxiety and used substances to help manage it in the free world.

Patient reports: Patient was seen in office and easily engaged in conversation. Patient stated he is doing well and was not experiencing any MH issues at this time. Patient answered all question asked and was cooperative throughout the interview. Patient had no further issues to discuss. Patient presented in a Euthymic mood with congruent affect. Patient showed no signs of distress, nor did he display symptoms of depression, anxiety, or psychosis. Patient denied any suicidal or homicidal ideations at this time. Access to care and heat precautions were reviewed.

Objective:

Current mental status exam:
Appearance
Age: Appears stated age
Stature: Average height
Weight: Average weight
Clothing: Appropriate
Grooming: Normal
Posture/Gait: Normal
Motor: Unremarkable
Manner: Cooperative

Condition of Cell Not assessed

Sensorium
Level of Consciousness: Alert
Attention: No problems
Concentration: Normal
Orientation: Oriented X 4

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Clinical Interview**

Name: WENCKENS, JUSTIN D    Date: 02/01/2024 15:44
TDCJ#: 2477197    Facility: DOMINGUEZ (BX)

Relating
Eye Contact: Normal
Facial Expression: Responsive
Attitude toward examiner: Cooperative

Affect & Mood
Affect: Appropriate
Mood: Euthymic

Speech
Speech rate: No problems
Speech volume: Normal
Speech amount: Normal
Speech articulation: Clear

Thought
Thought processing: Coherent
Thought content: Appropriate to mood / circumstances
Thought organization: Logical, goal-directed
Delusions: None
Preoccupations: None
Hallucinations: None
Perceptions: No problems

Executive Functions
Estimated intelligence: Average
Judgment: Fair
Insight: Aware of problems
Abstraction: Normal
Decision making: Simplistic
Reality testing: Normal

Risk to Others None

**Is inmate reporting thoughts of self-harm?**
No
Direct quotes from inmate: "No ma'am"

Assessment:

Diagnosis/Clinical Findings

DSM5 diagnosis: Anxiety Disorder, Unspecified

Summary of clinical findings: Patient showed no signs of distress, nor did he display any symptoms of depression or anxiety.

PULHES / Restrictions: No changes necessary
Reminder Completed: MH OP CLINICAL INTERVIEW

P: Disposition:
Other: see as requested/scheduled

Caseload status:

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Clinical Interview**

Name: WENCKENS, JUSTIN D Date: 02/01/2024 15:44
TDCJ#: 2477197 Facility: DOMINGUEZ (BX)

MH OP General Population caseload
Reminder Not Created: MH OP GP CASELOAD (Already Exists)

Behavioral Integration Management System (BIMS):
BIMS Treatment Level 1
Reminder Not Created: MH TREATMENT LEVEL 1 (BIMS 1) (Already Exists)

MH encounter capture:
Patient Order Added: MH OP CLINICAL INTERVIEW (F) Order Date: 02/01/2024 15:47:02 User: HUGHES, STEPHANIE

Electronically Signed by HUGHES, STEPHANIE MA, MHC on 02/01/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
## MENTAL HEALTH OUTPATIENT SERVICES
## Transfer Screening (Facility to Facility)

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/30/2024 10:55
Facility: DOMINGUEZ (BX)

Age: 46 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 1/23/2024:**

| | | | |
|---|---|---|---|
| BP: 134 / 78 (Sitting) | Weight: 163 Lbs. | Height: 69 In. | BMI: 24 (% Diff: -4.00) |
| Pulse: 82 (Sitting) | Resp: 18 / min | Temp: 97.6 (Forehead) | O2 Sat: 99% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 2/15/2025 05:16:00AM
RX ID: 34866645
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**CITALOPRAM 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 1
EXPIRATION DATE: 4/21/2024 04:17:00AM
RX ID: 34866660
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 2/15/2025 04:17:00AM
RX ID: 34866651
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 11. No Repetitive Squatting | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 12. No Climbing | | Cont. |
| 05/01/2018 | REILLEY, PAUL K | Work Assignment 15. No Food Service | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 17. No Walk Wet/Uneven Surfaces | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | SENDEJO, JACKIE | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/29/2018 | VITTONE, ALICIA B | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |
| 12/20/2023 | SENDEJO, JACKIE | Work Assignment 21b. Psych - No Humidity Extremes | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| **DES:** | 3 | 1 | 2 | 1 | 1 | 2 |
| **COD:** | C | A | B | A | A | B |
| **MOD:** | P | - | P | - | - | T |

**Active Problems:**

Chronic Care:
- Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM

Dental:
- Hard Tissue Disease First Observed 3/12/2014 12:36PM
- Dental Examination First Observed 4/15/2019 01:49PM

Mental Health:
- Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM

Rehab Services:
- Pain In Ankle And Foot First Observed 1/18/2024 10:00AM

**DEF_0450**

**CORRECTIONAL MANAGED HEALTH CARE**
**MENTAL HEALTH OUTPATIENT SERVICES**
**Transfer Screening (Facility to Facility)**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/30/2024 10:55
Facility: DOMINGUEZ (BX)

Not Specified:
Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
Ulcerative Colitis First Observed 12/28/2015 12:47PM
Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
Abnormal Glucose First Observed 5/1/2018 09:31AM

**Custody Status**: G2

12/28/2023 11:35 - MH TREATMENT LEVEL 1 (BIMS 1)

MH TRANSFER SCREENING NOTE

Subjective:
Patient arrived this date from: 1/29/24 Garza

Objective:
Review of medical record indicates:
Current Mental Health treatment
History of Mental Health treatment
PULHES reviewed/updated:
Yes

Assessment:
Possible mental health needs - non-urgent
Current prescription for psychotropic medications

Disposition:
Schedule Clinical Interview
Reminder Date: 02/07/2024
To Do User Type: QMHP
To Do User: HUGHES, STEPHANIE
Reminder Comment: intake 1/29/24; S2BT
Reminder Created: MH OP CLINICAL INTERVIEW

MH encounter capture:
Reminder Completed: #MH-CHAIN IN REMINDER
Patient Order Added: MH OP CHAIN SCREEN CHART REVIEW Procedure Date: 01/30/2024 10:57:36 User: HUGHES, STEPHANIE

Electronically Signed by HUGHES, STEPHANIE MA, MHC on 01/30/2024.
##And No Others##

DEF_0451

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

Name: **WENCKENS, JUSTIN D**

| | | | |
|---|---|---|---|
| MRN: | **2477197** | DOB: | [redacted] |
| Age: | **47 years** | Begin/End Range: | **06/21/1999 - 07/31/2024** |
| SSN: | [redacted] | No. Of Admissions: | **0** |
| Sex: | **Male** | First Admission Date: | **06/21/1999** |
| Race: | **WHITE** | Last Admission Date: | **07/31/2024** |
| Language: | **ENGLISH** | Date of Death: | |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

A1-16 10-45

HS1.1 HSA-27
Effective: 1/20/2021
Replaces: 7/2020
Reviewed: 1/2021

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION

## AUTHORIZATION FOR THE USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION (PHI)

Patient Name (print): WENCKENS,JUSTIN DEWAYNE Offender #: 02477197
Facility: NH - GARZA WEST Date of Birth: [redacted]

By signing this Authorization Form, I understand that I am giving my authorization to TDCJ's designated medical records custodians or any other entity that may possess my medical records to use and/or disclose my protected health information (PHI), as described in more detail in the paragraphs below, to the following person(s) or organization(s):

Name of person(s) or organization(s): Inquirer Michelle Wenckens (Wife)
Street address: [redacted]
City, State, and zip code:
Telephone number: [redacted]
Facsimile number:

I specifically authorize the use and disclosure of the following PHI:
*(Please provide a detailed description of the particular information you are authorizing to be disclosed)*

**General Info. In medical record re: dental, medical and/or psych treatment.**

Please state the purpose of the authorization to release PHI below: (example: continuity of patient care, personal reasons, legal review)

**3rd party**

The information to be used or disclosed pursuant to this authorization form may include information relating to:

(1) Acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus ("HIV") infection; (2) treatment for drug or alcohol abuse; or (3) mental or behavioral health or psychiatric care.

Unless earlier revoked, this authorization will expire on the 730th day of the signing or as otherwise specified below:

I understand the information disclosed pursuant to this authorization may be re-disclosed by the recipient and may no longer be protected by federal or Texas privacy law.

I may inspect and received a copy (Texas law establishes nominal fees for copy charges of medical records) of the information to be used and disclosed pursuant to this Authorization form.

This Authorization is voluntary and I may refuse to sign this Authorization form.

I may revoke this authorization at any time by notifying the medical record unit at my facility of assignment in writing of my intent to revoke this authorization. However, I also understand that such a revocation will not have any effect on any information already used or disclosed by TDCJ before TDCJ received my written notice of revocation.

If I am providing authorization for marketing purposes, I understand that TDCJ may receive remuneration from a properly authorized business associate as a result of using or disclosing my PHI.

I understand that I am not required to sign this Authorization form in exchange for receiving treatment from TDCJ.

X. Justin Wenckens 8-24-2024
Signature of patient or personal representative Date

Printed name of patient

Printed name of personal representative (if applicable)

HSA-27 (Rev 1/2021)

DEF_0453

Date: 02/20/2025 13:01
From: CAROL GONZALES
Facility: ROBERTSON (RB)

To: TANYA KING R LVN;
Subject: TREATMENT
Re: JUSTIN WENCKENS - MRN: 2477197 - UOA: ROBERTSON (RB) (942)

Please see attached order for Permethrin treatment.

Thank you,
CGonzales

Date: 08/19/2024 12:37
From: CAROL GONZALES
Facility: ROBERTSON (RB)

To: ROBIN MAYFIELD K RN;
Subject: VAT #1 & #2
Re: JUSTIN WENCKENS - MRN: 2477197 - UOA: ROBERTSON (RB) (942)

Please see attached VATs.

Thank you,
Ms. Gonzales

Date: 06/21/2024 10:18
From: JULIE FAIN
Facility: LYNAUGH (LH)

To: EZEKIEL OSUNDE E PA;
Subject: MISSED CLINIC
Re: JUSTIN WENCKENS - MRN: 2477197 - UOA: LYNAUGH (LH) (923)

MISSED CLINIC VISIT REPORT

**PATIENT: WENCKENS, JUSTIN TDCJ #: 2477197 FACILITY: LYNAUGH (LH)**

| | |
|---|---|
| **This patient missed the scheduled clinic visit for today, 6/21/2024, due to:** | |
| **X** | No Show LABS PLEASE REORDER IF YOU WANT TO RESCHEDULE |
| | Refusal |
| | Segregation Patient - No Show due to no escort available |
| | Patient left clinic without being seen by the provider |
| **Please review chart information and advise of needed reschedules or other actions.** | |
| | Reschedule |
| | Do Not Reschedule |

Date: 05/09/2024 17:05
From: PEDRO GONZALEZ LVN
Facility: DOMINGUEZ (BX)

To: GERALD BALUTI APRN, FNP;
Subject: NO SHOW FOR SCR REQUESTING REFUSAL FOR DFH
Re: JUSTIN WENCKENS - MRN: 2477197 - UOA: DOMINGUEZ (BX) (874)

MISSED CLINIC VISIT REPORT

**PATIENT: WENCKENS, JUSTIN TDCJ #: 2477197 FACILITY: DOMINGUEZ (BX)**

| | |
|---|---|
| **This patient missed the scheduled clinic visit for today, 5/9/2024, due to:** | |
| X | No Show |
| | Refusal |
| | Segregation Patient - No Show due to no escort available |
| | Patient left clinic without being seen by the provider |
| **Please review chart information and advise of needed reschedules or other actions.** | |
| | Reschedule |
| X | Do Not Reschedule |

Date: 04/23/2024 11:42
From: PATRICIA SMITH APRN, FNP
Facility: DOMINGUEZ (BX)

To: JESSICA ESPINOZA;
Subject: RE: WENCKENS 2477197
Re: JUSTIN WENCKENS - MRN: 2477197 - UOA: DOMINGUEZ (BX) (874)

no, he can drop a sick call if he has any concerns.

thanks
P A S

------Original Message------
Date: 04/23/2024 08:10
From: JESSICA ESPINOZA LVN
Facility: DOMINGUEZ (BX)

To: PATRICIA SMITH A APRN, FNP;
Subject: WENCKENS 2477197
Re: JUSTIN WENCKENS - MRN: 2477197 - UOA: DOMINGUEZ (BX) (874)

Patient here to see Mental Health,
his BP reading high. Retaken manually to read: 175/102. He had KOP in hand. Any further actions?

Date: 04/23/2024 08:10
From: JESSICA ESPINOZA LVN
Facility: DOMINGUEZ (BX)

To: PATRICIA SMITH A APRN, FNP;
Subject: WENCKENS 2477197
Re: JUSTIN WENCKENS - MRN: 2477197 - UOA: DOMINGUEZ (BX) (874)

Patient here to see Mental Health,
his BP reading high. Retaken manually to read: 175/102. He had KOP in hand. Any further actions?

Date: 03/27/2024 12:30
From: JENNIFER PRINCE RN
Facility: DOMINGUEZ (BX)

To: CRYSTAL ROSAS L RN;
Subject: ICN- NOTIFICATION OF INCIDENT- SEE CHART
Re: JUSTIN WENCKENS - MRN: 2477197 - UOA: DOMINGUEZ (BX) (874)

REPORTED VERBAL SEXUAL ASSAULT- SEE CHART FROM 3/28/2024.

Date: 03/21/2024 12:53
From: GERALD BALUTI APRN, FNP
Facility: DOMINGUEZ (BX)

To: ROLANDO LARA;
Subject: RE: 2477197-Wenckens,Justin
Re: JUSTIN WENCKENS - MRN: 2477197 - UOA: DOMINGUEZ (BX) (874)

------Original Message------
Date: 03/21/2024 08:58
From: ROLANDO LARA LVN
Facility: DOMINGUEZ (BX)

To: GERALD BALUTI APRN, FNP;
Subject: 2477197-Wenckens,Justin
Re: JUSTIN WENCKENS - MRN: 2477197 - UOA: DOMINGUEZ (BX) (874)

MISSED CLINIC VISIT REPORT

**PATIENT: WENCKENS, JUSTIN TDCJ #: 2477197 FACILITY: DOMINGUEZ (BX)**

| | |
|---|---|
| **This patient missed the scheduled clinic visit for today, 3/21/2024, due to:** | |
| **x** | No Show |
| | Refusal |
| | Segregation Patient - No Show due to no escort available |
| | Patient left clinic without being seen by the provider |
| **Please review chart information and advise of needed reschedules or other actions.** | |
| | Reschedule |
| **x** | Do Not Reschedule |

Date: 03/21/2024 08:58
From: ROLANDO LARA LVN
Facility: DOMINGUEZ (BX)

To: GERALD BALUTI APRN, FNP;
Subject: 2477197-Wenckens,Justin
Re: JUSTIN WENCKENS - MRN: 2477197 - UOA: DOMINGUEZ (BX) (874)

MISSED CLINIC VISIT REPORT

**PATIENT: WENCKENS, JUSTIN TDCJ #: 2477197 FACILITY: DOMINGUEZ (BX)**

| | |
|---|---|
| **This patient missed the scheduled clinic visit for today, 3/21/2024, due to:** | |
| **x** | No Show |
| | Refusal |
| | Segregation Patient - No Show due to no escort available |
| | Patient left clinic without being seen by the provider |
| **Please review chart information and advise of needed reschedules or other actions.** | |
| | Reschedule |
| | Do Not Reschedule |

Date: 03/08/2024 12:06
From: PATRICIA SMITH APRN, FNP
Facility: DOMINGUEZ (BX)

To: RAYMOND MORENO;
Subject: RE: SCR Refusal signed.
Re: JUSTIN WENCKENS - MRN: 2477197 - UOA: DOMINGUEZ (BX) (874)

------Original Message------
Date: 03/08/2024 11:50
From: RAYMOND MORENO RN
Facility: DOMINGUEZ (BX)

To: PATRICIA SMITH A APRN, FNP;
Subject: SCR Refusal signed.
Re: JUSTIN WENCKENS - MRN: 2477197 - UOA: DOMINGUEZ (BX) (874)

MISSED CLINIC VISIT REPORT

**PATIENT: WENCKENS, JUSTIN TDCJ #: 2477197 FACILITY: DOMINGUEZ (BX)**

| | |
|---|---|
| **This patient missed the scheduled clinic visit for today, 3/8/2024, due to:** | |
| | No Show |
| **X** | Refusal |
| | Segregation Patient - No Show due to no escort available |
| | Patient left clinic without being seen by the provider |
| **Please review chart information and advise of needed reschedules or other actions.** | |
| | Reschedule |
| **X** | Do Not Reschedule |

thanks
P A S

Date: 03/08/2024 11:50
From: RAYMOND MORENO RN
Facility: DOMINGUEZ (BX)

To: PATRICIA SMITH A APRN, FNP;
Subject: SCR Refusal signed.
Re: JUSTIN WENCKENS - MRN: 2477197 - UOA: DOMINGUEZ (BX) (874)

MISSED CLINIC VISIT REPORT

**PATIENT: WENCKENS, JUSTIN TDCJ #: 2477197 FACILITY: DOMINGUEZ (BX)**

| **This patient missed the scheduled clinic visit for today, 3/8/2024, due to:** | |
|---|---|
| | No Show |
| **X** | Refusal |
| | Segregation Patient - No Show due to no escort available |
| | Patient left clinic without being seen by the provider |
| **Please review chart information and advise of needed reschedules or other actions.** | |
| | Reschedule |
| **X** | Do Not Reschedule |

1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1100101012111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111100000001111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111110010101211
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111000111111111111111111111111110
0000011111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
111000001111111111111111111111111111111111111111111111111111111111111111111111000001111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111
1111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111111

# CORRECTIONAL MANAGED HEALTH CARE
## TX TECH ER - Urgent / Emergent Care Record

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197
Date: 07/20/2024 05:43
Facility: LYNAUGH (LH)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 7/20/2024:**

| | | | |
|---|---|---|---|
| BP: 78 / 44 (Sitting) | Weight: | Height: 69 In. | BMI: |
| Pulse: 81 (Sitting) | Resp: 20 / min | Temp: 98 (Forehead) | O2 Sat: 98% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 07/11/2024 05:29:39AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 07/11/2024 05:29:35AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 1 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP: 07/11/2024 05:29:52AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 07/11/2024 05:29:57AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

| **Complete this Section if Responding to the Patient Outside of the Medical Department** | | | | | | | **N/A** |
|---|---|---|---|---|---|---|---|
| Time Medical Staff Notified to Respond: | 0520 | | Time Medical Staff Arrived: | | 0522 | | |
| Emergency Equipment Taken to Scene: | x | AED | x | Jump bag | | Other: | |

| **MODE OF ARRIVAL:** | | | | **CONDITION ON ARRIVAL:** | |
|---|---|---|---|---|---|
| Date: | 07/20/2023 | Time: | 0523 | | Stable |
| | Ambulatory | | | x | Guarded |
| x | W/C | | | | Serious |
| | Stretcher | | | | Critical |
| | Carried | | | | |

**CHIEF COMPLAINT/LOCATION/ONSET:** Per inmate, "got head stompted by officers; can't see; left knee hurting and ribs hurting.

**SIGNIFICANT MEDICAL HISTORY:**
Chronic Care:
Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM
Dental:
Hard Tissue Disease First Observed 3/12/2014 12:36PM
Dental Examination First Observed 4/15/2019 01:49PM
Mental Health:

# CORRECTIONAL MANAGED HEALTH CARE
## TX TECH ER - Urgent / Emergent Care Record

Name: WENCKENS, JUSTIN D Date: 07/20/2024 05:43
TDCJ#: 2477197 Facility: LYNAUGH (LH)

| |
|---|
| Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM<br>Not Specified:<br>Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM<br>Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM<br>Ulcerative Colitis First Observed 12/28/2015 12:47PM<br>Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM<br>Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM<br>Abnormal Glucose First Observed 5/1/2018 09:31AM<br>Other Disorders Of Muscle First Observed 2/26/2024 12:24PM |
| |
| |
| |

| Quantitative Pain Scale: Place an "X" below | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | | 1 | | 2 | | 3 | | 4 | | 5 | | 6 | | 7 | | 8 | | 9 | X | 10 |

| Qualitative Description of Pain | | | | | | | |
|---|---|---|---|---|---|---|---|
| Location: | Head and ribs | | | | Onset: | gradual | |
| Duration: | constant | | | | | | |
| Aggravating Factors: | Movement and palpatation | | | | | | |
| Alleviating Factors: | unkown | | | | | | |
| Pain Character: | | Dull | x | Sharp | x | Throbbing | |
| Frequency: | x | Constant | | Intermittent | Other: | | |
| Radiating: | x | No | | Yes | Location: | | |

| GLASGOW COMA SCALE | | |
|---|---|---|
| **Eye Opening** | **Best Verbal Response** | **Best Motor Response** |
| Spontaneous = 4 | Oriented = 5 | Obeys Command = 6 |
| To voice = 3 | Confused = 4 | Localizes pain = 5 |
| To pain = 2 | Inappropriate words = 3 | Withdraws to pain = 4 |
| None = 1 | Incomprehensible sounds = 2 | Flexion to pain = 3 |
| | None = 1 | Extension to pain = 2 |
| | | None = 1 |

| Time | Initials | Eye Opening | Verbal Response | Motor Response | Total Score |
|---|---|---|---|---|---|
| 0530 | AA | 04 | 05 | 06 | 15 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

NURSING AS

| | CARDIAC | | PULMONARY | | GI | | SKIN | | NEURO | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N/A | | N/A | | N/A | | N/A | | N/A | |
| | **Apical Pulse** | | **Respirations** | | Denies Problems | | Cold | x | Alert | |
| x | Regular | x | Normal | x | Nausea | x | Warm | x | Oriented X: | 3 |
| | Irregular | | Shallow | | Vomiting | | Hot | | Confused | |
| | JVD | | Labored | | Diarrhea | x | Dry | | Lethargic | |
| | **Peripheral Pulses** | | Nasal Flaring | | Rectal Bleeding | | Moist | | Unresponsive | |
| | Upper | | Grunting | | Constipation | | Diaphoretic | | **Arm Strength** | |

**CORRECTIONAL MANAGED HEALTH CARE**
**TX TECH ER - Urgent / Emergent Care Record**

Name: WENCKENS, JUSTIN D Date: 07/20/2024 05:43
TDCJ#: 2477197 Facility: LYNAUGH (LH)

| | | | | | |
|---|---|---|---|---|---|
| x R L x | Retractions | Incontinent | x Normal | x R L x Normal |
| Lower | Hyperventilating | Date | Pale | R L Weak |
| x R L x | Use of accessory muscles | Last BM: | Mottled | R L Flaccid |
| **Bleeding** | | **Abdomen** | Cyanotic | **Leg Strength** |
| x None | **Lungs** | Soft | Jaundiced | x R L x Normal |
| Controlled | **x** R L x Clear | x Firm | Flushed | R L Weak |
| Excessive | R L Crackles | x Distended | Intact | R L Flaccid |
| Location: forehead | R L Wheezes | Obese | **Ortho** **x** **N/A** | **Pupils** |
| Est. Blood Loss | R L Diminish | Tender | Deformity | **x** Equal |
| cc: | R L Absent | Location: | Swelling | Unequal |
| **Capillary Refill** | **GU** **N/A** | Rebound | Location | x R L X Reactive |
| x Normal | Burning | **Bowel Sounds** | **ROM** | R L Nonreactive |
| Delayed | Frequency | x Normoactive | Full | R L Dilated |
| **Edema** | Urine Odor | Hyperactive | x Limited | R L Constricted |
| Upper 0 1+ 2+ 3+ | Hematuria | Hypoactive | Absent | R L Fixed |
| | Incontinent | Absent | | |
| R L | Anuric | NG/G tube | Name | Time |
| Lower 0 1+ 2+ 3+ | Vag. Discharge | Initial Assessment Completed By: | **A.Arredondo LVN** | **0555** |
| | Vag. Bleeding | | | |
| R L | Catheter | | | |

| ****Contact Provider**** | | | |
|---|---|---|---|
| Name of Provider Notified: | Tseaye Haile NP | Time: | 0550 |
| Provider Orders: | Transfer to local hospital | | |
| | | | |
| | | | |
| | | | |
| Orders obtained and read back/verified by: (Name) | | | |

**CORRECTIONAL MANAGED HEALTH CARE**
**TX TECH ER - Urgent / Emergent Care Record**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 07/20/2024 05:43
Facility: LYNAUGH (LH)

| Time | Nursing Notes | Initials |
|---|---|---|
| 0520 | Security requesting medical in Ad-Seg building "inmate unresponsive in shower," Inmate laying on floor. Inmate responsive verbally. Stated "I was stomped on by security. Security assisted inmate into wheel chair. Wheel chaired to medical. | |
| 0550 | t/o T. Haile NP transfer to local ER. | |
| 0553 | Notified security of security transfer to local ER – ofc. Hernadez. | |
| | | |
| | | |
| | | |
| | | |

**Details of abnormal findings and ongoing assessment and care.**

| VITAL SIGNS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Time** | **Temp** | **BP** | **Pulse** | **Resp** | **SpO2** | **FS/BS** | **FHT** | **Initials** |
| 0525 | 98 | 78/44 | 81 | 20 | 98 | 118 | --- | AA |
| 0600 | 98 | 185/99 | 101 | 20 | 98 | | | AA |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| PEAK FLOW | | | | N/A |
|---|---|---|---|---|
| **Time** | **Peak Flow #1** | **Peak Flow #2** | **Peak Flow #3** | **Peak Flow Personal Best** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

* Continue hourly peak flow measurements for patients with respiratory distress for the duration of the clinic visit.

| MEDICATIONS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Time** | **Medication** | **Dose** | **Route** | **Site** | **Initials** | **Outcome Eval** | **Time** | **Initials** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CORRECTIONAL MANAGED HEALTH CARE**
**TX TECH ER - Urgent / Emergent Care Record**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 07/20/2024 05:43
Facility: LYNAUGH (LH)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| **I. V. THERAPY** | | | | | | | **Intake** | | **Output** | |
|---|---|---|---|---|---|---|---|---|---|---|
| Site # | Location | Gauge | IVF | Rate | Time | Initials | | PO | | Urine |
| | | | | | | | | IV | | Emesis |
| | | | | | | | | NG | | NG |
| | | | | | | | | Other: | | Other: |

❖ **Do not release a patient from the clinic without a provider's order if the patient's SpO2 is less than 90% or peak flow is less than 80% of personal best. Normal adult peak flow without existing disease is 300-500.**

| **DISPOSITION OF PATIENT** | | **CONDITION ON DISCHARGE** | | | |
|---|---|---|---|---|---|
| | Cell | Date: | 07/20/2024 | Time: | 0630 |
| | TDCJ Infirmary – Facility: | | Improved | | |
| X | Local ER | X | Stable | | |
| | Hospital Galveston | | Unstable | | |
| | Other: | | Deceased | | |

**TRANSFER TO HOSP/ER NURSING TT**

**Is patient being transferred to an off-site hospital /ER?** Yes

Transfer Information
Patient condition at time of transfer: Stable
Symptom/problem that requires off-site care: Loss of consciousness / Neurologic change
Department initiating the transfer: Nursing
Date/time patient was transferred off-site: 07/20/2024 06:09
CMC provider approving transfer: Tsehaye Haile NP
Name and location of hospital/ER: PCMH - ER
Mode of transportation: Ambulance
UM contacted: N/A
Reminder Created: PATIENT AT OFF-SITE HOSPITAL/EMERGENCY ROOM

**CORRECTIONAL MANAGED HEALTH CARE**
**TX TECH ER - Urgent / Emergent Care Record**

Name: WENCKENS, JUSTIN D  Date: 07/20/2024 05:43
TDCJ#: 2477197  Facility: LYNAUGH (LH)

| Time | Nursing Notes con't |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 7/20/2024 06:10AM | #NURSING LEVEL 4 EMERGENCY VISIT (F) | |

Electronically Signed by ARREDONDO, APRIL R. LVN on 07/20/2024.
Electronically Signed by HAILE, TSEHAYE G. APRN, FNP on 07/22/2024.
##And No Others##

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

Lab Data Imported From and Tests Performed By:
LabCorp 1-800-292-4021

---

Patient Name : WENCKENS, JUSTIN D
Patient Id : 2477197
Patient Phone :
Date of Birth : [redacted]
SS# : [redacted] Sex : Male

---

Ordering
Physician : TALLEY, SHERI
Facility : LYNAUGH (LH)
FM2037 SW OF FT STOCKTON
FT STOCKTON TX 79735

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 20645213360 Requisition: 95850374
Drawn:07/24/24 09:55 Received:07/25/24 00:00 Reported: 07/25/24 09:37

Procedure: Acute Hepatitis

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Hep A Ab, IgM | Negative | | | Negative |
| HBsAg Screen | Negative | | | Negative |
| Hep B Core Ab, IgM | Negative | | | Negative |
| HCV Ab | Non Reactive | | | Non Reactive |

Procedure: Interpretation:
Interpretation: SPRCS
Not infected with HCV unless early or acute infection is suspected (which may be delayed in an immunocompromised individual), or other evidence exists to indicate HCV infection.

---

L Low, H High, C Critical, * Abnormal Alpha

Print Date: 07/25/2024 08:53 Page: 1/1
Electronically Signed by TALLEY, SHERI J. MD on 08/05/2024.
##And No Others##

DEF_0471

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

Lab Data Imported From and Tests Performed By:
Quest 972-916-3200

---

Patient Name : WENCKENS, JUSTIN D
Patient Id : 2477197
Patient Phone :
Date of Birth : [redacted]
SS# : [redacted] Sex : Male

---

Ordering Physician : SMITH, PATRICIA
Facility : DOMINGUEZ (BX)
6535 CAGNON ROAD
SAN ANTONIO TX 78252

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: DL372952M Requisition: 93005509 | | | | | |
| Drawn:04/12/24 05:42 Received:04/14/24 00:47 Reported: 04/14/24 03:32 | | | | | |
| Procedure: HEMOGLOBIN A1c | | | | | |
| HEMOGLOBIN A1c | 5.3 | | % of to-tal Hgb | <5.7 | IG |

For the purpose of screening for the presence of diabetes:

| | |
|---|---|
| <5.7% | Consistent with the absence of diabetes |
| 5.7-6.4% | Consistent with increased risk for diabetes (prediabetes) |
| > or =6.5% | Consistent with diabetes |

This assay result is consistent with a decreased risk of diabetes.

Currently, no consensus exists regarding use of hemoglobin A1c for diagnosis of diabetes in children.

According to American Diabetes Association (ADA) guidelines, hemoglobin A1c <7.0% represents optimal control in non-pregnant diabetic patients. Different metrics may apply to specific patient populations. Standards of Medical Care in Diabetes(ADA).

Test Performed at: IG
QUEST DIAGNOSTICS-IRVING
4770 REGENT BLVD.
IRVING, TX 75063-2445 ROBERT L BRECKENRIDGE,MD

---

L Low, H High, A Abnormal Alpha

Print Date: 04/14/2024 03:53 Page: 1/1
Electronically Signed by SMITH, PATRICIA A. APRN, FNP on 04/16/2024.
##And No Others##

DEF_0472

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

DOMINGUEZ (BX)

MEDICAL
,

LABORATORY DIRECTOR

URINALYSIS

MRN : 2477197 Accession:92938734 Age :46 Years
Patient Name: WENCKENS, JUSTIN D Sex :Male
Home Phone : Work :( ) -
Admitting MD: UNKNOWN UNKNOWN Phone:
Attending MD: Phone:
Referring MD: Phone:
Ordering MD : Phone:

Tech : AMANDA L VALDEZ CCA Verifier:AMANDA L VALDEZ CCA
Collection Time: 01/31/2024 10:58
Result Time : 01/31/2024 10:58
Report Time : 01/31/2024 10:59
Comment:

| Test | Result | Abn | Normal Range | Units |
|---|---|---|---|---|
| SG | 1.010 | | 1.010 - 1.025 | |
| PH | 7.0 | | 5.5 - 7.0 | |
| LEUKOCYTES | NEG | | NEG | |
| NITRITES | NEG | | NEG | |
| PROTEIN | TRACE | A | NEG | mg/dL |
| GLUCOSE | NEG | | NEG | mg/dL |
| KETONE | NEG | | NEG | mg/dL |
| UROBILI | 0.2 | | 0.2 - 1.0 | mg/dL |
| BILIRUBIN | NEG | | NEG | |
| BLOOD | NEG | | NEG | |
| WBC | | | - | |
| RBC | | | - | |
| EPITHELIAL | | | - | |
| BACTERIA | | | - | |
| CASTS | | | - | |
| MUCOUS | | | - | |
| CRYSTALS | | | - | |
| ICTOTEST | | | - | |

This document has been sent for signature, but has not yet been reviewed

DEF_0473

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

Lab Data Imported From and Tests Performed By:
Quest 972-916-3200

Patient Name : WENCKENS, JUSTIN D
Patient Id : 2477197
Patient Phone :
Date of Birth : [redacted]
[redacted] Sex : Male

Ordering
Physician : SMITH, PATRICIA
Facility : DOMINGUEZ (BX)
6535 CAGNON ROAD
SAN ANTONIO TX 78252

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: DL279290L Requisition: 92925575 | | | | | |
| Drawn:01/31/24 08:14 Received:02/01/24 04:51 Reported: 02/01/24 07:10 | | | | | |
| Procedure: HEMOGLOBIN A1c | | | | | |
| HEMOGLOBIN A1c | 6.3 | H | % of total Hgb | <5.7 | IG |

For someone without known diabetes, a hemoglobin A1c value between 5.7% and 6.4% is consistent with prediabetes and should be confirmed with a follow-up test.

For someone with known diabetes, a value <7% indicates that their diabetes is well controlled. A1c targets should be individualized based on duration of diabetes, age, comorbid conditions, and other considerations.

This assay result is consistent with an increased risk of diabetes.

Currently, no consensus exists regarding use of hemoglobin A1c for diagnosis of diabetes for children.

Test Performed at: IG
QUEST DIAGNOSTICS-IRVING
4770 REGENT BLVD.
IRVING, TX 75063-2445 ROBERT L BRECKENRIDGE,MD

L Low, H High, A Abnormal Alpha

Print Date: 02/01/2024 07:23 Page: 1/1
Electronically Signed by SMITH, PATRICIA A. APRN, FNP on 02/01/2024.
##And No Others##

DEF_0474

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

Lab Data Imported From and Tests Performed By:
Quest 972-916-3200

Patient Name : WENCKENS, JUSTIN D
Patient Id : 2477197
Patient Phone :
Date of Birth : [redacted]
SS# : [redacted] Sex : Male

Ordering
Physician : CORTEZ, RAY
Facility : DOMINGUEZ (BX)
6535 CAGNON ROAD
SAN ANTONIO TX 78252

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

Accession: DL279265L Requisition: 92888981
Drawn:01/31/24 08:14 Received:02/01/24 04:50 Reported: 02/01/24 09:30

Procedure: COMPREHENSIVE METABOLIC PANEL

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| GLUCOSE | 105 | H | mg/dL | 65-99 | IG |

Fasting reference interval

For someone without known diabetes, a glucose value between 100 and 125 mg/dL is consistent with prediabetes and should be confirmed with a follow-up test.

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| UREA NITROGEN (BUN) | 13 | | mg/dL | 7-25 | IG |
| CREATININE | 0.69 | | mg/dL | 0.60-1.29 | IG |
| EGFR | 116 | | mL/min/-1.73m2 | > OR = 60 | IG |
| BUN/CREATININE RATIO | SEE NOTE: | | (calc) | 6-22 | IG |

Not Reported: BUN and Creatinine are within reference range.

