DECLARATION OF LINDA COLE

"I am over 21 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

I am the custodian of records for the Emergency Action Center, a part of the Texas Department of Criminal Justice (TDCJ) located in Huntsville, Texas. Attached are true and correct copies of ***EAC records for inmate Justin Dewayne Wenckens TDCJ #2477197 that occurred July 2024***, which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

My name is Linda Cole and I am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the foregoing is true and correct."

Executed in Walker County, State of Texas, on the 31st day of March, 2025.

**Linda Cole**
Program Supervisor I
Emergency Action Center
Texas Department of Criminal Justice

PREPARED BY (USERID/NAME/DATE/TIME):
FJ00170 JEREMIAH FLORES LH N5 07/21/2024 10:19
AUTHORIZED BY(TITLE/LAST, FIRST MI)
LIEUTENANT FLORES,JEREMIAH
INCIDENT OCCURRED: 07/20/2024 TIME: 04:00 AT: LH SECUR LVL: 002 RGN: 4
DATE UN/FA AWARE: 07/21/2024 TIME: 08:55
REPORTED ON: 07/21/2024 TIME: 09:35 BY: LH SECUR LVL: 002 RGN: 4
UOF: TYPE OF INCIDENT: INMATE INJURY
LOCALE: HALLWAY/WALKWAY/CORRIDOR/FOYER
SPECIFIC LOCATION: OUTSIDE OF J1 BUIDLING
INITIAL INCIDENT COMMANDER (TITLE/LAST, FIRST MI): (IF APPLICABLE)
LIEUTENANT FLORES,JEREMIAH
FINAL INCIDENT COMMANDER (TITLE/LAST, FIRST MI): (IF COMMAND TRANSFERRED)
LIEUTENANT FLORES,JEREMIAH
RESPONSE TEAM: A B C D E X N/A RACIAL: N
OIG NOTIFIED: 07/20/2024 08:15
OIG PERSONNEL NOTIFIED:SMITH,REESE

================ LIST OFFENDER(S) INVOLVED: Y ================

TDCJ: 02477197 SID: 05899305 NAME: WENCKENS,JUSTIN DEWAYNE
CUST: G4 RACE: W GENDER: M AGE: 47 HGT: 509 WGT: 181
STG: ABT SUSPECTED: CONFIRMED: EX: Y
ROLE: A INJURY: Y CHEM INJURY: N DECONTAMINATED: N MEDICAL EXAM: Y
TREATMENT: Y
TRANSFER BY: EMS TO: PECOS COUNTY MEMORIAL HOSPITAL
ALLEDGED SEX ASSAULT: N EVIDENCE KIT: REP PROVIDED:
REP:
PRONOUNCED DECEASED: NO

================ LIST EMP(S)/OTH(S) INVOLVED: Y ================

PERSON TYPE:TDC SSN:*****9114 LIT:N
TITLE/NAME (LAST, FIRST MI):
CORR OFF III ORTEGA,RAUL A
RACE: H GENDER: M AGE: 26 INJURED: N MEDICAL EXAM: Y ROLE: O
C.R.I.S.P. OFFERED: Y
ALLEDGED SEX ASSAULT: N EVIDENCE KIT: REP PROVIDED:
REP:
PERSON TYPE:TDC SSN:*****3494 LIT:N
TITLE/NAME (LAST, FIRST MI):
CORR OFFICER IV PEREZ,LUIS A
RACE: H GENDER: M AGE: 26 INJURED: N MEDICAL EXAM: Y ROLE: O
C.R.I.S.P. OFFERED: Y
ALLEDGED SEX ASSAULT: N EVIDENCE KIT: REP PROVIDED:
REP:
PERSON TYPE:TDC SSN:*****7899 LIT:N
TITLE/NAME (LAST, FIRST MI):
CORR OFFICER IV ENRIQUEZ,MANUEL
RACE: H GENDER: M AGE: 27 INJURED: Y MEDICAL EXAM: Y ROLE: V
C.R.I.S.P. OFFERED: Y

-------------------------- CONTINUED ON NEXT PAGE -----------------------

ALLEDGED SEX ASSAULT: N EVIDENCE KIT: REP PROVIDED:
REP:

================= CHEMICAL AGENTS USED: N =================

================= WEAPONS/CONTRABAND FOUND: Y =================

| TOTAL | DESCRIPTION (OF WEAPON/CONTRABAND FOUND) |
|---|---|
| 01 | BLACK CUP |

================= SECURITY RESOURCES USED: N =================

================= DID A LOCKDOWN OCCUR: N =================

================= NARRATIVE: =================

THE INCIDENT COMMAND SYSTEM WAS INITIATED IN J1 DUE TO A STAFF ASSAULT IT WAS FOUND THAT AN INMATE GOT AGGRESSIVE TOWARDS OFFICER ENRIQUEZ, MANUEL COIV, INMATE IS IDENTIFIED AS WENCKENS, JUSTIN #02477197 DID GET CLOSE AND UP TO OFFICER ENRIQUEZ FACE AND OFFICER ENRIQUEZ PUSHED INMATE WENCKENS AWAY FROM HIM IN WHICH HE THEN THREW A BLACK CUP FILLED WITH HOT COFFEE AT OFFICER ENRIQUEZ. OFFICER ENRIQUEZ GLASSES THEN FELL AND INMATE WENCKENS LAUNGED AT OFFICER ENRIQUEZ WHERE HE WAS ABLE TO PUNCH HIM WITH HIS FIST AND ABLE TO MAKE CONTACT ON INMATE WENCKENS FACE. A PHYSICAL ALTERCATION THEN ENSUED. OFFICER COV RODRIGUEZ, DAVID THEN INITIATED THE ICS. RESPONDING OFFICERS WERE THEN ABLE TO GRAB INMATE AND PLACE HIM AGAINST THE WALL. THIS INCLUDED OFFICER IV PEREZ, LUIS AND OFFICER COIII ORTEGA, RAUL. LIEUTENANT FLORES JEREMIAH ARRIVED ON SCENE AND INSTRUCTED THE OFFICERS TO ASSIST INMATE WENCKENS TO THE GROUND AS HE WAS NOT COMPLYING AND RESISTING STAFF. OFFICER COIV GONZALEZ, ISSAAC THEN ARRIVED AND WAS ABLE TO PUT HAND RESTRAINTS ON INMATE WENCKENS. INMATE WENCKENS WAS THEN ESCORTED TO RESTRICTIVE HOUSING WHERE HE COMPLIED WITH ALL ESCORT PROCEDURES. ONCE ESCORTED TO THE INFIRMARY, INMATE WENCKENS WAS REFERRED TO THE PECOS COUNTY MEMORIAL HOSPITAL DUE TO THE LACERATION ON HIS TOP LEFT EYEBROW. INMATE WENCKENS RETURNED TO THE UNIT WITH GLUE IN LURE OF SUTURES.

EA1400/CSEA14 TEXAS DEPARTMENT OF CRIMINAL JUSTICE 2025/03
00185 /5337/INMTCICS EMERGENCY ACTION CENTER SYSTEM 11:37:
INCIDENT LOG
14033-07-24 ADDED BY: PC00190 ON: 07-21-2024 09:43
TE/TIME REPORTED TO EAC 07 / 21 / 2024 09 : 35 LATE/COMPUTER DOWN(Y/N)?:
PORTED UNIT/FACILITY:
JAMES LYNAUGH SECURITY LEVEL: 002 REGION: 4
CIDENT UNIT/FACILITY:
JAMES LYNAUGH SECURITY LEVEL: 002 REGION: 4
LLER RANK/TITLE: LT
LAST: FLORES FIRST: X MI: _
CATION OF INCIDENT ON UNIT/FACILITY
24 HALLWAY/WALKWAY/CORRIDOR/FOYER
INCIDENT DESCRIPTION:
WENCKENS,JUSTIN 2477197 PHYSICALLY ASSAULTED ENRIQUEZ,MANUEL CO4 AND R
STOP. ADDITIONAL STAFF APROACHED AND ADMINISTERED A USE OF FORCE TO GAIN
MP. INMATE TRANS VIA EMS TO PECOS COUNTY MEMORIAL HOSPITAL, NOTED WITH LAC A
ON TO EYEBROW, RECEIVED DERMABOND IN LIEU OF SUTURES, AND WAS RETURNED TO E
IT. CO4 SEEN BY MED, ABRASION TO NOSE, SHOULDER PAIN, CONTUSION TO ARM.

G LAST UPDATED: PC00190 COREY PICKENS 07/21/2024 09:4
ID/EXPUNGE CODE: __

=HELP F2=REFRESH F3=PREV F6=PROCESS F12=MENU



DEF_0689



DEF_0690



DEF_0691



DEF_0692



DEF_0693



DEF_0694