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| SODIUM | 142 | | mmol/L | 135-146 | IG |
| POTASSIUM | 3.8 | | mmol/L | 3.5-5.3 | IG |
| CHLORIDE | 107 | | mmol/L | 98-110 | IG |
| CARBON DIOXIDE | 28 | | mmol/L | 20-32 | IG |
| CALCIUM | 8.9 | | mg/dL | 8.6-10.3 | IG |
| PROTEIN, TOTAL | 6.4 | | g/dL | 6.1-8.1 | IG |
| ALBUMIN | 3.8 | | g/dL | 3.6-5.1 | IG |
| GLOBULIN | 2.6 | | g/dL (c-alc) | 1.9-3.7 | IG |
| ALBUMIN/GLOBULIN RATIO | 1.5 | | (calc) | 1.0-2.5 | IG |
| BILIRUBIN, TOTAL | 0.3 | | mg/dL | 0.2-1.2 | IG |
| ALKALINE PHOSPHATASE | 87 | | U/L | 36-130 | IG |
| AST | 15 | | U/L | 10-40 | IG |
| ALT | 27 | | U/L | 9-46 | IG |

Test Performed at: IG
QUEST DIAGNOSTICS-IRVING
4770 REGENT BLVD.
Print Date: 02/01/2024 09:53 Page: 1/2

DEF_0475

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

Lab Data Imported From and Tests Performed By:
Quest 972-916-3200

---

Patient Name : WENCKENS, JUSTIN D
Patient Id : 2477197
Patient Phone :
Date of Birth : [redacted]
SS# : [redacted] Sex : Male

---

Ordering
Physician : CORTEZ, RAY
Facility : DOMINGUEZ (BX)
6535 CAGNON ROAD
SAN ANTONIO TX 78252

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| IRVING, TX 75063-2445 | ROBERT L BRECKENRIDGE,MD | | | | |

L Low, H High, A Abnormal Alpha

Print Date: 02/01/2024 09:53 Page: 2/2
Electronically Signed by CORTEZ, RAY V. MD on 03/01/2024.
##And No Others##

DEF_0476

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

Lab Data Imported From and Tests Performed By:
Quest 972-916-3200

---

Patient Name : WENCKENS, JUSTIN D
Patient Id : 2477197
Patient Phone :
Date of Birth : [redacted]
SS# : [redacted] Sex : Male

---

Ordering
Physician : CORTEZ, RAY
Facility : DOMINGUEZ (BX)
6535 CAGNON ROAD
SAN ANTONIO TX 78252

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

Accession: DL279265L Requisition: 92888981
Drawn:01/31/24 08:14 Received:02/01/24 04:50 Reported: 02/01/24 09:30

Procedure: IRON AND TOTAL IRON BINDING CAPACITY

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| IRON, TOTAL | 84 | | mcg/dL | 50-180 | IG |
| IRON BINDING CAPACITY | 260 | | mcg/dL - (calc) | 250-425 | IG |
| % SATURATION | 32 | | % (calc) | 20-48 | IG |

Test Performed at: IG
QUEST DIAGNOSTICS-IRVING
4770 REGENT BLVD.
IRVING, TX 75063-2445 ROBERT L BRECKENRIDGE,MD

---

L Low, H High, A Abnormal Alpha

Print Date: 02/01/2024 09:53 Page: 1/1
Electronically Signed by CORTEZ, RAY V. MD on 03/01/2024.
##And No Others##

DEF_0477

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

Lab Data Imported From and Tests Performed By:
Quest 972-916-3200

---

Patient Name : WENCKENS, JUSTIN D
Patient Id : 2477197
Patient Phone :
Date of Birth : [redacted]
SS# : [redacted] Sex : Male

---

Ordering
Physician : CORTEZ, RAY
Facility : DOMINGUEZ (BX)
6535 CAGNON ROAD
SAN ANTONIO TX 78252

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

Accession: DL279265L Requisition: 92888981
Drawn:01/31/24 08:14 Received:02/01/24 04:50 Reported: 02/01/24 09:30

Procedure: LIPID PANEL, STANDARD

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 157 | | mg/dL | <200 | IG |
| HDL CHOLESTEROL | 30 | L | mg/dL | > OR = 40 | IG |
| TRIGLYCERIDES | 113 | | mg/dL | <150 | IG |
| LDL-CHOLESTEROL | 106 | H | mg/dL (-calc) | | IG |

Reference range: <100

Desirable range <100 mg/dL for primary prevention;
<70 mg/dL for patients with CHD or diabetic patients
with > or = 2 CHD risk factors.

LDL-C is now calculated using the Martin-Hopkins
calculation, which is a validated novel method providing
better accuracy than the Friedewald equation in the
estimation of LDL-C.
Martin SS et al. JAMA. 2013;310(19): 2061-2068
(http://education.QuestDiagnostics.com/faq/FAQ164)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CHOL/HDLC RATIO | 5.2 | H | (calc) | <5.0 | IG |
| NON HDL CHOLESTEROL | 127 | | mg/dL (-calc) | <130 | IG |

For patients with diabetes plus 1 major ASCVD risk
factor, treating to a non-HDL-C goal of <100 mg/dL
(LDL-C of <70 mg/dL) is considered a therapeutic
option.

Test Performed at: IG
QUEST DIAGNOSTICS-IRVING
4770 REGENT BLVD.
IRVING, TX 75063-2445 ROBERT L BRECKENRIDGE,MD

---

L Low, H High, A Abnormal Alpha

Print Date: 02/01/2024 09:53 Page: 1/1
Electronically Signed by CORTEZ, RAY V. MD on 03/01/2024.
##And No Others##

DEF_0478

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

Lab Data Imported From and Tests Performed By:
Quest 972-916-3200

Patient Name : WENCKENS, JUSTIN D
Patient Id : 2477197
Patient Phone : [redacted]
Date of Birth :
SS# : Sex : Male

Ordering
Physician : CORTEZ, RAY
Facility : DOMINGUEZ (BX)
6535 CAGNON ROAD
SAN ANTONIO TX 78252

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

Accession: DL279265L Requisition: 92888981
Drawn:01/31/24 08:14 Received:02/01/24 04:50 Reported: 02/01/24 07:16

Procedure: CBC (INCLUDES DIFF/PLT)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 10.4 | | Thousan-d/uL | 3.8-10.8 | IG |
| RED BLOOD CELL COUNT | 4.57 | | Million-/uL | 4.20-5.80 | IG |
| HEMOGLOBIN | 13.0 | L | g/dL | 13.2-17.1 | IG |
| HEMATOCRIT | 39.2 | | % | 38.5-50.0 | IG |
| MCV | 85.8 | | fL | 80.0-100.0 | IG |
| MCH | 28.4 | | pg | 27.0-33.0 | IG |
| MCHC | 33.2 | | g/dL | 32.0-36.0 | IG |
| RDW | 15.6 | H | % | 11.0-15.0 | IG |
| PLATELET COUNT | 272 | | Thousan-d/uL | 140-400 | IG |
| MPV | 9.8 | | fL | 7.5-12.5 | IG |
| ABSOLUTE NEUTROPHILS | 6958 | | cells/uL | 1500-7800 | IG |
| ABSOLUTE LYMPHOCYTES | 1872 | | cells/uL | 850-3900 | IG |
| ABSOLUTE MONOCYTES | 1196 | H | cells/uL | 200-950 | IG |
| ABSOLUTE EOSINOPHILS | 322 | | cells/uL | 15-500 | IG |
| ABSOLUTE BASOPHILS | 52 | | cells/uL | 0-200 | IG |
| NEUTROPHILS | 66.9 | | % | | IG |
| LYMPHOCYTES | 18.0 | | % | | IG |
| MONOCYTES | 11.5 | | % | | IG |
| EOSINOPHILS | 3.1 | | % | | IG |
| BASOPHILS | 0.5 | | % | | IG |

Test Performed at: IG
QUEST DIAGNOSTICS-IRVING
4770 REGENT BLVD.
IRVING, TX 75063-2445 ROBERT L BRECKENRIDGE,MD

L Low, H High, A Abnormal Alpha

Print Date: 02/01/2024 07:38 Page: 1/1
Electronically Signed by CORTEZ, RAY V. MD on 03/01/2024.
##And No Others##

DEF_0479

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

Lab Data Imported From UTMB - Galveston Lab System

Patient Name : WENCKENS, JUSTIN D
Patient Id : 2477197
Patient Phone :
Date of Birth : [redacted]
SS# : -- Sex : Male

Ordering
Physician : PATTON, JENNIFER
Facility : GARZA (NH)
EAST OF HWY 202
BEEVILLE TX 78102

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

Accession: 24H-002C1778 Requisition:
Drawn:01/02/24 06:52 Received:01/02/24 17:54 Reported: 01/02/24 19:02

Procedure: EXTRA TUBE URINE

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

DEF_0480

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

Lab Data Imported From UTMB - Galveston Lab System

Patient Name : WENCKENS, JUSTIN D
Patient Id : 2477197
Patient Phone :
Date of Birth : [redacted]
SS# : -- Sex : Male

Ordering
Physician : PATTON, JENNIFER
Facility : GARZA (NH)
EAST OF HWY 202
BEEVILLE TX 78102

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

Accession: 24H-002C1779 Requisition: C92351070007
Drawn:01/02/24 06:52 Received:01/02/24 17:54 Reported: 01/02/24 19:09

Procedure: URINALYSIS

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| APPEARANCE | Clear | | | Clear | HG |
| COLOR | Yellow | | | Yellow | HG |
| PH URINE | 6.0 | | | 4.8-8.0 | HG |
| SPECIFIC GRAVITY URINE | 1.014 | | | 1.003-1.030 | HG |
| GLUCOSE QUALITATIVE U | Normal | | | Normal | HG |
| BLOOD URINE | Negative | | | Negative | HG |
| KETONES URINE | Negative | | | Negative | HG |
| PROTEIN URINE, URINALYSIS | Negative | | | Negative | HG |
| UROBILINOGEN URINE | Normal | | | Normal | HG |
| BILIRUBIN URINE | Negative | | | Negative | HG |
| NITRITE URINE | Negative | | | Negative | HG |
| LEUKOCYTE ESTERASE URINE | Negative | | | Negative | HG |
| RED BLOOD CELLS URINE | 0 | | HPF | 0-3 | HG |
| WHITE BLOOD CELLS URINE | 0 | | HPF | 0-5 | HG |
| BACTERIA | Negative | | | Negative | HG |
| MUCOUS, URINE | Slight | A | LPF | Negative | HG |
| U CALCIUM OXALATE CRYSTALS | 1 | | HPF | <=1 | HG |

Test Performed at: HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555 Michael Laposata, MD, PhD

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

DEF_0481

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

Lab Data Imported From UTMB - Galveston Lab System

Patient Name : WENCKENS, JUSTIN D
Patient Id : 2477197
Patient Phone :
Date of Birth : [redacted]
SS# : -- Sex : Male

Ordering
Physician : PATTON, JENNIFER
Facility : GARZA (NH)
EAST OF HWY 202
BEEVILLE TX 78102

Accession: 24H-002H0809 Requisition: C92351070002
Drawn:01/02/24 06:52 Received:01/02/24 17:54 Reported: 01/02/24 19:19

Procedure: CBC WITH DIFF

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 6.60 | | 10*3/uL | 4.20-10.70 | HG |
| RED BLOOD CELL COUNT | 5.34 | | 10*6/uL | 4.26-5.52 | HG |
| HEMOGLOBIN | 15.3 | | g/dL | 12.2-16.4 | HG |
| HEMATOCRIT | 44.8 | | % | 38.4-49.3 | HG |
| MEAN CORPUSCULAR VOLUME | 83.9 | | fL | 81.7-95.6 | HG |
| MEAN CORPUSCULAR HGB | 28.7 | | pg | 26.1-32.7 | HG |
| MEAN CORP HGB CONCENTRATION | 34.2 | | g/dL | 31.2-35.0 | HG |
| RED CELL DISTRIBUTION WIDTH SD | 41.4 | | fL | 38.5-51.6 | HG |
| RED CELL DISTRIBUTION WIDTH CV | 13.5 | | % | 12.1-15.4 | HG |
| PLATELET COUNT | 183 | | 10*3/uL | 150-328 | HG |
| MEAN PLATELET VOLUME | 11.1 | | fL | 9.8-13.0 | HG |
| NUCLEATED RBC PERCENT | 0.0 | | /100 WB-Cs | 0.0-10.0 | HG |
| NUCLEATED RBC ABSOLUTE COUNT | <0.01 | | 10*3/uL | | HG |
| NEUTROPHIL PERCENT ADIFF | 55.4 | | % | | HG |
| IMMATURE GRANULOCYTE PERCENT - ADIFF | 0.30 | | % | | HG |
| LYMPHOCYTE PERCENT ADIFF | 25.3 | | % | | HG |
| MONOCYTE PERCENT ADIFF | 16.1 | | % | | HG |
| EOSINOPHIL PERCENT ADIFF | 2.4 | | % | | HG |
| BASOPHIL PERCENT ADIFF | 0.5 | | % | | HG |
| NEUTROPHIL ABSOLUTE COUNT ADI-FF | 3.66 | | 10*3/uL | 1.99-6.95 | HG |
| IMMATURE GRANULOCYTE ABSOLUTE- COUNT ADIFF | <0.03 | | 10*3/uL | 0.00-0.06 | HG |
| LYMPHOCYTE ABSOLUTE COUNT ADI-FF | 1.67 | | 10*3/uL | 1.09-3.23 | HG |
| MONOCYTE ABSOLUTE COUNT ADIFF | 1.06 | H | 10*3/uL | 0.36-1.02 | HG |
| EOSINOPHIL ABSOLUTE COUNT ADI-FF | 0.16 | | 10*3/uL | 0.06-0.53 | HG |
| BASOPHIL ABSOLUTE COUNT ADIFF | 0.03 | | 10*3/uL | 0.01-0.09 | HG |

Test Performed at: HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555 Michael Laposata, MD, PhD

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

DEF_0482

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

Lab Data Imported From UTMB - Galveston Lab System

Patient Name : WENCKENS, JUSTIN D
Patient Id : 2477197
Patient Phone :
Date of Birth : [redacted]
SS# : -- Sex : Male

Ordering
Physician : PATTON, JENNIFER
Facility : GARZA (NH)
EAST OF HWY 202
BEEVILLE TX 78102

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

Accession: 24H-002C1779 Requisition: C92351070005
Drawn:01/02/24 06:52 Received:01/02/24 17:54 Reported: 01/02/24 19:46

Procedure: MICROALBUMIN URINE
Normal: <30 mg/g creatinine
Microalbuminuria: 30 - 299 mg/g creatinine
Clinical albuminuria: > 300 mg/g creatinine

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CREATININE URINE | 116.9 | | mg/dL | | HG |
| MICROALBUMIN URINE | 7 | | ug/mL | 0-45 | HG |
| ALBUMIN URINE /MMOL CREATININE | 6 | | mg/g of-creati-nine | 0-30 | HG |

Test Performed at: HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555 Michael Laposata, MD, PhD

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# CORRECTIONAL MANAGED HEALTH CARE
## Chronic Care Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 02/20/2025 11:57
Facility: ROBERTSON (RB)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 2/20/2025:**

| | | | |
|---|---|---|---|
| BP: 170 / 89 (Sitting) | Weight: 170 Lbs. | Height: 69 In. | BMI: 25 (% Diff: 0.00) |
| Pulse: 96 (Sitting) | Resp: 16 / min | Temp: 97.7 (Oral) | O2 Sat: 99% RA |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 9 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 01/30/2025 10:11:29AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 9 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 01/30/2025 10:11:38AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 9 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 01/30/2025 10:11:34AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TRAZODONE 50MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days
REFILLS: 6 / 11
EXPIRATION DATE: 8/21/2025 01:02:00PM
RX ID: 35915197
COMPLIANCE: 26.26 %
ORDERING PROVIDER: ALI, DOLORES H
ORDERING FACILITY: ROBERTSON (RB)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |
| 06/04/2024 | INGRAM, ROXIE H | Disciplinary Process Consult Representative of Mental Health Department before taking disciplinary action | | Cont. |
| 06/04/2024 | INGRAM, ROXIE H | Mental Health Representative Required | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| **DES:** | 3 | 1 | 2 | 1 | 1 | 2 |
| **COD:** | E | A | B | A | A | B |
| **MOD:** | T | T | P | T | T | T |

***Current Chronic Problems***:
ESSENTIAL (PRIMARY) HYPERTENSION (HTN) [I10] first observed 05/03/2012 (Active)

# CORRECTIONAL MANAGED HEALTH CARE
## Chronic Care Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 02/20/2025 11:57
Facility: ROBERTSON (RB)

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/20/2025 11:20AM | 170/89 (SI) | 96 (SI) | 16 | 170 LB | | 25 | 97.7 (OR) | | 0.00 | 99 RA | | | | |
| 1/28/2025 11:52AM | 161/105 (SI) | 81 (SI) | 16 | 168 LB | | 25 | 97.6 (OR) | | 0.00 | 98 RA | | | | |
| 12/11/2024 01:13PM | 146/93 (SI) | 80 (SI) | 20 | 160 LB | | 24 | 96.9 (OR) | | 0.00 | 98 RA | | | | |
| 8/19/2024 11:40AM | 131/90 (SI) | 74 (SI) | 18 | 167 LB | | 25 | 97.7 (OR) | | 0.00 | 97 RA | | | | |
| 7/31/2024 09:40AM | 124/80 (SI) | | | | | | | | 0.00 | RA | | | | |
| 7/31/2024 09:40AM | 130/84 (SI) | | | | | | | | 0.00 | RA | | | | |
| 7/31/2024 08:02AM | 140/92 (SI) | 79 (SI) | 18 | 176 LB | | 26 | 98.4 (OR) | | 0.00 | 97 RA | | | | |

```
Patient Name  : WENCKENS, JUSTIN D
Patient Id    : 2477197
Patient Phone :
Date of Birth : 04/07/1977
SS#           : --     Sex    : Male
```

```
Ordering
Physician     : PATTON, JENNIFER
Facility      : GARZA (NH)
                EAST OF HWY 202
                BEEVILLE  TX  78102
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: R2875332            Requisition: 283733019
Imaged:01/22/24 07:31    Reported: 01/22/24 09:09

Procedure: XR FOOT 3+ VW RIGHT

NARRATIVE
     XR FOOT 3+ VW RIGHT

     INDICATION: RIGHT FOOT PAIN

     COMPARISON: None

     FINDINGS:

     Chronic fracture deformity of the first metatarsal. Healing stress
     fractures of the mid second and third metatarsals as well as the fourth
     metatarsal base.


IMPRESSION
     IMPRESSION:

     Healing second through fourth metatarsal stress fractures.

Interpreted by: TRIEU, BRIAN J.  NPI: 1912392283
```

**MED - CHRONIC CARE CLINIC**

**Visit information:**
Telehealth: No
Reason for visit: Hypertension

# CORRECTIONAL MANAGED HEALTH CARE
## Chronic Care Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 02/20/2025 11:57
Facility: ROBERTSON (RB)

Chief complaint(s): CCC visit

**Subjective:**

Lifestyle compliance:
Reported compliance to prescribed diet: Not very often
Reported exercise compliance: Almost never
Reported compliance to KOP medications: Most of the time

Chronic problem(s):
Hypertension
Age at diagnosis: 35
B/P well controlled: No
Comments: quit smoking 20 years ago

General Review of Systems:

General
- Feels the same
- No change in weight
- No fatigue
- No difficulty sleeping
- No chronic pain
- No fever, No sweats or chills
- No vertigo

Eyes / Vision
- No chronic/past eye disorders
- No eye pain
- No change in vision
- No eye discharge
- No red eye
- No double vision

ENT
- No change in hearing acuity

Neck
- No acute / chronic neck disorders

Respiratory
- No chronic respiratory disorders
- No shortness of breath
- No cough
- No wheezing
- No snoring, No apnea

Cardiovascular
- No chest pain
- No peripheral edema
- No syncope
- No palpitations

Musculoskeletal
- No known disease
- Joint pain

Other / Detail: pain in right foot from accident in past

Gastrointestinal
- Other / chronic bowel disease
- No heartburn / indigestion
- No nausea / vomiting
- No jaundice
- No abdominal pain
- No constipation / diarrhea
- No rectal complaints

Other / Detail: UC is well controlled.

**CORRECTIONAL MANAGED HEALTH CARE**
**Chronic Care Clinic Note**

Name: WENCKENS, JUSTIN D
Date: 02/20/2025 11:57
TDCJ#: 2477197
Facility: ROBERTSON (RB)

Genitourinary - Male
- Hesitancy
- Decreased force of urinary stream
- No penile issues
- No testicular issues

Neuro
- No headaches
- No numbness / tingling
- No seizures
- No tremor

Skin
- Hair loss

Other / Detail: patches on face

**Objective:**

Physical exam:

General:
Appears in no acute distress
Appears well-nourished
Appears stated age

Head:
Normocephalic

Neck:
Supple

Eyes:
PERRLA
Conjunctivae clear

Ears:
External ears appear normal

Nose:
Septum appears normal

Mouth / Throat:
Oropharynx clear

Chest / Axilla:
No chest deformity

Cardiac:
Regular rate and rhythm
Normal S1 and S2
No murmurs
No gallop
PMI normal placement and magnitude

Pulmonary:
Lungs clear to auscultation
No wheezes
No rhonchi
No crackles

Back / Spine:
No deformity seen

Abdomen:
Bowel sounds present

Upper extremities:
No deformities seen
Fingernails appear normal

Lower extremities:
No edema
Skin intact between toes and on soles of feet

**CORRECTIONAL MANAGED HEALTH CARE**
**Chronic Care Clinic Note**

Name: WENCKENS, JUSTIN D Date: 02/20/2025 11:57
TDCJ#: 2477197 Facility: ROBERTSON (RB)

Peripheral pulses 2+ at dorsalis pedis and tibial arteries
No deformities seen
Neurological:
Non focal
Alert and oriented X 3
Skin / Integumentary: WARM, DRY, INTACT
Vision / Hearing: Grossly normal
Breast: No nipple abnormality

**Assessment / Diagnostic plan (all chronic problems):**
Hypertension
Not at goal
increase terazosin to 5mg

**General plan:**
Diet order:
Regular Diet order:
Patient signed Refusal of Treatment (ROT) for therapeutic diet
REGULAR DIET
Patient Order Added: DIET ORDER-REGULAR DIET Order Date: 02/20/2025 12:18:40 User: SMITH, MELISSA
Exercise / Education:
Exercise:
The health benefits of daily aerobic exercise discussed with patient
Education:
Patient understands treatment plan and importance of keeping f/u appointments
Stressed importance of medication compliance, adherence to diet, exercise, and all diagnostic procedures
Discussed disease-specific pathophysiology and long-term health outcome options
Diet counseling completed
Patient problem list has been reviewed and updated as necessary: Yes
PULHES / Restrictions: No changes necessary
Continuity of Care / Discharge Planning: Patient will NOT require continuity of care planning by TCOOMMI prior to discharge from TDCJ.
Disposition:
Schedule next CCC visit:
Reminder Completed: CCC CHRONIC CLINIC REMINDER
Reminder Date: 02/15/2026 12:13
To Do User Type: NURSE PRACTITIONER
To Do User: SMITH, MELISSA
Reminder Comment: HTN
Reminder Created: CCC CHRONIC CLINIC REMINDER

Provider encounter capture:
Full CCC Visit:
Patient Order Added: CHRONIC CARE PROVIDER2-INTERMEDIATE OFFICE VISIT (F) Order Date: 02/20/2025 12:18:43 User: SMITH, MELISSA

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 2/20/2025 12:19PM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCKDELCRRHAHEMURRHGDONCOLL EV2 | |
| 2/20/2025 12:19PM | EKG/ECG REQUEST/ORDER (CNDBBPBFSZPSY) | |
| 2/20/2025 12:19PM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLDCKD LEV2ELCRRHGDONCOL | |
| 2/20/2025 12:19PM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLELEV2THPRHAGD | |

# CORRECTIONAL MANAGED HEALTH CARE
## Chronic Care Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 02/20/2025 11:57
Facility: ROBERTSON (RB)

| | |
|---|---|
| 2/20/2025 12:19PM | *URINALYSIS W/DIP MICRO EXAM ON POS [UA CHEM] HVDBCNBPBFPSYLESLDCKDELCRHEMUR |
| 2/20/2025 12:19PM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHGD |
| 2/20/2025 12:19PM | VITAMIN D, 25-HYDROXY |
| 2/20/2025 12:19PM | BP CHECK SERIES REQUEST/ORDER (BP) CNDB |
| 2/27/2025 12:20PM | BP CHECK SERIES REQUEST/ORDER (BP) CNDB |
| 3/6/2025 12:20PM | BP CHECK SERIES REQUEST/ORDER (BP) CNDB |
| 3/13/2025 12:20PM | BP CHECK SERIES REQUEST/ORDER (BP) CNDB |

**New Reminders Added:**

| Description | Date Time | Comments |
|---|---|---|
| MD/MLP-FOLLOW-UP VISIT | 03/20/2025 12:25 | follow up on CCC lab result and BP readings |

**Stopped Meds:**

**TERAZOSIN 2MG CAPSULE**
PROVIDER: OSUNDE, EZEKIEL E
REFILLS: 9 / 11

1 CAPS ORAL EVERY EVENING for 30 Days KOP

START DATE:05/25/2024 14:32 PM
EXPIRATION DATE: 5/20/2025 14:32 PM
RX ID:35463270

**Started Meds:**

**TERAZOSIN 5MG CAPSULE**
PROVIDER: SMITH, MELISSA
REFILLS: 0 / 11

1 CAPS ORAL EVERY EVENING for 30 Days KOP

START DATE:02/20/2025 12:28 PM
EXPIRATION DATE: 2/15/2026 12:28 PM
RX ID:36786070

**Started Meds:**

**PERMETHRIN 5% CREAM 60GM**
PROVIDER: SMITH, MELISSA
REFILLS: 0 / 0

1 TUBES TOPICALLY ONCE for 7 Days KOP
Special Instructions: APPLY ONE TIME WITHIN THE NEXT 7 DAYS.

START DATE:02/20/2025 12:29 PM
EXPIRATION DATE: 2/27/2025 12:29 PM
RX ID:36786092

**Passes Data:**
**02/20/2025 12:36 - SMITH, MELISSA APRN, FNP**

**Add - ORTHOPEDIC EQUIPMENT: Ankle/Foot Support Location: Right # of Days: 365 Exp. Date: 02/20/2026**

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 2/20/2025 12:37PM | TREATMENT REQUEST/ORDER | permethrin treatment protocol x1 |

Electronically Signed by SMITH, MELISSA APRN, FNP on 02/20/2025.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
## Clinic Note

Name: WENCKENS, JUSTIN D  Date: 07/31/2024 09:15
TDCJ#: 1779025  Facility: ROBERTSON (RB)

Age: 47  DOB: [redacted]  Sex: Male  Race: WHITE  DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 7/31/2024:**

| | | | |
|---|---|---|---|
| BP: 140 / 92 (Sitting) | Weight: 176 Lbs. | Height: 69 In. | BMI: 26 (% Diff: -3.70) |
| Pulse: 79 (Sitting) | Resp: 18 / min | Temp: 98.4 (Oral) | O2 Sat: 97% RA |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**10D-ACETAMINOPHEN 325MG TABLET**
2 TABS ORAL 3 TIMES DAILY for 10 Days KOP As Needed (PRN)
MAY DISPENSE NO MORE THAN A 10-DAY SUPPLY AT A TIME.
REFILLS: 0 / 0
EXPIRATION DATE: 8/01/2024 08:31:00AM
RX ID: 35733203
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 07/25/2024 07:46:43AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**AMOXICILLIN 500MG CAPSULE**
1 CAPS ORAL 3 TIMES DAILY for 10 Days KOP
REFILLS: 0 / 0
EXPIRATION DATE: 8/01/2024 08:31:00AM
RX ID: 35733201
LAST DATE GIVEN KOP: 07/25/2024 07:46:37AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 07/25/2024 07:46:40AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 2 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP: 07/25/2024 07:46:55AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 07/25/2024 07:46:33AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**CORRECTIONAL MANAGED HEALTH CARE**
**Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 1779025

Date: 07/31/2024 09:15
Facility: ROBERTSON (RB)

# Discharge Summary

## Pecos County Memorial Hospital District

387 West I-10 Fort Stockton, TX 79735 4323362004

07/20/2024

**Patient: WENCKENS, JUSTIN MRN#: 053115 Acct#: 1343927 Sex: Male DOB: 04/07/1977 Age: 47y**

Thank you for visiting Pecos County Memorial Hospital District.
You have been evaluated today by Joseph Peterson, M.D. for the following condition(s):

**Principal Diagnosis**

Physical assault in a fight.
Multiple contusions with soft tissue hematoma to the scalp, forehead, chest and abdomen. ;
abnormal serum liver function test.

**INSTRUCTIONS**

Apply ice. Protect wound and keep wound area clean. No strenuous activity.

**Warnings:** HEAD INJURY PRECAUTIONS: An observer must check on the patient frequently for the next 24 hours to confirm that the patient responds as expected, is not confused, has no new weakness or numbness, and has no other problems.
GENERAL WARNINGS: Return or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**Follow-up:**

Return to the emergency department as needed. Follow up with your healthcare provider in two days.

Understanding of the discharge instructions verbalized by patient.

**You have been given the following additional information:**

Physical Assault
Soft Tissue Contusion
Scalp Contusion
Facial Contusion
Chest Wall Contusion

[signature]
Patient Signature

[signature]
Facility Representative

7/20/24 @ 1128
Date/Time

# CORRECTIONAL MANAGED HEALTH CARE
## Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 1779025

Date: 07/31/2024 09:15
Facility: ROBERTSON (RB)

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/31/2024 08:02AM | 140/92 (SI) | 79 (SI) | 18 | 176 LB | | 26 | 98.4 (OR) | | 0.00 | 97 RA | | | | |
| 7/22/2024 07:57AM | 155/107 (SI) | 98 (SI) | 18 | 181 LB | | 27 | 97.8 (FH) | | 0.00 | 99 RA | | | | |
| 7/20/2024 02:17PM | 143/90 (SI) | 88 (SI) | 18 | 181 LB | | 27 | 98 (FH) | | 0.00 | 97 RA | | | | |
| 7/20/2024 05:30AM | 78/44 (SI) | 81 (SI) | 20 | | | | 98 (FH) | | 0.00 | 98 RA | | | | |
| 6/4/2024 09:00AM | 140/80 (SI) | 84 (SI) | 18 | 173 LB | | 26 | 98 (FH) | | 0.00 | 96 RA | | | | |

| SEROLOGY | 07/24/2024 09:55 | 12/20/2023 09:02 |
|---|---|---|
| HAVABM | Negative | |
| HBCM | Negative | |
| HBsAg | Negative | |
| HCV Ab | Non Reactive | |

| MARK "YES" IF THIS IS A TELEHEALTH VISIT | | YES |
|---|---|---|

S:

- Moved to Robertson Unit from Lynaugh Unit on 7/26/2024
- He was seen in ER at Pecos County Memorial hospital on 7/20/2024 s/p assault with contusions to face, scalp and chest; he had laceration left forehead tx with dermabond
- c/o right eye "foggy" since 7/20/2024; no discharge; no diplopia; denies eye pain
- denies headache, chest pain nor shortness of breath nor abdominal pain
- c/o right shoulder pain "catches" when he is reaching overhead above shoulder level

O:

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/31/2024 09:40AM | 130/84 (SI) | | | | | | | | 0.00 | RA | | | | |

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/31/2024 09:40AM | 124/80 (SI) | | | | | | | | 0.00 | RA | | | | |

Awake, alert, NAD
Ambulating without difficulty
Skin: left forehead- healed laceration, no erythema, no induration
HEENT: EOMI; PERLA, able to count fingers; TMs- no effusion nor erythema bilaterally, moist buccal mucous membranes, no nasal discharge
Fluorescein stain to right eye- no corneal abnormality
C/L: normal respiration, equal chest expansion, clear to auscultation, no rales, no wheezes
CVS: regular rhythm, normal rate
Abd: soft, nontender, no masses palpated
Ext: no edema
CN II-XII – intact; negative Romberg
Motor 5/5 upper and lower extremities
Right shoulder- no LOM on abduction and flexion, no LOM on internal rotation
Left shoulder- no LOM

**CORRECTIONAL MANAGED HEALTH CARE**
**Clinic Note**

Name: WENCKENS, JUSTIN D Date: 07/31/2024 09:15
TDCJ#: 1779025 Facility: ROBERTSON (RB)

A:
s/p assault 7/20/2024
right eye discomfort- no corneal abrasion seen on fluorescein
healed laceration left forehead

- vision test- abnormal; repeat vision test per protocol then referral to optometry

elevated liver function on 7/202024

- negative hepatitis panel
- repeat lfts

Hypertension

- BP at goal
- Continue current medications

Plan is as follows:

**Procedures Ordered:**

| **Date Time** | **Description** | **Comments** |
|---|---|---|
| 7/31/2024 09:45AM | *HEPATIC FUNCTION PANEL (LFP) PSYLDMCD | |

Review/Update TDCJ Restrictions/PULHES:

*VISUAL ACUITY TEST*

*Related health issues: Yes*
*Hypertension*

*Program participation: No*

*Current eyewear status: Wears contact lenses: No*
*Wears glasses: No*

*Vision complaints: Yes*
*Blurry vision, R eye is worse*

*Vision test*
*Far OD - without glasses: 20/50*
*Far OS - without glasses: 20/40*
*Far OU - without glasses: 20/40*
*Far OD - WITH glasses: 20/*
*Far OS - WITH glasses: 20/*
*Far OU - WITH glasses: 20/*
*Near OD - without glasses: 20/200*
*Near OS - without glasses: 20/70*
*Near OU - without glasses: 20/70*
*Near OD - WITH glasses: 20/*
*Near OS - WITH glasses: 20/*
*Near OU - WITH glasses: 20/*

*Disposition*
*Other: Dr. Chan, MD VORB: send back to her office*

*Nursing encounter capture:*
*Nursing visit:*
*Patient Order Added: #NURSING LEVEL 1 COMPLETE VISIT (F) Order Date: 07/31/2024 09:40:32 User: ROBERTS, SAVANNAH E*

MED - CLINIC NOTE

**CORRECTIONAL MANAGED HEALTH CARE**
**Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 1779025

Date: 07/31/2024 09:15
Facility: ROBERTSON (RB)

Provider encounter capture:
In-office visit:
NO copay
Patient Order Added: PROVIDER3-EXTENDED OFFICE VISIT (F) Order Date: 07/31/2024 09:51:42 User: CHAN, PACHIE S

Electronically Signed by CHAN, PACHIE S. MD on 07/31/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
## Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 07/22/2024 08:02
Facility: LYNAUGH (LH)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 7/22/2024:**

| | | | |
|---|---|---|---|
| BP: 155 / 107 (Sitting) | Weight: 181 Lbs. | Height: 69 In. | BMI: 27 (% Diff: 0.00) |
| Pulse: 98 (Sitting) | Resp: 18 / min | Temp: 97.8 (Forehead) | O2 Sat: 99% RA |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 07/11/2024 05:29:39AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 07/11/2024 05:29:35AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 2 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP: 07/11/2024 05:29:52AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 07/11/2024 05:29:57AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

| | | |
|---|---|---|
| MARK "YES" IF THIS IS A TELEHEALTH VISIT | | YES |

S: POST HOSPITAL VISIT

Patient was involved in a fight last Saturday which led to him being taken to the local hospital. Denies photophobia, blurry vision, and fever

LOCAL HOSPITAL DIAGNOSIS/RECCOMMENDATION

Physical Assault
Multiple contusions with soft tissue hematoma to the scalp, forehead, chest, and abdomen
Abnormal LFT
Apply ice
No strenuous activity

O: GENERAL: Restrained and sandwiched between 2 officers
VITALS: Reviewed. Patient did not take his anti-HTN prior to coming into the infirmary. Advised to take his medicines as soon as he returns to his cell.

**CORRECTIONAL MANAGED HEALTH CARE**
**Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 07/22/2024 08:02
Facility: LYNAUGH (LH)

HEART: S1 & S2
LUNG: CTAB
SKIN: Contusion noted on the forehead
HEENT: Contusion noted on scalp. EOMI. Conjunctiva clear bilaterally. CN I not tested. CN II – XII intact. Canal unobstructed bilaterally. Nostril patent bilaterally

A: Forehead contusion

Plan is as follows:
Review/Update TDCJ Restrictions/PULHES:

**Started Meds:**

| | | |
|---|---|---|
| **10D-ACETAMINOPHEN 325MG TABLET** | 2 TABS ORAL 3 TIMES DAILY for 10 Days KOP As Needed (PRN) | START DATE:07/22/2024 08:31 AM |
| PROVIDER: OSUNDE, EZEKIEL E | Special Instructions: MAY DISPENSE NO MORE THAN A 10-DAY SUPPLY AT A TIME. | EXPIRATION DATE: 8/01/2024 08:31 AM |
| REFILLS: 0 / 0 | | RX ID:35733203 |
| **AMOXICILLIN 500MG CAPSULE** | 1 CAPS ORAL 3 TIMES DAILY for 10 Days KOP | START DATE:07/22/2024 08:31 AM |
| PROVIDER: OSUNDE, EZEKIEL E | | EXPIRATION DATE: 8/01/2024 08:31 AM |
| REFILLS: 0 / 0 | | RX ID:35733201 |

MED - CLINIC NOTE

Disposition:
MD/MLP Follow Up
Reminder Date: 07/29/2024
To Do User Type: PHYSICIAN ASSISTANT
To Do User: OSUNDE, EZEKIEL E
Reminder Comment: F/U Forehead Contusion
Reminder Created: MD/MLP-FOLLOW-UP VISIT

**Reminders Closed:**

| Description | Date Time | Closed On | Comments |
|---|---|---|---|
| MD/MLP-FOLLOW-UP VISIT | 07/22/2024 00:00 | 07/22/2024 08:34 | Follow up ER return for Physical assault in fight, multiple contusions, abnormal liver function test |

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 7/22/2024 08:35AM | PROVIDER1-BRIEF OFFICE VISIT (F) | |

Electronically Signed by OSUNDE, EZEKIEL E. PA on 07/22/2024.
##And No Others##

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

## CORRECTIONAL MANAGED HEALTH CARE
## SOLITARY/ PREHEARING or TEMPORARY DETENTION/ CELL RESTRICTION/ MANAGEMENT STATUS/ MANAGEMENT RESTRICTIONS/ DRY CELL ISOLATION FLOW SHEET

| | | | |
|---|---|---|---|
| NAME: | WENCKENS, JUSTIN D | | |
| TDCJ#: | 2477197 | | |
| CELL#: | | FACILITY: | LYNAUGH (LH) |

| DATE/TIME | PSYCH STATUS | COMPLAINT/DISPOSITION/ SIGNATURE | HEALTH STATUS | COMPLAINT/DISPOSTION/ SIGNATURE |
|---|---|---|---|---|
| | * √ | | * √ | |
| 7-20-24 1430 | ✓ | N/C A. [illegible] LVN | ✓ | N/C A. [illegible] LVN |
| 7-21-24 1430 | ✓ | N/C A. [illegible] LVN | ✓ | N/C A. [illegible] LVN |
| 7/22/24 1440 | ✓ | N/C [illegible] LVN | ✓ | N/C [illegible] LVN |
| 7/23/24 1430 | ✓ | N/C Y. [illegible] LVN | ✓ | N/C Y. [illegible] LVN |
| 7/24/24 1405 | ✓ | N/C [illegible] LVN | ✓ | N/C [illegible] LVN |
| 7-25-24 1430 | ✓ | N/C A. [illegible] LVN | ✓ | N/C A. [illegible] LVN |
| ~~7/26/24 1535~~ | ~~✓~~ | ~~N/C [illegible] LVN~~ | ~~✓~~ | ~~N/C [illegible] LVN~~ |
| 7-26-24 | inmate left on special transport | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| (*) Significant Findings | | | (√) No Significant Findings | |

HSN-46 (7/17)

### HSN-46 Flow Sheet Guidelines

1. Daily rounds will be documented on the HSN-46 Flow Sheet.
2. The patient will be evaluated for any development of health or mental problems.
3. No significant findings will be indicated by a (√) check. Significant findings will be indicated by a (*) asterisk and requires documentation of findings. Significant findings will be entered on the HSM-1 clinic note.
4. A (√) under Psychological Status will indicate: Alert and oriented to person, place and time. Characteristics of appearance, behavior and verbalization appropriate to situation. Affect appropriate.
5. A (√) under the Physical Status will indicate: Patient has no complaints, no indication of new trauma.
6. Upon completion of Solitary/Prehearing or Temporary Detention/ Cell Restriction/ Management Status/ Management Restrictions/ Dry Cell Isolation Status, the HSN-46 Flow Sheet will be placed into the patient's EMR.

1 of 1

X #

DEF_0497

# CORRECTIONAL MANAGED HEALTH CARE
## Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 02/26/2024 11:55
Facility: DOMINGUEZ (BX)

Age: 46 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 2/26/2024:**

| | | | |
|---|---|---|---|
| BP: 169 / 98 (Sitting) | Weight: 165 Lbs. | Height: 69 In. | BMI: 24 (% Diff: 0.00) |
| Pulse: 71 (Sitting) | Resp: 14 / min | Temp: 97.2 (Forehead) | O2 Sat: 100% RA |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 2/15/2025 05:16:00AM
RX ID: 34866645
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**CITALOPRAM 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 1
EXPIRATION DATE: 4/21/2024 04:17:00AM
RX ID: 34866660
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 0 / 5
EXPIRATION DATE: 8/03/2024 09:00:00AM
RX ID: 34894220
LAST DATE GIVEN KOP: 02/10/2024 05:22:08AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 2/15/2025 04:17:00AM
RX ID: 34866651
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

| | | |
|---|---|---|
| MARK "YES" IF THIS IS A TELEHEALTH VISIT | | YES |

S: 46yo WM L neck pain began Saturday. Worsened past two days. Reported to security today and brought to Medical. Does not report any new activities or injuries. Pt took Naprosyn from cellie but no relief. Yesterday seen by nursing and ice pack and Tylenol with minimal help.

**CORRECTIONAL MANAGED HEALTH CARE**
**Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 02/26/2024 11:55
Facility: DOMINGUEZ (BX)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

**PART A:** (To be completed by offender)
Date: 2/26/24
Offender's Name: Wenckens, Justin
TDCJ No.: 2477197
Work Assignment: —
Work Hours: —
Wing No: B4/2B
School Hours:
Service needed: ☑ Medical ☐ Dental ☐ Mental Health ☐ Other:
Reason for Health Services Appointment: Extreme head ache

How long have you had this problem? Hours: Days: 3

***"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $13.55 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."***

[signature]
***Signature of Offender***

Part B: (To be completed by medical personnel – Do not write below this line

FEB 26 2024 AM 9:14

Medical Reply: SCHEDULED call down

[signature] 2/26/24
H. TREVINO RN Medical Staff Member's Signature

Date

HSA – 9 (Rev. 8/19)

O: NAD WN/WH

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/26/2024 09:11AM | 169/98 (SI) | 71 (SI) | 14 | 165 LB | | 24 | 97.2 (FH) | | 0.00 | 100 RA | | | | |
| 2/25/2024 04:03PM | 154/90 (SI) | 69 (SI) | 16 | 165 LB | | 24 | 97.6 (FH) | | 0.00 | 100 RA | | | | |
| 2/5/2024 07:12AM | 143/92 (SI) | 64 (SI) | 16 | 162 LB | | 24 | 97.3 (FH) | | 0.00 | 98 RA | | | | |

NK: decreased ROM w hd rotation to R. sl better w/ rotation to L. difficulty w/nk ext. nl nk flexion.
n/v intact distally.

A/P trapezius spasm
-d/w pt and understood
-warm pks q6hrs prn
Lt activity for 3-5 days then AAT. (explained precautions related to musc relaxant)
ROM exercise – demonstrated. Lt massage. Roller ball massage.
See meds

**Started Meds:**

**IBUPROFEN 800MG TABLET**
PROVIDER: CORTEZ, RAY V
REFILLS: 0 / 0

1 TABS ORAL TWICE DAILY for 7 Days KOP

START DATE:02/26/2024 12:13 PM
EXPIRATION DATE: 3/04/2024 12:13 PM
RX ID:35003160

**CORRECTIONAL MANAGED HEALTH CARE**
**Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 02/26/2024 11:55
Facility: DOMINGUEZ (BX)

**METHOCARBAMOL 750MG TABLET !**
PROVIDER: CORTEZ, RAY V
REFILLS: 0 / 0

2 TABS ORAL TWICE DAILY for 7 Days

START DATE:02/26/2024 12:14 PM
EXPIRATION DATE: 3/04/2024 12:14 PM
RX ID:35003169

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 2/26/2024 12:22PM | $PROVIDER1-BRIEF OFFICE VISIT WITH *COPAY* (F) | |

Plan is as follows:
Review/Update TDCJ Restrictions/PULHES:

Electronically Signed by CORTEZ, RAY V. MD on 02/26/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
## Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 02/05/2024 08:51
Facility: DOMINGUEZ (BX)

Age: 46 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 2/5/2024:**

| | | | |
|---|---|---|---|
| BP: 143 / 92 (Sitting) | Weight: 162 Lbs. | Height: 69 In. | BMI: 24 (% Diff: 0.00) |
| Pulse: 64 (Sitting) | Resp: 16 / min | Temp: 97.3 (Forehead) | O2 Sat: 98% RA |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 2/15/2025 05:16:00AM
RX ID: 34866645
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**CITALOPRAM 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 1
EXPIRATION DATE: 4/21/2024 04:17:00AM
RX ID: 34866660
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 2/15/2025 04:17:00AM
RX ID: 34866651
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**Reminders Closed:**

| Description | Date Time | Closed On | Comments |
|---|---|---|---|
| MD/MLP-FOLLOW-UP VISIT | 02/05/2024 07:01 | 02/05/2024 08:51 | *R050 2/5/2024* follow up hga1c of 6.3 |

| | | |
|---|---|---|
| MARK "YES" IF THIS IS A TELEHEALTH VISIT | | YES |

S: Admits never saw FW MD regarding UC when was released, wanted to start back on sulfasalazine, "I have a broken foot, I can't really exercise". Admits family hx of DM.

O:

| DATE | CHOL | LDL-C | HDL Chol | CREATININE | TRIGLY | ALT | AST | TSH | Glucose | HGA1c |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| 01/31/24 | 157 | 106 | 30 | 0.69 | 113 | 27 | 15 | 124 | 105 | 6.3 |
| 04/03/19 | | | | | | | | | 111 | 5.5 |

Appears concerned.

A: pre-pre-DM.

Plan is as follows:

**CORRECTIONAL MANAGED HEALTH CARE**
**Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 02/05/2024 08:51
Facility: DOMINGUEZ (BX)

Review/Update TDCJ Restrictions/PULHES:

1. Will recall for hga1c ≥6.5
2. Modify diet as discussed.
3. Increase exercise strongly urged.
4. RTC prn need for care.

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 3/28/2024 08:56AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD(496) | |
| 6/28/2024 10:20AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD(496) | |
| 9/26/2024 09:20AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD(496) | |

**Started Meds:**

<u>**sulfaSALazine 500MG TABLET**</u>
PROVIDER: SMITH, PATRICIA A
REFILLS: 0 / 5

1 TABS ORAL 4 TIMES DAILY for 30 Days KOP

START DATE:02/05/2024 09:00 AM
EXPIRATION DATE: 8/03/2024 09:00 AM
RX ID:34894220

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 2/5/2024 12:17PM | PROVIDER1-BRIEF OFFICE VISIT (F) | No copay |

Electronically Signed by SMITH, PATRICIA A. APRN, FNP on 02/05/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
## Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/23/2024 10:09
Facility: GARZA (NH)

Age: 46 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 1/23/2024:**

| | | | |
|---|---|---|---|
| BP: 134 / 78 (Sitting) | Weight: 163 Lbs. | Height: 69 In. | BMI: 24 (% Diff: -4.00) |
| Pulse: 82 (Sitting) | Resp: 18 / min | Temp: 97.6 (Forehead) | O2 Sat: 99% RA |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 12/13/2024 07:22:00AM
RX ID: 34681831
LAST DATE GIVEN KOP: 01/22/2024 04:34:35PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**CITALOPRAM 20MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days KOP
REFILLS: 1 / 1
EXPIRATION DATE: 2/17/2024 07:23:00AM
RX ID: 34681836
LAST DATE GIVEN KOP: 01/22/2024 04:34:32PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 12/13/2024 07:22:00AM
RX ID: 34681832
LAST DATE GIVEN KOP: 01/22/2024 04:34:36PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**CORRECTIONAL MANAGED HEALTH CARE**
**Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/23/2024 10:09
Facility: GARZA (NH)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

**PART A:** (To be completed by offender) Date: 1-18-24
Offender's Name: Justin Wenckens TDCJ No.: 2477197
Work Assignment: Med Squad. Work Hours: N/A
Wing No: A1-16 School Hours: N/A
Service needed: ☐ Medical ☐ Dental ☒ Mental Health ☐ Other:
Reason for Health Services Appointment: You just discontinued my meds without medical/psych evaluation or basic care
How long have you had this problem? Hours: Days: 1

***"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $13.55 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."***

Chronic Care Informed Consent
***Signature of Offender***

RECEIVED
JAN 19 2024
DB

Part B: (To be completed by medical personnel – Do not write below this line
Medical Reply: PSC
D. Barham, LVN

Medical Staff Member's Signature Date

**HSA – 9 (Rev. 8/19)**

| MARK "YES" IF THIS IS A TELEHEALTH VISIT | | YES |
|---|---|---|

S: PATIENT REQUESTING TO BE STARTED ON TRAZODONE, PATIENT NOT ON TRAZODONE AT THE COUNTY WHEN SEEN IN INTAKE/PROCESSING, SO TRAZODONE WAS NOT ORDERED BY GARZA UNIT PROVIDER.PATIENT WAS TRIAGE/ASSESSED BY MH SERVICES & HAS REMINDER TO SEE THE MH. PROVIDER.PATIENT WAS INSTRUCTED TO BE PATIENT & WAS TOLD THAT HE HAS BEEN SCHEDULLED TO SEE THE MH PROVIDER.

O: GEN: NAD, AAO

CR:

**CORRECTIONAL MANAGED HEALTH CARE**
**Clinic Note**

Name: WENCKENS, JUSTIN D Date: 01/23/2024 10:09
TDCJ#: 2477197 Facility: GARZA (NH)

MH encounter capture:
Patient Order Added: MH OP ASSESSMENT/EVALUATION (F) Order Date: 12/28/2023 11:35:19 User: :EVEDO, JESSICA M

**strictions / PULHES Data:**
**/28/2023 14:56 - ACEVEDO, JESSICA M MS, MHC Restrictions / PULHES sent to TDCJ.**

**rocedures Ordered:**

| ite Time | Description | Comments |
|---|---|---|
| /28/2023 :58PM | MH OP SICK CALL/REFERRAL TRIAGE (F) | |

Electronically Signed by ACEVEDO, JESSICA M. MS, MHC on 12/28/2023.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
## Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/23/2024 10:09
Facility: GARZA (NH)

**TEXAS UNIFORM HEALTH STATUS UPDATE** 2477197

*This form MUST accompany all offenders transferred to and from all Texas criminal justice entities!*

**I. DEMOGRAPHICS**

NAME: Wenckens, Justin DOB: [redacted] AGE: 46 RACE: W

WEIGHT: 170 HEIGHT: 5'9 SEX: ☑MALE ☐FEMALE

☐CCQ MATCH (CARE) CCQ NAME: ______ State ID #: ______

**II. CURRENT/HISTORY OF HEALTH PROBLEMS, TO INCLUDE CHRONIC HEALTH PROBLEMS**

**MENTAL HEALTH AND INTELLECTUAL OR DEVELOPMENTAL DISABILITY (IDD)**

☐NO CURRENT MENTAL HEALTH OR IDD NEEDS ☐NO HISTORY OF MENTAL HEALTH OR IDD NEEDS

☑MENTAL HEALTH DIAGNOSIS: Anxiety ☐IDD DIAGNOSIS: ______

☐ALZHEIMER'S DISEASE ☐DEMENTIA ☐COGNITIVE DISORDER(S) TYPE: ______

☐SUICIDAL ☐ACTIVE ☐RECENT ☐HISTORY ☐HAS BEEN PSYCHIATRICALLY STABLE FOR 30 OR MORE DAYS

COMPETENCY RESTORATION ☐INPATIENT ☐JAIL BASED ☐OUTPATIENT ☐UNKNOWN

DATE: ______ LOCATION: ______

**MEDICAL (PHYSICAL HEALTH)**

☐NO CURRENT MEDICAL PROBLEMS ☐NO HISTORY OF MEDICAL PROBLEMS

☐DIABETES ☐INSULIN ☐SPECIAL DIET

☐PREGNANCY NO. OF WEEKS: ______ ☐HIGH RISK

☐CARDIOVASCULAR/HEART TROUBLE DIAGNOSIS: ______

☐DRUG ABUSE ☐DETOX TYPE/STATUS: ______

☐ALCOHOL ABUSE ☐DETOX TYPE/STATUS: ______

☐ORTHOPEDIC PROBLEMS TYPE(S): ______

☐ASTHMA ☐DENTAL NEED ☐DIALYSIS ☑HYPERTENSION ☐OXYGEN ☐SEIZURE

☐RECENT SURGERY DATE(S): ______ TYPE(S): ______

**III. SPECIAL NEEDS (CHECK ALL THAT APPLY)**

**HOUSING**

☑NONE ☐SKILLED NURSING ☐EXTENDED CARE ☐PSYCHATRIC INPATIENT

☐ISOLATION DUE TO: ______ ☐OTHER: ______

**TRANSPORTATION**

☑NO RESTRICTIONS ☐AMBULANCE ☐CRUTCHES/CANE/WALKER ☐WHEELCHAIR/WHEELCHAIR VAN

☐INDEPENDENT WITH SPECIALTY SHOES ☐PROSTHESIS TYPE(S): ______

**OTHER NEEDS**

☐ALLERGIES NKA, NKDA ☐PENDING SPECIALTY CLINIC TYPE: ______

☐FUNCTIONAL LIMITATIONS: ______

**IV. COMMUNICABLE DISEASES (CHECK ALL THAT APPLY)**

☐HEPATITIS A ☐HEPATITIS B ☐HEPATITIS C

☐HIV/HIV ANTIBODY TEST DATE: ______ RESULTS: ☐NEGATIVE ☐POSITIVE CD4: ______ DATE: ______

☐SYPHILLIS DATE: ______ TYPE: ______ TREATMENT COMPLETED: ☐YES ☐NO

☐TUBERCULOSIS SKIN TEST GIVEN: ☑NO ☐YES RESULTS: ☐NEGATIVE ☐POSITIVE ______ MM*

X-RAY PERFORMED: ☐NO ☐YES RESULTS: ☐NORMAL ☐ABNORMAL DATE READ: ______

CLEARED FOR TRANSPORTATION ☐NO ☑YES

***NOTE: if any TB treatment has been recommended, the X-Ray was abnormal or skin test indicates infection please attach TB record**

**V. OTHER HEALTH CARE PROBLEMS:** Enlarged Prostate

**VI. CURRENT PRESCRIBED MEDICATIONS:** ☐NONE

| MEDICATION | DOSAGE | FREQUENCY | REASON |
|---|---|---|---|
| Amlodipine | 10mg | QPM | HTN |
| Flomax | 0.4mg | QPM | Prostate |
| Buspar | 5mg | QDM | Anxiety |
| Citalopram | 20mg | QDM | Anxiety |

COMPLETED BY: SAndersen TITLE: LVN

DATE: 12/15/23 PHONE: 979-865-5321 FACILITY: AUSTIN COUNTY JAIL 417 N CHESLEY BELLVILLE, TX 77418

*NOTE: For continuity of care and other healthcare concerns, please contact the receiving party in advance.*
*For TDCJ transfers, please call the Health Services Liaison at 936-437-3589*
*When screening substance abuse facility offenders, please contact the TDCJ Rehabilitation Programs Division Administrator at 936-437-2839 for offenders with any chronic disease/symptoms deemed unstable.*

Revised: July 2019

**CORRECTIONAL MANAGED HEALTH CARE**
**Clinic Note**

Name: WENCKENS, JUSTIN D Date: 01/23/2024 10:09
TDCJ#: 2477197 Facility: GARZA (NH)

A: MH ISSUE

Plan is as follows:
HAS MH PROVIDER PENDING IN REMINDER

MED - CLINIC NOTE

Provider encounter capture:
In-office visit:
NO copay
Patient Order Added: PROVIDER2-INTERMEDIATE OFFICE VISIT (F) Order Date: 01/23/2024 10:33:56 User: OGUNLADE, OLUFOLAKE A

Electronically Signed by OGUNLADE, OLUFOLAKE A. APRN, FNP on 01/23/2024.
Electronically Signed by CHANG, PHILEMON D. MD on 01/23/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
## Chronic Care Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/18/2024 09:49
Facility: GARZA (NH)

Age: 46 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 1/18/2024:**

| | | | |
|---|---|---|---|
| BP: 123 / 78 (Sitting) | Weight: 166 Lbs. | Height: 69 In. | BMI: 25 (% Diff: +4.17) |
| Pulse: 83 (Sitting) | Resp: 18 / min | Temp: 96.9 (Forehead) | O2 Sat: 97% RA |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 12/13/2024 07:22:00AM
RX ID: 34681831
LAST DATE GIVEN KOP: 12/21/2023 04:03:08PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**CITALOPRAM 20MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days KOP
REFILLS: 1 / 1
EXPIRATION DATE: 2/17/2024 07:23:00AM
RX ID: 34681836
LAST DATE GIVEN KOP: 12/21/2023 04:03:05PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 3 TIMES DAILY for 30 Days KOP
REFILLS: 0 / 0
EXPIRATION DATE: 1/19/2024 08:03:00AM
RX ID: 34690226
LAST DATE GIVEN KOP: 01/12/2024 03:40:14PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 12/13/2024 07:22:00AM
RX ID: 34681832
LAST DATE GIVEN KOP: 12/21/2023 04:03:11PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 11. No Repetitive Squatting | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 12. No Climbing | | Cont. |
| 05/01/2018 | REILLEY, PAUL K | Work Assignment 15. No Food Service | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 17. No Walk Wet/Uneven Surfaces | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | SENDEJO, JACKIE | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/29/2018 | VITTONE, ALICIA B | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |
| 12/20/2023 | SENDEJO, JACKIE | Work Assignment 21b. Psych - No Humidity Extremes | | Cont. |

<~PATIENT_PULHES~,"HORIZONTAL">

***Current Chronic Problems*:**
ESSENTIAL (PRIMARY) HYPERTENSION (HTN) [I10] first observed 05/03/2012 (Active)

**CORRECTIONAL MANAGED HEALTH CARE**
**Chronic Care Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/18/2024 09:49
Facility: GARZA (NH)

| **CHEMISTRY** | **12/20/2023 09:02** |
|---|---|
| ALBUMIN | 4.4 |
| ALK PHOS | 94 |
| ALT | 48 |
| ANION GAP | 10 |
| AST | 34 |
| BILI T | 0.6 |
| BUN | 21 |
| CALCIUM | 9.6 |
| CHLORIDE | 106 |
| CHOL | 188 |
| CO2 TOTAL | 26 |
| CREATININE | 0.82 |
| GLU | 89 |
| HDL | 51 |
| HDL CHOL | 3.7 |
| LDL | 106 |
| POTASSIUM | 4.0 |
| SODIUM | 142 |
| TOTAL PROTEIN | 7.5 |
| TRIGLYCERIDES | 153 |
| VLDL | 31 |
| eGFR | 109.7 |
| IRON | 181 [H] |
| IRON %SATURATIO | 58 [H] |
| TIBC | 311 |

| **HEMATOLOGY** | **01/02/2024 06:52** |
|---|---|
| ABSOLUTE I | <0.03 |
| BASO ABS | 0.03 |
| BASO% | 0.5 |
| EOSINO ABS | 0.16 |
| EOSINO% | 2.4 |
| GRAN IMMATURE | 0.30 |
| HCT | 44.8 |
| HEMOGLOBIN | 15.3 |
| LYMPH ABS | 1.67 |
| LYMPH% | 25.3 |
| MCHC | 34.2 |
| MCV | 83.9 |
| MEAN CORP HGB | 28.7 |
| MEAN PLATELET V | 11.1 |
| MONO ABS | 1.06 [H] |
| MONO% | 16.1 |
| NEUTRO SEG | 3.66 |
| NRBC ABSOL | <0.01 |
| PERCENT NU | 0.0 |
| PERCENT SE | 55.4 |
| PLT | 183 |
| RBC | 5.34 |
| RDW | 13.5 |
| RED CELL D | 41.4 |
| WBC | 6.60 |

| **RIA** | **12/20/2023 09:02** |
|---|---|
| PSA | 0.53 |

| **SEROLOGY** | **12/20/2023 09:02** |
|---|---|

**CORRECTIONAL MANAGED HEALTH CARE**
**Chronic Care Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/18/2024 09:49
Facility: GARZA (NH)

| | |
|---|---|
| HBsAb | Positive |
| HCV | Negative |
| HCV ANTIBO | 0.01 |
| HIV Combo | Negative |
| HIV Combo SemiQ | 0.08 |
| SYPHILIS I | Non-reactive |

| **THYROID** | **12/20/2023 09:02** |
|---|---|
| TSH | 1.24 |

| **URINALYSIS** | **01/02/2024 06:52** |
|---|---|
| APPEARANCE | Clear |
| BACTERIA | Negative |
| BILIRUBIN URINE | Negative |
| BLOOD URINE | Negative |
| CA OXALATE CRYS | 1 |
| COLOR | Yellow |
| GLUCOSE QUAL UR | Normal |
| KETONES URINE | Negative |
| LEUKOCYTE ESTER | Negative |
| MUCOUS URINE | Slight [A] |
| NITRITE URINE | Negative |
| PH URINE | 6.0 |
| PROTEIN URINE | Negative |
| RBC URINE | 0 |
| SPEC GRAVITY UR | 1.014 |
| UROBILINOGEN UR | Normal |
| WBC URINE | 0 |

| URINE CHEMISTRY | 01/02/2024 06:52 |
|---|---|
| ALB/CREAT UR | 6 |
| CREATININE UR | 116.9 |
| MICROALBUMIN UR | 7 |

| Misc Lab Results | 12/20/2023 09:02 |
|---|---|
| HEPATITIS | 24.60 |

| **Date Time** | **BP** | **Pulse** | **Resp** | **Wgt** | **Hgt** | **BMI** | **Temp** | **FI02** | **O2 Flow** | **O2 Sat** | **PF1** | **PF2** | **PF3** | **PL** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/18/2024 07:53AM | 123/78 (SI) | 83 (SI) | 18 | 166 LB | 69 IN | 25 | 96.9 (FH) | | 0.00 | 97 RA | | | | |
| 12/29/2023 07:22AM | 123/88 (SI) | 77 (SI) | 18 | 162 LB | 69 IN | 24 | 97.6 (FH) | | 0.00 | 99 RA | | | | |
| 12/20/2023 07:35AM | 126/80 (SI) | 65 (SI) | 18 | 160 LB | 69 IN | 24 | 97 (FH) | | 0.00 | 98 RA | | | | |

## MED - CHRONIC CARE CLINIC

### Visit information:
Telehealth: No
Reason for visit: Hypertension

### Subjective:
Lifestyle compliance:
Reported compliance to prescribed diet: Most of the time
Reported exercise compliance: Most of the time
Reported compliance to KOP medications: Most of the time
Chronic problem(s):
Hypertension
B/P well controlled: Yes

**CORRECTIONAL MANAGED HEALTH CARE**
**Chronic Care Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/18/2024 09:49
Facility: GARZA (NH)

**Assessment / Diagnostic plan (all chronic problems):**
Hypertension
Continue present management
At goal

**General plan:**
Diet order:
Therapeutic Diet order:
Patient Order Added: DIET ORDER-DIET FOR HEALTH (DFH)BPDBESLDCNBF Order Date: 01/18/2024 09:59:14 User: PATTON, JENNIFER
Exercise / Education:
Exercise:
The health benefits of daily aerobic exercise discussed with patient
Education:
Patient understands treatment plan and importance of keeping f/u appointments
Stressed importance of medication compliance, adherence to diet, exercise, and all diagnostic procedures
Discussed disease-specific pathophysiology and long-term health outcome options
Diet counseling completed
Patient problem list has been reviewed and updated as necessary: Yes
PULHES / Restrictions: No changes necessary
Continuity of Care / Discharge Planning: Patient will NOT require continuity of care planning by TCOOMMI prior to discharge from TDCJ.
Disposition:
Schedule next CCC visit:
Reminder Completed: CCC CHRONIC CLINIC REMINDER
Reminder Date: 01/12/2025 09:59
To Do User Type: NURSE PRACTITIONER
To Do User: PATTON, JENNIFER
Reminder Comment: HTN
Reminder Created: CCC CHRONIC CLINIC REMINDER

Provider encounter capture:
Full CCC Visit:
Patient Order Added: CHRONIC CARE PROVIDER2-INTERMEDIATE OFFICE VISIT (F) Order Date: 01/18/2024 09:59:17 User: PATTON, JENNIFER

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 12/18/2024 09:59AM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCKDELCRRHAHEMURRHGDONCOLL EV2 | |
| 12/18/2024 09:59AM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLDCKD LEV2ELCRRHGDONCOL | |
| 12/18/2024 09:59AM | URINALYSIS COMPLETE (UA) HVDBCNBPBFPSYLESLDCKDELCRHEMUR | |
| 12/18/2024 09:59AM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHGD | |
| 12/18/2024 09:59AM | IRON, TIBC, %SAT (IRONPROFILE) | |

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 1/18/2024 10:00AM | FOOT X RAY RHA | RIGHT FOOT PAIN, ORIF RIGHT FOOT 10/2023 |

WILL REFER TO GI FOR ULCERATIVE COLITIS.

**CORRECTIONAL MANAGED HEALTH CARE**
**Chronic Care Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/18/2024 09:49
Facility: GARZA (NH)

**Restrictions / PULHES Data:**
**01/18/2024 10:01 - PATTON, JENNIFER APRN, FNP Restrictions / PULHES sent to TDCJ.**

Electronically Signed by PATTON, JENNIFER APRN, FNP on 01/18/2024.
##And No Others##

**CORRECTIONAL MANAGED HEALTH CARE**
**Nursing Pre-Restrictive Housing Evaluation Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 07/20/2024 14:45
Facility: LYNAUGH (LH)

Age: 47 DOB:[redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 7/20/2024:**

| | | | |
|---|---|---|---|
| BP: 143 / 90 (Sitting) | Weight: 181 Lbs. | Height: 69 In. | BMI: 27 (% Diff: +3.85) |
| Pulse: 88 (Sitting) | Resp: 18 / min | Temp: 98 (Forehead) | O2 Sat: 97% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 07/11/2024 05:29:39AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 07/11/2024 05:29:35AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 1 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP: 07/11/2024 05:29:52AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 07/11/2024 05:29:57AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

Inmate escorted into medical in restraints by security, inmate returned from ER.

PRE-RESTRICTIVE HOUSING HEALTH EVALUATION

Is this the result of an alleged sexual assault?
No

Current health care complaint: None

Physical observations
General appearance Dirty
Skin
Turgor
Good
Lacerations
Inmate seen at ER this morning, liquid sutures applied to forehead at ER.
Contusions
Multiple, Inmate seen at ER this morning. Patient discharge information submitted to medical records.
Bruises
No
Respiratory
Dyspnea
No
Breath sounds
Clear

**CORRECTIONAL MANAGED HEALTH CARE**
**Nursing Pre-Restrictive Housing Evaluation Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 07/20/2024 14:45
Facility: LYNAUGH (LH)

Cough/Congestion
No
Cardiovascular
Edema
No
Rhythm
Regular
Chest pain
No
Bleeding tendencies
No
Gastrointestinal
Distention
No
Constipation
No
Diarrhea
No
Nausea
No
Vomiting
No
Abdominal pain
No
Genitourinary
Flank pain
No
Burning / frequent urination
No
Discharge
No
GYN
Pregnant
Not applicable
Menses
Not applicable
Musculoskeletal range of motion
Upper extremities
Normal
Lower extremities
Normal
Neurological
Headache
No
Dizziness
No
Speech
Normal
Pupils
Equal
Reactive
Left
Right
Psychiatric

**CORRECTIONAL MANAGED HEALTH CARE**
**Nursing Pre-Restrictive Housing Evaluation Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 07/20/2024 14:45
Facility: LYNAUGH (LH)

Orientation
Person
Yes
Place
Yes
Time
Yes
Coherence of thought processes
Organized and logical
Emotional state
Positive - Social
Thought content:
No symptoms of psychosis
**Suicide / Self-harm ideations:** No suicidal ideations
PHD placement: Yes

Do you feel hopeless or helpless as if there is nothing to look forward to in the future? No
Are you being threatened by a gang, other inmates, your cell-mate, etc? No
Have you recently experienced a loss (relationship, death, job, etc.)? No
Are you anticipating or have you received a change in sentence/time added? No
Are you worried about any significant medical or mental health issues? No
Have you attempted suicide in the past 3 months? No

OPI placement: No
Treatment history None

Restrictive Housing placement No contraindications for placement in restrictive housing were identified.
Reminder Created: MH OP INITIAL RESTRICTIVE HOUSING ASSESSMENT

Disposition
Release to security

Nursing encounter capture:
Patient Order Added: #NURSING LEVEL 1 COMPLETE VISIT (F) Procedure Date: 07/20/2024 14:46:40 User: PENA, LAINA D

Electronically Signed by PENA, LAINA D. LVN on 07/20/2024.
##And No Others##

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:53 PM

ROBERTSON (RB)

MEDICAL

,

LABORATORY DIRECTOR

TB SKIN TEST

```
MRN          : 2477197   Accession:98268216      Age  :47 Years
Patient Name: WENCKENS, JUSTIN D                 Sex  :Male
Home Phone  :                                    Work :(   )   -
Admitting MD: UNKNOWN  UNKNOWN                   Phone:
Attending MD:                                    Phone:
Referring MD:                                    Phone:
Ordering MD :                                    Phone:

Tech           : TANYA R KING LVN            Verifier:TANYA R KING LVN
Collection Time: 12/13/2024 09:21
Result Time    : 12/13/2024 09:21
Report Time    : 12/13/2024 09:21
Comment:
```

| Test | Result | Abn | Normal Range | Units |
|---|---|---|---|---|
| PPD READ | 00 | | - | MM |

This document has been sent for signature, but has not yet been reviewed

DEF_0516

# Correctional Managed Care
# ICN ABSTRACT OF IMMUNIZATION (HSM-2)

**Pt. Name:** WENCKENS, JUSTIN D **TDCJ#:** 2477197 **Date:** 12/11/2024 13:28 **Facility:** ROBERTSON (RB)
**DOB:** [redacted] **Age:** 47 **Race:** **Sex:** Male

**Allergies:** NO KNOWN ALLERGIES

**Patient Language:** **ENGLISH**

**APLISOL 50TESTS/5ML VIAL PPD**

Admin Type: ***From Stock***
Order Type: ***Standing Order***
Date Given: 12/11/2024 13:24
Given By: (63241) KING, TANYA R LVN
Dose: 0.1 ML
Site: LEFT FOREARM
Route: INTRADERMAL(ID)
Manufacturer: sanofi pasteur
Lot#: 76627
Expiration Date: 01/30/2026
Comments:

Electronically Signed by KING, TANYA R. LVN on 12/11/2024 13:28.
##And No Others##

**CORRECTIONAL MANAGED HEALTH CARE**
**ICN – TB Interview Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 12/11/2024 13:14
Facility: ROBERTSON (RB)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 12/11/2024:**

| | | | |
|---|---|---|---|
| BP: 146 / 93 (Sitting) | Weight: 160 Lbs. | Height: 69 In. | BMI: 24 (% Diff: -4.00) |
| Pulse: 80 (Sitting) | Resp: 20 / min | Temp: 96.9 (Oral) | O2 Sat: 98% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 6 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 08/29/2024 11:36:12AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 6 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 08/29/2024 11:36:06AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 6 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 08/29/2024 11:36:17AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TRAZODONE 50MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days
REFILLS: 3 / 11
EXPIRATION DATE: 8/21/2025 01:02:00PM
RX ID: 35915197
COMPLIANCE: 25.93 %
ORDERING PROVIDER: ALI, DOLORES H
ORDERING FACILITY: ROBERTSON (RB)

**PPD Results:**

| PROCEDURE | 12/20/2023 |
|---|---|
| PPD READING | 0 |

ICN-TB INTERVIEW

TB Interview
Current TB class: Class 0: No TB exposure, not infected
Year of last CXR: 0000
Year of last PPD: 0000
Result (in MM): 00
Signs / Symptoms of TB:
Fever: No
Productive cough: No
Hemoptysis: No
Chest pain: No
Night sweats: No
Unexplained weight loss: No
Chills: No
Fatigue: No
Lymphadenopathy: No
Loss of appetite: No
Shortness of breath: No
Knowledge deficit: No

**CORRECTIONAL MANAGED HEALTH CARE**
**ICN – TB Interview Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 12/11/2024 13:14
Facility: ROBERTSON (RB)

Plan: Reviewed risk factors and signs / symptoms of TB, Education - patient will have annual ICN follow-up, Education - patient to report any signs / symptoms of TB to medical department, Education - patient verbalized understanding of information presented

Vital signs
Entered in patient chart

Nursing encounter capture:
Nursing visit:
Patient Order Added: #NURSING LEVEL 1 COMPLETE VISIT (F) Order Date: 12/11/2024 13:15:26 User: KING, TANYA R

Electronically Signed by KING, TANYA R. LVN on 12/11/2024.
##And No Others##

## CORRECTIONAL MANAGED HEALTH CARE
## ICN - DOI Chart Review Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 11/22/2024 13:02
Facility: ROBERTSON (RB)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Most recent vitals from 8/19/2024:**

| | | | |
|---|---|---|---|
| BP: 131 / 90 (Sitting) | Weight: 167 Lbs. | Height: 69 In. | BMI: 25 (% Diff: -3.85) |
| Pulse: 74 (Sitting) | Resp: 18 / min | Temp: 97.7 (Oral) | O2 Sat: 97% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 6 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 08/29/2024 11:36:12AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 6 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 08/29/2024 11:36:06AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 6 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 08/29/2024 11:36:17AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TRAZODONE 50MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days
REFILLS: 3 / 11
EXPIRATION DATE: 8/21/2025 01:02:00PM
RX ID: 35915197
COMPLIANCE: 20.22 %
ORDERING PROVIDER: ALI, DOLORES H
ORDERING FACILITY: ROBERTSON (RB)

**PPD Results:**

| PROCEDURE | 12/20/2023 |
|---|---|
| PPD READING | 0 |

| PROCEDURE | 12/20/2023 |
|---|---|
| PPD READING | 0 |

ICN-DOI CHART REVIEW

TB Class 0 - Order PPD 0.1 ml ID

Tetanus & Diphtheria
Tetanus vaccination information:
Refusal signed: 2023

Pneumonia vaccine
No - does not meet criteria

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 12/10/2024 01:03PM | PPD INJECTION REQUEST/ORDER IP0 | |

DEF_0520

**CORRECTIONAL MANAGED HEALTH CARE**
**ICN - DOI Chart Review Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 11/22/2024 13:02
Facility: ROBERTSON (RB)

Electronically Signed by WILLIAMS, TAMMY D. LVN on 11/22/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
## ICN - Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 07/23/2024 10:06
Facility: LYNAUGH (LH)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 7/22/2024:**

| | | | |
|---|---|---|---|
| BP: 155 / 107 (Sitting) | Weight: 181 Lbs. | Height: 69 In. | BMI: 27 (% Diff: 0.00) |
| Pulse: 98 (Sitting) | Resp: 18 / min | Temp: 97.8 (Forehead) | O2 Sat: 99% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**10D-ACETAMINOPHEN 325MG TABLET**
2 TABS ORAL 3 TIMES DAILY for 10 Days KOP As Needed (PRN)
MAY DISPENSE NO MORE THAN A 10-DAY SUPPLY AT A TIME.
REFILLS: 0 / 0
EXPIRATION DATE: 8/01/2024 08:31:00AM
RX ID: 35733203
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 07/11/2024 05:29:39AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**AMOXICILLIN 500MG CAPSULE**
1 CAPS ORAL 3 TIMES DAILY for 10 Days KOP
REFILLS: 0 / 0
EXPIRATION DATE: 8/01/2024 08:31:00AM
RX ID: 35733201
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 07/11/2024 05:29:35AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 2 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP: 07/11/2024 05:29:52AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 07/11/2024 05:29:57AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

Abnormal liver enzymes on 07/20/2023.
v/o Dr. Talley draw acute hepatitis panel and refer for abnormal labs if needed

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 7/24/2024 10:07AM | ACUTE HEPATITIS PANEL AHEP | |

**New Reminders Added:**

| Description | Date Time | Comments |
|---|---|---|
| ICN-CHART REVIEW | 07/29/2024 10:08 | review labs 07/23/24 |

**CORRECTIONAL MANAGED HEALTH CARE**
**ICN - Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 07/23/2024 10:06
Facility: LYNAUGH (LH)

Electronically Signed by ARREDONDO, APRIL R. LVN on 07/23/2024.
Electronically Signed by TALLEY, SHERI J. MD on 08/02/2024.
##And No Others##

**CORRECTIONAL MANAGED HEALTH CARE**
**ICN – Newly-Assigned Chart Review Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 05/27/2024 14:48
Facility: LYNAUGH (LH)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 5/25/2024:**

| | | | |
|---|---|---|---|
| BP: 142 / 91 (Sitting) | Weight: 173 Lbs. | Height: 69 In. | BMI: 26 (% Diff: +4.00) |
| Pulse: 86 (Sitting) | Resp: 18 / min | Temp: 97.1 (Forehead) | O2 Sat: 95% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 0 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PPD Results:**

| PROCEDURE | 12/20/2023 |
|---|---|
| PPD READING | 0 |

| PROCEDURE | 12/20/2023 |
|---|---|
| PPD READING | 0 |

**Tetanus:**

**Flu**:

**Pneumo**:

ICN-NEWLY ASSIGNED CHART REVIEW

S: Nursing chart review - newly assigned to UOA
Reminder Completed: #ICN-CHAIN IN REMINDER

**CORRECTIONAL MANAGED HEALTH CARE**
**ICN – Newly-Assigned Chart Review Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 05/27/2024 14:48
Facility: LYNAUGH (LH)

TB Class 0
PPD current
Patient Problem Added: SCREENING FOR RESPIRATORY TUBERCULOSIS (TB CLASS 0)

Tetanus & Diphtheria
Tetanus vaccination information:
Refusal signed: 2023

Influenza vaccine
No - does not meet criteria

Pneumonia vaccine
No - does not meet criteria
Booster indicated: No

Varicella history
Immunity status: Immune

COVID-19 vaccine
No documented history

RPR
Status:
Non-reactive

HIV
Negative
12/20/2023

Hepatitis C history
Negative
12/20/2023

Hepatitis A Vaccine / History
Patient does not meet criteria

Hepatitis B Vaccine / History HBSAB positive
12/20/2023

Electronically Signed by ARREDONDO, APRIL R. LVN on 05/27/2024.
##And No Others##

**CORRECTIONAL MANAGED HEALTH CARE**
**ICN - Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 03/27/2024 13:21
Facility: DOMINGUEZ (BX)

Age: 46 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 3/26/2024:**

| | | | |
|---|---|---|---|
| BP: 132 / 82 (Sitting) | Weight: 164 Lbs. | Height: 69 In. | BMI: 24 (% Diff: -36.84) |
| Pulse: 95 (Sitting) | Resp: 14 / min | Temp: 97.5 (Forehead) | O2 Sat: |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 2/15/2025 05:16:00AM
RX ID: 34866645
LAST DATE GIVEN KOP: 02/29/2024 04:41:09AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**CITALOPRAM 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 1
EXPIRATION DATE: 4/21/2024 04:17:00AM
RX ID: 34866660
LAST DATE GIVEN KOP: 02/29/2024 04:41:04AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 1 / 5
EXPIRATION DATE: 8/03/2024 09:00:00AM
RX ID: 34894220
LAST DATE GIVEN KOP: 02/10/2024 05:22:08AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 2/15/2025 04:17:00AM
RX ID: 34866651
LAST DATE GIVEN KOP: 02/29/2024 04:41:01AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

BASED ON INFORMATION PROVIDED NO PEP OR LABS INDICATIED DUE TO VERBAL SEXUAL ASSAULT NO CONTACT. NO FURTHER ICN INTERVENTION INDICATED AT THIS TIME.

Electronically Signed by ROSAS, CRYSTAL L. RN on 03/27/2024.
Electronically Signed by BARRIENTES, LAURIE A. RN on 04/01/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
## Nursing Clinic Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 03/26/2024 16:00
Facility: DOMINGUEZ (BX)

Age: 46 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language:** ENGLISH

**Most recent vitals from 3/26/2024:**

| | | | |
|---|---|---|---|
| BP: 132 / 82 (Sitting) | Weight: 164 Lbs. | Height: 69 In. | BMI: 24 (% Diff: -36.84) |
| Pulse: 95 (Sitting) | Resp: 14 / min | Temp: 97.5 (Forehead) | O2 Sat: |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications:**

AMLODIPINE 10MG TABLET
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 2/15/2025 05:16:00AM
RX ID: 34866645
LAST DATE GIVEN KOP: 02/29/2024 04:41:09AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

CITALOPRAM 20MG TABLET
1 TABS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 1
EXPIRATION DATE: 4/21/2024 04:17:00AM
RX ID: 34866660
LAST DATE GIVEN KOP: 02/29/2024 04:41:04AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

sulfaSALazine 500MG TABLET
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 1 / 5
EXPIRATION DATE: 8/03/2024 09:00:00AM
RX ID: 34894220
LAST DATE GIVEN KOP: 02/10/2024 05:22:08AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

TERAZOSIN 2MG CAPSULE
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 2/15/2025 04:17:00AM
RX ID: 34866651
LAST DATE GIVEN KOP: 02/29/2024 04:41:01AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

| | | |
|---|---|---|
| Is this visit the result of a Sick Call Request? | | YES |
| | x | NO |

| | | |
|---|---|---|
| x | Vital signs within normal limits | |
| | Provider notified – vital signs outside of normal parameters as follows: | |
| | | Blood pressure less than 90/60 or greater than 180/110 |
| | | Pulse less than 50/min or greater than 110/min |
| | | Temperature greater than 101°F (oral) |
| | | Respirations greater than 22/min |

**Today's Problem:** **Patient escorted to medical by security "Reported verbally sexual assaulted."**

**S: Patient reports was verbally assaulted no physical contact was made.**

**O: Vital signs as noted. Patient alert and oriented x 3. Patient with no physical complaints at this time.**

**CORRECTIONAL MANAGED HEALTH CARE**
**Nursing Clinic Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 03/26/2024 16:00
Facility: DOMINGUEZ (BX)

**A: Patient released to security in stable condition. Patient escorted to mental health department by security.**

**Plan is as follows: Patient instructed to notify medical for any further concerns and follow up with mental health as needed. Patient verbalized understanding.**

**Provider Contacted?**

| | | | |
|---|---|---|---|
| **x** | YES | | NO |

**If yes, complete the following:**

| | | | |
|---|---|---|---|
| Name of Provider | P. Smith NP | Time: | |
| Provider Orders: Release to security, follow up with mental health as needed. | | | |

| | |
|---|---|
| Orders obtained and read back/verified by: (Name) | Heather Trevino RN |

NUR - CLINIC NOTE

Nurse license: RN

**Procedures Ordered:**

| **Date Time** | **Description** | **Comments** |
|---|---|---|
| 3/26/2024 04:15PM | #NURSING LEVEL 2 COMPLETE VISIT (F) | |

Electronically Signed by TREVINO, HEATHER RN on 03/26/2024.
Electronically Signed by SMITH, PATRICIA A. APRN, FNP on 03/27/2024.
##And No Others##

**CORRECTIONAL MANAGED HEALTH CARE**
**ICN – Newly-Assigned Chart Review Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 02/01/2024 10:43
Facility: DOMINGUEZ (BX)

Age: 46 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 1/23/2024:**

| | | | |
|---|---|---|---|
| BP: 134 / 78 (Sitting) | Weight: 163 Lbs. | Height: 69 In. | BMI: 24 (% Diff: -4.00) |
| Pulse: 82 (Sitting) | Resp: 18 / min | Temp: 97.6 (Forehead) | O2 Sat: 99% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 2/15/2025 05:16:00AM
RX ID: 34866645
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**CITALOPRAM 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 1
EXPIRATION DATE: 4/21/2024 04:17:00AM
RX ID: 34866660
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 2/15/2025 04:17:00AM
RX ID: 34866651
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**PPD Results:**

| PROCEDURE | 12/20/2023 |
|---|---|
| PPD READING | 0 |

| PROCEDURE | 12/20/2023 |
|---|---|
| PPD READING | 0 |

**Tetanus:**

**Flu**:

**Pneumo**:

CHAINED IN 1/29/24

ICN-NEWLY ASSIGNED CHART REVIEW

S: Nursing chart review - newly assigned to UOA

**CORRECTIONAL MANAGED HEALTH CARE**
**ICN – Newly-Assigned Chart Review Note**

Name: WENCKENS, JUSTIN D    Date: 02/01/2024 10:43
TDCJ#: 2477197    Facility: DOMINGUEZ (BX)

Reminder Completed: #ICN-CHAIN IN REMINDER

TB Class 0
PPD current
Patient Problem Added: SCREENING FOR RESPIRATORY TUBERCULOSIS (TB CLASS 0)

Tetanus & Diphtheria
Tetanus vaccination information:
Refusal signed: 2023

Influenza vaccine
No - does not meet criteria

Pneumonia vaccine
No - does not meet criteria
Booster indicated: No

Varicella history
Immunity status: Immune

COVID-19 vaccine
No documented history

RPR
Status:
Non-reactive

HIV
Negative
12/20/2023

Hepatitis C history
Negative
12/20/2023

Hepatitis A Vaccine / History
Patient does not meet criteria

Hepatitis B Vaccine / History HBSAB positive
12/20/2023

Electronically Signed by CHAVEZ, NANCY E. LVN on 02/01/2024.
##And No Others##

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

MELISSA SMITH, APRN, FNP

| | |
|---|---|
| PATIENT: | WENCKENS,JUSTIN D<br>1098 SOUTH FM 2037<br>FORT STOCKTON, TX 79735 |
| MRN: | 2477197 |
| User: | SMITH, MELISSA APRN, FNP |

PERMETHRIN 5% CREAM 60GM RX ID: 36786092

| | |
|---|---|
| Sig: | 1 x TUBES TOPICALLY ONCE<br>KOP |
| Order Date: | 02/20/2025 12:29 |
| Start Date: | 02/20/2025 12:29 |
| Auto Stop Date: | 02/27/2025 12:29 |
| Special Instructions: | APPLY ONE TIME WITHIN THE NEXT 7 DAYS. |
| Duration: | 7 Days |
| Refills: | None |
| Rx Written On: | 02/20/2025 |

Prescription Electronically Signed
by MELISSA SMITH, APRN, FNP

DEF_0531

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

MELISSA SMITH, APRN, FNP

PATIENT: WENCKENS,JUSTIN D
1098 SOUTH FM 2037
FORT STOCKTON, TX 79735
MRN: 2477197
User: SMITH, MELISSA APRN, FNP

TERAZOSIN 5MG CAPSULE RX ID: 36786070
Sig: 1 x CAPS ORAL EVERY EVENING
KOP
Order Date: 02/20/2025 12:28
Start Date: 02/20/2025 12:28
Auto Stop Date: 03/22/2025 12:28

Duration: 30 Days
Refills: 11 Before: 02/15/2026

Rx Written On: 02/20/2025

Prescription Electronically Signed
by MELISSA SMITH, APRN, FNP

DEF_0532

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

**MEDICATION ADMINISTRATION RECORD**

*ROBERTSON (RB)*

Report #: PHO750 - TDCJ

PATIENT: WENCKENS, JUSTIN D
MRN: 2477197
DOB: [redacted]
UOA: ROBERTSON (RB)
HOUSING: 7G32 CELL ~~8T~~ B 30

ALLERGIES:
NO KNOWN ALLERGIES

**Key:** A = Accepted, R = Refused, D = Deleted error, K = KOP, S = From Stock, NA = Med Not Available, H = Medical Hold, DC = Discontinued, NS = No show, DO = Dose Omitted, LD = Lock Down

| Nurse Signature | Nurse Initial |
|---|---|
| [signature] | LS |
| Antramonte L | AV |
| L Schmidt LVN | LS |

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRAZODONE 50MG TABLET<br>1 TABS ORAL EVERY EVENING FOR 30 DAYS.<br>RX_ID: 35915197 ALI, DOLORES H APRN, PMHNP<br>START: 09/25/2024 01:02 PM<br>END: 10/25/2024 01:02 PM<br>FINAL: 08/21/2025 01:02 PM<br>RF: 1/11 | 1700 | | | | | | | A | A | LS A | | | | | A AV | | | A mc | LS A | | | | [illegible] | | LS A AZ | | | | | | | |
| | | | | | | | | LS | LS | | | | | | | | | | | | | | | | | | | | | | | |
| | H30 | | | | | | | | | | | A AV | A AP | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AMLODIPINE 10MG TABLET<br>KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS.<br>RX_ID: 35463269 OSUNDE, EZEKIEL E PA<br>START: 09/22/2024 02:32 PM<br>END: 10/22/2024 02:32 PM<br>FINAL: 05/20/2025 02:32 PM<br>RF: 4/11 | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROPRANOLOL 10MG TABLET<br>KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS.<br>RX_ID: 35463268 OSUNDE, EZEKIEL E PA<br>START: 09/22/2024 02:31 PM<br>END: 10/22/2024 02:31 PM<br>FINAL: 05/20/2025 02:31 PM<br>RF: 4/11 | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Print Date:** 9/27/24 8:37:08AM

Page 1 of 2

DEF_0533

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

## MEDICATION ADMINISTRATION RECORD

ROBERTSON (RB)

Report #: PHO750 - TDCJ

PATIENT: WENCKENS, JUSTIN D
MRN: 2477197
DOB: [redacted]
UOA: ROBERTSON (RB)
HOUSING: 7G32 CELL 57

**Key:**
A = Accepted
R = Refused
D = Deleted error
K = KOP
S = From Stock

NA = Med Not Available
H = Medical Hold
DC = Discontinued
NS = No show
DO = Dose Omitted
LD = Lock Down

**Nurse Signature** **Nurse Initial**

ALLERGIES:
NO KNOWN ALLERGIES

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sulfaSALazine 500MG TABLET KOP 1 TABS ORAL 4 TIMES DAILY FOR 30 DAYS. RX_ID: 35463271 OSUNDE, EZEKIEL E PA START: 09/22/2024 02:32 PM END: 10/22/2024 02:32 PM FINAL: 11/21/2024 02:32 PM RF: 4/5 | | | | | | | | | | | | | | | | | | | | | | | K | | | | | | | | | |
| TERAZOSIN 2MG CAPSULE KOP 1 CAPS ORAL EVERY EVENING FOR 30 DAYS. RX_ID: 35463270 OSUNDE, EZEKIEL E PA START: 09/22/2024 02:32 PM END: 10/22/2024 02:32 PM FINAL: 05/20/2025 02:32 PM RF: 4/11 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

TOTAL FOR WENCKENS, JUSTIN D 5

Print Date: 9/27/24 8:37:08AM

Page 2 of 2

DEF_0534

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

DOLORES H. ALI, APRN, PMHNP

| | |
|---|---|
| PATIENT: | WENCKENS,JUSTIN D<br>1098 SOUTH FM 2037<br>FORT STOCKTON, TX 79735 |
| MRN: | 2477197 |
| User: | ALI, DOLORES H. APRN, PMHNP |

TRAZODONE 50MG TABLET RX ID: 35915197

| | |
|---|---|
| Sig: | 1 x TABS ORAL EVERY EVENING |
| Order Date: | 08/26/2024 13:02 |
| Start Date: | 08/26/2024 13:02 |
| Auto Stop Date: | 09/25/2024 13:02 |
| Duration: | 30 Days |
| Refills: | 11 Before: 08/21/2025 |
| Rx Written On: | 08/26/2024 |

Prescription Electronically Signed
by DOLORES H. ALI, APRN, PMHNP

DEF_0535

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

EZEKIEL E. OSUNDE, PA

PATIENT: WENCKENS,JUSTIN D
1098 SOUTH FM 2037
FORT STOCKTON, TX 79735
MRN: 2477197
User: OSUNDE, EZEKIEL E. PA

AMOXICILLIN 500MG CAPSULE RX ID: 35733201
Sig: 1 x CAPS ORAL 3 TIMES DAILY
KOP
Order Date: 07/22/2024 08:31
Start Date: 07/22/2024 08:31
Auto Stop Date: 08/01/2024 08:31

Duration: 10 Days
Refills: None

Rx Written On: 07/22/2024

10D-ACETAMINOPHEN 325MG TABLET RX ID: 35733203
Sig: 2 x TABS ORAL 3 TIMES DAILY TAKE AS NEEDED
KOP
Order Date: 07/22/2024 08:31
Start Date: 07/22/2024 08:31
Auto Stop Date: 08/01/2024 08:31
Special Instructions: MAY DISPENSE NO MORE THAN A 10-DAY SUPPLY AT A TIME.

Duration: 10 Days
Refills: None

Rx Written On: 07/22/2024

Prescription Electronically Signed
by EZEKIEL E. OSUNDE, PA

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

EZEKIEL E. OSUNDE, PA

PATIENT: WENCKENS,JUSTIN D
59 DARRINGTON RD
ROSHARON, TX 77583
MRN: 2477197
User: CELAYA, AMANDA S. LVN

PROPRANOLOL 10MG TABLET RX ID: 35463268
Sig: 1 x TABS ORAL EVERY MORNING
KOP
Order Date: 05/25/2024 14:31
Start Date: 05/25/2024 14:31
Auto Stop Date: 05/20/2025 14:31

CONFIRMED VERBAL ORDER

Duration: 30 Days
Refills: 11 Before: 05/20/2025

Rx Written On: 05/25/2024

AMLODIPINE 10MG TABLET RX ID: 35463269
Sig: 1 x TABS ORAL EVERY MORNING
KOP
Order Date: 05/25/2024 14:32
Start Date: 05/25/2024 14:32
Auto Stop Date: 05/20/2025 14:32

CONFIRMED VERBAL ORDER

Duration: 30 Days
Refills: 11 Before: 05/20/2025

Rx Written On: 05/25/2024

Electronically Signed by OSUNDE, EZEKIEL E. PA on 05/28/2024.
##And No Others##

DEF_0537

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

EZEKIEL E. OSUNDE, PA

PATIENT: WENCKENS,JUSTIN D
59 DARRINGTON RD
ROSHARON, TX 77583
MRN: 2477197
User: CELAYA, AMANDA S. LVN

TERAZOSIN 2MG CAPSULE RX ID: 35463270
Sig: 1 x CAPS ORAL EVERY EVENING
KOP
Order Date: 05/25/2024 14:32
Start Date: 05/25/2024 14:32
Auto Stop Date: 05/20/2025 14:32

CONFIRMED VERBAL ORDER

Duration: 30 Days
Refills: 11 Before: 05/20/2025

Rx Written On: 05/25/2024

sulfaSALazine 500MG TABLET RX ID: 35463271
Sig: 1 x TABS ORAL 4 TIMES DAILY
KOP
Order Date: 05/25/2024 14:32
Start Date: 05/25/2024 14:32
Auto Stop Date: 11/21/2024 14:32

CONFIRMED VERBAL ORDER

Duration: 30 Days
Refills: 5 Before: 11/21/2024

Rx Written On: 05/25/2024

Electronically Signed by OSUNDE, EZEKIEL E. PA on 05/28/2024.
##And No Others##

DEF_0538

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

CANDICE S. SCHRODETZKI, APRN, FNP

PATIENT: WENCKENS,JUSTIN D
59 DARRINGTON RD
ROSHARON, TX 77583
MRN: 2477197
User: SCHRODETZKI, CANDICE S. APRN, FNP

PROPRANOLOL 10MG TABLET RX ID: 35293488
Sig: 1 x TABS ORAL EVERY MORNING
KOP
Order Date: 04/23/2024 06:41
Start Date: 04/23/2024 06:41
Auto Stop Date: 05/23/2024 06:41

Duration: 30 Days
Refills: 11 Before: 04/18/2025

Rx Written On: 04/23/2024

Prescription Electronically Signed
by CANDICE S. SCHRODETZKI, APRN, FNP

**DEF_0539**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

RAY V. CORTEZ, MD

PATIENT: WENCKENS,JUSTIN D
59 DARRINGTON RD
ROSHARON, TX 77583
MRN: 2477197
User: CORTEZ, RAY V. MD

IBUPROFEN 800MG TABLET RX ID: 35003160
Sig: 1 x TABS ORAL TWICE DAILY
KOP
Order Date: 02/26/2024 12:13
Start Date: 02/26/2024 12:13
Auto Stop Date: 03/04/2024 12:13
Diagnosis: nk pain/spasm

Duration: 7 Days
Refills: None

Rx Written On: 02/26/2024

METHOCARBAMOL 750MG TABLET ! RX ID: 35003169
Sig: 2 x TABS ORAL TWICE DAILY
Order Date: 02/26/2024 12:14
Start Date: 02/26/2024 12:14
Auto Stop Date: 03/04/2024 12:14
Diagnosis: nk spasm

Duration: 7 Days
Refills: None

Rx Written On: 02/26/2024

Prescription Electronically Signed
by RAY V. CORTEZ, MD

DEF_0540

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

PATRICIA A. SMITH, APRN, FNP

PATIENT: WENCKENS,JUSTIN D
59 DARRINGTON RD
ROSHARON, TX 77583
MRN: 2477197
User: SMITH, PATRICIA A. APRN, FNP

sulfaSALazine 500MG TABLET RX ID: 34894220
Sig: 1 x TABS ORAL 4 TIMES DAILY
KOP
Order Date: 02/05/2024 09:00
Start Date: 02/05/2024 09:00
Auto Stop Date: 03/06/2024 09:00

Duration: 30 Days
Refills: 5 Before: 08/03/2024

Rx Written On: 02/05/2024

Prescription Electronically Signed
by PATRICIA A. SMITH, APRN, FNP

DEF_0541

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

PATRICIA A. SMITH, APRN, FNP

PATIENT: WENCKENS,JUSTIN D
59 DARRINGTON RD
ROSHARON, TX 77583
MRN: 2477197
User: SMITH, PATRICIA A. APRN, FNP

AMLODIPINE 10MG TABLET RX ID: 34866645
Sig: 1 x TABS ORAL EVERY MORNING KOP
Order Date: 01/30/2024 10:16
Start Date: 02/21/2024 05:16
Auto Stop Date: 03/22/2024 05:16
Special Instructions: TRANSFER

Duration: 30 Days
Refills: 11 Before: 01/24/2025

Rx Written On: 01/30/2024

TERAZOSIN 2MG CAPSULE RX ID: 34866651
Sig: 1 x CAPS ORAL EVERY EVENING KOP
Order Date: 01/30/2024 10:17
Start Date: 02/21/2024 04:17
Auto Stop Date: 03/22/2024 04:17
Special Instructions: TRANSFER

Duration: 30 Days
Refills: 11 Before: 01/24/2025

Rx Written On: 01/30/2024

Prescription Electronically Signed
by PATRICIA A. SMITH, APRN, FNP

DEF_0542

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

PATRICIA A. SMITH, APRN, FNP

| | |
|---|---|
| PATIENT: | WENCKENS,JUSTIN D<br>59 DARRINGTON RD<br>ROSHARON, TX 77583 |
| MRN: | 2477197 |
| User: | SMITH, PATRICIA A. APRN, FNP |

CITALOPRAM 20MG TABLET RX ID: 34866660

| | |
|---|---|
| Sig: | 1 x TABS ORAL EVERY EVENING<br>KOP |
| Order Date: | 01/30/2024 10:17 |
| Start Date: | 02/21/2024 04:17 |
| Auto Stop Date: | 03/22/2024 04:17 |
| Special Instructions: | TRANSFER |
| Duration: | 30 Days |
| Refills: | 1 Before: 03/30/2024 |
| Rx Written On: | 01/30/2024 |

Prescription Electronically Signed
by PATRICIA A. SMITH, APRN, FNP

DEF_0543

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

Imported From UTMB - Galveston Lab System

---

Patient Name : WENCKENS, JUSTIN D
Patient Id : 2477197
Patient Phone :
Date of Birth : [redacted]
SS# : -- Sex : Male

---

Ordering
Physician : PATTON, JENNIFER
Facility : GARZA (NH)
EAST OF HWY 202
BEEVILLE TX 78102

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

Accession: R2875332 Requisition: 283733019
Imaged:01/22/24 07:31 Reported: 01/22/24 09:09

Procedure: XR FOOT 3+ VW RIGHT

NARRATIVE
XR FOOT 3+ VW RIGHT

INDICATION: RIGHT FOOT PAIN

COMPARISON: None

FINDINGS:

Chronic fracture deformity of the first metatarsal. Healing stress fractures of the mid second and third metatarsals as well as the fourth metatarsal base.

IMPRESSION
IMPRESSION:

Healing second through fourth metatarsal stress fractures.

Interpreted by: TRIEU, BRIAN J. NPI: 1912392283

---

DEF_0544

**CORRECTIONAL MANAGED HEALTH CARE**
**Specialty Clinic Referral**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/24/2024 10:28
Facility: GARZA (NH)

Age: 46 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH ##INTERPRETER##

**Most recent vitals from 1/23/2024:**

| | | | |
|---|---|---|---|
| BP: 134 / 78 (Sitting) | Weight: 163 Lbs. | Height: 69 In. | BMI: 24 (% Diff: -4.00) |
| Pulse: 82 (Sitting) | Resp: 18 / min | Temp: 97.6 (Forehead) | O2 Sat: 99% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 12/13/2024 07:22:00AM
RX ID: 34681831
LAST DATE GIVEN KOP: 01/22/2024 04:34:35PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**CITALOPRAM 20MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days KOP
REFILLS: 1 / 1
EXPIRATION DATE: 2/17/2024 07:23:00AM
RX ID: 34681836
LAST DATE GIVEN KOP: 01/22/2024 04:34:32PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 12/13/2024 07:22:00AM
RX ID: 34681832
LAST DATE GIVEN KOP: 01/22/2024 04:34:36PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**Active Problems**:
Chronic Care:
- Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM

Dental:
- Hard Tissue Disease First Observed 3/12/2014 12:36PM
- Dental Examination First Observed 4/15/2019 01:49PM

Mental Health:
- Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM

Rehab Services:
- Pain In Ankle And Foot First Observed 1/18/2024 10:00AM

Not Specified:
- Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
- Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
- Ulcerative Colitis First Observed 12/28/2015 12:47PM
- Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
- Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
- Abnormal Glucose First Observed 5/1/2018 09:31AM

MED - REFERRAL SPECIALTY CLINIC / DIAGNOSTIC STUDIES

Transportation: Travel restrictions have been reviewed and are current: Yes

**Specialty services:**
**Specialty clinics (may choose more than one):**

**CORRECTIONAL MANAGED HEALTH CARE**
**Specialty Clinic Referral**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/24/2024 10:28
Facility: GARZA (NH)

*ORTHOPEDIC services:*
**Foot & Ankle (OFOOT)**
Consult category: X - Expedited
Telehealth: No
Reason for referral: Healing 2-4th metatarsal stress fractures right foot
Diagnosis-specific history / clinical findings: Right foot pain, swelling s/p ORIF 2023. Stress fractures noted on x-ray: see below

Imaged:01/22/24 07:31 Reported: 01/22/24 09:09

Procedure: XR FOOT 3+ VW RIGHT

NARRATIVE
XR FOOT 3+ VW RIGHT

INDICATION: RIGHT FOOT PAIN

COMPARISON: None

FINDINGS:

Chronic fracture deformity of the first metatarsal. Healing stress fractures of the mid second and third metatarsals as well as the fourth metatarsal base.

IMPRESSION
IMPRESSION:

Healing second through fourth metatarsal stress fractures.

Electronically Signed by PATTON, JENNIFER APRN, FNP on 01/24/2024.
##And No Others##

**CORRECTIONAL MANAGED HEALTH CARE**
**Specialty Clinic Referral**

Name: WENCKENS, JUSTIN D    Date: 01/18/2024 10:02
TDCJ#: 2477197    Facility: GARZA (NH)

Age: 46    DOB: [redacted]    Sex: Male    Race: WHITE    DOI: 12/18/2023

**Patient Language**: ENGLISH    ##INTERPRETER##

**Most recent vitals from 1/18/2024:**

| | | | |
|---|---|---|---|
| BP: 123 / 78 (Sitting) | Weight: 166 Lbs. | Height: 69 In. | BMI: 25 (% Diff: +4.17) |
| Pulse: 83 (Sitting) | Resp: 18 / min | Temp: 96.9 (Forehead) | O2 Sat: 97% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 12/13/2024 07:22:00AM
RX ID: 34681831
LAST DATE GIVEN KOP: 12/21/2023 04:03:08PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**CITALOPRAM 20MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days KOP
REFILLS: 1 / 1
EXPIRATION DATE: 2/17/2024 07:23:00AM
RX ID: 34681836
LAST DATE GIVEN KOP: 12/21/2023 04:03:05PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 3 TIMES DAILY for 30 Days KOP
REFILLS: 0 / 0
EXPIRATION DATE: 1/19/2024 08:03:00AM
RX ID: 34690226
LAST DATE GIVEN KOP: 01/12/2024 03:40:14PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 12/13/2024 07:22:00AM
RX ID: 34681832
LAST DATE GIVEN KOP: 12/21/2023 04:03:11PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**Active Problems**:
Chronic Care:
- Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM

Dental:
- Hard Tissue Disease First Observed 3/12/2014 12:36PM
- Dental Examination First Observed 4/15/2019 01:49PM

Mental Health:
- Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM

Rehab Services:
- Pain In Ankle And Foot First Observed 1/18/2024 10:00AM

Not Specified:
- Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
- Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
- Ulcerative Colitis First Observed 12/28/2015 12:47PM
- Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
- Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
- Abnormal Glucose First Observed 5/1/2018 09:31AM

MED - REFERRAL SPECIALTY CLINIC / DIAGNOSTIC STUDIES

Transportation: Travel restrictions have been reviewed and are current: Yes

**CORRECTIONAL MANAGED HEALTH CARE**
**Specialty Clinic Referral**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/18/2024 10:02
Facility: GARZA (NH)

**Specialty services:**

**Specialty clinics (may choose more than one):**

*GASTROENTEROLOGY services:*

**Gastroenterology (GI)**

Consult category: R - Routine
Telehealth: Yes
Reason for referral: ULCERATIVE COLITIS
Diagnosis-specific history / clinical findings: HISTORY UC DX AT HG IN 2016, ACTIVE RECTAL BLEEDING WITH BMS, TAKING SULFASALAZINE.

Electronically Signed by PATTON, JENNIFER APRN, FNP on 01/18/2024.
##And No Others##

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================
LAB COLLECT SPECIMEN (EMR ORDER)
Entered On: 03/25/2025 09:24:38
Entered By: ECK, AMANDA

03/24/25 Pt no showed. LIPID, VIT D, UA, CMP, CBC, TSH

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================
MD/MLP-FOLLOW-UP VISIT
Entered On: 03/20/2025 12:46:33
Entered By: HAILE, TSEHAYE G. APRN, FNP

NS- Reschedule next available

DEF_0550

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================
NURSING BLOOD PRESSURE CHECK VISIT
Entered On: 03/11/2025 19:25:02
Entered By: GLENN, TONYA L. RN

BP CHECK SERIES REQUEST/ORDER (BP) {CNDB} (03/13/2025 12:20; Order 99391555-011), n/s on 03/11/25 do not r/s per T Glenn RN

This document was reclassified by GLENN, TONYA L. RN on 03/11/2025. The original document

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

===============================================================================
LAB COLLECT SPECIMEN (EMR ORDER)
Entered On: 03/11/2025 13:53:34
Entered By: HOLLOWAY, AMANDA

03/11/2025 Pt no showed. LIPID, CBC, CMP, TSH, VIT D, UA

DEF_0552

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

==============================================================================
LAB COLLECT SPECIMEN (EMR ORDER)
Entered On: 03/10/2025 14:22:43
Entered By: HOLLOWAY, AMANDA

03/10/2025 Pt no showed. LIPID, CBC, CMP, TSH, VIT D, UA

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

==============================================================================

LAB COLLECT SPECIMEN (EMR ORDER)
Entered On: 03/07/2025 14:31:36
Entered By: HOLLOWAY, AMANDA

03/07/2025 Pt no showed. LIPID, CBC, CMP, TSH, VIT D, UA

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================
LAB COLLECT SPECIMEN (EMR ORDER)
Entered On: 03/05/2025 14:51:53
Entered By: HOLLOWAY, AMANDA

03/05/2025 Pt no showed. LIPID, CBC, CMP, TSH, VIT D, UA

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================
LAB COLLECT SPECIMEN (EMR ORDER)
Entered On: 03/03/2025 15:14:12
Entered By: HOLLOWAY, AMANDA

03/03/2025 Pt no showed. LIPID, CBC, CMP, TSH, VIT D, UA

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================
NURSING EKG VISIT
Entered On: 03/01/2025 14:08:34
Entered By: GLENN, TONYA L. RN

n/s on 03/01/25  no show 03/01/25  do not r/s per T Glenn RN

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

===============================================================================
NURSING BLOOD PRESSURE CHECK VISIT
Entered On: 03/01/2025 14:06:16
Entered By: GLENN, TONYA L. RN

BP CHECK SERIES REQUEST/ORDER (BP) {CNDB} (03/06/2025 12:20; Order 99391555-010), n/s on 03/01/25 do not r/s per T Glenn RN

This document was reclassified by GLENN, TONYA L. RN on 03/01/2025. The original document

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

==============================================================================
NURSING BLOOD PRESSURE CHECK VISIT
Entered On: 02/28/2025 18:32:29
Entered By: WELCH, TABATHA S. LVN

BP CHECK SERIES REQUEST/ORDER (BP) {CNDB} (02/27/2025 12:20; Order 99391555-009) , no show 02/28/2025 do not reschedule per WELCH, LVN

This document was reclassified by WELCH, TABATHA S. LVN on 02/28/2025. The original

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================

NURSING EKG VISIT
Entered On: 02/25/2025 14:37:47
Entered By: WELCH, TABATHA S. LVN

N/S 2/21/25 reschedule 2/25/25 Per Whitefiel, RN EKG/ECG REQUEST/ORDER (CNDBBPBFSZPSY) (02/20/2025 12:19; Order 99391555-002), left unseen will reschedule for 03/04/25 per Welch, LVN

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================
NURSING EKG VISIT
Entered On: 02/22/2025 08:34:12
Entered By: WHITEFIELD, BLADE RN

N/S 2/21/2025 for EKG, reschedule 2/25/25 per Whitefield, RN

**CORRECTIONAL MANAGED HEALTH CARE**
**Addendum Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197
Date: 02/20/2025 12:38
Facility: ROBERTSON (RB)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

Rash of 1mm red spots on feet and lower legs bilaterally.

Scabies suspected.

Permethrin requested.

Electronically Signed by SMITH, MELISSA APRN, FNP on 02/20/2025.
##And No Others##

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

## CORRECTIONAL MANAGED HEALTH CARE
## REFUSAL OF TREATMENT OR SERVICES

I, WENCKENS, JUSTIN D, TDCJ Number: 2477197 decline the following services and treatments at the Texas Department of Criminal Justice:

Diet for Health

I understand the above documented treatment being refused is for the following condition(s):

| | | | |
|---|---|---|---|
| | Diabetes | | Liver Disease |
| x | Hypertension | | Heart Disease |
| | Morbid Obesity | | Kidney Disease |
| | Hyperlipidemia (high cholesterol) | | Monosodium Glutamate (MSG) Sensitivity |

I understand that potential outcome(s) for refusing the treatment for the above documented condition(s) includes but is not limited to the following:

- Chronic Condition / disease may worsen or progress more rapidly
- Earlier onset of irreversible complications such as:

| | | | |
|---|---|---|---|
| Weight Gain | Poor Circulation | Stroke | Heart Attack |
| Blindness | Death | Nerve Damage | Lowered Resistance to Infection |
| Liver Failure | Loss of Limb | Kidney Failure | |

I do not wish to have this above stated treatment or services. I assume full responsibility for any and all consequences or personal inconvenience that may arise from refusal of services.

I understand that I may still request these or similar services in the future.

2477197 2/20/2025
Signature of Inmate / TDCJ # Date

2/20/2025
Signature of Witness (if inmate unable or unwilling to sign) Date

Printed Name of Witness

Reason inmate did not sign: ______

I certify that the above named individual is alert and appears to understand the above listed information.

2/20/2025
Signature and Title of Health Care Personnel Obtaining Refusal Date

Printed Name of and Title of Health Care Personnel Obtaining Refusal

I certify that the above named patient is alert and has demonstrated comprehension of the above explained condition, treatment, and potential consequences.

HSM-82 (Rev. 08/2024)

X #

DEF_0563

**PEARL PATIENT CHART EXPORT**

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================
MH OP PSYCHIATRIC FOLLOW UP
Entered On: 01/27/2025 09:32:55
Entered By: ALI, DOLORES H. APRN, PMHNP

1/24/25 no show.  Reschedule in 3 weeks.

3B-30B

**CORRECTIONAL MANAGED HEALTH CARE**
**Dispensing of Prescription Eyewear**

**Name:WENCKENS, JUSTIN D** **TDCJ #:2477197**

**The Following Instructions Will Help You Take the Best Care of Your Eye Glasses**

Prescription eye glasses may be replaced every twenty-four (24) months as needed. Eye glasses will be replaced earlier if determined by an optometrist or ophthalmologist to be necessary. Documented loss, broken eye glasses with no evidence of self-destruction, or newly diagnosed surgical conditions will be considered exceptions.

TDCJ documented confiscation of glasses will be considered for replacement.

When showering, consider leaving your glasses in your house to eliminate danger of loss, damage, or theft.

Plastic lenses scratch easily. Therefore, run water over the lenses before using a soft, cotton cloth to dry them.

A sick call should be submitted for broken prescription glasses. Repair attempts will be made.

If there is a problem after two (2) weeks with a new prescription, you should submit a sick call – give specific information regarding your problem.

Bring your glasses and case with you for any related appointments.

**THESE ARE SAFETY GLASSES!**

**Acknowledgment of services:**
**My signature indicates I have received one (1) pair of prescription eye glasses with a soft case and I understand the 'care instructions' provided.**

**Signature:** ____________
WENCKENS, JUSTIN D

**Date:** Dec. 28, 2024

(12.1.17)

Page 1 of 1

X #

**DEF_0565**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================
SCR NURSING S/C SCHEDULED (ATC 7 & 8)
Entered On: 11/19/2024 13:25:57
Entered By: GLENN, TONYA L. RN

scr rcvd 11/16/24 - right foot pain, n/s 11/19/24 do not r/s per T Glenn RN

**PEARL PATIENT CHART EXPORT**

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

Medical

I'm having pain in my Right foot that has chronic fractures. Alot of Pain Difficulty Walking / Using Medicine

NOV 16 2024

RECEIVED
NOV 16 2024

Schedule NSC foot pain
[illegible signature]

I-128 Front (Revised 11-2010) YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)

Appendix G

Medical

Justin Wenckens
2477197
3B30b

DEF_0567

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:54 PM

PATIENT
**JUSTIN WENCKENS**
DOB [redacted]
AGE 47 yrs
SEX Male
PRN RB2477197

FACILITY
**Lubbock Eye Clinic**
T (806) 799-3944
F (806) 799-4238
3702 34th Street
Lubbock, TX 79410

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Darrin Peterson OD OD
DATE 11/12/2024
AGE AT DOS 47 yrs
Electronically signed by Darrin Peterson OD OD at 11/22/2024 02:17 pm

## Objective

Photos of anterior segment and Posterior segment reviewed
SLE:
Lids/lashes/lacrima: normal limit OU
Sclera: white/quiet OU
Conjunctiva: quiet OU
Cornea: clear OU
Iris: flat/intact OU
A/C: deep/quiet OU
Lens: clear OU

Fundus Exam (90D):
Vitreous: clear OU
C/D: 0.4R OD, 0.4R OS
ONH: pink/distinct OU
Macula: flat/dry OU
Vessels: no vasculopathy OU
Background: normal limit OU

## Plan

Glasses Rx.

Sph Cyl Axis Prism Base

OD +0.50-0.75x152 20/20
OS +0.50-0.25x012 20/20
Add:+1.50

Seg. Height 13

PD Distance 61 Near 58

Frame Style NTC
Lens Size 51
Bridge Size 17
Temple Length 140

Comment: Full time wear. Allow 2 weeks to adjust to your new glasses. Expires 2 year from the Rx date.

Dr. Darrin Peterson O.D.
Texas Lic. # 8084TG.

practice fusion

DEF_0568

## CORRECTIONAL MANAGED HEALTH CARE
## PATIENT CONSENT FOR A TELEHEALTH VISIT

I have been asked to participate in a TELEHEALTH VISIT that is under the direction of the Correctional Managed Health Care System (CMHCS) delivered through TEXAS TECH UNIVERSITY OR THE UNIVERSITY OF TEXAS MEDICAL BRANCH. The purpose of this telehealth transmission is to evaluate any current medical/mental health/dental condition through a two-way interactive audio/video connection with a healthcare provider in the CMHCS. The evaluation of my medical condition may include a physical exam.

I understand the following:

A health care provider under the televised supervision of a physician, advanced practice nurse, or a physician's assistant will examine me. I may request that the telehealth visit be discontinued at any time. Details of my medical history, including patient identifiable information, may be used or shared within the CMHCS. I authorize release of any relevant medical information that pertains to me to CMHCS or their agents. I understand that the written record of any telehealth visit will become part of my medical record and will remain strictly confidential. It may be necessary for the CMHCS healthcare provider to recommend one of the following alternative settings for healthcare treatment:

Emergency care at the emergency room
Follow-up outpatient visit (in person), or
Admission to an inpatient hospital

Every effort will be made to structure the telehealth clinic visits so there will be effective follow-up care, and I will have the opportunity to express any concerns that I may have. There are potential problems with the use of this new technology. These include but are not limited to:

Interruption or disconnection of the audio/video link.
An unclear picture or image.

CMHCS has taken several security measures to ensure that the transmission of the telehealth visit is confidential and not accessed by unauthorized users. This includes the use of a Private network for connectivity or ISDN point-to-point dial up. CMHCS cannot guarantee the privacy or security of any telehealth visit. Because telehealth visits involve electronic communication, I understand that telehealth visits could potentially be intercepted and read by others, thereby compromising the confidentiality of my medical information.

I understand that this telehealth visit may not be equal to a face-to-face visit with a healthcare provider. I will not receive any compensation for taking part in this telehealth visit. I understand Texas Tech University and University of Texas Medical Branch are teaching hospitals and recorded images may be used for education or research purposes. If CMHCS does wish to use recorded images for education or research purposes, I will be provided with an appropriate authorization form, if federal or state law requires such form.

I certify this form has been fully explained to me. I have read it or have had it read to me, and I understand its contents. I agree to participate in the telehealth visit offered by this clinic and CMHCS, and I consent to receive medical care via telehealth.

Signature of Patient X [signature] Date 11/12/24

Signature of Witness [signature] Date 11/12/24

PATIENT CONSENT FOR TELEHEALTH VISIT

| WENCKENS, JUSTIN D | 2477197 | ROBERTSON (RB) |
|---|---|---|
| Patient Printed Name | TDCJ # | UNIT |

Rev. 4/17 1 of 1

X #

DEF_0569

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:55 PM

CORRECTIONAL MANAGED HEALTH CARE
REFUSAL OF TREATMENT OR SERVICES

578

I, Wenckens Justin TDCJ-ID Number 2472197 decline the following services and treatments at the Texas Department of Criminal Justice

Lab; Hepatic Function Panel

I understand the above documented treatment being refused is for the following condition(s)

Abnormal results of liver function

I understand that potential outcome(s) for refusing the treatment for the above documented condition(s) includes but is not limited to the following

death, illness, refusal of treatment and/or meds

I do not wish to have this above stated treatment or services. I assume full responsibility for any and all consequences or personal inconvenience that may arise from refusal of services

I understand that I may still request these or similar services in the future

X [signature] 2472197 8/20/24
Signature of Inmate/TDCJ–ID # Date

Signature of Witness (if inmate unable or unwilling to sign) Date

Reason inmate did not sign

I certify that the above named individual is alert and appears to understand the above listed information

Tonia Alvarado CPT 8/20/24
Signature and Title of Health Care Personnel Obtaining Refusal Date

I certify that the above named patient is alert and has demonstrated comprehension of the

above explained condition, treatment, and potential consequences

[signature]

HSM 82 (Rev. 7/13)

1 of 1

DEF_0570

# CORRECTIONAL MANAGED HEALTH CARE
## Visual Acuity Test

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 08/19/2024 11:49
Facility: ROBERTSON (RB)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 8/19/2024:**

| | | | |
|---|---|---|---|
| BP: 131 / 90 (Sitting) | Weight: 167 Lbs. | Height: 69 In. | BMI: 25 (% Diff: -3.85) |
| Pulse: 74 (Sitting) | Resp: 18 / min | Temp: 97.7 (Oral) | O2 Sat: 97% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 07/25/2024 07:46:43AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 07/25/2024 07:46:40AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 2 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP: 07/25/2024 07:46:55AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 07/25/2024 07:46:33AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

VISUAL ACUITY TEST

Related health issues: Yes Hypertension

Program participation: No

Current eyewear status: Wears contact lenses: No
Wears glasses: No

Vision complaints: Yes R eye is blurry

Vision test
Far OD - without glasses: 20/50
Far OS - without glasses: 20/40
Far OU - without glasses: 20/40
Far OD - WITH glasses: 20/
Far OS - WITH glasses: 20/
Far OU - WITH glasses: 20/
Near OD - without glasses: 20/200
Near OS - without glasses: 20/70
Near OU - without glasses: 20/70
Near OD - WITH glasses: 20/

**CORRECTIONAL MANAGED HEALTH CARE**
**Visual Acuity Test**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 08/19/2024 11:49
Facility: ROBERTSON (RB)

Near OS - WITH glasses: 20/
Near OU - WITH glasses: 20/

Disposition
No further scheduling at this time. Provider will review V/A results.

Nursing encounter capture:
Nursing visit:
Patient Order Added: #NURSING LEVEL 1 COMPLETE VISIT (F) Order Date: 08/19/2024 11:51:03 User: ROBERTS, SAVANNAH E

Electronically Signed by ROBERTS, SAVANNAH E. LVN on 08/19/2024.
Electronically Signed by MAYFIELD, ROBIN K. RN on 08/20/2024.
##And No Others##

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:55 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================
LAB COLLECT SPECIMEN (EMR ORDER)
Entered On: 08/14/2024 13:13:53
Entered By: HOLLOWAY, AMANDA

08/14/2024 Pt no showed. HEPATIC FUNCTION

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:55 PM

ROBERTSON (RB)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================

NURSING VISUAL ACUITY VISIT
Entered On: 08/07/2024 13:03:13
Entered By: GLENN, TONYA L. RN

VAT 2, n/s on 08/07/24, r/s on 08/19/24 per t glenn rn

DEF_0574

CORRECTIONAL MANAGED CARE
IMPORT LOG

| Patient Name: | TDCJ: | DOB: | Facility: |
|---|---|---|---|
| WENCKENS, JUSTIN D | 2477197 | [redacted] | ROBERTSON (RB) |

**Deleted Reminders requiring review:**
All labs/x-ray orders must be reviewed by a provider and re-ordered at receiving facility if deemed clinically necessary. Appointments (i.e. TLH) must be rescheduled at the receiving facility.

None

**Imported Reminders:**

| *Due Date* | *Ordering Provider* | *Reminder Type* | *To Do User Type* | *Reminder Comment* |
|---|---|---|---|---|
| 12/28/2023 00:00 | UNKNOWN, UNKNOWN | MH OP GP CASELOAD | | |
| 12/28/2023 11:35 | UNKNOWN, UNKNOWN | MH TREATMENT LEVEL 1 (BIMS 1) | | |
| 05/30/2024 00:00 | UNKNOWN, UNKNOWN | SPECIALTY CLINIC APPT. | | NH R GI ULCERATIVE COLITIS PATTON |
| 07/29/2024 10:08 | TALLEY, SHERI J MD | ICN-CHART REVIEW | | review labs 07/23/24 |
| 08/20/2024 00:00 | UNKNOWN, UNKNOWN | MH OP INDIVIDUAL TX PLAN (ITP) | QMHP | 2 mo ITP review.2BR |
| 10/15/2024 00:00 | UNKNOWN, UNKNOWN | MH OP TLH PSYCHIATRIC FOLLOW UP | NURSE PRACTITIONER | 6 mo mh fu |
| 01/12/2025 09:59 | UNKNOWN, UNKNOWN | CCC CHRONIC CLINIC REMINDER | NURSE PRACTITIONER | HTN |

Electronically Signed by FUQUA, CORRINA CCA on 07/31/2024 09:39.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
## Transient Status - Import Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 07/31/2024 09:38
Facility: ROBERTSON (RB)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

### Deleted Reminders requiring review:

All labs/x-ray orders must be reviewed by a provider and re-ordered at receiving facility if deemed clinically necessary.
Appointments (i.e. TLH) must be rescheduled at the receiving facility.

None

### Imported Reminders:

| *Due Date* | *Ordering Provider* | *Reminder Type* | *To Do User Type* | *Reminder Comment* |
|---|---|---|---|---|
| 12/28/2023 00:00 | UNKNOWN, UNKNOWN | MH OP GP CASELOAD | | |
| 12/28/2023 11:35 | UNKNOWN, UNKNOWN | MH TREATMENT LEVEL 1 (BIMS 1) | | |
| 05/30/2024 00:00 | UNKNOWN, UNKNOWN | SPECIALTY CLINIC APPT. | | NH R GI ULCERATIVE COLITIS PATTON |
| 07/29/2024 10:08 | TALLEY, SHERI J MD | ICN-CHART REVIEW | | review labs 07/23/24 |
| 08/20/2024 00:00 | UNKNOWN, UNKNOWN | MH OP INDIVIDUAL TX PLAN (ITP) | QMHP | 2 mo ITP review.2BR |
| 10/15/2024 00:00 | UNKNOWN, UNKNOWN | MH OP TLH PSYCHIATRIC FOLLOW UP | NURSE PRACTITIONER | 6 mo mh fu |
| 01/12/2025 09:59 | UNKNOWN, UNKNOWN | CCC CHRONIC CLINIC REMINDER | NURSE PRACTITIONER | HTN |

Electronically Signed by FUQUA, CORRINA CCA on 07/31/2024.
Electronically Signed by CHAN, PACHIE S. MD on 07/31/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
## Visual Acuity Test

Name: WENCKENS, JUSTIN D    Date: 07/31/2024 09:37
TDCJ#: 1779025    Facility: ROBERTSON (RB)

Age: 47    DOB: [redacted]    Sex: Male    Race: WHITE    DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 7/31/2024:**

| | | | |
|---|---|---|---|
| BP: 140 / 92 (Sitting) | Weight: 176 Lbs. | Height: 69 In. | BMI: 26 (% Diff: -3.70) |
| Pulse: 79 (Sitting) | Resp: 18 / min | Temp: 98.4 (Oral) | O2 Sat: 97% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**10D-ACETAMINOPHEN 325MG TABLET**
2 TABS ORAL 3 TIMES DAILY for 10 Days KOP As Needed (PRN)

MAY DISPENSE NO MORE THAN A 10-DAY SUPPLY AT A TIME.

REFILLS: 0 / 0
EXPIRATION DATE: 8/01/2024 08:31:00AM

RX ID: 35733203
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP

REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM

RX ID: 35463269
LAST DATE GIVEN KOP: 07/25/2024 07:46:43AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**AMOXICILLIN 500MG CAPSULE**
1 CAPS ORAL 3 TIMES DAILY for 10 Days KOP

REFILLS: 0 / 0
EXPIRATION DATE: 8/01/2024 08:31:00AM

RX ID: 35733201
LAST DATE GIVEN KOP: 07/25/2024 07:46:37AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP

REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM

RX ID: 35463268
LAST DATE GIVEN KOP: 07/25/2024 07:46:40AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP

REFILLS: 2 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM

RX ID: 35463271
LAST DATE GIVEN KOP: 07/25/2024 07:46:55AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP

REFILLS: 2 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM

RX ID: 35463270
LAST DATE GIVEN KOP: 07/25/2024 07:46:33AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

VISUAL ACUITY TEST

Related health issues: Yes
Hypertension

Program participation: No

Current eyewear status: Wears contact lenses: No
Wears glasses: No

Vision complaints: Yes
Blurry vision, R eye is worse

**CORRECTIONAL MANAGED HEALTH CARE**
**Visual Acuity Test**

Name: WENCKENS, JUSTIN D
TDCJ#: 1779025

Date: 07/31/2024 09:37
Facility: ROBERTSON (RB)

Vision test
Far OD - without glasses: 20/50
Far OS - without glasses: 20/40
Far OU - without glasses: 20/40
Far OD - WITH glasses: 20/
Far OS - WITH glasses: 20/
Far OU - WITH glasses: 20/
Near OD - without glasses: 20/200
Near OS - without glasses: 20/70
Near OU - without glasses: 20/70
Near OD - WITH glasses: 20/
Near OS - WITH glasses: 20/
Near OU - WITH glasses: 20/

Disposition
Other: Dr. Chan, MD VORB: send back to her office

Nursing encounter capture:
Nursing visit:
Patient Order Added: #NURSING LEVEL 1 COMPLETE VISIT (F) Order Date: 07/31/2024 09:40:32 User: ROBERTS, SAVANNAH E

Electronically Signed by ROBERTS, SAVANNAH E. LVN on 07/31/2024.
Electronically Signed by CHAN, PACHIE S. MD on 07/31/2024.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
## HOSPITAL/ER DISCHARGE TTUHSC

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 07/20/2024 14:18
Facility: LYNAUGH (LH)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 7/20/2024:**

| | | | |
|---|---|---|---|
| BP: 143 / 90 (Sitting) | Weight: 181 Lbs. | Height: 69 In. | BMI: 27 (% Diff: +3.85) |
| Pulse: 88 (Sitting) | Resp: 18 / min | Temp: 98 (Forehead) | O2 Sat: 97% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP: 07/11/2024 05:29:39AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP: 07/11/2024 05:29:35AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 1 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP: 07/11/2024 05:29:52AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP: 07/11/2024 05:29:57AM
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

RETURN FROM HOSPITAL/ER TT

Vital signs parameter reporting
Yes

Return information
Return Information
Off-site hospital/ER patient is returning from: PCMHD
Date patient returned to TDCJ facility: 07/20/2024
Was patient admitted? No
Source of discharge information: Hospital discharge records received
Discharge diagnosis: Physical assault in a fight.
Multiple contusions with soft tissue hematoma to the scalp, forehead, chest and abdomen.
Abnormal serum liver function test.
Reminder Completed: PATIENT AT OFF-SITE HOSPITAL/EMERGENCY ROOM

Current complaints: none voiced by inmate

Discharge instructions/records received from hospital/ER Yes
Patient discharge instructions

Medication recommendations received from hospital: No

Patient Assessment
NEURO: Is the patient awake, alert and oriented to person, place and time?

**CORRECTIONAL MANAGED HEALTH CARE**
**HOSPITAL/ER DISCHARGE TTUHSC**

Name: WENCKENS, JUSTIN D  Date: 07/20/2024 14:18
TDCJ#: 2477197  Facility: LYNAUGH (LH)

Yes
SENSORY: Does the patient have clear speech?
Yes
RESPIRATORY: Does the patient complain or exhibit signs of respiratory distress?
No
CARDIOVASCULAR: Does the patient complain of chest pain?
No
GI/GU:
Does the patient have any GI/GU complaints?
No
MUSCULOSKELETAL: Does the patient have full range of motion?
Yes
INTEGUMENTARY: Does the patient have any wounds?
No
INTEGUMENTARY: Does the patient have any sutures/staples?
No
PAIN:
No
Liquid suture applied to forehead and dressed with gauze at ER.

Plan
Provider contacted:
Name: Tsehaye Haile, NP
Time: 1430
Comment: Per provider for inmate to follow up with onsite provider on Monday.
F/U appointments per provider:
Schedule follow-up with provider
Reminder Date: 07/22/2024
To Do User Type: PHYSICIAN ASSISTANT
To Do User: OSUNDE, EZEKIEL E
Reminder Comment: Follow up ER return for Physical assault in fight, multiple contusions, abnormal liver function test
Reminder Created: MD/MLP-FOLLOW-UP VISIT

Electronically Signed by PENA, LAINA D. LVN on 07/20/2024.
Electronically Signed by HAILE, TSEHAYE G. APRN, FNP on 07/22/2024.
##And No Others##

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:57 PM

PECOS COUNTY MEMORIAL HOSPITAL DISTRICT (432) 336-2004 EMERGENCY ROOM

| ACCOUNT NUMBER | REG. BY | FINC. CLASS | COMPLAINT (PRESENTING) | TYPE | DATE | BED |
|---|---|---|---|---|---|---|
| 1343927 | APA | RB4 | HEADACHE, NECK PAIN AND SHOULDER | E.R. | 7/20/24 | 07:10 |

PATIENT'S NAME AND ADDRESS: WENCKENS JUSTIN, 1098 S HWY 2037, FORT STOCKTON TX 79735

TELEPHONE NUMBER: (432) 395-2938

SOCIAL SECURITY NUMBER:

GUARANTOR NAME AND ADDRESS: LYNAUGH UNIT, 1098 S HWY 2037, FORT STOCKTON, TX 79735

GUARANTOR EMPLOYER-ADDRESS-PHONE: INMATE

| DATE OF BIRTH | AGE | SEX | RACE | MS | RELIGION |
|---|---|---|---|---|---|
| [redacted] | 47 | M | W | S | |

PATIENT-EMPLOYER-ADDRESS-PHONE:

GUARANTOR BIRTHDATE: 04/07/1977

GUARANTOR SOC. SEC.NO.:

IN CASE OF EMERGENCY NOTIFY: HOME PHONE WK PHONE

| ACCIDENT EVENT ONSET | DATE | TIME | WHERE ILLNESS |
|---|---|---|---|
| | 7/20/24 | | |

INSURANCE NAME
1.
2.
3.

CERT. NUMBER | GROUP NUMBER

LMP

G____ P____ Ab____

Tetanus____

| ON CALL M.D. | SUPV M.D. OR TREATING M.D. | FAMILY M.D. | DATE | TIME OUT |
|---|---|---|---|---|
| MEDINA CRISTIAN | BECERRA IVAN | OTHER PHYSICIAN | | |

## ALLERGIES

## MEDICATIONS

TIME____ BP____ P____ R____ T____ SAT____ HT____ WT____

Pain Scale ____

SEE TRAUMA FLOW SHEET ☐ SEE ER NURSING SHEET ☐ SEE INTERDISCIPLINARY NOTES ☐

**Lab:**

☐ CBC ☐ PT/PTT ☐ Sed Rate
☐ BMP ☐ UDS, Rapid ☐ Mono Spot
☐ CMP ☐ Ethanol ☐ Blood culture
☐ UA ☐ Gram Stain ☐ Stool leuko
☐ CK ☐ Strep Screen ☐ Amylase
☐ CK-MB ☐ Flu Screen ☐ Ammonia
☐ Troponin I ☐ HCG, Serum ☐ Type & Cross
☐ Myoglobin ☐ HCG Urine

Other: ____

**Radiology:**

☐ C-spine ☐ LS-spine ☐ T spine
☐ CXR ☐ RIBS L / R
☐ Acute Abdominal Series
☐ Pelvis
CT:____
US:____
Other:____

**Respiratory:**

☐ 02 @ ____
☐ EKG
☐ ABG
☐ RSV
☐ Sputum Collect
HHN:
☐ Atrovent ☐ Albuterol

OTHER:____

| Meds / IV / Orders: | Route | Site | Time | Nurse |
|---|---|---|---|---|
| | | | | |

Doctor Signature ▶ | Nurse Signature ▶

Disposition TIME____ ☐ HOME ☐ TRANSFER
☐ ADMIT to DOCTOR____ ☐ REG ☐ OBS ROOM READY____ ROOM #____

CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ SERIOUS ☐ CRITICAL ☐ DOA ☐ ER DEATH

☐ AMBULATORY ☐ WHEELCHAIR ☐ CARRIED ☐ STRETCHER

☐ VALUABLES WITH PATIENT ☐ INSTRUCTION SHEET GIVEN ☐ VALUABLE SHEET COMPLETED

NOTIFICATION

| | TIME | TIME |
|---|---|---|
| MD Service ☐ Hospital ☐ MD | | |
| Report called to floor | | |
| MD Notified/Assessed | | |
| Police | | |
| MHMR | | |
| Other | | |

DEF_0581

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:58 PM

# Discharge Summary

## Pecos County Memorial Hospital District

387 West I-10 Fort Stockton, TX 79735 4323362004
07/20/2024

**Patient: WENCKENS, JUSTIN MRN#: 053115 Acct#: 1343927 Sex: Male DOB:** [redacted] **Age: 47y**

Thank you for visiting Pecos County Memorial Hospital District.
You have been evaluated today by Joseph Peterson, M.D. for the following condition(s):

**Principal Diagnosis**

Physical assault in a fight.
Multiple contusions with soft tissue hematoma to the scalp, forehead, chest and abdomen. ;
abnormal serum liver function test.

**INSTRUCTIONS**

Apply ice. Protect wound and keep wound area clean. No strenuous activity.

**Warnings:** HEAD INJURY PRECAUTIONS: An observer must check on the patient frequently for the next 24 hours to confirm that the patient responds as expected, is not confused, has no new weakness or numbness, and has no other problems.
GENERAL WARNINGS: Return or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**Follow-up:**
Return to the emergency department as needed. Follow up with your healthcare provider in two days.

Understanding of the discharge instructions verbalized by patient.

**You have been given the following additional information:**

Physical Assault
Soft Tissue Contusion
Scalp Contusion
Facial Contusion
Chest Wall Contusion

Patient Signature

Facility Representative 7/20/24 @ 1128
Date/Time

1/12 WENCKENS, JUSTIN, DOB: 04/07/1977

**DEF_0582**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:58 PM

PECOS COUNTY MEMORIAL HOSPITAL
387 W. IH-10
FT. STOCKTON, TX 79735
TELEPHONE: 432-336-2004 Ext. 4267

**Patient Name:**
**JUSTIN WENCKENS**

**MRN: MCH:P53115 Birth date:** [redacted] **Sex: M**
**Account #: 1343927**
**Indications:**

**Accession/Order Number: 20244ZICV6_44**
**Exam Date: 7/20/2024 09:13 Report Date: 7/20/2024 18:41**

**At the request of:**
**IVAN BECERRA**

**Procedure: PCT Spine Lumbar w/o Contrast**

PROCEDURE: PCT Spine Lumbar w/o Contrast

CLINICAL INFORMATION: PAIN, TRAUMA/ INJURY

COMPARISON: None

FINDINGS: Lumbar spine alignment is anatomical. There is no evidence of acute lumbar spine fracture, traumatic subluxation or dislocation of the lumbar spine. Posterior lumbar spine elements are intact. Dimensions of central spinal canal, lateral recesses and neural foramina are adequate throughout the lumbar spine.

IMPRESSION: No acute findings.

**Electronically authenticated by: VALERIE DRNOVSEK Date: 7/20/2024 18:41**

**DEF_0583**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:58 PM

PECOS COUNTY MEMORIAL HOSPITAL
387 W. IH-10
FT. STOCKTON, TX 79735
TELEPHONE: 432-336-2004 Ext. 4267

**Patient Name:**
**JUSTIN WENCKENS**

**MRN: MCH:P53115 Birth date:** [redacted] **Sex: M**
**Account #: 1343927**
**Indications:**

**Accession/Order Number: 20244ZH5549JC**
**Exam Date: 7/20/2024 09:13 Report Date: 7/20/2024 18:43**

**At the request of:**
**IVAN BECERRA**

**Procedure: PCT Spine Cervical w/o Contrast**

PROCEDURE: PCT Spine Cervical w/o Contrast

CLINICAL INFORMATION: PAIN, TRAUMA/ INJURY

COMPARISON: None

FINDINGS: Sagittal reconstructions of the cervical spine CT demonstrated no evidence of acute cervical spine fracture, traumatic subluxation or prevertebral soft tissue edema. Multilevel cervical spondylosis is demonstrated at C4-C5, C5-C6 and C6-C7 levels. Posterior cervical spine elements are intact. Atlantoaxial and atlantooccipital articulations are anatomical. Occipital condyles are intact.

IMPRESSION: No acute findings.

**Electronically authenticated by: VALERIE DRNOVSEK Date: 7/20/2024 18:43**

DEF_0584

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:58 PM

PECOS COUNTY MEMORIAL HOSPITAL
387 W. IH-10
FT. STOCKTON, TX 79735
TELEPHONE: 432-336-2004 Ext. 4267

**Patient Name:**
**JUSTIN WENCKENS**

**MRN: MCH:P53115 Birth date:** [redacted] **Sex: M**
**Account #: 1343927**
**Indications:**

**Accession/Order Number: 20244ZH6LHHK1**
**Exam Date: 7/20/2024 09:13 Report Date: 7/20/2024 18:44**

**At the request of:**
**IVAN BECERRA**

**Procedure: PCT Brain/Head w/o Contrast**

PROCEDURE: PCT Brain/Head w/o Contrast

CLINICAL INFORMATION: PAIN, TRAUMA/ INJURY

COMPARISON: None

FINDINGS: No evidence of acute intracranial hemorrhage, cytotoxic or vasogenic edema. Brainstem and cerebellum are unremarkable. Cerebellar tonsils are orthotopic. Suprasellar, quadrigeminal and sylvian cisterns are normal. Pituitary gland is physiologic. No evidence of skull fracture. Retention cyst is demonstrated in the left maxillary sinus. No evidence of intrasinus exudate. Bilateral mastoid air cells are clear.

IMPRESSION: No evidence of acute intracranial pathology or skull fracture.

**Electronically authenticated by: VALERIE DRNOVSEK Date: 7/20/2024 18:44**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:58 PM

PECOS COUNTY MEMORIAL HOSPITAL
387 W. IH-10
FT. STOCKTON, TX 79735
TELEPHONE: 432-336-2004 Ext. 4267

**Patient Name:**
**JUSTIN WENCKENS**

**MRN: MCH:P53115 Birth date** [redacted] **Sex: M**
**Account #: 1343927**
**Indications:**

**Accession/Order Number: 20244ZH80UPKR**
**Exam Date: 7/20/2024 09:21 Report Date: 7/20/2024 19:34**

**At the request of:**
**IVAN BECERRA**

**Procedure: PCT Chest/Abd/Pelvis w/ Contrast**

PROCEDURE: PCT Chest/Abd/Pelvis w/ Contrast

CLINICAL INFORMATION: TRAUMA/ INJURY

COMPARISON: None

FINDINGS:

CT thorax The lungs are clear. Pleural and pericardial surfaces are smooth. There is no evidence of pneumothorax or hemothorax. No evidence of pulmonary contusion. Thoracic aorta is unremarkable. Pulmonary arteries are unremarkable. No mediastinal or hilar lymphadenopathy. Osseous structures of the chest wall are intact. There is no evidence of extrapleural chest wall hematoma or chest wall contusion.

CT abdomen and pelvis: Intra-abdominal parenchymal organs are homogeneous. There is no evidence of acute laceration of intra-abdominal parenchymal organs. Follow intra-abdominal visceral organs are unremarkable. Midline fat containing paraumbilical hernia is demonstrated. There is no evidence of acute osseous pathology. Urinary bladder is unremarkable. There is no evidence of acute fracture.

IMPRESSION: No acute findings.

**Electronically authenticated by: VALERIE DRNOVSEK Date: 7/20/2024 19:34**

DEF_0586

Narrative

# Physician Clinical Narrative

## Pecos County Memorial Hospital District

387 West I-10 Fort Stockton, TX 79735 4323362004

07/20/2024

**Patient: WENCKENS, JUSTIN**

**MRN#: 053115**

**Acct#: 1343927**

**Sex: Male**

**DOB:** [redacted]

**Age: 47y**

**Disposition: Discharge**

**Disposition Decision Time: 11:37 07/20/2024**

**Measurements**

Wt: 83.9 kg, Ht/Len: 69.0 in, BMI: 27.32

**Initial Vital Sign**

| Measured Time | BP | MAP | HR | RR | $O_2$Sat | $ETCO_2$ | Temp | Pain | GCS | RTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 07:25 07/20/2024 | 174/117 | 136 | 83 | 21 | 99% RA | | 98.4 F | 8 | 15 | 12 |

**PAST HISTORY**

Hypertension
Reflux

Surgeries:
no known surgical history

**Medications:**
amLODIPine 10 mg tablet
propranoloL 10 mg tablet
sulfaSALAzine 500 mg tablet
terazosin 2 mg capsule

**Allergies:**
no known drug allergies

Narrative

## LABS, X-RAYS, AND EKG

**Diagnostic Tests:** Diagnostic tests have been ordered, with results reviewed and considered in the medical decision making process.
**CT C-Spine:** No acute disease.
**CT Head:** No acute disease.
**Chest CT:** No acute disease.
**CT Abdomen, Pelvis:** No acute disease.

**Laboratory Tests:**

**CBC <<ORDER>>**
Final
**COLL:** 07/20/2024 08:11:00 CDT **MsgRcvd:** 07/20/2024 08:33 CDT

| Lab Test | Result | Reference | Status | Received | Comments |
|---|---|---|---|---|---|
| CBC <<ORDER>> | | | Final | 07/20/2024 08:33 CDT | CBC |
| COLL METHOD | VENIPUNCTURE | | Final | 07/20/2024 08:33 CDT | |
| WBC | 10.0 TH/UL | 3.9 - 10.8 | Final | 07/20/2024 08:33 CDT | |
| RBC | 4.95 mil/uL | 4.70 - 6.10 | Final | 07/20/2024 08:33 CDT | |
| HGB | 15.2 G/DL | 14.0 - 18.0 | Final | 07/20/2024 08:33 CDT | |
| HCT | 44.5 % | 42.0 - 52.0 | Final | 07/20/2024 08:33 CDT | |
| MCV | 89.8 fl | 80.0 - 94.0 | Final | 07/20/2024 08:33 CDT | |
| MCH | 30.7 Lpg | 27.0 - 31.0 | Final | 07/20/2024 08:33 CDT | |

Narrative

| | | | | |
|---|---|---|---|---|
| MCHC | 34.1 Lg/dl | 32.0 - 36.0 | Final | 07/20/2024 08:33 CDT |
| RDW | 14.1 %H | 11.5 - 15.5 | Final | 07/20/2024 08:33 CDT |
| PLT | 123 TH/UL Below low normal | 150 - 400 | Final | 07/20/2024 08:33 CDT |
| MPV | 8.6 fL | 7.4 - 10.4 | Final | 07/20/2024 08:33 CDT |
| NE% | 80.1 % Above high normal | 50.0 - 75.0 | Final | 07/20/2024 08:33 CDT |
| LY% | 9.0 % Below low normal | 20.0 - 40.0 | Final | 07/20/2024 08:33 CDT |
| MO% | 9.5 % Above high normal | 1.0 - 6.0 | Final | 07/20/2024 08:33 CDT |
| EO% | 0.7 % Below low normal | 1.0 - 5.0 | Final | 07/20/2024 08:33 CDT |
| BA% | 0.7 % | 0.0 - 1.0 | Final | 07/20/2024 08:33 CDT |
| #NEUT(ANC) | 8.00 10/uL Above high normal | 1.50 - 6.70 | Final | 07/20/2024 08:33 CDT |
| #LYMPH | 0.90 10/uL Below low normal | 1.50 - 4.00 | Final | 07/20/2024 08:33 CDT |
| #MONO | 0.90 10/uL | 0.20 - 0.95 | Final | 07/20/2024 08:33 CDT |
| #EOS | 0.10 10/uL | 0.00 - 0.70 | Final | 07/20/2024 08:33 CDT |
| #BASO | 0.10 10/uL | 0.00 - 0.15 | Final | 07/20/2024 08:33 CDT |



DEF_0589

Narrative

| | | | | | |
|---|---|---|---|---|---|
| NRBC | 0 | 0 - 0 | Final | 07/20/2024 08:33 CDT | {CB} {CD} |
| MANUAL DIFF? | SMEAR REVIEW | | Final | 07/20/2024 08:33 CDT | SMEAR REVIEW |
| PLT EST | Decreased | | Final | 07/20/2024 08:33 CDT | PLATELET CLUMPS SEEN. |
| RBC MORPH | Normal | | Final | 07/20/2024 08:33 CDT | ABSOLUTE NEUTROPHIL COUNT (ANC) REFERS TO THE BODY'S ABILITY TO WITHSTAND INFECTION. NOTE: THE ANC NORMAL RANGE SHOULD BE GREATER THAN 5x10 LESS THAN 5x10 WITHSTAND INFECTION IS COMPROMISED. |

**COMPREHENSIVE METABOLIC PANEL-2003**
Final
**COLL:** 07/20/2024 08:11:00 CDT **MsgRcvd:** 07/20/2024 08:34 CDT

| Lab Test | Result | Reference | Status | Received | Comments |
|---|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL-2003 | | | Final | 07/20/2024 08:34 CDT | COMPREHENSIVE METABOLIC PANEL-2003 |

4 of 30

DEF_0590

Narrative

| | | | | | |
|---|---|---|---|---|---|
| GLUCOSE | 111 MG/DL Above high normal | 74 - 109 | Final | 07/20/2024 08:34 CDT | |
| BUN | 12 MG/DL | 7 - 25 | Final | 07/20/2024 08:34 CDT | |
| CREATININE | 0.65 MG/DL | 0.60 - 1.30 | Final | 07/20/2024 08:34 CDT | |
| AGE | 47 yrs | | Final | 07/20/2024 08:34 CDT | |
| eGFR NON-AfrAm | 132 ml/min/1.7 | | Final | 07/20/2024 08:34 CDT | |
| eGFR AfrAm | 159 ml/min/1.7 | | Final | 07/20/2024 08:34 CDT | |
| SODIUM | 140 MMOL/L | 136 - 145 | Final | 07/20/2024 08:34 CDT | |
| POTASSIUM | 4.000 MMOL/L | 3.400 - 4.500 | Final | 07/20/2024 08:34 CDT | |
| CHLORIDE | 105 MMOL/L | 98 - 107 | Final | 07/20/2024 08:34 CDT | |
| CALCIUM | 9.4 MG/DL | 8.6 - 10.3 | Final | 07/20/2024 08:34 CDT | |
| TOTAL PROTEIN | 7.7 G/DL | 6.4 - 8.3 | Final | 07/20/2024 08:34 CDT | |
| BILI TOTAL | 0.7 mg/dL | 0.2 - 1.2 | Final | 07/20/2024 08:34 CDT | |
| ALBUMIN | 4.7 G/DL | 3.5 - 5.0 | Final | 07/20/2024 08:34 CDT | |

Narrative

| | | | | | |
|---|---|---|---|---|---|
| ALK PHOS | 106 IU/L Above high normal | 32 - 92 | Final | 07/20/2024 08:34 CDT | |
| AST/SGOT | 85 IU/L Above high normal | 10 - 42 | Final | 07/20/2024 08:34 CDT | |
| ALT/SGPT | 230 IU/L Above high normal | 7 - 40 | Final | 07/20/2024 08:34 CDT | |
| BICARBONATE | 26 MMOL/L | 22 - 28 | Final | 07/20/2024 08:34 CDT | \BLDo\ESTIMATED GLOMERULAR FILTRATION RATE INTERPRETATION\BLDx\ The MDHD Study equation has been validated extensively in white and Afican-American populations with impaired kidney function, and between the ages of 18-70 years of age. NORMAL: >60 mL/min/1.73m2 ACUTE RENAL FAILURE 30-50 mL/min/1.73m2 CHRONIC RENAL FAILURE 15-30 mL/min/1.73m2 |

**DRUG SCREEN/RAPID URINE MED TOX ORDER**

Final

Narrative

**COLL:** 07/20/2024 08:11:00 CDT **MsgRcvd:** 07/20/2024 08:27 CDT

| Lab Test | Result | Reference | Status | Received | Comments |
|---|---|---|---|---|---|
| DRUG SCREEN/RAPID URINE MED TOX ORDER | | | Final | 07/20/2024 08:27 CDT | RAPID DRUG SCREEN |
| AMPHETAMINES | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| METHAMPHET | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| BARBITURATES | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| BENZODIAZ | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| BEN(COCAINE) | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| METHADONE | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| OPIATES | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| PHENCYCLIDINE | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| THC | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| TRICYCLICS | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |

Narrative

| | | | | | |
|---|---|---|---|---|---|
| OXYCODONE | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | (A = ABNORMAL ) SPECIFIC GRAVITY _1.014____ (NORMAL: 1.001-1.032) 07/20/24.0827.MVM. FOR MEDICAL TREATMENT PURPOSES ONLY, NOT FOR LEGAL USE. RAPID DRUG SCREEN has been shown to have sensitivity equal to the cut-offs recommended by Substance Abuse Mental Health Services Administration (SAMHSA) The SAMHSA cut-offs are as follows: Amphetamines 500 ng/ml Methamphetamines 500 ng/ml Barbiturates 200 ng/ml Benzodiazepine 150 ng/ml Cocaine 150 ng/ml Methadone 200 ng/ml Opiates 100 ng/ml Phencyclidine 25 ng/ml Cannabinoids (THC) 50 ng/ml Tricyclic Antidepressants 300 ng/ml Oxycodone 100 ng/ml Propoxyphene 300 ng/ml This immunoassay is a simplified qualitative |



DEF_0594

Narrative

**HIV TYPE 1 AND 2**

Final

**COLL:** 07/20/2024 08:11:00 CDT **MsgRcvd:** 07/20/2024 08:29 CDT

| Lab Test | Result | Reference | Status | Received | Comments |
|---|---|---|---|---|---|
| HIV | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:29 CDT | |

**PROTIME**

Final

**COLL:** 07/20/2024 09:40:00 CDT **MsgRcvd:** 07/20/2024 09:58 CDT

| Lab Test | Result | Reference | Status | Received | Comments |
|---|---|---|---|---|---|
| PT | 11.1 SEC | 10.2 - 13.4 | Final | 07/20/2024 09:58 CDT | |
| INR | 1.01 | 0.80 - 1.50 | Final | 07/20/2024 09:58 CDT | |
| PT ON ANTICOAG? | NO | | Final | 07/20/2024 09:58 CDT | |
| IS INR >2? | N | | Final | 07/20/2024 09:58 CDT | *INR: PUBLISHED RECOMMENDATIONS FOR INR (INTERNATIONAL NORMAL RATIO) Indication INR PROPHYLAXIS OF VENOUS THROMBOSIS (HIGH RISK SURGERY)....... 2.0 - 3.0 PREVENTION OF DEEP VEIN THROMBOSIS......................... 2.0 - 3.0 ACUTE MYOCARDIAL INFARCTION................................ 2.5 - 3.5 |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:58 PM

Narrative

**URINALYSIS WITH MICRO**
Final
**COLL:** 07/20/2024 08:11:00 CDT **MsgRcvd:** 07/20/2024 08:28 CDT

| Lab Test | Result | Reference | Status | Received | Comments |
|---|---|---|---|---|---|
| URINALYSIS WITH MICRO | | | Final | 07/20/2024 08:28 CDT | URINALYSIS |
| Specimen Type | Clean Catch | | Final | 07/20/2024 08:28 CDT | |
| Color | Colorless | Norm: | Final | 07/20/2024 08:28 CDT | |
| Clarity | CLEAR | Norm: clear-hazy | Final | 07/20/2024 08:28 CDT | |
| Sp Gravity | 1.014 | Norm: <1.032 | Final | 07/20/2024 08:28 CDT | |
| Ph | 7.0 | Norm: <7.0 | Final | 07/20/2024 08:28 CDT | |
| Protein | NEG | Norm: <1+ | Final | 07/20/2024 08:28 CDT | |
| Glucose | NORMAL | Norm: <1+ | Final | 07/20/2024 08:28 CDT | |
| Ketones | NEG | Norm: <Trace | Final | 07/20/2024 08:28 CDT | |
| Urobilinogen | NORMAL | Norm: <2 E.U/dL | Final | 07/20/2024 08:28 CDT | |
| Bilirubin | NEG | Norm: <1+ | Final | 07/20/2024 08:28 CDT | |
| Blood | NEG | Norm: <1+ | Final | 07/20/2024 08:28 CDT | |

Narrative

| | | | | | |
|---|---|---|---|---|---|
| Leukocytes | NEG | Norm: <Trace | Final | 07/20/2024 08:28 CDT | |
| Nitrite | NEG | Norm: Negative | Final | 07/20/2024 08:28 CDT | Bacteria Note: If Bacteria is 2+ or greater and specimen is a cath urine, please remember to order a Culture Reflex Urine. |
| MICROSCOPIC EXAM | SEE BELOW | | New Order | 07/20/2024 08:28 CDT | |
| .WBC | 0-5 | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .RBC | 0-3 | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .BACTERIA | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .WBC CLUMPING | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .RBC CLUMP | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .FAT | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .OVAL FAT BODY | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .MUCOUS | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |

Narrative

| | | | | | |
|---|---|---|---|---|---|
| .TRICHOMONAS | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .SPERM | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | YEAST |
| .BUDDING YEAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .HYPHAE YEAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | EPITHELIAL |
| .NON SQUAMOUS EPI | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .SQUAMOUS EPI | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .RENAL EPI | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .TRANS EPI | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | CASTS |
| .EPITHELIAL CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .WAXY CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .BROAD CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .CELLULAR CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .FATTY CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .RBC CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |

Narrative

| | | | | | |
|---|---|---|---|---|---|
| .WBC CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .GRANULAR CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .HYALINE CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | CRYSTALS |
| .CYSTINE CRYSTALS | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .TYROSINE CRYSTALS | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .AMORPHOUS CRYSTALS | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .CALCIUM CARBONATE | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .CALCIUM PHOSPHATE | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .LEUCINE CRYSTAL | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .CALCIUM OXALATE | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .TRIPLE PHOSPHATE | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .URIC ACID CRYSTAL | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .OTHER CRYSTALS | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |

**PROGRESS AND PROCEDURES**

Narrative

**Laceration Repair:** Location: forehead. Length: 2.0cm. Complexity: simple (closed with tissue adhesive). Wound depth/shape- subcutaneous and irregular. Contused tissue present. Distal neuro/vascular/tendon status normal. Prepped with Betadine. Wound explored, examined to the base in bloodless field, cleansed and irrigated. Closure of skin. Skin adhesive used. Post-procedure: he is stable and there are no complications. Bleeding is controlled and neuro-vascular status is intact distal to the wound. Dressing applied. Tetanus immunization up-to-date. Estimated blood loss: 2 mL.

**Course of Care:** Patient signed out by prior physician pending CT results. Labs and xrays previously reviewed. Mild elevations of LFTs could indicate liver contusion. CTs without acute process. The forehead laceration was repaired with dermabond. He is NV intact on discharge. Wound care discussed. F/U with PCP in 2 days for continued management and wound check. Return to ER with any new or worsening sx.

**COORDINATION OF CARE:**
COUNSELED patient regarding the patient's stable condition, test results, diagnosis, need for follow-up and wound care. Patient verbalizes understanding and agrees with plan of care.

**MEDICAL DECISION MAKING:** MEDICAL COMPLEXITY MODERATE. Pertinent clinical findings include the history of multiple complaints and the head, neck, back, chest, abdominal and extremity pain. There was no history of numbness, weakness or difficulty breathing. The exam revealed no vital signs that were significantly abnormal, altered mental status, neurologic deficits or significant exam findings. A serious condition is a possible cause for the patient's findings. The diagnosis appears to be non-critical in nature. Ordered tests include a CT of the head, C-spine, T-spine, LS-spine and chest, x-rays of the extremities, a urinalysis, chemistries and a CBC. The patient has been stable. IV fluids, narcotics and non-narcotics were given. The pain got better. The exam has not changed. The patient is to be discharged with follow-up.

**Disposition:** Condition: stable. Discharged in stable condition. Discharge decision based on the following: patient's condition is stable; patient's exam is stable; no seriously abnormal test results; follow-up is available; clinical impression is consistent with outpatient treatment.

**CLINICAL IMPRESSION**

Physical assault in a fight.
Single superficial laceration to the forehead. No foreign body present.
Multiple contusions with soft tissue hematoma to the scalp, forehead, chest and abdomen. ;
abnormal serum liver function test.

**DISCHARGE INSTRUCTIONS**

Narrative

Apply ice. Protect wound and keep wound area clean. No strenuous activity.

**Warnings:** HEAD INJURY PRECAUTIONS: An observer must check on the patient frequently for the next 24 hours to confirm that the patient responds as expected, is not confused, has no new weakness or numbness, and has no other problems.
GENERAL WARNINGS: Return or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**Follow-up:**
Return to the emergency department as needed. Follow up with your healthcare provider in two days.

Understanding of the discharge instructions verbalized by patient.

(Electronically signed by Joseph Peterson, M.D. 07/20/24 11:48:54 CDT)

*Generated by* CorroHealth

# Physician Clinical Narrative

## Pecos County Memorial Hospital District

387 West I-10 Fort Stockton, TX 79735 4323362004

07/20/2024

**Patient: WENCKENS, JUSTIN**

**MRN#: 053115**

**Acct#: 1343927**

**Sex: Male**

**DOB**[redacted]

**Age: 47y**

**Measurements**

Wt: 83.9 kg, Ht/Len: 69.0 in, BMI: 27.32

**Initial Vital Sign**

| Measured Time | BP | MAP | HR | RR | O2Sat | ETCO2 | Temp | Pain | GCS | RTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 07:25 07/20/2024 | 174/117 | 136 | 83 | 21 | 99% RA | | 98.4 F | 8 | 15 | 12 |

Time Seen: 07:23 07/20/2024; in room, initial patient contact.

Arrived- By ambulance. Historian- patient. Independent historian- EMS personnel.

**HISTORY OF PRESENT ILLNESS**

Narrative

Chief Complaint: REPORTED PHYSICAL ASSAULT. Location of injuries- head, face, neck, chest, abdomen, upper back, right shoulder and left elbow and left knee. This occurred last night at about 4 AM. Occurred (jail).

The patient sustained multiple moderate blows with a fist. This is a reported assault.

The patient complains of mild pain in the left upper extremity (elbow) and left lower extremity (knee), moderate pain in the head, neck and chest and severe pain in the right upper extremity (shoulder). No loss of consciousness, alcohol consumed or seizure. Not dazed.

Additional history - ( Patient with history of ulcerative colitis, brought to facility via EMS for evaluation after being involved in an altercation with COs. Patient states that he was struck repeatedly to the head, back, chest, and abdomen with closed fists and kicked as well. Patient also reports bleeding and contusions to the face and has noticed swelling to the forehead. Patient also reports pain and swelling to L knee, L elbow and R shoulder. He otherwise denies any other complaints or injuries at this time.).

**REVIEW OF SYSTEMS**

**CVS:** The patient complains of moderate, dull, aching left-sided, central and right-sided chest pain, currently mild. No radiation or associated symptoms. All other systems reviewed and are negative.

**PAST HISTORY**

See nurses notes. Tetanus immunization status is up-to-date.
Hypertension
Reflux

Surgeries:
no known surgical history

**Medications:**
amLODIPine 10 mg tablet
propranoloL 10 mg tablet
sulfaSALAzine 500 mg tablet
terazosin 2 mg capsule

**Allergies:**
no known drug allergies

Narrative

### SOCIAL HISTORY

Never smoker. No alcohol use or drug use. No recent travel. Is a local resident. Resides in jail.

### FAMILY HISTORY

No significant family medical history.

### ADDITIONAL NOTES

The nursing notes have been reviewed.

### PHYSICAL EXAM

**Vital Signs:** 07:25 07/20/2024. BP: 174/117 (large cuff) taken on left arm, by automated monitor, while lying. Physician notified. MAP: 136. HR: 83. Regular, normal rate and strong. RR: 21. Regular and labored. Rate is normal. O2 saturation: 99% on room air. Temperature: 98.4 F (oral). Pain level now 8/10. Describes the pain as aching. Abrupt in onset. Physician notified. It is described as radiating to the right head and right face. Glasgow Coma Scale: 15 - eyes open - spontaneous (4); best verbal response - oriented (5); best motor response - obeys commands (6). REVISED TRAUMA SCORE: 12 - respirations - 10-29 (4); systolic blood pressure - greater than 89 (4); Glasgow coma score 13-15 (4). Have been reviewed. Have been reviewed as abnormal and appear to be correct. Hypertensive. Mean arterial pressure- high. Heart rate normal. Respiratory rate normal. Temperature normal. Oxygen saturation normal. Glasgow Coma Scale: 15- eyes open- spontaneous (4); best verbal response- oriented (5); best motor response- obeys commands (6).

**Appearance:** C-collar in place. Alert. Oriented X3.

**Head:** No Battle's sign or raccoon eyes. Forehead: mild erythema and swelling, moderate tenderness and superficial 0.5 cm laceration with controlled bleeding. No abrasion. Mouth: mild erythema, tenderness and swelling and multiple abrasions with controlled bleeding of the the upper lip, the area above the upper lip, the lower lip and the area below the lower lip. No avulsion. No ecchymosis, puncture wound, foreign body or deformity. No malocclusion or dental injury.

**Eyes:** Pupils equal, round and reactive to light. EOM intact.

**ENT:** No dental injury. No hemotympanum. Pharynx normal. CSF not present. No malocclusion.

**Neck:** Posterior neck, right and left trapezius moderate tenderness and muscle spasm and mild swelling. No erythema, puncture wound or foreign body. No avulsion. No laceration, abrasion, ecchymosis or deformity. No limitation in ROM.

**CVS:** Heart sounds normal. Pulses normal.

**Respiratory:** Chest wall injury: mild tenderness and swelling located in the upper, middle, anterior and posterior chest. No laceration. No abrasion. No avulsion. No ecchymosis. No deformity. Painless inspiration. Breath

Narrative

sounds normal.

**Abdomen:** No visible injury. Soft. Mild tenderness diffusely. No guarding, rebound tenderness or Murphy's sign present. Bowel sounds normal. No organomegaly. No mass.

**Skin:** Skin intact. Skin warm and dry. Normal skin color. Normal skin turgor.

**Extremities:** Right shoulder: mild erythema and swelling and moderate tenderness located in the anterior and lateral aspect of the shoulder and deltoid muscle. Neurovascular intact distally. No laceration, abrasion, ecchymosis, puncture wound or foreign body. No deformity or open wound communicating with joint space. No avulsion. No joint effusion or limitation in ROM. Left elbow: mild erythema, tenderness and swelling located in the area of the olecranon. Neurovascular intact distally. No laceration, abrasion, ecchymosis, puncture wound or foreign body. No deformity or open wound communicating with joint space. No avulsion. No joint effusion or limitation in ROM. Left knee: mild erythema, tenderness and swelling. Neurovascular intact distally. No ligamentous laxity present. No joint effusion. No laceration, abrasion, ecchymosis, puncture wound or foreign body. No deformity or open wound communicating with joint space. No avulsion. No limitation in ROM.

**Neuro:** Oriented X 3. No motor deficit. No sensory deficit.

**LABS, X-RAYS, AND EKG**

**Rt Shoulder X-ray:** No fracture. Normal alignment. No bony lesion, air in the soft tissue or foreign body. Soft tissues normal. Joint spaces normal. Views: portable AP with external rotation, AP with internal rotation and "Y" view. Technique: good. The X-rays were independently viewed by me and interpreted contemporaneously by me. Prior films were not available for comparison. Interpretation time: 08:50 07/20/2024.

**Lt Elbow X-ray:** No fracture. Normal alignment. No bony lesion, air in the soft tissue or foreign body. Soft tissues normal. Joint spaces normal. Views: portable AP, lateral and oblique. Technique: good. The X-rays were independently viewed by me and interpreted contemporaneously by me. Prior films were not available for comparison. Interpretation time: 08:50 07/20/2024.

**Lt Knee X-ray:** No fracture. Normal alignment. No bony lesion, air in the soft tissue or foreign body. Soft tissues normal. Joint spaces normal. Views: portable AP, lateral and oblique. Technique: good. The X-rays were independently viewed by me and interpreted contemporaneously by me. Prior films were not available for comparison. Interpretation time: 08:49 07/20/2024.

**Laboratory Tests:**

**CBC <<ORDER>>**
Final
**COLL:** 07/20/2024 08:11:00 CDT **MsgRcvd:** 07/20/2024 08:33 CDT

| Lab Test | Result | Reference | Status | Received | Comments |
|---|---|---|---|---|---|



DEF_0604

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:59 PM

Narrative

| | | | | | |
|---|---|---|---|---|---|
| CBC <<ORDER>> | | | Final | 07/20/2024 08:33 CDT | CBC |
| COLL METHOD | VENIPUNCTURE | | Final | 07/20/2024 08:33 CDT | |
| WBC | 10.0 TH/UL | 3.9 - 10.8 | Final | 07/20/2024 08:33 CDT | |
| RBC | 4.95 mil/uL | 4.70 - 6.10 | Final | 07/20/2024 08:33 CDT | |
| HGB | 15.2 G/DL | 14.0 - 18.0 | Final | 07/20/2024 08:33 CDT | |
| HCT | 44.5 % | 42.0 - 52.0 | Final | 07/20/2024 08:33 CDT | |
| MCV | 89.8 fl | 80.0 - 94.0 | Final | 07/20/2024 08:33 CDT | |
| MCH | 30.7 Lpg | 27.0 - 31.0 | Final | 07/20/2024 08:33 CDT | |
| MCHC | 34.1 Lg/dl | 32.0 - 36.0 | Final | 07/20/2024 08:33 CDT | |
| RDW | 14.1 %H | 11.5 - 15.5 | Final | 07/20/2024 08:33 CDT | |
| PLT | 123 TH/UL Below low normal | 150 - 400 | Final | 07/20/2024 08:33 CDT | |
| MPV | 8.6 fL | 7.4 - 10.4 | Final | 07/20/2024 08:33 CDT | |
| NE% | 80.1 % Above high normal | 50.0 - 75.0 | Final | 07/20/2024 08:33 CDT | |
| LY% | 9.0 % Below low normal | 20.0 - 40.0 | Final | 07/20/2024 08:33 CDT | |

Narrative

| | | | | | |
|---|---|---|---|---|---|
| MO% | 9.5 %<br>Above high normal | 1.0 - 6.0 | Final | 07/20/2024 08:33 CDT | |
| EO% | 0.7 %<br>Below low normal | 1.0 - 5.0 | Final | 07/20/2024 08:33 CDT | |
| BA% | 0.7 % | 0.0 - 1.0 | Final | 07/20/2024 08:33 CDT | |
| #NEUT(ANC) | 8.00 10/uL<br>Above high normal | 1.50 - 6.70 | Final | 07/20/2024 08:33 CDT | |
| #LYMPH | 0.90 10/uL<br>Below low normal | 1.50 - 4.00 | Final | 07/20/2024 08:33 CDT | |
| #MONO | 0.90 10/uL | 0.20 - 0.95 | Final | 07/20/2024 08:33 CDT | |
| #EOS | 0.10 10/uL | 0.00 - 0.70 | Final | 07/20/2024 08:33 CDT | |
| #BASO | 0.10 10/uL | 0.00 - 0.15 | Final | 07/20/2024 08:33 CDT | |
| NRBC | 0 | 0 - 0 | Final | 07/20/2024 08:33 CDT | {CB}<br>{CD} |
| MANUAL DIFF? | SMEAR REVIEW | | Final | 07/20/2024 08:33 CDT | SMEAR REVIEW |
| PLT EST | Decreased | | Final | 07/20/2024 08:33 CDT | PLATELET CLUMPS SEEN. |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:59 PM

PECOS COUNTY MEMORIAL HOSPITAL DISTRICT (432) 336-2004 EMERGENCY ROOM

| ACCOUNT NUMBER | REG. BY | FINC. CLASS | COMPLAINT (PRESENTING) | TYPE | DATE | BED |
|---|---|---|---|---|---|---|
| 1343927 | APA | RB4 | HEADACHE, NECK PAIN AND SHOULDER | E.R. | 7/20/24 | 07:10 |

PATIENT'S NAME AND ADDRESS: WENCKENS JUSTIN, 1098 S HWY 2037, FORT STOCKTON TX 79735
TELEPHONE NUMBER: (432) 395-2938
SOCIAL SECURITY NUMBER:
GUARANTOR NAME AND ADDRESS: LYNAUGH UNIT, 1098 S HWY 2037, FORT STOCKTON, TX 79735
GUARANTOR EMPLOYER-ADDRESS-PHONE: INMATE

| DATE OF BIRTH | AGE | SEX | RACE | MS | RELIGION |
|---|---|---|---|---|---|
| [redacted] | 47 | M | W | S | |

PATIENT-EMPLOYER-ADDRESS-PHONE:
GUARANTOR BIRTHDATE: 04/07/1977
GUARANTOR SOC. SEC.NO.:
IN CASE OF EMERGENCY NOTIFY: HOME PHONE WK PHONE
ACCIDENT EVENT ONSET | DATE 7/20/24 | TIME | WHERE ILLNESS

INSURANCE NAME 1. 2. 3. | CERT. NUMBER | GROUP NUMBER | LMP
G____ P____ Ab____
Tetanus____

| ON CALL M.D. | SUPV M.D. OR TREATING M.D. | FAMILY M.D. | DATE | TIME OUT |
|---|---|---|---|---|
| MEDINA CRISTIAN | BECERRA IVAN | OTHER PHYSICIAN | | |

**ALLERGIES**

**MEDICATIONS**

TIME____ BP____ P____ R____ T____ SAT____ HT____ WT____
Pain Scale____

SEE TRAUMA FLOW SHEET ☐ SEE ER NURSING SHEET ☐ SEE INTERDISCIPLINARY NOTES ☐

**Lab:**
☐ CBC ☐ PT/PTT ☐ Sed Rate
☐ BMP ☐ UDS, Rapid ☐ Mono Spot
☐ CMP ☐ Ethanol ☐ Blood culture
☐ UA ☐ Gram Stain ☐ Stool leuko
☐ CK ☐ Strep Screen ☐ Amylase
☐ CK-MB ☐ Flu Screen ☐ Ammonia
☐ Troponin I ☐ HCG, Serum ☐ Type & Cross
☐ Myoglobin ☐ HCG Urine
Other:____

**Radiology:**
☐ C-spine ☐ LS-spine ☐ T spine
☐ CXR ☐ RIBS L / R
☐ Acute Abdominal Series
☐ Pelvis
CT:____
US:____
Other:____

**Respiratory:**
☐ 02 @____
☐ EKG
☐ ABG
☐ RSV
☐ Sputum Collect
HHN:
☐ Atrovent ☐ Albuterol
OTHER:____

| Meds / IV / Orders: | Route | Site | Time | Nurse |
|---|---|---|---|---|
| | | | | |

Doctor Signature ► | Nurse Signature ►

Disposition TIME____ ☐ HOME ☐ TRANSFER
☐ ADMIT to DOCTOR____ ☐ REG ☐ OBS ROOM READY____ ROOM #____

CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ SERIOUS ☐ CRITICAL ☐ DOA ☐ ER DEATH

☐ AMBULATORY ☐ WHEELCHAIR ☐ CARRIED ☐ STRETCHER

☐ VALUABLES WITH PATIENT ☐ INSTRUCTION SHEET GIVEN ☐ VALUABLE SHEET COMPLETED

NOTIFICATION
MD Service ☐ Hospital ☐ MD
Report called to floor | TIME | TIME
MD Notified/Assessed | TIME | TIME
Police | TIME | TIME
MHMR | TIME | TIME
Other | TIME | TIME

DEF_0607

# Discharge Summary

## Pecos County Memorial Hospital District

387 West I-10 Fort Stockton, TX 79735 4323362004
07/20/2024

---

**Patient: WENCKENS, JUSTIN MRN#: 053115 Acct#: 1343927 Sex: Male DOB: [redacted] Age: 47y**

Thank you for visiting Pecos County Memorial Hospital District.
You have been evaluated today by Joseph Peterson, M.D. for the following condition(s):

**Principal Diagnosis**

Physical assault in a fight.
Multiple contusions with soft tissue hematoma to the scalp, forehead, chest and abdomen. ;
abnormal serum liver function test.

**INSTRUCTIONS**

Apply ice. Protect wound and keep wound area clean. No strenuous activity.

**Warnings:** HEAD INJURY PRECAUTIONS: An observer must check on the patient frequently for the next 24 hours to confirm that the patient responds as expected, is not confused, has no new weakness or numbness, and has no other problems.
GENERAL WARNINGS: Return or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**Follow-up:**
Return to the emergency department as needed. Follow up with your healthcare provider in two days.

Understanding of the discharge instructions verbalized by patient.

**You have been given the following additional information:**

Physical Assault
Soft Tissue Contusion
Scalp Contusion
Facial Contusion
Chest Wall Contusion

[signature]
Patient Signature

[signature] 7/20/24 @ 1128
Facility Representative Date/Time

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:59 PM

PECOS COUNTY MEMORIAL HOSPITAL
387 W. IH-10
FT. STOCKTON, TX 79735
TELEPHONE: 432-336-2004 Ext. 4267

**Patient Name:**
**JUSTIN WENCKENS**

**MRN: MCH:P53115 Birth date:** [redacted] **Sex: M**
**Account #: 1343927**
**Indications:**

**Accession/Order Number: 20244ZICV6_44**
**Exam Date: 7/20/2024 09:13 Report Date: 7/20/2024 18:41**

**At the request of:**
**IVAN BECERRA**

**Procedure: PCT Spine Lumbar w/o Contrast**

PROCEDURE: PCT Spine Lumbar w/o Contrast

CLINICAL INFORMATION: PAIN, TRAUMA/ INJURY

COMPARISON: None

FINDINGS: Lumbar spine alignment is anatomical. There is no evidence of acute lumbar spine fracture, traumatic subluxation or dislocation of the lumbar spine. Posterior lumbar spine elements are intact. Dimensions of central spinal canal, lateral recesses and neural foramina are adequate throughout the lumbar spine.

IMPRESSION: No acute findings.

**Electronically authenticated by: VALERIE DRNOVSEK Date: 7/20/2024 18:41**

**DEF_0609**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:59 PM

PECOS COUNTY MEMORIAL HOSPITAL
387 W. IH-10
FT. STOCKTON, TX 79735
TELEPHONE: 432-336-2004 Ext. 4267

**Patient Name:**
**JUSTIN WENCKENS**

**MRN: MCH:P53115 Birth date:** [redacted] **Sex: M**
**Account #: 1343927**
**Indications:**

**Accession/Order Number: 20244ZH5549JC**
**Exam Date: 7/20/2024 09:13 Report Date: 7/20/2024 18:43**

**At the request of:**
**IVAN BECERRA**

**Procedure: PCT Spine Cervical w/o Contrast**

PROCEDURE: PCT Spine Cervical w/o Contrast

CLINICAL INFORMATION: PAIN, TRAUMA/ INJURY

COMPARISON: None

FINDINGS: Sagittal reconstructions of the cervical spine CT demonstrated no evidence of acute cervical spine fracture, traumatic subluxation or prevertebral soft tissue edema. Multilevel cervical spondylosis is demonstrated at C4-C5, C5-C6 and C6-C7 levels. Posterior cervical spine elements are intact. Atlantoaxial and atlantooccipital articulations are anatomical. Occipital condyles are intact.

IMPRESSION: No acute findings.

**Electronically authenticated by: VALERIE DRNOVSEK Date: 7/20/2024 18:43**

DEF_0610

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:59 PM

PECOS COUNTY MEMORIAL HOSPITAL
387 W. IH-10
FT. STOCKTON, TX 79735
TELEPHONE: 432-336-2004 Ext. 4267

**Patient Name:**
**JUSTIN WENCKENS**

**MRN: MCH:P53115 Birth date:**[redacted] **Sex: M**
**Account #: 1343927**
**Indications:**

**Accession/Order Number: 20244ZH6LHHK1**
**Exam Date: 7/20/2024 09:13 Report Date: 7/20/2024 18:44**

**At the request of:**
**IVAN BECERRA**

**Procedure: PCT Brain/Head w/o Contrast**

PROCEDURE: PCT Brain/Head w/o Contrast

CLINICAL INFORMATION: PAIN, TRAUMA/ INJURY

COMPARISON: None

FINDINGS: No evidence of acute intracranial hemorrhage, cytotoxic or vasogenic edema. Brainstem and cerebellum are unremarkable. Cerebellar tonsils are orthotopic. Suprasellar, quadrigeminal and sylvian cisterns are normal. Pituitary gland is physiologic. No evidence of skull fracture. Retention cyst is demonstrated in the left maxillary sinus. No evidence of intrasinus exudate. Bilateral mastoid air cells are clear.

IMPRESSION: No evidence of acute intracranial pathology or skull fracture.

**Electronically authenticated by: VALERIE DRNOVSEK Date: 7/20/2024 18:44**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:59 PM

PECOS COUNTY MEMORIAL HOSPITAL
387 W. IH-10
FT. STOCKTON, TX 79735
TELEPHONE: 432-336-2004 Ext. 4267

**Patient Name:**
**JUSTIN WENCKENS**

**MRN: MCH:P53115 Birth date:** [redacted] **Sex: M**
**Account #: 1343927**
**Indications:**

**Accession/Order Number: 20244ZH80UPKR**
**Exam Date: 7/20/2024 09:21 Report Date: 7/20/2024 19:34**

**At the request of:**
**IVAN BECERRA**

**Procedure: PCT Chest/Abd/Pelvis w/ Contrast**

PROCEDURE: PCT Chest/Abd/Pelvis w/ Contrast

CLINICAL INFORMATION: TRAUMA/ INJURY

COMPARISON: None

FINDINGS:

CT thorax The lungs are clear. Pleural and pericardial surfaces are smooth. There is no evidence of pneumothorax or hemothorax. No evidence of pulmonary contusion. Thoracic aorta is unremarkable. Pulmonary arteries are unremarkable. No mediastinal or hilar lymphadenopathy. Osseous structures of the chest wall are intact. There is no evidence of extrapleural chest wall hematoma or chest wall contusion.

CT abdomen and pelvis: Intra-abdominal parenchymal organs are homogeneous. There is no evidence of acute laceration of intra-abdominal parenchymal organs. Follow intra-abdominal visceral organs are unremarkable. Midline fat containing paraumbilical hernia is demonstrated. There is no evidence of acute osseous pathology. Urinary bladder is unremarkable. There is no evidence of acute fracture.

IMPRESSION: No acute findings.

**Electronically authenticated by: VALERIE DRNOVSEK Date: 7/20/2024 19:34**

**DEF_0612**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:59 PM

Narrative

# Physician Clinical Narrative

## Pecos County Memorial Hospital District

387 West I-10 Fort Stockton, TX 79735 4323362004

07/20/2024

**Patient: WENCKENS, JUSTIN**

**MRN#: 053115**

**Acct#: 1343927**

**Sex: Male**

**DOB:** [redacted]

**Age: 47y**

**Disposition: Discharge**

**Disposition Decision Time: 11:37 07/20/2024**

**Measurements**

Wt: 83.9 kg, Ht/Len: 69.0 in, BMI: 27.32

**Initial Vital Sign**

| Measured Time | BP | MAP | HR | RR | $O_2$Sat | $ETCO_2$ | Temp | Pain | GCS | RTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 07:25 07/20/2024 | 174/117 | 136 | 83 | 21 | 99% RA | | 98.4 F | 8 | 15 | 12 |

**PAST HISTORY**

Hypertension
Reflux

Surgeries:
no known surgical history

**Medications:**
amLODIPine 10 mg tablet
propranoloL 10 mg tablet
sulfaSALAzine 500 mg tablet
terazosin 2 mg capsule

**Allergies:**
no known drug allergies

Narrative

LABS, X-RAYS, AND EKG

**Diagnostic Tests:** Diagnostic tests have been ordered, with results reviewed and considered in the medical decision making process.

**CT C-Spine:** No acute disease.

**CT Head:** No acute disease.

**Chest CT:** No acute disease.

**CT Abdomen, Pelvis:** No acute disease.

**Laboratory Tests:**

**CBC <<ORDER>>**

Final

**COLL:** 07/20/2024 08:11:00 CDT **MsgRcvd:** 07/20/2024 08:33 CDT

| Lab Test | Result | Reference | Status | Received | Comments |
|---|---|---|---|---|---|
| CBC <<ORDER>> | | | Final | 07/20/2024 08:33 CDT | CBC |
| COLL METHOD | VENIPUNCTURE | | Final | 07/20/2024 08:33 CDT | |
| WBC | 10.0 TH/UL | 3.9 - 10.8 | Final | 07/20/2024 08:33 CDT | |
| RBC | 4.95 mil/uL | 4.70 - 6.10 | Final | 07/20/2024 08:33 CDT | |
| HGB | 15.2 G/DL | 14.0 - 18.0 | Final | 07/20/2024 08:33 CDT | |
| HCT | 44.5 % | 42.0 - 52.0 | Final | 07/20/2024 08:33 CDT | |
| MCV | 89.8 fl | 80.0 - 94.0 | Final | 07/20/2024 08:33 CDT | |
| MCH | 30.7 Lpg | 27.0 - 31.0 | Final | 07/20/2024 08:33 CDT | |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:51:59 PM

Narrative

| | | | | |
|---|---|---|---|---|
| MCHC | 34.1 Lg/dl | 32.0 - 36.0 | Final | 07/20/2024 08:33 CDT |
| RDW | 14.1 %H | 11.5 - 15.5 | Final | 07/20/2024 08:33 CDT |
| PLT | 123 TH/UL Below low normal | 150 - 400 | Final | 07/20/2024 08:33 CDT |
| MPV | 8.6 fL | 7.4 - 10.4 | Final | 07/20/2024 08:33 CDT |
| NE% | 80.1 % Above high normal | 50.0 - 75.0 | Final | 07/20/2024 08:33 CDT |
| LY% | 9.0 % Below low normal | 20.0 - 40.0 | Final | 07/20/2024 08:33 CDT |
| MO% | 9.5 % Above high normal | 1.0 - 6.0 | Final | 07/20/2024 08:33 CDT |
| EO% | 0.7 % Below low normal | 1.0 - 5.0 | Final | 07/20/2024 08:33 CDT |
| BA% | 0.7 % | 0.0 - 1.0 | Final | 07/20/2024 08:33 CDT |
| #NEUT(ANC) | 8.00 10/uL Above high normal | 1.50 - 6.70 | Final | 07/20/2024 08:33 CDT |
| #LYMPH | 0.90 10/uL Below low normal | 1.50 - 4.00 | Final | 07/20/2024 08:33 CDT |
| #MONO | 0.90 10/uL | 0.20 - 0.95 | Final | 07/20/2024 08:33 CDT |
| #EOS | 0.10 10/uL | 0.00 - 0.70 | Final | 07/20/2024 08:33 CDT |
| #BASO | 0.10 10/uL | 0.00 - 0.15 | Final | 07/20/2024 08:33 CDT |



DEF_0615

Narrative

| | | | | | |
|---|---|---|---|---|---|
| NRBC | 0 | 0 - 0 | Final | 07/20/2024 08:33 CDT | {CB} {CD} |
| MANUAL DIFF? | SMEAR REVIEW | | Final | 07/20/2024 08:33 CDT | SMEAR REVIEW |
| PLT EST | Decreased | | Final | 07/20/2024 08:33 CDT | PLATELET CLUMPS SEEN. |
| RBC MORPH | Normal | | Final | 07/20/2024 08:33 CDT | ABSOLUTE NEUTROPHIL COUNT (ANC) REFERS TO THE BODY'S ABILITY TO WITHSTAND INFECTION. NOTE: THE ANC NORMAL RANGE SHOULD BE GREATER THAN 5x10 LESS THAN 5x10 WITHSTAND INFECTION IS COMPROMISED. |

**COMPREHENSIVE METABOLIC PANEL-2003**
Final
**COLL:** 07/20/2024 08:11:00 CDT **MsgRcvd:** 07/20/2024 08:34 CDT

| Lab Test | Result | Reference | Status | Received | Comments |
|---|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL-2003 | | | Final | 07/20/2024 08:34 CDT | COMPREHENSIVE METABOLIC PANEL-2003 |

4 of 30

DEF_0616

Narrative

| | | | | | |
|---|---|---|---|---|---|
| GLUCOSE | 111 MG/DL Above high normal | 74 - 109 | Final | 07/20/2024 08:34 CDT | |
| BUN | 12 MG/DL | 7 - 25 | Final | 07/20/2024 08:34 CDT | |
| CREATININE | 0.65 MG/DL | 0.60 - 1.30 | Final | 07/20/2024 08:34 CDT | |
| AGE | 47 yrs | | Final | 07/20/2024 08:34 CDT | |
| eGFR NON-AfrAm | 132 ml/min/1.7 | | Final | 07/20/2024 08:34 CDT | |
| eGFR AfrAm | 159 ml/min/1.7 | | Final | 07/20/2024 08:34 CDT | |
| SODIUM | 140 MMOL/L | 136 - 145 | Final | 07/20/2024 08:34 CDT | |
| POTASSIUM | 4.000 MMOL/L | 3.400 - 4.500 | Final | 07/20/2024 08:34 CDT | |
| CHLORIDE | 105 MMOL/L | 98 - 107 | Final | 07/20/2024 08:34 CDT | |
| CALCIUM | 9.4 MG/DL | 8.6 - 10.3 | Final | 07/20/2024 08:34 CDT | |
| TOTAL PROTEIN | 7.7 G/DL | 6.4 - 8.3 | Final | 07/20/2024 08:34 CDT | |
| BILI TOTAL | 0.7 mg/dL | 0.2 - 1.2 | Final | 07/20/2024 08:34 CDT | |
| ALBUMIN | 4.7 G/DL | 3.5 - 5.0 | Final | 07/20/2024 08:34 CDT | |

Narrative

| | | | | | |
|---|---|---|---|---|---|
| ALK PHOS | 106 IU/L Above high normal | 32 - 92 | Final | 07/20/2024 08:34 CDT | |
| AST/SGOT | 85 IU/L Above high normal | 10 - 42 | Final | 07/20/2024 08:34 CDT | |
| ALT/SGPT | 230 IU/L Above high normal | 7 - 40 | Final | 07/20/2024 08:34 CDT | |
| BICARBONATE | 26 MMOL/L | 22 - 28 | Final | 07/20/2024 08:34 CDT | \BLDo\ESTIMATED GLOMERULAR FILTRATION RATE INTERPRETATION\BLDx\ The MDHD Study equation has been validated extensively in white and Afican-American populations with impaired kidney function, and between the ages of 18-70 years of age. NORMAL: >60 mL/min/1.73m2 ACUTE RENAL FAILURE 30-50 mL/min/1.73m2 CHRONIC RENAL FAILURE 15-30 mL/min/1.73m2 |

**DRUG SCREEN/RAPID URINE MED TOX ORDER**

Final

Narrative

**COLL:** 07/20/2024 08:11:00 CDT **MsgRcvd:** 07/20/2024 08:27 CDT

| Lab Test | Result | Reference | Status | Received | Comments |
|---|---|---|---|---|---|
| DRUG SCREEN/RAPID URINE MED TOX ORDER | | | Final | 07/20/2024 08:27 CDT | RAPID DRUG SCREEN |
| AMPHETAMINES | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| METHAMPHET | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| BARBITURATES | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| BENZODIAZ | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| BEN(COCAINE) | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| METHADONE | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| OPIATES | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| PHENCYCLIDINE | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| THC | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |
| TRICYCLICS | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | |

Narrative

| | | | | | |
|---|---|---|---|---|---|
| OXYCODONE | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:27 CDT | (A = ABNORMAL ) SPECIFIC GRAVITY _1.014____ (NORMAL: 1.001-1.032) 07/20/24.0827.MVM. FOR MEDICAL TREATMENT PURPOSES ONLY, NOT FOR LEGAL USE. RAPID DRUG SCREEN has been shown to have sensitivity equal to the cut-offs recommended by Substance Abuse Mental Health Services Administration (SAMHSA) The SAMHSA cut-offs are as follows: Amphetamines 500 ng/ml Methamphetamines 500 ng/ml Barbiturates 200 ng/ml Benzodiazepine 150 ng/ml Cocaine 150 ng/ml Methadone 200 ng/ml Opiates 100 ng/ml Phencyclidine 25 ng/ml Cannabinoids (THC) 50 ng/ml Tricyclic Antidepressants 300 ng/ml Oxycodone 100 ng/ml Propoxyphene 300 ng/ml This immunoassay is a simplified qualitative |



DEF_0620

Narrative

**HIV TYPE 1 AND 2**
Final
**COLL:** 07/20/2024 08:11:00 CDT **MsgRcvd:** 07/20/2024 08:29 CDT

| Lab Test | Result | Reference | Status | Received | Comments |
|---|---|---|---|---|---|
| HIV | NEGATIVE | NORMAL: NEGATIVE | Final | 07/20/2024 08:29 CDT | |

**PROTIME**
Final
**COLL:** 07/20/2024 09:40:00 CDT **MsgRcvd:** 07/20/2024 09:58 CDT

| Lab Test | Result | Reference | Status | Received | Comments |
|---|---|---|---|---|---|
| PT | 11.1 SEC | 10.2 - 13.4 | Final | 07/20/2024 09:58 CDT | |
| INR | 1.01 | 0.80 - 1.50 | Final | 07/20/2024 09:58 CDT | |
| PT ON ANTICOAG? | NO | | Final | 07/20/2024 09:58 CDT | |
| IS INR >2? | N | | Final | 07/20/2024 09:58 CDT | *INR: PUBLISHED RECOMMENDATIONS FOR INR (INTERNATIONAL NORMAL RATIO)<br>Indication INR<br>PROPHYLAXIS OF VENOUS THROMBOSIS (HIGH RISK SURGERY)....... 2.0 - 3.0<br>PREVENTION OF DEEP VEIN THROMBOSIS.......................... 2.0 - 3.0<br>ACUTE MYOCARDIAL INFARCTION................................. 2.5 - 3.5 |

9 of 30

Narrative

**URINALYSIS WITH MICRO**
Final
**COLL:** 07/20/2024 08:11:00 CDT **MsgRcvd:** 07/20/2024 08:28 CDT

| Lab Test | Result | Reference | Status | Received | Comments |
|---|---|---|---|---|---|
| URINALYSIS WITH MICRO | | | Final | 07/20/2024 08:28 CDT | URINALYSIS |
| Specimen Type | Clean Catch | | Final | 07/20/2024 08:28 CDT | |
| Color | Colorless | Norm: | Final | 07/20/2024 08:28 CDT | |
| Clarity | CLEAR | Norm: clear-hazy | Final | 07/20/2024 08:28 CDT | |
| Sp Gravity | 1.014 | Norm: <1.032 | Final | 07/20/2024 08:28 CDT | |
| Ph | 7.0 | Norm: <7.0 | Final | 07/20/2024 08:28 CDT | |
| Protein | NEG | Norm: <1+ | Final | 07/20/2024 08:28 CDT | |
| Glucose | NORMAL | Norm: <1+ | Final | 07/20/2024 08:28 CDT | |
| Ketones | NEG | Norm: <Trace | Final | 07/20/2024 08:28 CDT | |
| Urobilinogen | NORMAL | Norm: <2 E.U/dL | Final | 07/20/2024 08:28 CDT | |
| Bilirubin | NEG | Norm: <1+ | Final | 07/20/2024 08:28 CDT | |
| Blood | NEG | Norm: <1+ | Final | 07/20/2024 08:28 CDT | |

Narrative

| | | | | | |
|---|---|---|---|---|---|
| Leukocytes | NEG | Norm: <Trace | Final | 07/20/2024 08:28 CDT | |
| Nitrite | NEG | Norm: Negative | Final | 07/20/2024 08:28 CDT | Bacteria Note: If Bacteria is 2+ or greater and specimen is a cath urine, please remember to order a Culture Reflex Urine. |
| MICROSCOPIC EXAM | SEE BELOW | | New Order | 07/20/2024 08:28 CDT | |
| .WBC | 0-5 | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .RBC | 0-3 | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .BACTERIA | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .WBC CLUMPING | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .RBC CLUMP | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .FAT | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .OVAL FAT BODY | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .MUCOUS | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:52:00 PM

Narrative

| | | | | | |
|---|---|---|---|---|---|
| .TRICHOMONAS | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .SPERM | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | YEAST |
| .BUDDING YEAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .HYPHAE YEAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | EPITHELIAL |
| .NON SQUAMOUS EPI | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .SQUAMOUS EPI | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .RENAL EPI | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .TRANS EPI | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | CASTS |
| .EPITHELIAL CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .WAXY CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .BROAD CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .CELLULAR CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .FATTY CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .RBC CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |

Narrative

| | | | | | |
|---|---|---|---|---|---|
| .WBC CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .GRANULAR CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .HYALINE CAST | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | CRYSTALS |
| .CYSTINE CRYSTALS | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .TYROSINE CRYSTALS | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .AMORPHOUS CRYSTALS | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .CALCIUM CARBONATE | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .CALCIUM PHOSPHATE | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .LEUCINE CRYSTAL | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .CALCIUM OXALATE | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .TRIPLE PHOSPHATE | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .URIC ACID CRYSTAL | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |
| .OTHER CRYSTALS | none | Normal:None Seen | Final | 07/20/2024 08:28 CDT | |

**PROGRESS AND PROCEDURES**

Narrative

**Laceration Repair:** Location: forehead. Length: 2.0cm. Complexity: simple (closed with tissue adhesive). Wound depth/shape- subcutaneous and irregular. Contused tissue present. Distal neuro/vascular/tendon status normal. Prepped with Betadine. Wound explored, examined to the base in bloodless field, cleansed and irrigated. Closure of skin. Skin adhesive used. Post-procedure: he is stable and there are no complications. Bleeding is controlled and neuro-vascular status is intact distal to the wound. Dressing applied. Tetanus immunization up-to-date. Estimated blood loss: 2 mL.

**Course of Care:** Patient signed out by prior physician pending CT results. Labs and xrays previously reviewed. Mild elevations of LFTs could indicate liver contusion. CTs without acute process. The forehead laceration was repaired with dermabond. He is NV intact on discharge. Wound care discussed. F/U with PCP in 2 days for continued management and wound check. Return to ER with any new or worsening sx.

**COORDINATION OF CARE:**
COUNSELED patient regarding the patient's stable condition, test results, diagnosis, need for follow-up and wound care. Patient verbalizes understanding and agrees with plan of care.

**MEDICAL DECISION MAKING:** MEDICAL COMPLEXITY MODERATE. Pertinent clinical findings include the history of multiple complaints and the head, neck, back, chest, abdominal and extremity pain. There was no history of numbness, weakness or difficulty breathing. The exam revealed no vital signs that were significantly abnormal, altered mental status, neurologic deficits or significant exam findings. A serious condition is a possible cause for the patient's findings. The diagnosis appears to be non-critical in nature. Ordered tests include a CT of the head, C-spine, T-spine, LS-spine and chest, x-rays of the extremities, a urinalysis, chemistries and a CBC. The patient has been stable. IV fluids, narcotics and non-narcotics were given. The pain got better. The exam has not changed. The patient is to be discharged with follow-up.

**Disposition:** Condition: stable. Discharged in stable condition. Discharge decision based on the following: patient's condition is stable; patient's exam is stable; no seriously abnormal test results; follow-up is available; clinical impression is consistent with outpatient treatment.

**CLINICAL IMPRESSION**

Physical assault in a fight.
Single superficial laceration to the forehead. No foreign body present.
Multiple contusions with soft tissue hematoma to the scalp, forehead, chest and abdomen. ;
abnormal serum liver function test.

**DISCHARGE INSTRUCTIONS**

Narrative

Apply ice. Protect wound and keep wound area clean. No strenuous activity.

**Warnings:** HEAD INJURY PRECAUTIONS: An observer must check on the patient frequently for the next 24 hours to confirm that the patient responds as expected, is not confused, has no new weakness or numbness, and has no other problems.
GENERAL WARNINGS: Return or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**Follow-up:**
Return to the emergency department as needed. Follow up with your healthcare provider in two days.

Understanding of the discharge instructions verbalized by patient.

(Electronically signed by Joseph Peterson, M.D. 07/20/24 11:48:54 CDT)

*Generated by* CorroHealth

# Physician Clinical Narrative

## Pecos County Memorial Hospital District

387 West I-10 Fort Stockton, TX 79735 4323362004

07/20/2024

**Patient: WENCKENS, JUSTIN**

**MRN#: 053115**

**Acct#: 1343927**

**Sex: Male**

**DOB:** [redacted]

**Age: 47y**

**Measurements**

Wt: 83.9 kg, Ht/Len: 69.0 in, BMI: 27.32

**Initial Vital Sign**

| Measured Time | BP | MAP | HR | RR | $O_2$Sat | $ETCO_2$ | Temp | Pain | GCS | RTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 07:25 07/20/2024 | 174/117 | 136 | 83 | 21 | 99% RA | | 98.4 F | 8 | 15 | 12 |

Time Seen: 07:23 07/20/2024; in room, initial patient contact.

Arrived- By ambulance. Historian- patient. Independent historian- EMS personnel.

**HISTORY OF PRESENT ILLNESS**

# General Instructions with ExitWriter

## Pecos County Memorial Hospital District

387 West I-10 Fort Stockton, TX 79735 4323362004
07/20/2024

**Patient: WENCKENS, JUSTIN**
**Sex: Male DOB:[redacted]Age: 47y**

Thank you for visiting Pecos County Memorial Hospital District.
You have been evaluated today by Joseph Peterson, M.D. for the following condition(s):

**Principal Diagnosis**
Physical assault in a fight.
Multiple contusions with soft tissue hematoma to the scalp, forehead, chest and abdomen. ;
abnormal serum liver function test.

**INSTRUCTIONS**
Apply ice. Protect wound and keep wound area clean. No strenuous activity.

**Warnings:** HEAD INJURY PRECAUTIONS: An observer must check on the patient frequently for the next 24 hours to confirm that the patient responds as expected, is not confused, has no new weakness or numbness, and has no other problems.
GENERAL WARNINGS: Return or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**Follow-up:**
Return to the emergency department as needed. Follow up with your healthcare provider in two days.

Understanding of the discharge instructions verbalized by patient.

# ADDITIONAL INFORMATION

# Physical Assault

You have been examined today due to an assault. Someone attacked and tried to harm you.

After a trauma like an assault, it is normal to feel many strong emotions. These may include shock, embarrassment, fear, and sadness. They may also include blame, guilt, shame, and anger. For a while, you may not be able to think clearly. It can take time to get back to the point where you feel safe again. Crisis support and counseling can help.

Many states need your healthcare provider to call local police after treating a victim of a violent crime. This does not mean that you have to press charges or go to trial. Talk with your healthcare provider about your options.

# Activities Restrictions

## Pecos County Memorial Hospital District

387 West I-10 Fort Stockton, TX 79735 4323362004
07/20/2024

**Patient: WENCKENS, JUSTIN**
**Sex: Male DOB: [redacted] Age: 47y**

You have been given the following instructions regarding activity, work, and/or school.

No strenuous activity.

Facility Representative

Can I Please have a copy of all
my Restrictions.

Thank You

restrictions attached
written Response

M. Hurtado, LVN
Signature M Hurtado, LVN
Date 6/26/24
Time 0730

Justin Wenckens 2477197
B215B

Received
JUN 26 2024
MH

# CORRECTIONAL MANAGED HEALTH CARE
## Dietary Counseling Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 06/04/2024 09:02
Facility: LYNAUGH (LH)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

**Most recent vitals from 6/4/2024:**

| | | | |
|---|---|---|---|
| BP: 140 / 80 (Sitting) | Weight: 173 Lbs. | Height: 69 In. | BMI: 26 (% Diff: 0.00) |
| Pulse: 84 (Sitting) | Resp: 18 / min | Temp: 98 (Forehead) | O2 Sat: 96% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463269
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 5/20/2025 02:31:00PM
RX ID: 35463268
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 0 / 5
EXPIRATION DATE: 11/21/2024 02:32:00PM
RX ID: 35463271
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 0 / 11
EXPIRATION DATE: 5/20/2025 02:32:00PM
RX ID: 35463270
LAST DATE GIVEN KOP:
ORDERING PROVIDER: OSUNDE, EZEKIEL E
ORDERING FACILITY: LYNAUGH (LH)

Please take me off the D.F.H tray,
thank you,

Justin Wenckens #2477197
B-215B

NURSE SICK CALL CLINIC
Diet refusal -
B. Williams, LVN
Signature BW
Date 6/3/24
Time 0700

Received
JUN 03 2024
BW

S: Patient is on therapeutic diet per provider order:
__X__ DFH
_____ Hypercaloric
_____ Clear liquid

**CORRECTIONAL MANAGED HEALTH CARE**
**Dietary Counseling Note**

Name: WENCKENS, JUSTIN D    Date: 06/04/2024 09:02
TDCJ#: 2477197    Facility: LYNAUGH (LH)

_____ DFH w/ pm snack
_____ Other:

Refusal
_X__ Inmate refuses special diet
_X__ Refusal signed and scanned
_X__ Instructions given on self-selection from regular food line
_X__ Inmate understands risks of refusal
___ Kitchen notified of change

O: inmate requesting Diet Refusal

A: Same as above

P: 1) Counseled the patient on the appropriate meal plan.
2) Education material provided including: Food pyramid, serving size guide, food choices, and compliance issues.
3) Instructed on a 20 minute aerobic exercise plan, such as brisk walking, jogging, etc.
4) Encouraged patient to limit fried foods, concentrated sweets, visible fat, high sodium intake, etc.
5) Advised patient to eat more fiber food such as legumes, vegetables and drink adequate fluids (8-10 glasses of fluid per day.)

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 6/4/2024 09:07AM | DIET ORDER-REGULAR DIET | |

**Reminders Closed:**

| Description | Date Time | Closed On | Comments |
|---|---|---|---|
| SCR NURSING S/C SCHEDULED (ATC 7 & 8) | 06/06/2024 00:00 | 06/04/2024 09:08 | SCR RCVD 06/03/2024 Diet refusal |

Electronically Signed by PENA, LAINA D. LVN on 06/04/2024.
##And No Others##

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:52:00 PM

## CORRECTIONAL MANAGED HEALTH CARE
## REFUSAL OF TREATMENT OR SERVICES

I, WENCKENS, JUSTIN D, TDCJ-ID Number: 2477197 decline the following services and treatments at the Texas Department of Criminal Justice:

Diet for Health

I understand the above documented treatment being refused is for the following condition(s):

Hyperlipidemia, Hypertension

I understand that potential outcome(s) for refusing the treatment for the above documented condition(s) includes but is not limited to the following:

Chronic condition/disease may worsen or progress rapidly; Early onset of poor circulation, nerve damage, lowered resistance to infection, loss of limb, blindness, stroke, heart attack, kidney failure or even death.

I do not wish to have this above stated treatment or services. I assume full responsibility for any and all consequences or personal inconvenience that may arise from refusal of services.

I understand that I may still request these or similar services in the future.

[signature] / 2477197 — 6/4/2024
Signature of Inmate/TDCJ–ID # — Date

______________________ — 6/4/2024
Signature of Witness (if inmate unable or unwilling to sign) — Date

______________________
Printed Name of Witness

Reason inmate did not sign: ______________________

I certify that the above named individual is alert and appears to understand the above listed information.

[signature], LVN — 6/4/2024
Signature and Title of Health Care Personnel Obtaining Refusal — Date

Urina Peña, LVN
Printed Name and Title of Health Care Personnel Obtaining Refusal

I certify that the above named patient is alert and has demonstrated comprehension of the above explained condition, treatment, and potential consequences.

HSM-82 (Rev. 8/23) 1 of 1

X #

DEF_0633

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:52:00 PM

Please take me off the D.F.H tray,
thank you,

Justin Wenckens #2477197

B-215B

***NURSE SICK CALL CLINIC***
Diet refusal -
B. Williams, LVN
Signature BWLVN
Date 6/3/24
Time 0700

Received
JUN 03 2024
BW

CORRECTIONAL MANAGED CARE
IMPORT LOG

| Patient Name: | TDCJ: | DOB: | Facility: |
|---|---|---|---|
| WENCKENS, JUSTIN D | 2477197 | [redacted] | LYNAUGH (LH) |

**Deleted Reminders requiring review:**
All labs/x-ray orders must be reviewed by a provider and re-ordered at receiving facility if deemed clinically necessary. Appointments (i.e. TLH) must be rescheduled at the receiving facility.

| *Due Date* | *Ordering Provider* | *Reminder Type* | *To Do User Type* | *Reminder Comment* |
|---|---|---|---|---|
| 05/30/2024 13:20 | GOZA COX, ANDREA L CCA | +VCL GASTROENTEROLOGY F/U (SANTANA-BLAISE) | PHYSICIAN | |
| 06/28/2024 10:20 | SMITH, PATRICIA A APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | *HEMOGLOBIN A1C QUANT [HGBA1C](496) (06/28/2024 10:20; Order 93005509-002) Tube Types = EDTA |
| 09/26/2024 09:20 | SMITH, PATRICIA A APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | *HEMOGLOBIN A1C QUANT [HGBA1C](496) (09/26/2024 09:20; Order 93005509-003) Tube Types = EDTA |

**Imported Reminders:**

| *Due Date* | *Ordering Provider* | *Reminder Type* | *To Do User Type* | *Reminder Comment* |
|---|---|---|---|---|
| 12/28/2023 00:00 | UNKNOWN, UNKNOWN | MH OP GP CASELOAD | | |
| 12/28/2023 11:35 | UNKNOWN, UNKNOWN | MH TREATMENT LEVEL 1 (BIMS 1) | | |
| 05/30/2024 00:00 | UNKNOWN, UNKNOWN | SPECIALTY CLINIC APPT. | | NH R GI ULCERATIVE COLITIS PATTON |
| 06/06/2024 14:56 | UNKNOWN, UNKNOWN | SPECIALTY CLINIC APPT. | | hg-ofoot, Healing 2-4th metatarsal stress fractures right foot, patton |
| 10/15/2024 00:00 | UNKNOWN, UNKNOWN | MH OP TLH PSYCHIATRIC FOLLOW UP | NURSE PRACTITIONER | 6 mo mh fu |
| 01/12/2025 09:59 | UNKNOWN, UNKNOWN | CCC CHRONIC CLINIC REMINDER | NURSE PRACTITIONER | HTN |

**NOTE - DMS and VCL Appointment Reminders must be managed through the PEARL Appointment Module at the respective CMC or HG facility.**

No Action Taken Reminders:

| *Due Date* | *Ordering Provider* | *Reminder Type* | *To Do User Type* | *Reminder Comment* |
|---|---|---|---|---|
| 05/30/2024 13:20 | GOZA COX, ANDREA L CCA | +VCL GASTROENTEROLOGY (SANTANA-BLAISE) | NON CMC USER | |

CORRECTIONAL MANAGED CARE
IMPORT LOG

| Patient Name: | TDCJ: | DOB: | Facility: |
| --- | --- | --- | --- |
| WENCKENS, JUSTIN D | 2477197 | [redacted] | LYNAUGH (LH) |

Electronically Signed by CELAYA, AMANDA S. LVN on 05/25/2024 14:30.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
# MEDICAL AND MENTAL HEALTH TRANSFER SCREEN
# PARTS III & IV

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 05/25/2024 14:30
Facility: LYNAUGH (LH)

Age: 47 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

## Deleted Reminders requiring review:

All labs/x-ray orders must be reviewed by a provider and re-ordered at receiving facility if deemed clinically necessary. Appointments (i.e. TLH) must be rescheduled at the receiving facility.

| *Due Date* | *Ordering Provider* | *Reminder Type* | *To Do User Type* | *Reminder Comment* |
|---|---|---|---|---|
| 05/30/2024 13:20 | GOZA COX, ANDREA L CCA | +VCL GASTROENTEROLOGY F/U (SANTANA-BLAISE) | PHYSICIAN | |
| 06/28/2024 10:20 | SMITH, PATRICIA A APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | *HEMOGLOBIN A1C QUANT [HGBA1C](496) (06/28/2024 10:20; Order 93005509-002) Tube Types = EDTA |
| 09/26/2024 09:20 | SMITH, PATRICIA A APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | *HEMOGLOBIN A1C QUANT [HGBA1C](496) (09/26/2024 09:20; Order 93005509-003) Tube Types = EDTA |

## Imported Reminders:

| *Due Date* | *Ordering Provider* | *Reminder Type* | *To Do User Type* | *Reminder Comment* |
|---|---|---|---|---|
| 12/28/2023 00:00 | UNKNOWN, UNKNOWN | MH OP GP CASELOAD | | |
| 12/28/2023 11:35 | UNKNOWN, UNKNOWN | MH TREATMENT LEVEL 1 (BIMS 1) | | |
| 05/30/2024 00:00 | UNKNOWN, UNKNOWN | SPECIALTY CLINIC APPT. | | NH R GI ULCERATIVE COLITIS PATTON |
| 06/06/2024 14:56 | UNKNOWN, UNKNOWN | SPECIALTY CLINIC APPT. | | hg-ofoot, Healing 2-4th metatarsal stress fractures right foot, patton |
| 10/15/2024 00:00 | UNKNOWN, UNKNOWN | MH OP TLH PSYCHIATRIC FOLLOW UP | NURSE PRACTITIONER | 6 mo mh fu |
| 01/12/2025 09:59 | UNKNOWN, UNKNOWN | CCC CHRONIC CLINIC REMINDER | NURSE PRACTITIONER | HTN |

**NOTE - DMS and VCL Appointment Reminders must be managed through the PEARL Appointment Module at the respective CMC or HG facility.**

No Action Taken Reminders:

| *Due Date* | *Ordering Provider* | *Reminder Type* | *To Do User Type* | *Reminder Comment* |
|---|---|---|---|---|
| 05/30/2024 13:20 | GOZA COX, ANDREA L CCA | +VCL GASTROENTEROLOGY (SANTANA-BLAISE) | NON CMC USER | |

**Most recent vitals from 5/25/2024:**

# CORRECTIONAL MANAGED HEALTH CARE
# MEDICAL AND MENTAL HEALTH TRANSFER SCREEN
# PARTS III & IV

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 05/25/2024 14:30
Facility: LYNAUGH (LH)

| | | | |
|---|---|---|---|
| BP: 142 / 91 (Sitting) | Weight: 173 Lbs. | Height: 69 In. | BMI: 26 (% Diff: +4.00) |
| Pulse: 86 (Sitting) | Resp: 18 / min | Temp: 97.1 (Forehead) | O2 Sat: 95% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 3 / 11
EXPIRATION DATE: 2/15/2025 05:16:00AM
RX ID: 34866645
LAST DATE GIVEN KOP: 05/20/2024 10:35:32PM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**PROPRANOLOL 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 4/18/2025 06:41:00AM
RX ID: 35293488
LAST DATE GIVEN KOP: 05/21/2024 08:38:11PM
ORDERING PROVIDER: SCHRODETZKI, CANDICE S
ORDERING FACILITY: DOMINGUEZ (BX)

**sulfaSALazine 500MG TABLET**
1 TABS ORAL 4 TIMES DAILY for 30 Days KOP
REFILLS: 3 / 5
EXPIRATION DATE: 8/03/2024 09:00:00AM
RX ID: 34894220
LAST DATE GIVEN KOP: 04/23/2024 05:27:12AM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 3 / 11
EXPIRATION DATE: 2/15/2025 04:17:00AM
RX ID: 34866651
LAST DATE GIVEN KOP: 05/20/2024 10:35:29PM
ORDERING PROVIDER: SMITH, PATRICIA A
ORDERING FACILITY: DOMINGUEZ (BX)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 01/30/2024 | SMITH, PATRICIA A | Trustee Camp Not Suitable for Trustee Camp | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| DES: | 3 | 1 | 2 | 1 | 1 | 2 |
| COD: | E | A | B | A | A | B |
| MOD: | T | T | P | T | T | T |

**Active Problems:**

Chronic Care:
- Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM

Dental:
- Hard Tissue Disease First Observed 3/12/2014 12:36PM
- Dental Examination First Observed 4/15/2019 01:49PM

Mental Health:
- Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM

Not Specified:
- Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
- Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
- Ulcerative Colitis First Observed 12/28/2015 12:47PM
- Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
- Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM

**CORRECTIONAL MANAGED HEALTH CARE**
**MEDICAL AND MENTAL HEALTH TRANSFER SCREEN**
**PARTS III & IV**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 05/25/2024 14:30
Facility: LYNAUGH (LH)

Abnormal Glucose First Observed 5/1/2018 09:31AM
Other Disorders Of Muscle First Observed 2/26/2024 12:24PM

CHAIN-IN

III. Facility of Assignment - Evaluation
Received from:
Newly Assigned
Chain-In Assessment
General appearance: Clean
Skin: No cuts, bruises, or sores
Alert and oriented X 3: Yes
Behavior: Cooperative
Speech: Fluent
Physical deformities: No
Current healthcare complaint: None
Currently taking medications: Yes
Medications: Patient does NOT have KOP meds
Recent use of alcohol/addictive substance: No
Suicide Questions:
Current thoughts about suicide: No
Previous attempt(s): No previous suicide attempt(s)

IV. Review of Health Record
Mental Health Treatment history:
None

Disposition:
Release to Security with routine referral to Medical,
Mental Health and Dental
Reminder Created: #DENTAL-CHAIN IN REMINDER
Reminder Created: #ICN-CHAIN IN REMINDER
Reminder Created: #MH-CHAIN IN REMINDER

Nursing encounter capture:
Patient Order Added: #NURSING LEVEL 1 COMPLETE VISIT (F) Procedure Date: 05/25/2024 14:31:20 User: CELAYA, AMANDA S

**Stopped Meds:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>PROVIDER: SMITH, PATRICIA A<br>REFILLS: 3 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:02/21/2024 05:16 AM<br>EXPIRATION DATE: 2/15/2025 05:16 AM<br>RX ID:34866645 |
| **PROPRANOLOL 10MG TABLET**<br>PROVIDER: SCHRODETZKI, CANDICE S<br>REFILLS: 1 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:04/23/2024 06:41 AM<br>EXPIRATION DATE: 4/18/2025 06:41 AM<br>RX ID:35293488 |
| **sulfaSALazine 500MG TABLET**<br>PROVIDER: SMITH, PATRICIA A<br>REFILLS: 3 / 5 | 1 TABS ORAL 4 TIMES DAILY for 30 Days KOP | START DATE:02/05/2024 09:00 AM<br>EXPIRATION DATE: 8/03/2024 09:00 AM<br>RX ID:34894220 |
| **TERAZOSIN 2MG CAPSULE**<br>PROVIDER: SMITH, PATRICIA A<br>REFILLS: 3 / 11 | 1 CAPS ORAL EVERY EVENING for 30 Days KOP | START DATE:02/21/2024 04:17 AM<br>EXPIRATION DATE: 2/15/2025 04:17 AM<br>RX ID:34866651 |

# CORRECTIONAL MANAGED HEALTH CARE
# MEDICAL AND MENTAL HEALTH TRANSFER SCREEN
# PARTS III & IV

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 05/25/2024 14:30
Facility: LYNAUGH (LH)

**Started Meds:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>PROVIDER: OSUNDE, EZEKIEL E<br>REFILLS: 0 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:05/25/2024 14:32 PM<br>EXPIRATION DATE: 5/20/2025 14:32 PM<br>RX ID:35463269 |
| **PROPRANOLOL 10MG TABLET**<br>PROVIDER: OSUNDE, EZEKIEL E<br>REFILLS: 0 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:05/25/2024 14:31 PM<br>EXPIRATION DATE: 5/20/2025 14:31 PM<br>RX ID:35463268 |
| **sulfaSALazine 500MG TABLET**<br>PROVIDER: OSUNDE, EZEKIEL E<br>REFILLS: 0 / 5 | 1 TABS ORAL 4 TIMES DAILY for 30 Days KOP | START DATE:05/25/2024 14:32 PM<br>EXPIRATION DATE: 11/21/2024 14:32 PM<br>RX ID:35463271 |
| **TERAZOSIN 2MG CAPSULE**<br>PROVIDER: OSUNDE, EZEKIEL E<br>REFILLS: 0 / 11 | 1 CAPS ORAL EVERY EVENING for 30 Days KOP | START DATE:05/25/2024 14:32 PM<br>EXPIRATION DATE: 5/20/2025 14:32 PM<br>RX ID:35463270 |

Electronically Signed by CELAYA, AMANDA S. LVN on 05/25/2024.
Electronically Signed by OSUNDE, EZEKIEL E. PA on 05/28/2024.
##And No Others##

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:52:00 PM

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I would like to Refuse the DFH tray. They Never serve it here. Only when convenient.

Thank You

Name: Justin Wenckens No: 2477197 Unit: BX
Living Quarters: B4-28 Work Assignment: N/A

**DISPOSITION:** (Inmate will not write in this space)

MAY 8 2024 AM 4:42

Schedule Nurse

I-60 (Rev. 11-90)

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:52:01 PM

B4-28

(1)

## CORRECTIONAL MANAGED HEALTH CARE

### CONSENT AND LIMITS OF CONFIDENTIALITY FOR MENTAL HEALTH OUTPATIENT PSYCHIATRIC EVALUATION

Patient's Name: Wenckens, Justin D TDCJ#: 2477197 Facility: DOMINGUEZ (BX)

authorize Candice Schrodetzki, PMHNP-BC to administer the following mental health service(s) to me and continue such treatment as deemed clinically necessary. I understand that this service may be provided via telemedicine. I am aware that if the session is conducted in this manner, there may be interruptions or disconnections and that the picture may not be clear. Whether the treatment is provided in person, or via telehealth, I understand that ☒UTMB/☐Texas Tech has taken several security measures to ensure confidentiality. By virtue of my signature on this form, I agree that my participation in mental health treatment is voluntary. I understand that I may discontinue treatment at any time and treatment may not be forced upon me unless I present an imminent threat to others or myself due to a mental disorder. I understand that the clinician providing treatment to me will fully explain the nature of the treatment, the treatment plan, the risks and benefits of treatment and the alternatives to treatment.

I consent to the following treatment: Psychiatric Evaluation

I understand that the benefits of this mental health treatment include:
☒ Symptom reduction ☒ Acquisition of insight ☒ Emotional expression
☒ Self-awareness ☒ Self-acceptance ☒ Behavior change
☒ Acquisition of coping and problem-solving skills ☒ Accountability and responsibility

Other: _____

I understand that there may be risks involved in the treatment, the most common of which are:
☒Symptom intensification ☒Failure to resolve conflict ☒Lack of understanding of the problem or issues
☒Emotional expression may feel overwhelming or too intense ☒Targeted behavior may not change
☒Failure to develop self-awareness ☒New or different symptoms may develop ☒Difficult to end therapy
☒Confrontation may be unpleasant

Other: _____

I understand the limits of confidentiality as described below:

The contents of a counseling, interview or assessment session are considered to be confidential. Both verbal information and written records about a patient cannot be shared with another party without the written consent of the patient or the patient's legal guardian. Noted exceptions are as follows:

1. When a patient discloses intentions or a plan to harm himself or another person, or to participate in activity, which may jeopardize the safety of the institution, the clinician is mandated by law to report this information to the appropriate authorities.
2. If a patient states or suggests that a child or vulnerable adult is in danger of abuse, the clinician is required to report this information to the appropriate authorities.
3. In the event of a patient's death, the spouse or parents of the patient may have a right to access to the patient's medical records after proper documents are submitted in accordance with policies and procedures.
4. TDCJ is required to release records of patients when a court order has been made.
5. Information about patients may be disclosed in consultations with other professionals in order to provide the best possible treatment.
6. Other health services staff have access to the information contained in the patient's medical record.
7. The warden or designee may have access to a patient's medical record in the event of a legitimate need.
8. Members of the Board of Pardons and Paroles and their designees have access to the medical record.

I have read, or had read to me, the above information in a language I understand. I agree that participation in mental health treatment is voluntary and understand the information contained in this form.

| | | |
|---|---|---|
| Justin D. Wenckens | [signature] | 04/23/2024 |
| Patient's Name (printed) | Patient's Signature | Date |
| Candice Schrodetzki, PMHNP-BC | candice schrodetzki | 04/23/2024 |
| Mental Health staff (printed) | Mental Health staff's signature | Date |

☐ Patient consents, but is unable to sign ☐ Patient refuses to sign

(10.15.17) 1 of 1

DEF_0642

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:52:01 PM

DOMINGUEZ (BX)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================

MH OP TLH PSYCHIATRIC INITIAL EVAL
Entered On: 03/26/2024 09:16:09
Entered By: MARTINEZ, MARIA M. CCA

Medications at intake, Intake 12/18/2023
DUE 01/17/2024
meds exp 2/17
02/27/24-LWBS
03/26/24-No Show

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:52:01 PM

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I need more Sulfasalazine 500 mg

Name: Justin Wenckens No: 2477197 Unit: Dominguez

Living Quarters: B-4-28 Work Assignment:

**DISPOSITION:** (Inmate will not write in this space)

SCHEDULED
H. Trevino 3/20/24
H. TREVINO RN.

MAR 20 2024 AM 4:57

I-60 (Rev. 11-90)

DEF_0644

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:52:01 PM

## CORRECTIONAL MANAGED HEALTH CARE
## REFUSAL OF TREATMENT OR SERVICES

I, Wenckens, Justin D., TDCJ-ID Number: 2477197 decline the following services and treatments at the Texas Department of Criminal Justice:
Medical appointment with Potter Smith, NP.

I understand the above documented treatment being refused is for the following condition(s):
To address current sick call request.

I understand that potential outcome(s) for refusing the treatment for the above documented condition(s) includes but is not limited to the following:

Condition worsening up to death.

I do not wish to have this above stated treatment or services. I assume full responsibility for any and all consequences or personal inconvenience that may arise from refusal of services.

I understand that I may still request these or similar services in the future.

[signature] /
Signature of Inmate/TDCJ–ID #

03/08/2024.
Date

Signature of Witness (if inmate unable or unwilling to sign)

Date

Printed Name of Witness

Reason inmate did not sign: ______

I certify that the above named individual is alert and appears to understand the above listed information.

Raymond R. Moreno / BSN, RN
Signature and Title of Health Care Personnel Obtaining Refusal

03/08/2024
Date

Moreno, Raymond R. BSN, RN
Printed Name and Title of Health Care Personnel Obtaining Refusal

I certify that the above named patient is alert and has demonstrated comprehension of the above explained condition, treatment, and potential consequences.

HSM-82 (Rev. 8/23) 1 of 1

DEF_0645

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:52:01 PM

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I was seen last week for a pinched nerve in my Neck. I'm still in alot of pain, Please see me for a follow up
Thank You

Name: Justin Wenckens No: TD 2477197 Unit: Dom.

Living Quarters: B4-28 Work Assignment:

**DISPOSITION:** (Inmate will not write in this space)

Provider apt. 240
[illegible]

UFRN
MAR 7 2024 AM 12:22

I-60 (Rev. 11-90)

DEF_0646

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:52:01 PM

DOMINGUEZ (BX)

Patient Name: WENCKENS, JUSTIN D
MRN: 2477197

================================================================================
MH OP TLH PSYCHIATRIC INITIAL EVAL
Entered On: 02/27/2024 09:02:47
Entered By: MARTINEZ, MARIA M. CCA

Medications at intake, Intake 12/18/2023
DUE 01/17/2024
meds exp 2/17
02/27/24-LWBS

DEF_0647

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:52:01 PM

Emergency

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

Emergency

**PART A:** (To be completed by offender) Date: 2-28-24

Offender's Name: Justin Wenckens TDCJ No.: 2477197

Work Assignment: Med Squad Work Hours:

Wing No: B4-28 School Hours: N/A

Service needed: ☒ Medical ☐ Dental ☐ Mental Health ☐ Other:

Reason for Health Services Appointment: Please Help me asap I have a nerve or disk pain in my neck. My arms are Numb.

How long have you had this problem? Hours: Days:

***"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $13.55 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."***

***Signature of Offender***

LVN

FEB 27 2024 AM 12:25

Part B: (To be completed by medical personnel – Do not write below this line

~~Medical Reply:~~

~~Provider appt~~ seen 2/26/24

Medical Staff Member's Signature RN Date

HSA – 9 (Rev. 8/19)

DEF_0648

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:52:01 PM

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

**PART A:** (To be completed by offender) Date: 2/26/24

Offender's Name: Wenckens, Justin TDCJ No.: 2477197

Work Assignment: — Work Hours: —

Wing No: B4/2B School Hours:

Service needed: ☒ Medical ☐ Dental ☐ Mental Health ☐ Other:

Reason for Health Services Appointment: Extreme head ache

How long have you had this problem? Hours: Days: 3

***"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $13.55 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."***

[signature]

***Signature of Offender***

Part B: (To be completed by medical personnel – Do not write below this line FEB 26 2024 AM 9:14

Medical Reply: SCHEDULED conti [illegible]

[signature] RN 2/26/24

J. TREVINO RN Medical Staff Member's Signature Date

HSA – 9 (Rev. 8/19)

DEF_0649

## CORRECTIONAL MANAGED HEALTH CARE

**CONSENT AND LIMITS OF CONFIDENTIALITY FOR MENTAL HEALTH OUTPATIENT EVALUATION/ASSESSMENT**

Patient's Name: WENCKENS, JUSTIN D TDCJ#: 2477197 Facility: DOMINGUEZ (BX)

I, WENCKENS, JUSTIN D, authorize S. Hughes to administer the following mental health service(s) to me and continue such treatment as deemed clinically necessary. I understand that this service may be provided via telemedicine. I am aware that if the session is conducted in this manner, there may be interruptions or disconnections and that the picture may not be clear. Whether the treatment is provided in person, or via telehealth, I understand that ☒UTMB/☐Texas Tech has taken several security measures to ensure confidentiality. By virtue of my signature on this form, I agree that my participation in mental health treatment is voluntary. I understand that I may discontinue treatment at any time and treatment may not be forced upon me unless I present an imminent threat to others or myself due to a mental disorder. I understand that the clinician providing treatment to me will fully explain the nature of the treatment, the treatment plan, the risks and benefits of treatment and the alternatives to treatment.

I consent to the following treatment: Mental Health Evaluation/Clinical Interview

I understand that the benefits of this mental health treatment include:
☒ Identification of treatment needs ☒ Better understanding of treatment options
Other: ______

I understand that there may be risks involved in the treatment, the most common of which are:
☒ May not show symptoms of mental illness ☒ New or different symptoms may be identified ☒ May not be able to resolve all needs ☒ May show signs/symptoms of mental illness that require crisis management/D&E
Other: ______

I understand the limits of confidentiality as described below:

The contents of a counseling, interview or assessment session are considered to be confidential. Both verbal information and written records about a patient cannot be shared with another party without the written consent of the patient or the patient's legal guardian. Noted exceptions are as follows:

1. When a patient discloses intentions or a plan to harm himself or another person, or to participate in activity, which may jeopardize the safety of the institution, the clinician is mandated by law to report this information to the appropriate authorities.
2. If a patient states or suggests that a child or vulnerable adult is in danger of abuse, the clinician is required to report this information to the appropriate authorities.
3. In the event of a patient's death, the spouse or parents of the patient may have a right to access to the patient's medical records after proper documents are submitted in accordance with policies and procedures.
4. TDCJ is required to release records of patients when a court order has been made.
5. Information about patients may be disclosed in consultations with other professionals in order to provide the best possible treatment.
6. Other health services staff have access to the information contained in the patient's medical record.
7. The warden or designee may have access to a patient's medical record in the event of a legitimate need.
8. Members of the Board of Pardons and Paroles and their designees have access to the medical record.

I have read, or had read to me, the above information in a language I understand. I agree that participation in mental health treatment is voluntary and understand the information contained in this form.

| | | |
|---|---|---|
| WENCKENS, JUSTIN D | [signature] | 2/1/2024 |
| Patient's Name (printed) | Patient's Signature | Date |
| S. Hughes, MHC | [signature] MHC | 2/1/2024 |
| Mental Health staff (printed) | Mental Health staff's signature | Date |

☐ Mental Health services are being provided by a LPC-Associate who is supervised by ______________________ LPC-S

☐ Patient consents, but is unable to sign ☐ Patient refuses to sign

(11/20/2020) 1 of 1

X #

**DEF_0650**

# CORRECTIONAL MANAGED HEALTH CARE
## Addendum Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/30/2024 14:38
Facility: DOMINGUEZ (BX)

Age: 46 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

From 3/11/2016

***TDC GI Clinic Note***

***SUBJECTIVE and HISTORY***

***CC: F/u for ulcerative proctitis***

***HPI:***
*Justin Dewayne Wenckens is a 38 year old male who presents to clinic today for CC as above. He has a PMH of ulcerative proctitis, HTN, anxiety, and drug abuse (opioids, alcohol). Patient had colonoscopy on 12/18/15 with findings of ulcerative proctitis and normal colon from cecum to sigmoid; biopsy consistent with result. Patient was prescribed mesalamine retention enema, and per patient, the medication works well when he can get the medication. However, he was only able to get the medication at some times and at other times, he would have frequent mucus consistency blood tinged bowel movements and colic abdominal pain when he's trying to hold in the bowel movement.*

***Medications:***
***Current Outpatient Prescriptions on File Prior to Visit***

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • mesalamine (SFROWASA) 4 gram/60 mL enema | Insert 1 Enema into rectum at bedtime. | 1800 mL | 6 |
| • docusate (COLACE) 100 mg capsule | Take 1 Cap by mouth 3 (three) times daily. | 30 Cap | 0 |
| • amLODIPine (NORVASC) 10 mg tablet | Take 10 mg by mouth daily. | | |
| • hydrochlorothiazide (ESIDRIX) 25 mg tablet | Take 25 mg by mouth daily. | | |
| • LACTULOSE ORAL | Take 30 mL by mouth 2 (two) times daily. | | |
| • MAGNESIUM HYDROXIDE ORAL | Take 30 mL by mouth daily. | | |
| • nortriptyline (PAMELOR) 75 mg capsule | Take 75 mg by mouth at bedtime. | | |

*No current facility-administered medications on file prior to visit.*

***PMHx:***
***Past Medical History***

| Diagnosis | Date |
|---|---|
| • HTN (hypertension) | |
| • Anxiety | |
| • Drug abuse | |

***PSurgical Hx:***
*No past surgical history on file.*

**CORRECTIONAL MANAGED HEALTH CARE**
**Addendum Note**

Name: WENCKENS, JUSTIN D  Date: 01/30/2024 14:38
TDCJ#: 2477197  Facility: DOMINGUEZ (BX)

***Family Hx:*** *reviewed*
***Social Hx:*** *reviewed*

***ROS:***
*Gen: Negative*
*Eyes: Negative*
*ENT: Negative*
*CV: Negative*
*Resp: Negative*
*GI: diarrhea*
*GU: Negative*
*Musc: Negative*
*Skin: Negative*
*Psych/Neuro: Negative*
*Endo: Negative*
*Heme/Lymph: Negative*
*Allerg/Imm: Negative*

***Chart Review***
*Colonoscopy*
*1. Normal terminal ileum ; - Random biopsies were obtained and sent to pathology.*
*2. Normal colon from the cecum to the sigmoid colon. ; - Random biopsies were obtained and sent to*
*pathology.*
***3. Ulcerative Proctitis ; - Random biopsies were obtained and sent to pathology.***
*Recs:*
*1. Await pathology results*
*2. Start Rowasa enemas 4 grams per rectum QHS*
*3. Follow up GI telemedicine clinic next available*

*Path*

*A. TERMINAL ILEUM, BIOPSY:*
*- SMALL INTESTINAL MUCOSA WITH NO PATHOLOGIC CHANGES*

*B. CECUM, BIOPSY:*
*- COLONIC MUCOSA WITH NO PATHOLOGIC CHANGES*

*C. ASCENDING COLON, BIOPSY:*
*- COLONIC MUCOSA WITH NO PATHOLOGIC CHANGES*

*D. TRANSVERSE COLON, BIOPSY:*
*-COLONIC MUCOSA WITH NO PATHOLOGIC CHANGES*

*E. ASCENDING COLON, BIOPSY:*
*-COLONIC MUCOSA WITH NO PATHOLOGIC CHANGES*

*F. SIGMOID COLON, BIOPSY:*
*-COLONIC MUCOSA WITH NO PATHOLOGIC*

**CORRECTIONAL MANAGED HEALTH CARE**
**Addendum Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/30/2024 14:38
Facility: DOMINGUEZ (BX)

*CHANGES*

*G. RECTUM, BIOPSY:*
*-COLONIC MUCOSA WITH CRYPTITIS, CRYPT ABSCESSES **AND MILD** ARCHITECTURAL DISTORTION*
*- SEE COMMENT*

***Final Diagnosis Comment***

*The findings in part G could reflect **early inflammatory bowel disease.** However, infection, adverse drug reaction (e.g. NSAIDs) and diverticular disease associated colitis should be excluded. If the patient remains symptomatic, repeat examination of the colon and terminal ileum may be helpful.*

## PHYSICAL EXAM

*Vitals*
*BP 141/85 mmHg | Pulse 76 | Temp(Src) 36.6 °C (97.8 °F) (Oral) | Resp 17 | Ht 5' 9" (1.753 m) | Wt 171 lb (77.565 kg) | BMI 25.24 kg/m2*

*General: no acute distress and alert*
*Eyes: PERRL and EOMI*
*ENT: pharynx normal, no thyromegaly*
*Cardiovascular: Heart regular, rate, rhythm, no murmurs; no edema*
*Respiratory: clear to auscultation, no respiratory distress*
*GI: abd soft, non-tender, distended, +BS, no HSM*
*GU: deferred*
*Musc: no spinal or paraspinal TTP, no joint effusions, strength 5/5 x4, gait normal*
*Skin: intact and warm, dry, + erythematous rash on bilateral shins and PIPs*
*Neuro: alert, oriented*
*Psych: cooperative and mood/affect normal*
*Heme / Lymph / Imm: no lymphadenopathy*

## ASSESSMENT AND PLAN

***Ulcerative (chronic) proctitis, with rectal bleeding (primary encounter diagnosis)***
*Comment: patient only getting mesalamine infrequently; will add sulfasalazine 1g QID*
*Plan:*
*- start on sulfasalazine 1g QID due to poor disease control 2/2 difficulty obtaining meds.*
*- continue with mesalamine suppository / enema*
*- telemedicine follow up in 6 month*

## FOLLOW UP

*Patient was checked out to faculty: Dr. Soloway*
*Follow-up: 6 months telemedicine*

**CORRECTIONAL MANAGED HEALTH CARE**
**Addendum Note**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/30/2024 14:38
Facility: DOMINGUEZ (BX)

*Dongming LI, M.D., 3/11/2016 10:07*
*Internal Medicine House Staff, PGY-1*
*Pager #: ([redacted]*

Restrictions / PULHES Data:
01/30/2024 14:40 - SMITH, PATRICIA A MS. APRN, FNP
DELETE PULHES - P-CODE: C
DELETE PULHES - P-MODIFIER: P
ADD PULHES - P-CODE: E
ADD PULHES - P-MODIFIER: T
ADD PULHES - U-MODIFIER: T
ADD PULHES - H-MODIFIER: T
ADD PULHES - E-MODIFIER: T
ADD I - Trustee Camp: Not Suitable for Trustee Camp Continuous = 'Y'

# CORRECTIONAL MANAGED HEALTH CARE
## Addendum Note

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/30/2024 14:38
Facility: DOMINGUEZ (BX)

Justin Wenckens | DOB: [redacted] | Sex: M | Report Prepared: 01/30/2024 Page 2 of 2

| Fill Date | ID | Written | Drug | Qty | Days | Prescriber | Rx # | Pharmacy | Refill | Daily Dose* | Pymt Type | PMP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/22/23 | 2 | 09/22/23 | Oxycodone-Acetaminophen 5-325 | 28.00 | 5 | La Mar | 212090740-276 | Bay (0012) | 0 | 42.00 MME | Other | TX |
| 09/14/23 | 2 | 09/14/23 | Oxycodone-Acetaminophen 5-325 | 28.00 | 4 | La Mar | 4394629 | Wal (5495) | 0 | 52.50 MME | Comm Ins | TX |
| 09/05/23 | 2 | 09/04/23 | Oxycodone-Acetaminophen 5-325 | 28.00 | 4 | La Mar | 1620094 | Wal (4193) | 0 | 52.50 MME | Comm Ins | TX |
| 09/03/23 | 2 | 09/03/23 | Oxycodone-Acetaminophen 5-325 | 12.00 | 2 | Ro Sch | 4387059 | Wal (5495) | 0 | 45.00 MME | Comm Ins | TX |
| 08/27/23 | 2 | 08/24/23 | Oxycodone-Acetaminophen 5-325 | 28.00 | 5 | La Mar | 4381603 | Wal (5495) | 0 | 42.00 MME | Comm Ins | TX |
| 08/21/23 | 2 | 08/21/23 | Oxycodone-Acetaminophen 5-325 | 28.00 | 7 | La Mar | 211949195-276 | Bay (0012) | 0 | 30.00 MME | Other | TX |
| 08/15/23 | 2 | 08/15/23 | Oxycodone-Acetaminophen 5-325 | 24.00 | 4 | La Mar | 211930243-276 | Bay (0012) | 0 | 45.00 MME | Other | TX |
| 08/11/23 | 2 | 08/11/23 | Hydrocodone-Acetamin 10-325 Mg | 15.00 | 4 | Ca Ros | 4373998 | Wal (5495) | 0 | 37.50 MME | Comm Ins | TX |
| 08/09/23 | 1 | 08/09/23 | Acetaminophen-Cod #3 Tablet | 20.00 | 4 | Ji Rob | 1175967 | H e (8768) | 0 | 22.50 MME | Comm Ins | TX |
| 11/26/22 | 1 | 11/25/22 | Alprazolam 0.25 Mg Tablet | 15.00 | 4 | Sa Mot | 1270597 | H e (2503) | 0 | 1.88 LME | Comm Ins | TX |
| 08/22/22 | 1 | 08/22/22 | Dextroamp-Amphetamin 30 Mg Tab | 30.00 | 30 | Gr Wor | 1223012 | H e (2503) | 0 | | Comm Ins | TX |
| 09/28/21 | 1 | 09/18/21 | Dextroamp-Amphet Er 20 Mg Cap | 30.00 | 30 | Na Dac | 1068307 | H e (2503) | 0 | | Comm Ins | TX |
| 07/13/21 | 1 | 07/13/21 | Dextroamp-Amphet Er 20 Mg Cap | 30.00 | 30 | Na Dac | 1038231 | H e (2503) | 0 | | Comm Ins | TX |
| 06/11/21 | 1 | 06/11/21 | Dextroamp-Amphet Er 20 Mg Cap | 30.00 | 30 | Na Dac | 1026360 | H e (2503) | 0 | | Comm Ins | TX |

### Providers

| Name | Address | City | State | Zipcode | Phone |
|---|---|---|---|---|---|
| Jill Robards, Anp | 2000 Scenic Dr | Georgetown | TX | 78626 | - |
| Nanette R Dacumos, M.d. | 1612 W Villa Maria Rd Ste 130 | Bryan | TX | 77807 | - |
| Gregg A Workman, MD | 601 Medical Pkwy | Brenham | TX | 77833 | - |
| Samuel Mota-Martinez | 7615 Kennedy Hl Bldg 1 | San Antonio | TX | 78235 | - |
| Callasandra Rose | 700 Scott And White Dr | College Station | TX | 77845 | (979) 207-0100 |
| Robert E Schmitt, MD | 700 Scott And White Dr | College Station | TX | 77845 | (979) 207-0100 |
| Lanster R Martin, DPM | 800 Scott And White Dr | College Station | TX | 77845 | - |

Restrictions / PULHES Data:
01/30/2024 14:43 - SMITH, PATRICIA A MS. APRN, FNP
DELETE Section: III - : 11. No Repetitive Squatting - Continuous: Y
DELETE Section: III - : 12. No Climbing - Continuous: Y
DELETE Section: III - : 15. No Food Service - Continuous: Y
DELETE Section: III - : 17. No Walk Wet/Uneven Surfaces - Continuous: Y
DELETE Section: III - : 21b. Psych - No Humidity Extremes - Continuous: Y
No objective evidence for the above, ? ulcerative colitis? Pt seems to have many episodes of constipation. No objective evidence has a disease transmitted via food service
Rx pt is on does not get 19, 20 from MH

Electronically Signed by SMITH, PATRICIA A. APRN, FNP on 01/30/2024.
##And No Others##

# CORRECTIONAL MANAGED CARE
# IMPORT LOG

| Patient Name: | TDCJ: | DOB: | Facility: |
|---|---|---|---|
| WENCKENS, JUSTIN D | 2477197 | [redacted] | DOMINGUEZ (BX) |

## Deleted Reminders requiring review:

All labs/x-ray orders must be reviewed by a provider and re-ordered at receiving facility if deemed clinically necessary. Appointments (i.e. TLH) must be rescheduled at the receiving facility.

| *Due Date* | *Ordering Provider* | *Reminder Type* | *To Do User Type* | *Reminder Comment* |
|---|---|---|---|---|
| 01/02/2024 05:46 | OGUNLADE, OLUFOLAKE A APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | FECAL IMMUNOCHEMICAL TEST (FIT) (12/19/2023 05:46; Order 92324388-003) Tube Types = FIT COLLECTION CONTAINER |
| 12/18/2024 09:59 | PATTON, JENNIFER APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | *COMP METABOLIC PANEL (CMP) (12/18/2024 09:59; Order 92725471-002) Tube Types = GOLD |
| 12/18/2024 09:59 | PATTON, JENNIFER APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | IRON, TIBC, %SAT (IRONPROFILE) (12/18/2024 09:59; Order 92725471-005) Tube Types = GOLD |
| 12/18/2024 09:59 | PATTON, JENNIFER APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | LIPID PANEL (12/18/2024 09:59; Order 92725471-004) Tube Types = GOLD |
| 12/18/2024 09:59 | PATTON, JENNIFER APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | URINALYSIS COMPLETE (UA) (12/18/2024 09:59; Order 92725471-003) Tube Types = STERILE CONTAINER |
| 12/18/2024 09:59 | PATTON, JENNIFER APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | *CBC W/DIFF LEV2 (12/18/2024 09:59; Order 92725471-001) Tube Types = EDTA LAVTOP TUBE |

## Imported Reminders:

| *Due Date* | *Ordering Provider* | *Reminder Type* | *To Do User Type* | *Reminder Comment* |
|---|---|---|---|---|
| 12/28/2023 00:00 | UNKNOWN, UNKNOWN | MH OP GP CASELOAD | | |
| 12/28/2023 11:35 | UNKNOWN, UNKNOWN | MH TREATMENT LEVEL 1 (BIMS 1) | | |
| 01/17/2024 00:00 | UNKNOWN, UNKNOWN | MH OP TLH PSYCHIATRIC INITIAL EVAL | NURSE PRACTITIONER | Medications at intake, Intake 12/18/2023 DUE 01/17/2024 meds exp 2/17 |
| 01/18/2024 13:13 | PATTON, JENNIFER APRN, FNP | +ROUTINE REFERRAL PENDING TLH/VCL UTMB | | NH R GI ULCERATIVE COLITIS PATTON |
| 01/24/2024 10:36 | PATTON, JENNIFER APRN, FNP | +EXPEDITED REFERRAL PENDING HG SUB-SPECIALTY UTMB | | hg-ofoot, Healing 2-4th metatarsal stress fractures right foot, patton |

CORRECTIONAL MANAGED CARE
IMPORT LOG

| Patient Name: | TDCJ: | DOB: | Facility: |
|---|---|---|---|
| WENCKENS, JUSTIN D | 2477197 | [redacted] | DOMINGUEZ (BX) |

| | | | | |
|---|---|---|---|---|
| 01/12/2025 09:59 | UNKNOWN, UNKNOWN | CCC CHRONIC CLINIC REMINDER | NURSE PRACTITIONER | HTN |

Electronically Signed by CHAVEZ, NANCY E. LVN on 01/29/2024 09:08.
##And No Others##

# CORRECTIONAL MANAGED HEALTH CARE
# MEDICAL AND MENTAL HEALTH TRANSFER SCREEN
# PARTS III & IV

Name: WENCKENS, JUSTIN D Date: 01/29/2024 09:07
TDCJ#: 2477197 Facility: DOMINGUEZ (BX)

Age: 46 DOB: [redacted] Sex: Male Race: WHITE DOI: 12/18/2023

**Patient Language**: ENGLISH

## Deleted Reminders requiring review:

All labs/x-ray orders must be reviewed by a provider and re-ordered at receiving facility if deemed clinically necessary.
Appointments (i.e. TLH) must be rescheduled at the receiving facility.

| *Due Date* | *Ordering Provider* | *Reminder Type* | *To Do User Type* | *Reminder Comment* |
|---|---|---|---|---|
| 01/02/2024 05:46 | OGUNLADE, OLUFOLAKE A APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | FECAL IMMUNOCHEMICAL TEST (FIT) (12/19/2023 05:46; Order 92324388-003) Tube Types = FIT COLLECTION CONTAINER |
| 12/18/2024 09:59 | PATTON, JENNIFER APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | IRON, TIBC, %SAT (IRONPROFILE) (12/18/2024 09:59; Order 92725471-005) Tube Types = GOLD |
| 12/18/2024 09:59 | PATTON, JENNIFER APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | LIPID PANEL (12/18/2024 09:59; Order 92725471-004) Tube Types = GOLD |
| 12/18/2024 09:59 | PATTON, JENNIFER APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | URINALYSIS COMPLETE (UA) (12/18/2024 09:59; Order 92725471-003) Tube Types = STERILE CONTAINER |
| 12/18/2024 09:59 | PATTON, JENNIFER APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | *CBC W/DIFF LEV2 (12/18/2024 09:59; Order 92725471-001) Tube Types = EDTA LAVTOP TUBE |
| 12/18/2024 09:59 | PATTON, JENNIFER APRN, FNP | LAB COLLECT SPECIMEN (EMR ORDER) | PHLEBOTOMIST | *COMP METABOLIC PANEL (CMP) (12/18/2024 09:59; Order 92725471-002) Tube Types = GOLD |

## Imported Reminders:

| *Due Date* | *Ordering Provider* | *Reminder Type* | *To Do User Type* | *Reminder Comment* |
|---|---|---|---|---|
| 12/28/2023 00:00 | UNKNOWN, UNKNOWN | MH OP GP CASELOAD | | |
| 12/28/2023 11:35 | UNKNOWN, UNKNOWN | MH TREATMENT LEVEL 1 (BIMS 1) | | |
| 01/17/2024 00:00 | UNKNOWN, UNKNOWN | MH OP TLH PSYCHIATRIC INITIAL EVAL | NURSE PRACTITIONER | Medications at intake, Intake 12/18/2023 DUE 01/17/2024 meds exp 2/17 |
| 01/18/2024 13:13 | PATTON, JENNIFER APRN, FNP | +ROUTINE REFERRAL PENDING TLH/VCL UTMB | | NH R GI ULCERATIVE COLITIS PATTON |
| 01/24/2024 10:36 | PATTON, JENNIFER APRN, FNP | +EXPEDITED REFERRAL PENDING HG SUB-SPECIALTY UTMB | | hg-ofoot, Healing 2-4th metatarsal stress fractures right foot, patton |
| 01/12/2025 | UNKNOWN, UNKNOWN | CCC CHRONIC CLINIC | NURSE | HTN |

# CORRECTIONAL MANAGED HEALTH CARE
# MEDICAL AND MENTAL HEALTH TRANSFER SCREEN
# PARTS III & IV

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/29/2024 09:07
Facility: DOMINGUEZ (BX)

09:59 REMINDER PRACTITIONER

**Most recent vitals from 1/23/2024:**

| | | | |
|---|---|---|---|
| BP: 134 / 78 (Sitting) | Weight: 163 Lbs. | Height: 69 In. | BMI: 24 (% Diff: -4.00) |
| Pulse: 82 (Sitting) | Resp: 18 / min | Temp: 97.6 (Forehead) | O2 Sat: 99% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 12/13/2024 07:22:00AM
RX ID: 34681831
LAST DATE GIVEN KOP: 01/22/2024 04:34:35PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**CITALOPRAM 20MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days KOP
REFILLS: 1 / 1
EXPIRATION DATE: 2/17/2024 07:23:00AM
RX ID: 34681836
LAST DATE GIVEN KOP: 01/22/2024 04:34:32PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**TERAZOSIN 2MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
REFILLS: 1 / 11
EXPIRATION DATE: 12/13/2024 07:22:00AM
RX ID: 34681832
LAST DATE GIVEN KOP: 01/22/2024 04:34:36PM
ORDERING PROVIDER: PATTON, JENNIFER
ORDERING FACILITY: GARZA (NH)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 12/20/2023 | PATTON, JENNIFER | Bunk Assignment Lower Only | | Cont. |
| 05/29/2012 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 11. No Repetitive Squatting | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 12. No Climbing | | Cont. |
| 05/01/2018 | REILLEY, PAUL K | Work Assignment 15. No Food Service | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 17. No Walk Wet/Uneven Surfaces | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | SENDEJO, JACKIE | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/29/2018 | VITTONE, ALICIA B | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |
| 12/20/2023 | PATTON, JENNIFER | Work Assignment 21a. Medical - No Humidity Extremes | | Cont. |
| 12/20/2023 | SENDEJO, JACKIE | Work Assignment 21b. Psych - No Humidity Extremes | | Cont. |

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| **DES:** | 3 | 1 | 2 | 1 | 1 | 2 |
| **COD:** | C | A | B | A | A | B |
| **MOD:** | P | - | P | - | - | T |

**Active Problems:**
Chronic Care:
Essential (primary) Hypertension (htn) First Observed 5/3/2012 09:29AM
Dental:
Hard Tissue Disease First Observed 3/12/2014 12:36PM
Dental Examination First Observed 4/15/2019 01:49PM
Mental Health:
Anxiety Disorder, Unspecified First Observed 8/8/2016 02:18PM
Rehab Services:

**CORRECTIONAL MANAGED HEALTH CARE**
**MEDICAL AND MENTAL HEALTH TRANSFER SCREEN**
**PARTS III & IV**

Name: WENCKENS, JUSTIN D    Date: 01/29/2024 09:07
TDCJ#: 2477197    Facility: DOMINGUEZ (BX)

Pain In Ankle And Foot First Observed 1/18/2024 10:00AM
Not Specified:
Medical Exam W/o Abnormal Findings, For General Adult First Observed 5/2/2012 03:20PM
Screening For Respiratory Tuberculosis (tb Class 0) First Observed 5/2/2012 03:20PM
Ulcerative Colitis First Observed 12/28/2015 12:47PM
Abnormal Results Of Pulmonary Function Studies First Observed 1/27/2016 12:59PM
Hyperlipidemia, Unspecified First Observed 5/1/2018 09:31AM
Abnormal Glucose First Observed 5/1/2018 09:31AM

CHAIN-IN

III. Facility of Assignment - Evaluation
Received from:
Newly Assigned
Chain-In Assessment
General appearance: Clean, Neat
Skin: No cuts, bruises, or sores
Alert and oriented X 3: Yes
Behavior: Cooperative
Speech: Fluent
Physical deformities: No
Current healthcare complaint: None
Currently taking medications: Yes
Medications: Patient has KOP meds
Recent use of alcohol/addictive substance: No
Suicide Questions:
Current thoughts about suicide: No
Previous attempt(s): No previous suicide attempt(s)

IV. Review of Health Record
Mental Health Treatment history:
Substance Abuse Disorder
Inpatient Mental Health

Disposition:
Release to Security with routine referral to Medical,
Mental Health and Dental
Reminder Created: #DENTAL-CHAIN IN REMINDER
Reminder Created: #ICN-CHAIN IN REMINDER
Reminder Created: #MH-CHAIN IN REMINDER

Nursing encounter capture:
Patient Order Added: #NURSING LEVEL 1 COMPLETE VISIT (F) Procedure Date: 01/29/2024 09:12:24 User: CHAVEZ, NANCY E

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 1/29/2024 09:12AM | IRON, TIBC, %SAT (IRONPROFILE)(7573) | |
| 1/29/2024 09:12AM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCKDELCRRHAHEMURRHGDONCOLL EV2 | |
| 1/29/2024 09:12AM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLDCKD LEV2ELCRRHGDONCOL | |

**CORRECTIONAL MANAGED HEALTH CARE**
**MEDICAL AND MENTAL HEALTH TRANSFER SCREEN**
**PARTS III & IV**

Name: WENCKENS, JUSTIN D
TDCJ#: 2477197

Date: 01/29/2024 09:07
Facility: DOMINGUEZ (BX)

| | |
|---|---|
| 1/29/2024 09:12AM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHGD(7600) |
| 1/29/2024 09:12AM | *URINALYSIS W/DIP MICRO EXAM ON POS [UA CHEM] HVDBCNBPBFPSYLESLDCKDELCRHEMUR |

Electronically Signed by CHAVEZ, NANCY E. LVN on 01/29/2024.
Electronically Signed by SMITH, PATRICIA A. APRN, FNP on 01/31/2024.
##And No Others##

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Friday, March 28, 2025 12:52:01 PM

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

**PART A:** (To be completed by offender) Date: 1-18-24

Offender's Name: Justin Wenckens TDCJ No.: 2477197

Work Assignment: Med Squad. Work Hours: N/A

Wing No: A1-16 School Hours: N/A

Service needed: ☐ Medical ☐ Dental ☒ Mental Health ☐ Other: ______

Reason for Health Services Appointment: You just discontinued my meds without medical/psych evaluation or basic care

How long have you had this problem? Hours: ______ Days: 1

***"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $13.55 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."***

Chronic Care Informed Consent
***Signature of Offender***

RECEIVED
JAN 19 2024
DB

Part B: (To be completed by medical personnel – Do not write below this line

Medical Reply: PSC
D. Bonham, LVN

Medical Staff Member's Signature Date

HSA – 9 (Rev. 8/19)

DEF_0662