# AFFIDAVIT

THE STATE OF **TEXAS** §

COUNTY OF **WALKER** §

BEFORE ME, the undersigned authority, on this day personally appeared Gina Grice, who, being by me duly sworn, deposed as follows:

My name is Gina Grice and I am an employee of the Texas Department of Criminal Justice (TDCJ), a governmental agency. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records for the Administrative Monitor for the Behavioral Intervention / Use of Force Department, a part of the TDCJ located in Huntsville, Texas. Attached are true and correct copies of ***the Behavioral Intervention / Use of Force report(s) 06086-07-24 LH for Justin Dewayne Wenckens TDCJ #02477197, for the time period of July 2024. Cause Number 425CV00005***, which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

I declare under penalty of perjury that the foregoing is true and correct.

"Further Affiant sayeth not."

**Gina Grice**
Administrative Monitor
Behavioral Intervention Department
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned notary public, on the 10th day of April, 2025.

NOTARY PUBLIC, STATE OF TEXAS

SHAY K. RETZLAFF
Notary Public-State of Texas
Notary ID #13418839-6
Commission Exp. FEB. 24, 2027
Notary without Bond

Shay Retzlaff
Notary's Printed Name

My Commission Expires:
February 24, 2027

Unit *(Name and Alpha Code)*: James Lynaugh LH OIG# ______

**Report Number M -** 06086-07-24 **EAC Incident Number I -** 14033-07-24
*(if applicable)*

***LEVELS OF REVIEW*** ***Pursuant to the TDCJ Behavioral Intervention Plan, the above-referenced Behavioral Intervention Report shall be independently reviewed and assessed by some, or all, of the following. Based on their review, noteworthy comments and recommendations are provided.***

## IV. ADMINISTRATIVE MONITOR'S REVIEW

a. Date received: 08-27-24 Received late from region? ☐ YES ☑ NO
Is report complete? ☑ YES ☐ NO
If "NO", what is missing?

Monitored through Progressive Review

b. Are staff actions consistent with TDCJ Policies and Procedures and the *Behavioral Intervention Plan*? ☐ YES ☑ NO
If No, ✓ which applies: ☑ Procedural violation and/or ☑ Possible excessive force
If No, list violations: inmate made allegations of being assaulted; 25h
If No, were violations identified by unit? ☐ YES ☑ NO Addressed by unit? ☐ YES ☑ NO
If No, were violations identified by region? ☑ YES ☐ NO Addressed by region? ☑ YES ☐ NO

c. Did correctional staff attempt to de-escalate the situation before using force? ☑ YES ☐ NO

d. Was force justified? ☑ YES ☐ NO

e. Was the AMOUNT of force utilized justified? ☑ YES ☐ NO

f. Check if report was referred to the OIG at Admin. Monitor level and referral email is included. ☐
Has the OIG opened investigation? ☐ YES ☑ NO Has the OIG deferred back to unit? ☐ YES ☐ NO

g. Additional comments (if any):

Wenckens, Justin Dewayne #02477197
Assaulted staff with a weapon
Spontaneous
No chemical agents utilized

* Medical noted that COIV Manuel Enriquez Jr. had an abrasion to the bridge of his nose, shoulder pain, and a bump on his right forearm
* Medical also noted inmate Wenckens had a laceration on his forehead abdominal pain, and pain to the left knee.

** The use of force video footage presented a violation in the action of force. Corrective action was taken against the employee.

*Monitored through Progressive Review

Reviewed by: Samantha Galvez Administrative Assistant IV
Printed Full Name/Title

Samantha Galvez (signature)
Signature/Date Review Completed

## V. ADMINISTRATIVE MONITOR'S FINAL REVIEW

Date Report Closed to File: 11/26/24

Reviewed by: Samantha Galvez Administrative Assistant IV
Printed Full Name/Title

Samantha Galvez (signature)
Signature/Date Review Completed

Attn: Samantha Galvez

**Rosa Delfierro**

---

**From:** Rosa Delfierro
**Sent:** Tuesday, November 12, 2024 10:47 AM
**To:** Behavioral Intervention Record Requests
**Cc:** Gina Grice; Shay Retzlaff
**Subject:** RE: MA-06086-07-24 LH corrections

RECEIVED
NOV 18 2024
REGION IV USE OF FORCE

Good morning,

No ma'am I have not. I will send a 3rd request right now for them and CC you in the email.

**From:** Behavioral Intervention Record Requests <[redacted]>
**Sent:** Tuesday, November 12, 2024 10:40 AM
**To:** Rosa Delfierro <[redacted]>
**Cc:** Gina Grice <[redacted]>; Shay Retzlaff <[redacted]>
**Subject:** MA-06086-07-24 LH corrections
**Importance:** High

Good morning,

While reviewing **MA-06086-07-24 LH** for an open records request, I noticed there was missing documentation that had been previously requested by you from the unit. I was wondering if you had received any corrections regarding the missing documentation from the UOF packet.

The requested corrections included:

- PERS-185 (Officer Enriquez, Manuel COV) new 9 -LOI sub. ✓
- ✓ BIP-9 missing Warden's signature
- ✓ BIP-8 missing for inmates BIP-2 IOC
- ✓ Inmate's allegations were not addressed regarding being assaulted by multiple staff members and supervisors witnessing the incident. IOC
- ✓ Photos for noted inmate injuries } DVD
- Staff injury photos
- And finally, any surveillance of the actual area where incident occurred

If there is anything you may need, please do not hesitate to reach out!
Thank you for your time and patience,


*Samantha Galvez*
Texas Department of Criminal Justice
Administrative Review & Risk Management (ARRM)
Behavioral Intervention/ Use of Force
Administrative Assistant IV

Phone: [redacted]

RECEIVED NOV 18 2024

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

### *Document Checklist*

Unit *(Name and Alpha Code)*: James A. Lynaugh LH

Report Number: MA-06086-07-24 Incident Number (if applicable): I-14033-07-24

## I. INSTRUCTIONS

***Instructions to Warden:***

- ***Review the entire Behavioral Intervention Report and ensure all required documentation is included, completed correctly, and submitted by the appropriate person(s);***
- ***If any documentation is lacking in any way, take measures to have the responsible person(s) correct it;***
- ***Ensure each original form has the Behavioral Intervention Report Number highlighted using a yellow highlighter that does not obscure the highlighted text when photocopied;***
- ***Check the appropriate box and attach the following documents hereunder in the order listed below; and***
- ***Provide an explanation for all 'NO' responses.***

## II. ATTACHMENTS

| YES | NO | DOCUMENT | IF 'NO' EXPLAIN WHY: |
|---|---|---|---|
| ☑ | ☐ | **BIP-9**, "Employee Behavioral Intervention Fact-Finding Inquiry" | |
| ☐ | ☑ | **PERS 185**, "Employee Reprimand Form" | NO REPRIMAND NEEDED |
| ☐ | ☑ | **BIP-12 OIG Referral**, "Notice of Referral to the Office of the Inspector General" | NO CASE NUMBER FOUND |
| ☑ | ☐ | **BIP-6**, "Supervisor Summary" | |
| ☑ | ☐ | **BIP-1**, "Employee Participant Statement(s)" | |
| ☑ | ☐ | **BIP-2**, "Inmate Participant Statement(s)" | |
| ☑ | ☐ | **BIP-3**, "Witness Statements" *Employee(s)* | |
| ☐ | ☑ | *Inmate(s)* | GROUP REFUSAL |
| ☑ | ☐ | **BIP-4**, "Inmate Group Refusal" | |
| ☑ | ☐ | **BIP-5**, "Employee and Inmate Behavioral Intervention Injury Report" | |
| ☑ | ☐ | *CD or DVD with photographs included* | |
| ☑ | ☐ | **I-210**, "Inmate Offense Report" ***(copy)*** | |
| ☑ | ☐ | **Telex notification** of incident ***(copy)*** | |
| ☑ | ☐ | **DVD** | |

**NOTE: Each BIP-8, "Continuation Page" shall be placed behind the appropriate form.**

***Reviewed by:***

Benjamin Ramirez — Printed Full Name

Major — Rank or Title

[signature] — Signature

07/27/2024 — Date

RECEIVED
NOV 18 2024
REGION IV USE OF FORCE

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

### *Employee Behavioral Intervention Fact-Finding Inquiry*

Unit *(Name and Alpha Code)*: James A lynaugh LH

Report Number: MA-06086-07-24 Incident Number (if applicable): I-4033-07-24

***Instructions to Assistant Warden (or major):***
- *Complete Sections I and II;*
- *If employees or inmates were interviewed, list them in Section II. There is no requirement to call all those, or limit yourself to just those, named in the Report.*
  - *New or additional information must be supported by written statements on an interoffice communication (IOC).*
- *If facts are evident, you may determine there is no necessity to conduct interviews; if so, proceed to Section III; and*
- *Provide a summary of findings and recommendations in Section III for the Reprimanding Authority to review.*

***Instructions to Reprimanding Authority:***
- *Note your evaluation of the employee's conduct and action taken, if any, in Section IV.*

### I. EMPLOYEE PARTICIPANT OR WITNESS

| Printed Last | First | MI | Rank or Title |
|---|---|---|---|
| Enriquez | Manuel | | Correctional Officer IV |

### II. FACT-FINDING INQUIRY

a. Fact-Finding Inquiry began on (date): 7/27/2024 and ended on (date): 7/30/2024

b. If this was a controlled extraction, was the proper authorization obtained? ☐ YES ☐ NO

c. **EMPLOYEE(S)** interviewed *(please print)*:

Last ______ First ______ MI ___ Rank ______
Last ______ First ______ MI ___ Rank ______
Last ______ First ______ MI ___ Rank ______

d. **INMATE(S)** interviewed *(please print)*:

Last ______ First ______ MI ___ TDCJ# ______ Custody ______

### III. SUMMARY AND FINDINGS

a. Summary of inquiry:
Correctional officer IV manuel Eriquez Failed to utilize Deescalation techniques and Officer Enriquez Failed to Maintain a Safe Physical Distance.

b. Findings: Based on Review of the documentation and video footage, it appears the employee's actions were:
☐ Appropriate ☑ Inappropriate ***(Determined to be 'aggravated'?*** ☐ YES ☑ NO),
as evidenced by: ☐ Alleged violation of departmental rules/regulations *(Specify)*: 25h
☐ Other *(Specify)*:

c. Recommendations: ☐ No action taken ☐ Refer to the OIG for investigation ☐ Employee Hearing pursuant to PD-22
☑ Other (Specify): Letter of Instruction

d. Assistant Warden *(or Major)* conducting inquiry: Daniel munoz Assistant Warden [signature] 7.28.24
Printed Full Name/Rank or Title Signature/Date

### IV. FINAL OUTCOME

a. Evaluation: I have found the employee's actions were:
☐ Appropriate ☑ Inappropriate ***(Determined to be 'aggravated'?*** ☐ YES ☑ NO) **-or-**
☐ I am unable to determine based on evidence presented

b. Action: ☐ No action taken ☐ Refer to the OIG for investigation *(BIP-12 OIG Referral attached)*
☑ Other (Specify): Letter Of Instruction
☐ Employee Hearing to be scheduled - *Attach copy of employee's UOF statement ONLY to a PERS 325 and a copy of this BIP-9* and forward to the unit human resources representative to notify the employee of hearing.

***Once hearing is held pursuant to PD-22, attach copy of PERS 185 to original BIP-9.***

c. Reprimanding Authority: Benny Bundy/ Senior Warden [signature] 9.28.24
Printed Full Name/Rank or Title Signature/Date

RECEIVED
NOV 18 2024
REGION IV USE OF FORCE

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**TO:** Warden Benny Bundy

**FROM:** Captain Anthony Alvarez

**REF:** Letter of Instruction

**EMPLOYEE:** Correctional Officer IV Manuel Enriquez

**A review of the documentation and video footage for MA-06086-07-24 was conducted with the following observations. Officer Enriquez failed to utilize de-escalation techniques and failed to maintain a safe physical distance.**

**This letter of instruction is designed to encourage positive behavioral change and to improve employee performance. This letter will serve as an informal action to correct behavior before pursuing more formal guidelines as outlined in PD-22.**

**I acknowledge receipt of a copy of this letter and understand the original will be placed in my shift file.**

[signature]
**Employee(s) Name:**

07-26-24
**Date**

[signature]
**Supervisor's Name:**

7/26/2024
**Date**

RECEIVED
NOV 18 2024
REGION IV USE OF FORCE

# Texas Department of Criminal Justice
Institutions Division
Inter-Office Communication

To: Whom it may concern DATE 11/12/2024

FROM: Major B, Ramirez Subject: MA-06086-07-24

On July 20, 2024, at approximately 04:00am, a use of force MA-06086-07-24 accrued at the James A. Lynaugh Unit. Force was used due to Inmate Wenckens, Justin TDCJ #2477197 assaulting staff in front of J1 Building. Inmate Wenckens was provided an Inmate Participation Statement (BIP pg. 2), in which Inmate Wenckens was able to complete a written statement. While reviewing the BIP PG. 2, the continuation page(s) attached box was marked. Inmate Wenckens did not provide any additional information, or a continuous document. The violation was corrected, and no continuous page was required.

Benjamin L. Ramirez

RECEIVED
NOV 18 2024
REGION IV USE OF FORCE

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

### *Witness Statement*

Unit *(Name and Alpha Code)*: James A Lynaugh LH

Report Number: MA-060860724 Incident Number (if applicable): I4033-07-24

**I. INSTRUCTIONS**

- ***Complete Section II.a, then at Section II.b, in as much detail as possible, describe what you witnessed before, during, and after the use of force occurred, including;***
  - ***- Time or approximate time of use of force;***
  - ***- Name of each inmate involved;***
  - ***- Name and rank or title of each employee involved; and***
  - ***- Description of employee and inmate injuries, if any.***

**II. STATEMENT**

a. Date/time force was used: 07/20/2024 / 0400 Location where use of force occurred: Walkway in front of J1 Builiding

b. Written Statement:

On July 20th, 2024, and at approximately 0400 hours I Lieutenant Flores, Jeremiah was at the Corridor Control. The Incident Command System was initiated in J1 Building by Correctional Officer V Rodriguez, David. Officer Rodriguez stated that there had been a staff assault. I then responded to the ICS and upon arrival to J1 building, correctional officer IV Perez, Luis and correctional officer III Ortega, Raul were instructed to place Inmate Wenckens, Justing TDCJ# 02477197 against the wall. The officers were also attempting to restraint Inmate Wenckens but failed to do so as he was resisting staff. Officer Rodriguez was then instructed to retrieve the video camera. I then instructed both officers to assist Inmate Wenckens to the floor. Once Inmate Wenckens was placed on the ground, Correctional Officer III Gonzalez, Issaac arrived, and I instructed him to assist in the placement of hand restraints on Inmate Wenckens. Officer Gonzalez did then place the restraints from left to right. The video camera is then turned on and I provide a brief report to the camera. I then ordered Inmate Wenckens to comply with the escort to restrictive housing. At that time, I instruct the escorting officers to assist Inmate Wenckens to his feet and to begin escorting to restrictive housing. Upon the arrival to restrictive housing Inmate Wenckens was placed in the shower cell. Upon placement in the shower I instructed Correctional Officer V Morales, David to remove the hand restraint and to conduct a proper strip search. The strip search was then conducted, and Inmate Wenckens was then identified with his TDCJ ID, and he did report injuries due to the use of force. I then read the Inmate participation statement and I stated to him to report any injuries. Inmate Wenckens then stated, " everything hurts, my back and neck hurt, I have lacerations to my face" . I briefed the camera that due to the Lynaugh Unit not having 24/7 medical staff, he will not be seen or evaluated at that exact time. I then terminated the video camera and took 2 still pictures of Inmate Wenckens front and back. I instructed the staff participants to return to their assigned duties until medical staff arrives on scene. I then returned to my normal duties as lieutenant of Corrections.

☐ Continuation page(s) attached

**III. ACKNOWLEDGEMENT**

To the best of my knowledge, the information submitted is complete and accurate.

| Jeremiah Flores | Lieutenant | [redacted] |
|---|---|---|
| Printed Full Name | Rank or Title | Payee ID |
| [signature] | 07/20/2024 | |
| Signature | Date | |

RECEIVED
NOV 18 2024
REGION IV USE OF FORCE

# Texas Department of Criminal Justice
## Institutions Division
## Inter-Office Communication

To: Whom it may concern DATE 11/12/2024

FROM: Major B, Ramirez Subject: MA-06086-07-24

On July 20, 2024, at approximately 04:00am, a use of force MA-06086-07-24 accrued at the James A. Lynaugh Unit. Force was used due to Inmate Wenckens, Justin TDCJ #2477197 assaulting staff in front of J1 Building. Inmate Wenckens was provided an Inmate Participation Statement (BIP pg. 2), in which Inmate Wenckens was able to complete a written statement. While reviewing the BIP PG. 2, and video documentation on the incident. Inmate Wenckens alleges, he was assaulted by several staff members. Video surveillance was reviewed, and interviews were conducted on said allegations.

Several inmates were interviewed and refused to provide a written statement. Staff were interviewed and did provide written statements on the incident. No evidence showed any staff using excessive force on Inmate Wenckens, and no evidence shows staff acted improperly towards Inmate Wenckens or any other inmate. It was founded, Inmate Wenckens assaulted Correctional Officer IV Enriquez, Manuel and Officer Enriquez used the minimal amount of force possible to gain compliance on Inmate Wenckens. No reprimand was required on said incident.

Benjamin L. Ramirez

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

RECEIVED
AUG 06 2024

### *Administrative Review*

Unit *(Name and Alpha Code)*: James A Lynaugh LH OIG#

**Report Number M -** MA-06086-07-24 **EAC Incident Number I -** I-4033-07-24
*(if applicable)*

***LEVELS OF REVIEW*** ***Pursuant to the TDCJ Behavioral Intervention Plan, the above-referenced Behavioral Intervention Report shall be independently reviewed and assessed by some, or all, of the following. Based on their review, noteworthy comments and recommendations are provided.***

### I. UNIT COORDINATOR'S REVIEW

a. Date received: 7/30/24 Reported late: ☐ YES ☑ NO
b. Is video viewable? ☑ YES ☐ NO ☐ NO video
Is CD or DVD with photographs viewable? ☑ YES ☐ NO ☐ NO CD with photos
c. Is report complete? ☑ YES ☐ NO
If "NO", what is missing?

**Compiled by:**
Daniel Munoz/ Assistant Warden
Printed Full Name/Rank or Title

[signature] 7.23.24
Signature/Date Review Completed

### II. UNIT WARDEN'S REVIEW

a. Were fact-finding inquiries initiated? ☑ YES ☐ NO If Yes, how many? 01
b. Are staff actions consistent with TDCJ Policies, Procedures, and the Behavioral Intervention Plan? ☑ YES ☐ NO
If No, ✓ which applies: ☐ Procedural violation and/or ☐ Possible excessive force
If No, list violations: 25h
c. Did correctional staff attempt to de-escalate the situation before using force? ☐ YES ☑ NO
d. Was force justified? ☑ YES ☐ NO
e. Was the AMOUNT of force utilized justified? ☑ YES ☐ NO
f. Have any employees been disciplined? ☑ YES ☐ NO If Yes, how many? 1
PERS185 included with report? ☐ YES ☑ NO If No, has employee hearing been scheduled? ☑ YES ☐ NO
g. Check if report was referred to the OIG at unit level and referral email is included. ☑
h. Additional comments (if any):
Staff Violation will be adressed through progressive corrective action at the unit level

Reviewed by: Benny Bundy/ Senior Warden
Printed Full Name/Title

[signature] 7.20.24
Signature/Date Review Completed

Unit *(Name and Alpha Code)*: Lynaugh LH OIG#

**Report Number M -** 06086-07-24 **EAC Incident Number I -** 14033-07-24
*(if applicable)*

***LEVELS OF REVIEW*** ***Pursuant to the TDCJ Behavioral Intervention Plan, the above-referenced Behavioral Intervention Report shall be independently reviewed and assessed by some, or all, of the following. Based on their review, noteworthy comments and recommendations are provided.***

## III. REGIONAL COORDINATOR'S REVIEW

a. Date received: 8/6/24 Received late from unit? ☑ YES ☐ NO
Is report complete? ☐ YES ☑ NO
If "NO", what is missing?
see notes in section h.

b. Are staff actions consistent with TDCJ Policies and Procedures and the TDCJ Behavioral Intervention Plan? ☐ YES ☑ NO
If No, ✓ which applies: ☐ Procedural violation and/or ☑ Possible excessive force
If No, list violations: Inmate made allegations of being assaulted
If No, were violations identified by unit? ☐ YES ☑ NO Addressed by unit? ☐ YES ☑ NO

c. Did correctional staff attempt to de-escalate the situation before using force? ☑ YES ☐ NO

d. Was force justified? ☑ YES ☐ NO

e. Was the AMOUNT of force utilized justified? ☐ YES ☑ NO

f. Check if report was referred to the OIG at regional level and referral email is included. ☑
Has the OIG deferred back to unit? ☐ YES ☐ NO

g. Provide a brief summary as to why force was used:

On 07/20/2024 at approximately 0400 hours force was utilized on inmate Wenckens, Justin #2477197. While officer Enriquez, Manuel was allowing a group of inmates out for the breakfast meal said inmate approached him in an aggressive manner upset due to the lights being turned on at night. Officer attempted to reason with the inmate however inmate then came up close to him at which time officer pushed inmate back to create space between them. Inmate then allegedly lunged at the officer and officer punched inmate Wenckens. A physical altercation ensued between them and another officer nearby initiated ICS. Additional staff arrived and behavioral intervention procedures continued with no further incident. Both staff and inmate participant were noted with injuries as described in their BIP-5's. Inmate participants received treatment above first aid (glue in lieu of sutures).

h. Additional comments (if any):

The following corrections were requested from the unit:
• BIP-10 Document check list reflects the following errors, submit corrected form
o PERS-185 blank- not marked yes or no o BIP-12 was marked yes however none attached. Was this in error? Or was BIP-12 not attached?
• BIP-9 missing Warden's signature and date in section IV. • PERS-185 for Officer Enriquez, Manuel COIV • BIP-8 missing for inmates BIP-2
• Inmates' allegations were not addressed regarding being assaulted by multiple staff members and supervisors witnessing the incident. (ref BIP Appendix 10-7 section IV.H.2 , if there is any indication that an employee acted inappropriately, the assistant warden or major shall initiate a BIP-9 for each applicable employee and conduct a fact-finding inquiry)
• Photos for noted inmate injuries missing (photos shall be taken in accordance with AD-03.47) if cannot be provided please address appropriately.
• Staff injury photos missing (photos shall be taken in accordance with AD-03.47) if cannot be provided please address appropriately.

**Also, additional surveillance of the actual area where the incident occured was requested.

Reviewed by: Rosa Del Fierro / Sergeant [signature] 8/13/24
Printed Full Name/Title — Signature/Date Review Completed

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

### *Document Checklist*

Unit *(Name and Alpha Code)*: James A. Lynaugh LH

Report Number: M-06086-07-24 Incident Number (if applicable): I-14033-07-24

## I. INSTRUCTIONS

***Instructions to Warden:***

- ***Review the entire Behavioral Intervention Report and ensure all required documentation is included, completed correctly, and submitted by the appropriate person(s);***
- ***If any documentation is lacking in any way, take measures to have the responsible person(s) correct it;***
- ***Ensure each original form has the Behavioral Intervention Report Number highlighted using a yellow highlighter that does not obscure the highlighted text when photocopied;***
- ***Check the appropriate box and attach the following documents hereunder in the order listed below; and***
- ***Provide an explanation for all 'NO' responses.***

## II. ATTACHMENTS

| YES | NO | DOCUMENT | IF 'NO' EXPLAIN WHY: |
|---|---|---|---|
| ☑ | ☐ | **BIP-9**, "Employee Behavioral Intervention Fact-Finding Inquiry" | |
| ☐ | ☐ | **PERS 185**, "Employee Reprimand Form" | |
| ☑ | ☐ | **BIP-12 OIG Referral**, "Notice of Referral to the Office of the Inspector General" | |
| ☑ | ☐ | **BIP-6**, "Supervisor Summary" | |
| ☑ | ☐ | **BIP-1**, "Employee Participant Statement(s)" | |
| ☑ | ☐ | **BIP-2**, "Inmate Participant Statement(s)" | |
| ☑ | ☐ | **BIP-3**, "Witness Statements" *Employee(s)* | |
| ☑ | ☐ | *Inmate(s)* | |
| ☑ | ☐ | **BIP-4**, "Inmate Group Refusal" | |
| ☑ | ☐ | **BIP-5**, "Employee and Inmate Behavioral Intervention Injury Report" | |
| ☑ | ☐ | *CD or DVD with photographs included* | |
| ☑ | ☐ | **I-210**, "Inmate Offense Report" ***(copy)*** | |
| ☑ | ☐ | **Telex notification** of incident ***(copy)*** | |
| ☑ | ☐ | **DVD** | |

**NOTE: Each BIP-8, "Continuation Page" shall be placed behind the appropriate form.**

***Reviewed by:***

Monica I. Brown — Printed Full Name

Major — Rank or Title

[signature] — Signature

07/28/2024 — Date

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

### *Employee Behavioral Intervention Fact-Finding Inquiry*

Unit *(Name and Alpha Code)*: James A Lyanugh Unit LH

Report Number: MA-06086-07-24 Incident Number (if applicable): I-4033-07-24

***Instructions to Assistant Warden (or major):***
- *Complete Sections I and II;*
- *If employees or inmates were interviewed, list them in Section II. There is no requirement to call all those, or limit yourself to just those, named in the Report.*
  - *New or additional information must be supported by written statements on an interoffice communication (IOC).*
- *If facts are evident, you may determine there is no necessity to conduct interviews; if so, proceed to Section III; and*
- *Provide a summary of findings and recommendations in Section III for the Reprimanding Authority to review.*

***Instructions to Reprimanding Authority:***
- *Note your evaluation of the employee's conduct and action taken, if any, in Section IV.*

## I. EMPLOYEE PARTICIPANT OR WITNESS

Enriquez — Manuel — ___ — Correctional Officer IV
Printed Last — First — MI — Rank or Title

## II. FACT-FINDING INQUIRY

a. Fact-Finding Inquiry began on (date): 7/27/2024 and ended on (date): 7/30/2024

b. If this was a controlled extraction, was the proper authorization obtained? ☐ YES ☐ NO

c. **EMPLOYEE(S)** interviewed *(please print)*:

Last ____ First ____ MI ___ Rank ____
Last ____ First ____ MI ___ Rank ____
Last ____ First ____ MI ___ Rank ____

d. **INMATE(S)** interviewed *(please print)*:

Last ____ First ____ MI ___ TDCJ# ____ Custody ____

## III. SUMMARY AND FINDINGS

a. Summary of inquiry:
Correctional Officer IV Manuel Enriquez failed to utilize deescalate techniques and Officer Enriquez failed to maintain a safe physical distance.

b. Findings: Based on Review of the documenttion and video footage, it appears the employee's actions were:
☐ Appropriate ☑ Inappropriate ***(Determined to be 'aggravated'?*** ☐ YES ☑ NO),
as evidenced by: ☐ Alleged violation of departmental rules/regulations *(Specify)*: 25h
☐ Other *(Specify)*: ____

c. Recommendations: ☐ No action taken ☐ Refer to the OIG for investigation ☑ Employee Hearing pursuant to PD-22
☐ Other (Specify): ____

d. Assistant Warden *(or Major)* conducting inquiry: Daniel Munoz Assistant Warden — [signature] 7.28.24
Printed Full Name/Rank or Title — Signature/Date

## IV. FINAL OUTCOME

a. Evaluation: I have found the employee's actions were:
☐ Appropriate ☑ Inappropriate ***(Determined to be 'aggravated'?*** ☐ YES ☑ NO) **-or-**
☐ I am unable to determine based on evidence presented

b. Action: ☐ No action taken ☐ Refer to the OIG for investigation *(BIP-12 OIG Referral attached)*
☐ Other (Specify): ____
☑ Employee Hearing to be scheduled - *Attach copy of employee's UOF statement ONLY to a PERS 325 and a copy of this BIP-9* and forward to the unit human resources representative to notify the employee of hearing.

***Once hearing is held pursuant to PD-22, attach copy of PERS 185 to original BIP-9.***

c. Reprimanding Authority: Benny Bundy/ Senior Warden — ____
Printed Full Name/Rank or Title — Signature/Date

RECEIVED
OCT 14 2024
REGION IV USE OF FORCE

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

### *Notice of Referral to the Office of the Inspector General*

Facility *(Unit and Alpha Code)*: Lynaugh LH

☑ Use of Excessive Force ☐ Use of Deadly Force

Report Number: 06086-07-24 Incident Number *(if applicable)*: 14033-07-24

### I. INSTRUCTIONS

***To be completed by either the:***

- ***Unit Reprimanding Authority; Regional Level Reviewer; or Office of the Administrative Monitor for Behavioral Intervention***
- ***Focus on specific issues that require further investigation;***
- ***Forward a copy of this form, along with a copy of the Behavioral Intervention Report to the appropriate OIG Regional Manager. If there is DVD footage, but it is irrelevant to the issue(s) requiring further investigation, there is no need to duplicate it and include a copy for the OIG referral.***

***(NOTE: Attach the original of this form to the original Behavioral Intervention Report.)***

### II. INVESTIGATION REQUEST

The above-referenced Behavioral Intervention Report is being referred to your office for investigation. Specific issues requiring further investigation are described below:

Upon review of video recording unknown staff is heard shhhing and then repeatedly stating "camera on, camera on". Also, due to the injuies above first aid to the inmate and his allegations of being assaulted by several staff , even after he was already on the ground. Allegations are made on video recording and on his BIP-2 statement.

☐ Continuation page(s) attached

DVD: ☐ Included for review ☑ Not Included

Submitted by the (✓ one):

☐ Unit Reprimanding Authority ☑ Regional-Level Reviewer ☐ Administrative Monitor for Behavioral Intervention

Rosa Del Fierro Sergeant-BIP/UOF Coordinator [signature] 8/12/24

*(Print Full Name and Rank/Title)* *(Signature/Date)*

### III. OIG DECISION

***Instructions:*** ***Please evaluate the request for investigation and note your decision below. Return this form (by mail or fax) to the Office of the Administrative Monitor for Behavioral Intervention.***

☐ Investigative Case Number ______________ assigned; or

☑ Decline to open investigation at this time (Please provide explanation):
INMATE REQUEST CLOSURE.

Reviewed by: Lt. Tracy Gates #339 [signature]

*(Print Full Name and Rank/Title)* *(Signature/Date)*

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

### *Notice of Referral to the Office of the Inspector General*

Facility *(Unit and Alpha Code)*: Lynaugh LH

☑ Use of Excessive Force ☐ Use of Deadly Force

Report Number: 06086-07-24 Incident Number *(if applicable)*: 14033-07-24

### I. INSTRUCTIONS

***To be completed by either the:***

- ***Unit Reprimanding Authority; Regional Level Reviewer; or Office of the Administrative Monitor for Behavioral Intervention***
- ***Focus on specific issues that require further investigation;***
- ***Forward a copy of this form, along with a copy of the Behavioral Intervention Report to the appropriate OIG Regional Manager. If there is DVD footage, but it is irrelevant to the issue(s) requiring further investigation, there is no need to duplicate it and include a copy for the OIG referral.***

***(NOTE: Attach the original of this form to the original Behavioral Intervention Report.)***

### II. INVESTIGATION REQUEST

The above-referenced Behavioral Intervention Report is being referred to your office for investigation. Specific issues requiring further investigation are described below:

Upon review of video recording unknown staff is heard shhhing and then repeatedly stating "camera on, camera on". Also, due to the injuies above first aid to the inmate and his allegations of being assaulted by several staff , even after he was already on the ground. Allegations are made on video recording and on his BIP-2 statement.

☐ Continuation page(s) attached

DVD: ☐ Included for review ☑ Not Included

Submitted by the (✓ one):

☐ Unit Reprimanding Authority ☑ Regional-Level Reviewer ☐ Administrative Monitor for Behavioral Intervention

Rosa Del Fierro Sergeant-BIP/UOF Coordinator — [signature] 8/12/24

*(Print Full Name and Rank/Title)* *(Signature/Date)*

### III. OIG DECISION

***Instructions:*** ***Please evaluate the request for investigation and note your decision below. Return this form (by mail or fax) to the Office of the Administrative Monitor for Behavioral Intervention.***

☐ Investigative Case Number ____________________ assigned; or

☐ Decline to open investigation at this time (Please provide explanation):

Reviewed by:

*(Print Full Name and Rank/Title)* *(Signature/Date)*

## Rosa Delfierro

**From:** Rosa Delfierro
**Sent:** Tuesday, August 13, 2024 10:27 AM
**To:** Tracy Gates
**Subject:** RE: (LH) MA-06086-07-24
**Attachments:** IMG_0001.pdf

Good morning,

After reviewing the entire report, I am going to submit a BIP-12 for your review. I have attached the scan of the report and a link for the video footage. Upon completion if you could please print the first page (BIP-12), complete and scan back to me.

LH MA-06086-07-04
(link above ends in 04, should be 24)

If you have any questions please call my office, Thank you.

Sgt. Rosa Del Fierro

---

**From:** Rosa Delfierro
**Sent:** Monday, August 12, 2024 3:29 PM
**To:** Tracy Gates [redacted]
**Subject:** (LH) MA-06086-07-24

Good afternoon,

Upon review of the above mentioned BIP report it was noted the unit might have possibly submitted a BIP-12 OIG referral. Would you know if anything was forwarded to your office.

Thank you in advance for your time and consideration in this matter, please call my office if you have any questions.

*Respectfully,*
*Sergeant Rosa Del Fierro*
Region IV Director's Office
Behavioral Intervention Coordinator (UOF)
965 Ofstie St.
Beeville Tx, 78102
[redacted]



DEF_0711

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report
### *Supervisor Summary*

Unit *(Name and Alpha Code)*: James A Lynaugh LH

Report Number: MA-06086-07-24 Incident Number (if applicable): 14033-07-24

## I. USE OF FORCE OCCURRED

a. Did an exigent emergency situation exist for a forced move? ☐ YES ☑ NO

b. Who provided authorization? Flores, Jeremiah — *Supervisor (Printed Full Name)*; Lieutenant — *Rank/Title*

c. Location where use of force occurred: Walkway in front of J1 Building

## II. PARTICIPANTS

a. Did correctional staff attempt to de-escalate the situation before using force? ☑ YES ☐ NO

b. Did staff have a body worn camera actively filming during the use of force? ☐ YES ☑ NO

c. Does report information indicate excessive or unnecessary force was used against an inmate who is:
Under 18 yrs of age? ☐ YES ☑ NO
Age 65 or older? ☐ YES ☑ NO
Disabled? ☐ YES ☑ NO

**If 'YES' to any of the above, provide required contact information below:**

Law Enforcement Agency: ______ *Printed name of person contacted* ______ *Agency name* ______ *Contact made by* ______ *Date*

Dept. Family & Prot. Svcs.: *(800) 252-5400* ______ *Printed name of person contacted* ______ *DFPS Call I. D. #* ______ *Contact made by* ______ *Date*

d. Were all employee and inmate participants immediately screened by medical staff? ☐ YES ■ NO
If 'NO,' why not? Lynaugh unit does not have medical personnal 24 hours a day

e. If licensed medical staff was not on site, who contacted the "on-call" medical staff?
______ *Printed Full Name* ______ *Rank or Title*
Medical Staff Member Contacted: ______ *Printed Full Name* ______ *Title* ______ *Date/Time Contacted*

## III. CHEMICAL AGENTS

a. Who authorized usage? Printed Full Name: ______ Rank or Title: ______

b. **Delivery System and Type of Agent *(✓ all that apply)***

| | **Amount Issued** | | **Amount Used** | |
|---|---|---|---|---|
| ☐ OC Aerosol *[Carry on Person]* | | ounces | | ounces |
| ☐ OC Aerosol | | ounces | | ounces |
| ☐ CS Aerosol | | ounces | | ounces |
| ☐ OC/CS Blend Aerosol | | ounces | | ounces |
| ☐ OC Launcher | | rounds | | rounds |
| ☐ CS Launcher | | rounds | | rounds |
| ☐ CS Grenade | | how many | | how many |
| ☐ Electronic Control Device | *Shocks/Bursts* | | | how many |

c. Was medical staff contacted prior to usage? ☐ YES ☐ NO
If 'YES,' who? *Printed Full Name*: ______ *Title:* ______
If medical staff was not on-site, did the inmate participant's name(s) appear on the Behavioral Intervention Contraindications List? ☐ YES ☐ NO
If 'YES,' who contacted the "on-call" medical staff?
*Printed Full Name:* ______ *Rank:* ______
Medical Staff Member Contacted:
*Printed Full Name:* ______ *Title:* ______ *Date:* ______ *Time:* ______

d. Was medical staff present during usage? ☐ YES ☐ NO
If 'YES,' who? *Printed Full Name:* ______ *Title:* ______

e. Who administered the chemical agent(s)?
*Printed Full Name:* ______ *Rank:* ______ Trained Applicator? ☐ YES ☐ NO
*Printed Full Name:* ______ *Rank:* ______ Trained Applicator? ☐ YES ☐ NO

f. Decontamination: Explain how inmate was decontaminated: ______
Explain how area was decontaminated: ______

Unit *(Name and Alpha Code)*: James A Lynaugh LH
Report Number: MA-06086-07-24 Incident Number (if applicable): I4033-07-24

## IV. SUMMARY

***Instructions:*** ***After reading all statements and reviewing videotape footage, explain what happened before, during, and after the use of force; describe efforts made to defuse situation; if there are no inmate witnesses, explain why.***

Staff Participants: Correctional Officer IV Enriquez, Manuel, Correctional Officer IV Perez, Luis, Correctional Officer III Ortega, Raul
Inmate Participants: Wenckens, Justin # 02477197
Witnesses: Lieutenant Flores, Jeremiah, Correctional Officer V Rodriguez, David. Correctional Officer IV Trejo, Jose, Correctional Officer III Gonzalez, Issaac.
MA-06086-07-24
I-I4033-07-24

On July 20, 2024, at approximately 0400 hours, as Manuel Enriquez Correctional Officer IV was opening the J1 Building front door and allowing a group of G4 Custody inmates to exit the building for the breakfast feeding, he was approached by Inmate Wenckens, Justin #2477107. Inmate Wenckens approached Officer Enriquez in an aggressive manner by yelling at Officer Enriquez and questioning why the cell lights were turned on while he was asleep. Officer Enriquez ordered Inmate Wenckens to back away and to walk to the Inmate Dining Hall. Inmate Wenckens refused to obey the orders and remained standing outside of the J1 Building while yelling at Officer Enriquez. Officer Enriquez continued to give verbal orders to Inmate Wenckens to leave the area and go to Inmate Dining Hall. Inmate Wenckens began to approach Officer Enriquez, who was also standing outside of the J1 Building, while clenching his fists and yelling. Due to the distance between Officer Enriquez and Inmate Wenckens, Officer Enriquez used both his arms to push on Inmate Wenckens chest to create distance between them. Inmate Wenckens spontaneously threw his cup of coffee in Officer Enriquez' s facial area and began to strike Officer Enriquez with closed fists, multiple times to his facial area. As a reactionary defense, Officer Enriquez struck Inmate Wenckens in the facial area with his left and right closed fists as he backed away from Inmate Wenckens attempting to distance himself from Inmate Wenckens. Inmate Wenckens continued to lunge and strike Officer Enriquez with closed fists. Officer Enriquez again responded in a defensive manner, to the assault by striking Inmate Wenckens with closed fists to his facial area. David Rodriguez Correctional Officer V, who was monitoring the inmate traffic outside of J1 Building, witnessed the staff assault and immediately initiated the Incident Command System. Upon Lieutenant Jeremiah Flores, Luis Perez Correctional Officer IV and Raul Ortega Correctional Officer IV arriving to the incident, Inmate Wenckens stopped the assault on Officer Enriquez. Lieutenant Flores instructed Officer Perez and Officer Ortega to place Inmate Wenckens in hand restraints. Officer Rodriguez was instructed to go to Line Building and obtain the video camera. Officer Ortega grabbed Inmate Wenckens' right arm while Officer Perez grabbed Inmate Wenckens' left arm. Officer Ortega and Officer Perez used a backwards pulling motion to secure Inmate Wenckens arms behind his back. Inmate Wenckens resisted staff and began to pull his arms away from staff. Lieutenant Flores ordered Inmate Wenckens to comply with the application of hand restraints, but Inmate Wenckens continued to refuse to obey the orders by resisting staff. Officer Ortega and Officer Perez used a forward pushing motion on Inmate Wenckens back to secure him on the wall outside of the J1 Building. Inmate Wenckens continued to resist staff by pushing of the wall with his arms. Officer Ortega and Officer Perez used a downward pulling motion to place Inmate Wenckens in the prone position. Again, Officer Ortega grabbed Inmate Wenckens' right arm while Officer Perez grabbed Inmate Wenckens' left arm. Officer Ortega and Officer Perez used a backwards pulling motion to secure Inmate Wenckens arms behind his back. Upon successfully placing Inmate Wenckens arms behind his back, Isaac Gonzalez Correctional Officer III placed Inmate Wenckens in hand restraints. Lieutenant Flores instructed Officer Perez and Officer Ortega to place Inmate Wenckens on his side and secure him on the ground until the video camera arrived. Upon Officer Rodriguez arriving back to the incident, he immediately began recording the incident. Lieutenant Flores gave a preamble to the video camera. Lieutenant Flores did state on camera that Officer Ortega and Officer Perez did not use force but in fact they did. Inmate Wenckens began to comply, and Lieutenant Flores instructed the escort to go to Restrictive Housing. Lieutenant Flores advised the video camera that due to the layout of the facility Inmate Wenckens may not be always in full view. Upon entering Restrictive Housing, Inmate Wenckens was placed and secured in the Restrictive Housing Shower cell. Morales, David Correctional Officer V removed the hand restraints from left to right and began conducting a strip search on Inmate Wenckens. Inmate complied with the strip search and Officer Morales returned his clothing items. Additionally, Inmate Wenckens TDCJ number was retrieved from his person and read to the video camera. Lieutenant Flores read and provided Inmate Wenckens with an Inmate Participation statement by placing into the cell. Inmate Wenckens then reported he had injuries to his facial area and back area of his body. Lieutenant Flores then stated that upon medical staff arriving on the unit, Inmate Wenckens will be escorted to the Infirmary. Arredondo, April License Vocational Nurse arrived at the unit and did evaluate the participants. Officer Enriquez received an abrasion to the bridge of the nose and shoulder pain and was referred to the Pecos County Memorial Hospital to be followed up on. Officer Perez and Officer Ortega were cleared with no injuries. Inmate Wenckens was referred to the Pecos County Memorial Hospital for a higher level of care via EMS. All officers were instructed to return to their assigned post and resume their normal duties. Upon the arrival back to the unit, it was noted that he received treatment for a laceration on the top of his left eyebrow which was glue in lure of sutures.

☐ Continuation page(s) attached

## V. ACKNOWLEDGEMENT

To the best of my knowledge, the information submitted is complete and accurate.

Flores, Jeremiah LT [signature] 7/20/24
*Supervisor (Printed Full Name/Rank or Title)* *Signature/Date*

BIP-6 (2024)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

### *Employee Participant Statement*

Unit *(Name and Alpha Code)*: Lynaugh LH

Report Number: MA-06086-07-24 Incident Number (*if applicable*): 14033-07-24

- ***Complete Section II.a, through II.e, checking and completing all that apply in each section;***
- ***At Section II.f, in as much detail as possible, describe what happened before, during, and after the use of force occurred, including:***
  - ***Time or approximate time of use of force;***
  - ***Name of each inmate involved;***
  - ***Name and rank or title of each employee involved; and***
  - ***Description of employee and inmate injuries, if any.***

a. Printed Full Name: Manuel Enriquez Date/time force was used: 7-20-24 0410

b. Location where use of force occurred: J1 building

c. **PRIOR TO** implementing force, did you do any of the following:

| YES | NO | | If 'NO,' explain why: |
|---|---|---|---|
| ☑ | ☐ | ***Attempt to de-escalate the situation?** | |
| ☑ | ☐ | *** Listen to the inmate?** | |
| ☑ | ☐ | *** Attempt to calm or reason with the inmate?** | |
| ☑ | ☐ | *** Explain the consequences?** | |
| ☐ | ☑ | Notify the supervisor? | Time did not allow. Done by other Staff |
| ☐ | ☑ | Request a video camera and operator? | Time did not allow, Done by other Staff |
| ☐ | ☑ | Secure the area? | Time did not allow, Done by other Staff |
| ☐ | ☑ | Request additional staff to make a visible show of force? | Time did not allow, Done by other Staff |
| ☐ | ☑ | Use restraining devices? | Time did not allow, Done by other Staff |

* **If answer is 'YES' to any of these, describe in detail, at Section f, how this was accomplished.**

d. In describing inmate behavior, specify which inmate(s) and whether it occurred **before** or **during** the use of force.

| Before | During | | Inmate Full Name(s) / TDCJ Number(s): |
|---|---|---|---|
| ☐ | ☐ | Assaulted another inmate with weapon | |
| ☐ | ☐ | Assaulted another inmate without weapon, such as by kicking, shoving, pushing, slapping, hitting, or grabbing | |
| ☐ | ☐ | Assaulted staff or another person, not an inmate, with weapon | |
| ☐ | ☑ | Assaulted staff or another person, not an inmate, without weapon | Wenckens, Justin-02477197 |
| ☐ | ☐ | Attempted escape | |
| ☐ | ☐ | Attempted suicide or self-mutilation | |
| ☐ | ☐ | Attempted to assault staff or another person, not an inmate, with weapon | |
| ☐ | ☐ | Attempted to assault staff or another person, not an inmate, without weapon | |
| ☐ | ☐ | Created a disturbance or riot | |
| ☐ | ☐ | Damaged or destroyed state property | |
| ☐ | ☐ | Displayed abnormal behavior | |
| ☐ | ☐ | Obstructed tray slot or cell door | |
| ☐ | ☐ | Pulled away from staff | |
| ☐ | ☐ | Refused to accept a housing assignment | |
| ☐ | ☐ | Refused medically ordered treatment | |
| ☐ | ☐ | Refused photo I.D. or fingerprinting, during intake or update | |
| ☐ | ☐ | Refused strip search or restraint procedures | |
| ☐ | ☐ | Refused to leave or enter a housing area | |
| ☐ | ☐ | Refused to submit to forensic or DNA collection | |
| ☐ | ☐ | Swore at or verbally threatened staff | |

Unit (Name and Alpha Code): Lynaugh

Report Number: MA-06086-07-24 Incident Number (if applicable): 14033-07-24

e. Describe your actions. *If more than one inmate noted in Section II.d, identify against which inmate your action was taken:*

- [x] Shoved or pushed inmate: Pushed ~~him~~ inmate Wenckens, Justin - 02477197 when he lunged
- [ ] Used restraining holds on:
- [ ] Used restraining device(s) on:
  - If so, what type & why? Type: Reason:
  - Date/time used: Date: Time: Date/time of relief: Date: Time:
- [x] Struck inmate with fist or open hand: Hit inmate Wenckens, Justin - 02477197 with my right Fist
  - If so, how many times? 4 What part of the body was struck? Left Side of Face
- [ ] Kicked inmate:
  - If so, how many times? What part of the body was struck?
- [ ] Used riot baton on:
  - If so, how many times was the inmate struck? What part of the body was struck?
- [ ] Used chemical agents on:
  - If so, what type? How much?
- [ ] Used deadly force against:
  - If so, describe firearm and ammunition used; give manufacturer's serial number; how many rounds fired?
- [ ] Used ECD Specify type: If so, what part of the body was struck?
- [ ] Had a body worn camera actively filming during the use of force.
- [ ] Other (*Explain*):

f. Written Statement:

On 7·20·24 at 0400 hours and infront of J1 building i correctional officer Enriquez, Manuel CO IV was involved in a Physical altercation with inmate Wenckens, Justing - 02477197. While Sending Shots For breakfast Said inmate approached me aggresively Stating that he was going to Fuck my mom and wife do to the Fact that we were turning the cell lights during rutine count Procedure. He Stated that i was a hoe because he was not able to Sleep. I then explained that i was doing my Job and in order to do a Proper count the lights needed to be on only for count Purposes. Secondly i told inmate Wenckens that i Show him nothing but respect that there was no need For him to make those remarks towards my Family. He then became beligerent clinching his Fist stating, "What are you going to Fucking do about it." At that Point i told inmate Wenckens to calm down and go eat breakFast but Said inmate refused. He then lunged at me as if he was going to hit me but i reacted attempting to gain a larger gap between me and inmate wenckens by Pushing him with both hands. Said inmate had a hot cup of coffee and managed to throw it at my Face and Knocked my glasses to the ground. Said inmate charged at me again and left me with no other option but to defend myself. I Struck inmate wenckens with my right Fist on hist left Side of Face and i was hit in my Forehead with his left hand. correctional officer Rodriguez David CO V initiated the incident command System and correctional officer

- [x] Continuation page(s) attached

To the best of my knowledge, the information submitted in this participant statement is complete and accurate.

Manuel Enrique

Printed Full Name

CO IV [redacted]

Rank or Title and Payee ID

[signature]

Signature

7·20·24

Date

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

*Continuation Page*

Unit *(Name and Alpha Code)*: Lynaugh

Report Number: MA-0686-07-24 Incident Number (if applicable): 14033-07-24

**I. INFORMATION PROVIDED BY**

Manuel Enriquez — CO IV

Printed Full Employee or Inmate Name — Rank or Title or TDCJ No.

**II. ADDITIONAL INFORMATION**

This is a continuation of information which I began to provide on the *(Enter form number)* BIP- \

Perez, luis CO IV, correctional officer ortega, Raul CO III and correctional officer Gonzalez, Issac CO III were the first officers on scene. officer Perez Luis CO IV and officer Ortega, Raul CO III attempted to gain compliance by placing said inmate against the wall but he was still being combative. Both officers were ordered by Lt Jeremiah Florez to assist said inmate to the ground and thats when correctional officer Gonzalez, Issac CO III placed hand restraints from right to left. Lt Jeremiah Flores then ordered officer Peres and officer ortega to assist inmate wenches to his feet and escort him to restrictive housing shower. At that time Lt Flores told me to go to medical to be evaluated by staff and i was not cleared do to injuries in my right shoulder and right arm.

☐ Continuation page(s) attached

**III. ACKNOWLEDGMENT**

To the best of my knowledge, the information submitted is complete and accurate.

[signature] — 7-20-24

Signature — Date

**IV. TRANSLATED BY *(If applicable)***

To the best of my knowledge, the foregoing information is an accurate account of information provided by:

Inmate: ______ Printed Full Name ______ TDCJ No.

Employee Translator: ______ Printed Full Name ______ Rank or Title

______ Signature ______ Date

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

### *Employee Participant Statement*

Unit *(Name and Alpha Code)*: Lynaugh LH

Report Number: MA-060860724 Incident Number (if applicable): 14033-07-24

## I. INSTRUCTIONS

- ***Complete Section II.a, through II.e, checking and completing all that apply in each section;***
- ***At Section II.f, in as much detail as possible, describe what happened <u>before</u>, <u>during</u>, and <u>after</u> the use of force occurred, including:***
  - ***- Time or approximate time of use of force;***
  - ***- Name of each inmate involved;***
  - ***- Name and rank or title of each employee involved; and***
  - ***- Description of employee and inmate injuries, if any.***

## II. STATEMENT

a. Printed Full Name: Perez, Luis Date/time force was used: 7.20.2024 0400

b. Location where use of force occurred: J1 Building outside front door

c. **PRIOR TO** implementing force, did you do any of the following:

| YES | NO | | If 'NO,' explain why: |
|---|---|---|---|
| ☐ | ☑ | *** Attempt to de-escalate the situation?** | no done by other staff |
| ☐ | ☑ | *** Listen to the inmate?** | no done by other staff |
| ☐ | ☑ | *** Attempt to calm or reason with the inmate?** | no done by other staff |
| ☐ | ☑ | *** Explain the consequences?** | no done by other staff |
| ☐ | ☑ | Notify the supervisor? | no officer Rodriguez, David COV did |
| ☐ | ☑ | Request a video camera and operator? | no Lieutenant Flores, Jeremiah did |
| ☐ | ☑ | Secure the area? | Time did not allow at the time |
| ☐ | ☑ | Request additional staff to make a visible show of force? | no officer Rodriguez, David COV did |
| ☐ | ☑ | Use restraining devices? | no officer Gonzales, Issac COIII did |

*** If answer is 'YES' to any of these, describe in detail, at Section f, how this was accomplished.**

d. In describing inmate behavior, specify which inmate(s) and whether it occurred **<u>before</u>** or **<u>during</u>** the use of force.

| Before | During | | Inmate Full Name(s)/TDCJ Number(s): |
|---|---|---|---|
| ☐ | ☐ | Assaulted another inmate with weapon | |
| ☐ | ☐ | Assaulted another inmate without weapon, such as by kicking, shoving, pushing, slapping, hitting, or grabbing | |
| ☐ | ☐ | Assaulted staff or another person, not an inmate, with weapon | |
| ☐ | ☑ | Assaulted staff or another person, not an inmate, without weapon | Wenckens, Justin #02477197 |
| ☐ | ☐ | Attempted escape | |
| ☐ | ☐ | Attempted suicide or self-mutilation | |
| ☐ | ☐ | Attempted to assault staff or another person, not an inmate, with weapon | |
| ☐ | ☐ | Attempted to assault staff or another person, not an inmate, without weapon | |
| ☐ | ☑ | Created a disturbance or riot | Wenckens, Justin #02477197 |
| ☐ | ☐ | Damaged or destroyed state property | |
| ☐ | ☑ | Displayed abnormal behavior | Wenckens, Justin #02477197 |
| ☐ | ☐ | Obstructed tray slot or cell door | |
| ☐ | ☑ | Pulled away from staff | Wenckens, Justin #02477197 |
| ☐ | ☐ | Refused to accept a housing assignment | |
| ☐ | ☐ | Refused medically ordered treatment | |
| ☐ | ☐ | Refused photo I.D. or fingerprinting, during intake or update | |
| ☐ | ☐ | Refused strip search or restraint procedures | |
| ☐ | ☐ | Refused to leave or enter a housing area | |
| ☐ | ☐ | Refused to submit to forensic or DNA collection | |
| ☐ | ☑ | Swore at or verbally threatened staff | Wenckens, Justin #02477197 |

Unit *(Name and Alpha Code)*: Cynrogh CH

Report Number: MA-060860724 Incident Number (if applicable): 14033-07-24

e. Describe your actions. *If more than one inmate noted in Section II.d, identify against which inmate your action was taken:*

- ☑ Shoved or pushed inmate: Placed Inmate Wenckens against the Wall
- ☐ Used restraining holds on:
- ☐ Used restraining device(s) on:
  - *If so, what type & why? Type:* ______ *Reason:* ______
  - *Date/time used: Date:* ____ *Time:* ____ *Date/time of relief: Date:* ____ *Time:* ____
- ☐ Struck inmate with fist or open hand:
  - *If so, how many times?* ____ *What part of the body was struck?*
- ☐ Kicked inmate:
  - *If so, how many times?* ____ *What part of the body was struck?*
- ☐ Used riot baton on:
  - *If so, how many times was the inmate struck?* ____ *What part of the body was struck?*
- ☐ Used chemical agents on:
  - *If so, what type?* *How much?*
- ☐ Used deadly force against:
  - *If so, describe firearm and ammunition used; give manufacturer's serial number; how many rounds fired?*
- ☐ Used ECD on:
  - If so, what part of the body was struck?
- ☐ Had a body worn camera actively filming during the use of force.
- ☐ Other (Explain):

f. Written Statement:

On 7/20/2024 at approximately 0400 I correctional officer Perez, Luis COIV responded to an Incident Command system, Iniciated by Correctional officer Rodriguez, David COV. I officer Perez responded to the Incident Command System wich was located In J1 building outside the front door. Upon arriving to the scene Lieutenant Jeremiah, Flores ordered I officer Perez to place Inmate Wenckens, Justin #02477197 in hand restraints. I officer Perez reached Inmate's Wenckens left arm to gain Compliance. Inmate Wenckens resisted and pulled away from me. I Reached Inmate Wenckens left arm and I officer Perez was able to pull his left arm behind his back to gain Compliance. Correctional officer Ortega, Raul COIII attempted to grab his right arm and failed as Inmate Wenckens kept mouving around and resisting to be placed in hand restraints. I officer perez and officer Ortega was able place Inmate Wenckens on the wall outside J1 building. Lieutenant Flores ordered I officer Perez and Officer Ortega to place Inmate Wenckens on the ground to gain Compliance as Inmate Wenckens was still resisting to be placed in hand restraints. I officer Perez had Inmate Wenckens left arm and officer Ortega had Inmates right arm as he was placed on the ground. I officer perez and officer Orteya were able to place Inmate Wenckens arm's behind his back. Correctional officer Isaac Gonzales COIII placed Inmate Wenckens in han restraints as I officer perez secured his left arm and officer Ortega his right arm. Lieutenat Flores orderd I officer perez and officer Ortega to place Inmate Wenckens on his side to secure him meanwhile the video Camara arrived.

☑ Continuation page(s) attached

## III. ACKNOWLEDGEMENT

To the best of my knowledge, the information submitted in this participant statement is complete and accurate.

Perez, Luis — Printed Full Name | Correctional Officer IV — Rank or Title | [redacted] Payee ID

[signature] — Signature | 7/20/2024 — Date

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**Behavioral Intervention Report**

***Continuation Page***

Unit *(Name and Alpha Code)*: Lynough LH

Report Number: MA-060860724 Incident Number (if applicable): 14033-07-24

**I. INFORMATION PROVIDED BY**

Perez, Luis — Printed Full Employee or Inmate Name

Correctional Officer IV — Rank or Title or TDCJ No.

**II. ADDITIONAL INFORMATION**

This is a continuation of information which I began to provide on the *(Enter form number)* BIP-1

Once officer Rodriguez COV arrived with the video Camera Lieutenant Flores Instructed us to place Inmate Weunckens on his feet and start the escort to restrictive housing. Inmate Weunckens was placed in the restrictive housing shower and secured. I officer Perez removed myself from restrictive housing and returned to my assigned post meanwhile medical staff arrived. I officer Perez then reported to medical staff where no injuries where reported.

☐ Continuation page(s) attached

**III. ACKNOWLEDGMENT**

To the best of my knowledge, the information submitted is complete and accurate.

[signature] — Signature

7.20.2024 — Date

**IV. TRANSLATED BY *(If applicable)***

To the best of my knowledge, the foregoing information is an accurate account of information provided by:

Inmate: ______ Printed Full Name ______ TDCJ No.

Employee Translator: ______ Printed Full Name ______ Rank or Title

______ Signature ______ Date

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

### *Employee Participant Statement*

Unit *(Name and Alpha Code)*: Lynaugh LH

Report Number: MA-060860724 Incident Number (if applicable): 14033-07-24

**I. INSTRUCTIONS**

- ***Complete Section II.a, through II.e, checking and completing all that apply in each section;***
- ***At Section II.f, in as much detail as possible, describe what happened before, during, and after the use of force occurred, including:***
  - ***- Time or approximate time of use of force;***
  - ***- Name of each inmate involved;***
  - ***- Name and rank or title of each employee involved; and***
  - ***- Description of employee and inmate injuries, if any.***

**II. STATEMENT**

a. Printed Full Name: Ortega, Raul Date/time force was used: 7/20/2024 0400

b. Location where use of force occurred: J1 building outside front door

c. **PRIOR TO** implementing force, did you do any of the following:

| YES | NO | | If 'NO,' explain why: |
|---|---|---|---|
| ☐ | ☑ | *** Attempt to de-escalate the situation?** | NO, done by other staff |
| ☐ | ☑ | *** Listen to the inmate?** | NO, done by other staff |
| ☐ | ☑ | *** Attempt to calm or reason with the inmate?** | NO done by other staff |
| ☐ | ☑ | *** Explain the consequences?** | NO done by other staff |
| ☐ | ☑ | Notify the supervisor? | No, officer Rodriguez David COV did |
| ☐ | ☑ | Request a video camera and operator? | NO, Lt Flores Jeremiah did |
| ☐ | ☑ | Secure the area? | Time did not allowed |
| ☐ | ☑ | Request additional staff to make a visible show of force? | NO, Officer Rodriguez David COV did |
| ☐ | ☑ | Use restraining devices? | NO, Officer Gonzalez Isaac COIII did |

*** If answer is 'YES' to any of these, describe in detail, at Section f, how this was accomplished.**

d. In describing inmate behavior, specify which inmate(s) and whether it occurred **before** or **during** the use of force.

| Before | During | | Inmate Full Name(s)/TDCJ Number(s): |
|---|---|---|---|
| ☐ | ☐ | Assaulted another inmate with weapon | |
| ☐ | ☐ | Assaulted another inmate without weapon, such as by kicking, shoving, pushing, slapping, hitting, or grabbing | |
| ☐ | ☐ | Assaulted staff or another person, not an inmate, with weapon | |
| ☐ | ☑ | Assaulted staff or another person, not an inmate, without weapon | wenckens Justin #02477197 |
| ☐ | ☐ | Attempted escape | |
| ☐ | ☐ | Attempted suicide or self-mutilation | |
| ☐ | ☐ | Attempted to assault staff or another person, not an inmate, with weapon | |
| ☐ | ☐ | Attempted to assault staff or another person, not an inmate, without weapon | |
| ☐ | ☑ | Created a disturbance or riot | wenckens Justin #02477197 |
| ☐ | ☐ | Damaged or destroyed state property | |
| ☐ | ☑ | Displayed abnormal behavior | wenckens Justin #02477197 |
| ☐ | ☐ | Obstructed tray slot or cell door | |
| ☐ | ☑ | Pulled away from staff | wenckens Justin #02477197 |
| ☐ | ☐ | Refused to accept a housing assignment | |
| ☐ | ☐ | Refused medically ordered treatment | |
| ☐ | ☐ | Refused photo I.D. or fingerprinting, during intake or update | |
| ☐ | ☐ | Refused strip search or restraint procedures | |
| ☐ | ☐ | Refused to leave or enter a housing area | |
| ☐ | ☐ | Refused to submit to forensic or DNA collection | |
| ☐ | ☑ | Swore at or verbally threatened staff | wenckens Justin #02477197 |

Unit (Name and Alpha Code): Lynaugh LH

Report Number: MA-060860724 Incident Number (if applicable): 14033-07-24

e. Describe your actions. *If more than one inmate noted in Section II.d, identify against which inmate your action was taken:*

- [x] Shoved or pushed inmate: Placed inmate on wall to get compliance
- [ ] Used restraining holds on:
- [ ] Used restraining device(s) on:
  *If so, what type & why? Type:* ______ *Reason:* ______
  *Date/time used: Date:* ____ *Time:* ____ *Date/time of relief: Date:* ____ *Time:* ____
- [ ] Struck inmate with fist or open hand:
  *If so, how many times?* ____ *What part of the body was struck?* ______
- [ ] Kicked inmate:
  *If so, how many times?* ____ *What part of the body was struck?* ______
- [ ] Used riot baton on:
  *If so, how many times was the inmate struck?* ____ *What part of the body was struck?* ______
- [ ] Used chemical agents on:
  *If so, what type? How much?* ______
- [ ] Used deadly force against:
  *If so, describe firearm and ammunition used; give manufacturer's serial number; how many rounds fired?* ______
- [ ] Used ECD on:
  If so, what part of the body was struck? ______
- [ ] Had a body worn camera actively filming during the use of force.
- [ ] Other (Explain):

f. Written Statement:

On July 20, 2024 at approximately 0400 hours. I, Raul Ortega Correctional officer III was at my post inside the inmate dining room when David Rodriguez Correctional Officer V initiated the incident Command System due to staff assault. Upon arriving to the incident, Lieutenant Jeremiah Flores instructed me and Luis Perez Correctional Officer IV to place inmate wenckens, dustin #2477107 in hand restrains. I immidiately grabbed inmate wenckens Right Arm. As I tried to put Inmates hand behind his back, he started resisting and not complying by Pulling his arm away from me and moving in a aggretion maner. Due to inmates agressive behavior I was unable to place hand restrains. Lt. Flores instructed officer Luis Perez COIV and myself to place inmate Wenckens on the ground. Upon securing inmate on the ground officer Perez and I were able to place Inmate wenkens hands behind his back. Isaac Gonzalez Correctional officer III then arrived to the incident were he was able to put hand restrains on inmate. Lt. Flores instructed me and officer Perez to place inmate wenckens on his side and secure him on the ground. Upon officer Rodriguez arriving with the camara, Lt. Flores instructed us to place inmate on his feet and start the escort to restrictive housing. Inmate was then secured in the shower. Lt. Flores later advise me to get cleared from medical, I did not obtain any Injuries.

- [ ] Continuation page(s) attached

## III. ACKNOWLEDGEMENT

To the best of my knowledge, the information submitted in this participant statement is complete and accurate.

| | | |
|---|---|---|
| Ortega Raul | Correctional Officer III | [redacted] |
| Printed Full Name | Rank or Title | Payee ID |
| [signature] | 7/20/2024 | |
| Signature | Date | |

Enriquez

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

### *Inmate Participant Statement*

Unit *(Name and Alpha Code)*: Lynaugh LH

Report Number: MA-0686-07-24    Incident Number (*if applicable*): 14033-07-24

You were subjected to a use of force by staff. Staff will write statements about what happened. You may also write a statement so that your side of the story is part of the official Behavioral Intervention Report. If you do not write it down, the officials reviewing this use of force will not know your version of the use of force. This form is for your statement.

***Instructions:***

- *Answer the questions below, then write a detailed statement in Section h, telling what happened **before**, **during**, and **after** the use of force occurred.*
- *When you write your statement, be sure to include the name and title or rank of each staff member involved in the use of force against you.*

a. Your full name *(print)*: Justin Wenckens    TDCJ#: 2477197

b. What date was the force used on you? July 20th 2024

c. Did staff talk to you and attempt to de-escalate the situation, prior to utilizing force? No / Not even chems

d. What happened **before** the use of force that may have caused the officers to use force? *(For example: Did you refuse to obey an order? Did you threaten someone? Were you fighting?)* An officer told officer (the officer that assaulted me) that someone was "fucking his old lady"

e. Where were you when the force was used on you? / The walkway leading out to chow (J1)

f. What kind of force did staff use on you? *(For example, an employee used chemical agents on you or held, slapped, or hit you)*
officer used keys as a form of Brass Nuckles, then once in cuffs feet / hands

g. If you think staff should not have used force on you, or they used too much force, explain why: officer left his post to escalate problems, he then bypassed chem agents ran after me and punched me with keys

h. Did the force used on you leave marks on you or cause you injury? *(Answer YES or NO)* Yes

If 'YES,' what are the marks or injuries? *(For example: bruises, scrapes, broken bones)*
laceration on forehead, Left knee, Left elbow, concussion, Hospital return

i. Written Statement: I still do not know the officers name. I will say officer 1 in place of the officer that did the main assault in this case. Officer 1 was in the J1 picket when we were let out of B wing for chow at 4am. I came out of my cell and asked why the cell lights were on all night. The floor officer (I dont know his name). All this can clearly be seen on the cameras in front of the picket

☒ *Continuation page(s) attached*

To the best of my knowledge, the information submitted in this inmate participant statement is complete and accurate.

[signature]    July 21st 2024

Signature    Date

Reason inmate refused or is unable to complete the form: ______

Witnessed by: ______
Printed Name    Title    Printed Name    Title

Signature    Date    Signature    Date

BIP-2 (2024)

**DEF_0722**

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

### *Witness Statement*

Unit *(Name and Alpha Code)*: James A Lynaugh LH

Report Number: MA-060860724 Incident Number (if applicable): I4033-07-24

## I. INSTRUCTIONS

- ***Complete Section II.a, then at Section II.b, in as much detail as possible, describe what you witnessed __before__, __during__, and __after__ the use of force occurred, including;***
  - ***Time or approximate time of use of force;***
  - ***Name of each inmate involved;***
  - ***Name and rank or title of each employee involved; and***
  - ***Description of employee and inmate injuries, if any.***

## II. STATEMENT

a. Date/time force was used: 07/20/2024 / 0400 Location where use of force occurred: Walkway in front of J1 Builiding

b. Written Statement:

On July 20th, 2024, and at approximately 0400 hours I Lieutenant Flores, Jeremiah was at the Corridor Control. The Incident Command System was initiated in J1 Building by Correctional Officer V Rodriguez, David. Officer Rodriguez stated that there had been a staff assault. I then responded to the ICS and upon arrival to J1 building, correctional officer IV Perez, Luis and correctional officer III Ortega, Raul were instructed to place Inmate Wenckens, Justing TDCJ# 02477197 against the wall. The officers were also attempting to restraint Inmate Wenckens but failed to do so as he was resisting staff. Officer Rodriguez was then instructed to retrieve the video camera. I then instructed both officers to assist Inmate Wenckens to the floor. Once Inmate Wenckens was placed on the ground, Correctional Officer III Gonzalez, Issaac arrived, and I instructed him to assist in the placement of hand restraints on Inmate Wenckens. Officer Gonzalez did then place the restraints from left to right. The video camera is then turned on and I provide a brief report to the camera. I then ordered Inmate Wenckens to comply with the escort to restrictive housing. At that time, I instruct the escorting officers to assist Inmate Wenckens to his feet and to begin escorting to restrictive housing. Upon the arrival to restrictive housing Inmate Wenckens was placed in the shower cell. Upon placement in the shower I instructed Correctional Officer V Morales, David to remove the hand restraint and to conduct a proper strip search. The strip search was then conducted, and Inmate Wenckens was then identified with his TDCJ ID, and he did report injuries due to the use of force. I then read the Inmate participation statement and I stated to him to report any injuries. Inmate Wenckens then stated, " everything hurts, my back and neck hurt, I have lacerations to my face" . I briefed the camera that due to the Lynaugh Unit not having 24/7 medical staff, he will not be seen or evaluated at that exact time. I then terminated the video camera and took 2 still pictures of Inmate Wenckens front and back. I instructed the staff participants to return to their assigned duties until medical staff arrives on scene. I then returned to my normal duties as lieutenant of Corrections.

☐ Continuation page(s) attached

## III. ACKNOWLEDGEMENT

To the best of my knowledge, the information submitted is complete and accurate.

| | | |
|---|---|---|
| Jeremiah Flores | Lieutenant | [redacted] |
| Printed Full Name | Rank or Title | Payee ID |
| [signature] | 07/20/2024 | |
| Signature | Date | |

BIP-3 (2024)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

***Witness Statement***

Unit *(Name and Alpha Code)*: Lynaugh LH

Report Number: MA-06086-07-24 Incident Number (if applicable): 14055-07-24

**I. INSTRUCTIONS**

- ***Complete Section II.a, then at Section II.b, in as much detail as possible, describe what you witnessed before, during, and after the use of force occurred, including;***
  - *- Time or approximate time of use of force;*
  - *- Name of each inmate involved;*
  - *- Name and rank or title of each employee involved; and*
  - *- Description of employee and inmate injuries, if any.*

**II. STATEMENT**

a. Date/time force was used: 07/20/24 / 0400 Location where use of force occurred: outside J1 building

b. Written Statement:

On July 20, 2024 and at approximately 0400 hours, Officer Rodriguez, David COV initiated the ICS in J1 Building due to staff assault. Officer Rodriguez was on the walkway path in front of J1 building lining a group of medium custody inmates for the first meal of the day. While lining up the inmates, I observed offender Werkens, Justin #02477197 and Officer Enriquez, Manuel COIV in a verbal altercation with offender Wenkens being the aggresor. In an instance offender Wenkens took fake step or lunge in the direction of Officer Enriquez. Officer Enriquez then pushed Offender Wenkens in order to create the reactionary gap. Offender Wenkens appeared to toss his black TDCJ cup at Officer Enriquez which then escalated to a physical altercation. Offender Werkens was then ordered to stop and get on the wall, then responders arrived. Officer Perez then arrived on scene and saw Offender Wenkens still being aggressive with his hand clenched into a fist. Officer Perez then grabbed the inmate and placed him on the wall in an attempt to stop the inmate from hurting anyone. Officer Ortega, Raul COIII, then was the second to arrive and assisted Officer Perez with Offender Wenckens. Officer Ortega then ~~ordered~~ DR attempted to place hand restraints on the offender in which the Offender kept resisting and was unable to do so. Lieutenant Flores, Jeremiah arrived on scene and ordered me to get the camera from the line Building. Officer Rodriguez then returned to the scene and began recording. Lt. Flores then instructed Officer Perez who was escorting the offender on the left side and Officer Ortega escorting Offender on the right side to assist Offender to his feet and begin escorting him to Restrictive Housing. Upon arrival to Restrictive Housing, Offender was placed in the shower where I continued to record until Lt. Flores instructed me to end recording. I then exited and resumed my normal duties.

☐ Continuation page(s) attached

**III. ACKNOWLEDGEMENT**

To the best of my knowledge, the information submitted is complete and accurate.

| | | |
|---|---|---|
| Rodriguez, David E | COV | [redacted] |
| Printed Full Name | Rank or Title | Payee ID |
| [signature] | 7/20/24 | |
| Signature | Date | |

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

*Witness Statement*

Unit *(Name and Alpha Code)*: Lynaugh LF

Report Number: MA-00086-07-24 Incident Number *(if applicable)*: 14033-07-24

- ***Complete Section II.a, then at Section II.b, in as much detail as possible, describe what you witnessed before, during, and after the use of force occurred, including:***
  - *Time or approximate time of use of force;*
  - *Full name of each inmate involved;*
  - *Full name and rank or title of each employee involved; and*
  - *Description of employee and inmate injuries, if any.*

a. Date/time force was used: 07/20/2024 Location where use of force occurred: J1 walkway

b. Written Statement:

On the day of 07/20/2024 and at approximately 4:00am I was assigned to J1 building as rover, as I was sending shots of G4 inmates out for chow, I heard arguing so I stepped out and in doing so I witnessed officer Enriquez, M COIII push Inmate Jenkins #02477107 resulting in said inmate throwing his cup at officer Enriquez and making an advancement towards Enriquez. Enriquez then struck Jenkins with a closed fist I then saw 2 other inmates advance towards the 2 individuals so I went to get control of the shot of remaining G4's and as back up arrived I was instructed by Lieutenant Flores, J to escort the shot of inmates to the chow hall so I proceeded to do so.

☐ *Continuation page(s) attached*

To the best of my knowledge, the information submitted is complete and accurate.

Jose Trejo
Printed Full Name

COIII [redacted]
Rank or Title or TDCJ # and Custody

[signature]
Signature

07/20/2024
Date

BIP-3 (2024)

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Behavioral Intervention Report

***Witness Statement***

Unit *(Name and Alpha Code)*: Lynaugh LH

Report Number: MA-06086-07-24 Incident Number (if applicable): 14033-07-24

**I. INSTRUCTIONS**

- ***Complete Section II.a, then at Section II.b, in as much detail as possible, describe what you witnessed before, during, and after the use of force occurred, including;***
  - *- Time or approximate time of use of force;*
  - *- Name of each inmate involved;*
  - *- Name and rank or title of each employee involved; and*
  - *- Description of employee and inmate injuries, if any.*

**II. STATEMENT**

a. Date/time force was used: 7/20/24 / 4:00 AM 0400 Location where use of force occurred: J1 Building walkway

b. Written Statement:

On July 20, 2024 and at approximately 0400 hours correctional officer Rodriguez, David COV Initiated the incident command system in J1 building walkway due to a staff assault. I correctional officer Gonzalez, Isaac COIII was assigned as a Rover in J2 building I then was getting the inmates ready for chow when I heard officer Rodriguez call a ICS which I proceeded to respond to at arrival I witnessed inmate Wenckens Justin TDCJ# 02477197 on the ground with correctional officer Perez, Luis COIII holding inmate Wenckens left arm and correctional officer Ortega, Raul COIII holding inmate Wenckens right arm. Therefore Lieutenant Flores Jeremiah instructed me to assist on applying the hand restraints I then placed them from left to right which then lieutenant Flores instructed me to take hold of a secondary inmate in restraints. I was then relieved and returned to my assigned duty post.

☐ Continuation page(s) attached

**III. ACKNOWLEDGEMENT**

To the best of my knowledge, the information submitted is complete and accurate.

| | | |
|---|---|---|
| Isaac Gonzalez | COIII | [redacted] |
| Printed Full Name | Rank or Title | Payee ID |
| [signature] | 7/20/24 | |
| Signature | Date | |

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report

### *Inmate Group Refusal*

Unit *(Name and Alpha Code)*: James A Lynaugh LH

Report Number: MA-06086-07-24 Incident Number (*if applicable*): 14033-07-24

- ***Make an assertive effort to secure participant and witness statements from all inmates who were in the vicinity of the above-referenced use of force.***
- ***List below those who declined to submit a statement, starting with participants and then witnesses, as applicable.***

| PARTICIPANT | WITNESS | INMATE FULL NAME *(Last, First)* | TDCJ NUMBER and CUSTODY |
|---|---|---|---|
| ☐ | ☒ | [redacted] | |
| ☐ | ☒ | | |
| ☐ | ☒ | | |
| ☐ | ☒ | | |
| ☐ | ☒ | | |
| ☐ | ☒ | | |
| ☐ | ☒ | | |
| ☐ | ☒ | | |
| ☐ | ☒ | | |
| ☐ | ☒ | | |
| ☐ | ☒ | | |
| ☐ | ☐ | | |
| ☐ | ☐ | | |
| ☐ | ☐ | | |
| ☐ | ☐ | | |
| ☐ | ☐ | | |
| ☐ | ☐ | | |
| ☐ | ☐ | | |
| ☐ | ☐ | | |
| ☐ | ☐ | | |

*To the best of my knowledge, the information submitted is complete and accurate.*

➢ Employee completing the BIP-4:

Dominguez, Eduardo Sergeant — [signature] 7/20/24

Printed Full Name/Rank or Title — Signature/Date

➢ Witnessed by:

Morales, Jorge Correctional Officer IV — [signature] 7-20-24

Printed Full Name/Rank or Title — Signature/Date

BIP-4 (2024)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report
### *Employee and Inmate Behavioral Intervention Injury Report*

***This is not part of the inmate's or employee's medical record. This report is confidential and shall be used for administrative purposes only.***

Unit *(Name and Alpha Code)*: Ayrauyh CH

Report Number: MA-060860-07-24 | Incident Number (*if applicable*): 14033-07-24

☒ Employee (Printed Full Name): Enriquez, Manuel Jr | Rank or Title: IV
☐ Inmate (Printed Full Name): | TDCJ No.:

a. Did the employee or inmate complain of injury? ☒ YES ☐ NO
If 'YES,' describe:

b. Was the employee or inmate screened at the unit? ☒ YES ☐ NO
If 'YES,' provide date/time: 7/20/24 0510
If 'NO,' explain:

c. Was an injury to the employee or inmate present at the time of the screening? ☒ YES ☐ NO
If 'YES,' place a ✓ by each area of the body that was injured

| | | | | | |
|---|---|---|---|---|---|
| ☐ Abdomen/Stomach | ☐ Buttocks | ☒ Face | ☒ Hand(s) | ☐ Leg(s) | ☒ Shoulder |
| ☐ Ankle(s) | ☐ Chest | ☐ Foot/Feet | ☐ Head | ☐ Neck | ☐ Wrist(s) |
| ☐ Arm(s) | ☐ Ear(s) | ☐ Genital Area | ☐ Hip(s) | ☐ Pelvis | |
| ☐ Back | ☐ Eye(s) | ☐ Groin | ☐ Knee(s) | | |

d. Did the inmate claim the injury was from force? ☐ YES ☐ NO

e. Did the inmate claim the injury was from a previous incident? ☐ YES ☐ NO

f. Licensed medical staff who performed screening (Printed Full Name/Title): April Arredondo LVN

g. I administered the screening (Signature/Date): [signature], LVN 7/20/24

a. Licensed medical staff unable to complete physical screening because:
☐ Inmate refused screening
☐ Unable to screen because inmate was a threat to staff

b. Was the inmate ambulatory? ☐ YES ☐ NO

c. Was the inmate complaining of pain or injury? ☐ YES ☐ NO
If 'YES,' give location on the body where inmate indicates pain or injury is present

d. Was an injury to the inmate visible at the time of the screening? ☐ YES ☐ NO
If 'YES,' place a ✓ by each area of the body that was injured

| | | | | | |
|---|---|---|---|---|---|
| ☐ Abdomen/Stomach | ☐ Buttocks | ☐ Face | ☐ Hand(s) | ☐ Leg(s) | ☐ Shoulder |
| ☐ Ankle(s) | ☐ Chest | ☐ Foot/Feet | ☐ Head | ☐ Neck | ☐ Wrist(s) |
| ☐ Arm(s) | ☐ Ear(s) | ☐ Genital Area | ☐ Hip(s) | ☐ Pelvis | |
| ☐ Back | ☐ Eye(s) | ☐ Groin | ☐ Knee(s) | | |

e. Did the inmate claim the injury was from force of from a previous incident? ☐ YES ☐ NO

f. Licensed medical staff who observed inmate (Printed Full Name/Title):

g. I observed the inmate and was unable to complete a full screening (Signature/Date):

Unit (*Name and Alpha Code*): Maurigl LH

Report Number: MA-06086-07-24 Incident Number (*if applicable*): 14033-07-24

Patient's Full Name: Enriquez, Manuel

**Complete this section ONLY if employee or inmate was observed with injury:**

a. Was the employee or inmate treated for injuries? ☐ YES ☐ NO

If 'NO,' explain why: ☐ Refused ☐ Other (*explain*):

If 'YES,' provide description of treatment:

, which occurred at:

☐ Inmate's assigned living area ☐ Hospital (*Name*): ______

☐ Unit Infirmary ☐ Other (*Specify*): ______

b. Licensed medical staff who administered, or attempted to administer, treatment (Printed Full Name/Title): ______

c. I administered, or attempted to administer, the treatment (Signature/Date): ______

***Instructions to Licensed Medical Staff:***

- ***Indicate injuries present at the time of the screening by marking body diagrams and provide brief description below:***
- ***Each injury should be noted only once on the appropriate figure.***



Brief Description: abrasion to bridge of nose c/o shoulder pain. bump felt to Rt forearm

Brief Description:

April Arredondo LVN

(Printed Full Name/Title)

(Signature/Date) 7/20/24

a. I was physically screened or treated by licensed medical staff (Employee Signature/Date): 7/20/24

Licensed medical staff conducting screening or providing treatment (Printed Name): April Arredondo, LVN

b. The answer to II.c on page 1 is 'YES,' and I have provided a photocopy of this BIP-5 to the unit risk management coordinator, as evidenced by our signatures:

Unit Risk Management Coordinator (Printed Full Name/Signature/Date): Sara Uranal [signature] 7-22-2024

Supervisor (Printed Full Name/Signature/Date): CPT Anthony Alvarez [signature] 7.22.2024



DEF_0729

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report
### *Employee and Inmate Behavioral Intervention Injury Report*

***This is not part of the inmate's or employee's medical record. This report is confidential and shall be used for administrative purposes only.***

| | |
|---|---|
| Unit *(Name and Alpha Code)*: Lynaugh | |
| Report Number: MA-06086-07-24 | Incident Number (*if applicable*): 14033-07-24 |

☒ Employee (Printed Full Name): Perez, Luis Rank or Title: Correctional Officer III
☐ Inmate (Printed Full Name): TDCJ No.:

a. Did the employee or inmate complain of injury? ☐ YES ☒ NO
If 'YES,' describe:
b. Was the employee or inmate screened at the unit? ☒ YES ☐ NO
If 'YES,' provide date/time: 7/20/24 0540
If 'NO,' explain:
c. Was an injury to the employee or inmate present at the time of the screening? ☐ YES ☒ NO
If 'YES,' place a ✓ by each area of the body that was injured

| | | | | | |
|---|---|---|---|---|---|
| ☐ Abdomen/Stomach | ☐ Buttocks | ☐ Face | ☐ Hand(s) | ☐ Leg(s) | ☐ Shoulder |
| ☐ Ankle(s) | ☐ Chest | ☐ Foot/Feet | ☐ Head | ☐ Neck | ☐ Wrist(s) |
| ☐ Arm(s) | ☐ Ear(s) | ☐ Genital Area | ☐ Hip(s) | ☐ Pelvis | |
| ☐ Back | ☐ Eye(s) | ☐ Groin | ☐ Knee(s) | | |

d. Did the inmate claim the injury was from force? ☐ YES ☐ NO
e. Did the inmate claim the injury was from a previous incident? ☐ YES ☐ NO
f. Licensed medical staff who performed screening (Printed Full Name/Title): April Arredondo LVN
g. I administered the screening (Signature/Date): [signature] LVN 7/20/24

a. Licensed medical staff unable to complete physical screening because:
☐ Inmate refused screening
☐ Unable to screen because inmate was a threat to staff
b. Was the inmate ambulatory? ☐ YES ☐ NO
c. Was the inmate complaining of pain or injury? ☐ YES ☐ NO
If 'YES,' give location on the body where inmate indicates pain or injury is present
d. Was an injury to the inmate visible at the time of the screening? ☐ YES ☐ NO
If 'YES,' place a ✓ by each area of the body that was injured

| | | | | | |
|---|---|---|---|---|---|
| ☐ Abdomen/Stomach | ☐ Buttocks | ☐ Face | ☐ Hand(s) | ☐ Leg(s) | ☐ Shoulder |
| ☐ Ankle(s) | ☐ Chest | ☐ Foot/Feet | ☐ Head | ☐ Neck | ☐ Wrist(s) |
| ☐ Arm(s) | ☐ Ear(s) | ☐ Genital Area | ☐ Hip(s) | ☐ Pelvis | |
| ☐ Back | ☐ Eye(s) | ☐ Groin | ☐ Knee(s) | | |

e. Did the inmate claim the injury was from force of from a previous incident? ☐ YES ☐ NO
f. Licensed medical staff who observed inmate (Printed Full Name/Title):
g. I observed the inmate and was unable to complete a full screening (Signature/Date):

Unit *(Name and Alpha Code)*: Lynaugh LH

Report Number: MA-06086-07-24 Incident Number (*if applicable*): 14033-07-24

Patient's Full Name: Perez Luis

**Complete this section ONLY if employee or inmate was observed with injury:**

a. Was the employee or inmate treated for injuries? ☐ YES ☐ NO

If 'NO,' explain why: ☐ Refused ☐ Other (*explain*):

If 'YES,' provide description of treatment:

, which occurred at:

☐ Inmate's assigned living area ☐ Hospital *(Name)*:

☐ Unit Infirmary ☐ Other *(Specify)*:

b. Licensed medical staff who administered, or attempted to administer, treatment (Printed Full Name/Title):

c. I administered, or attempted to administer, the treatment (Signature/Date):

***Instructions to Licensed Medical Staff:***

- ***Indicate injuries present at the time of the screening by marking body diagrams and provide brief description below:***
- ***Each injury should be noted only once on the appropriate figure.***





Brief Description: — NONE —

Brief Description: — NONE —

April Arredondo LVN
(Printed Full Name/Title)

Arredondo LVN 7/20/24
(Signature/Date)

a. I was physically screened or treated by licensed medical staff (Employee Signature/Date): [signature] 7/20/2024

Licensed medical staff conducting screening or providing treatment (Printed Name): April Arredondo LVN

b. The answer to II.c on page 1 is 'YES,' and I have provided a photocopy of this BIP-5 to the unit risk management coordinator, as evidenced by our signatures:

Unit Risk Management Coordinator (Printed Full Name/Signature/Date):

Supervisor (Printed Full Name/Signature/Date):



DEF_0731

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report
### *Employee and Inmate Behavioral Intervention Injury Report*

***This is not part of the inmate's or employee's medical record. This report is confidential and shall be used for administrative purposes only.***

Unit (*Name and Alpha Code*): Lynaugh LH

Report Number: MA-060860724 | Incident Number (*if applicable*): 14033-07-24

☒ Employee (Printed Full Name): Ortega, Raul — Rank or Title: CO III
☐ Inmate (Printed Full Name): ________ — TDCJ No.: ________

a. Did the employee or inmate complain of injury? ☐ YES ☒ NO
If 'YES,' describe: ________
b. Was the employee or inmate screened at the unit? ☒ YES ☐ NO
If 'YES,' provide date/time: 7/20/22 0535
If 'NO,' explain: ________
c. Was an injury to the employee or inmate present at the time of the screening? ☐ YES ☒ NO
If 'YES,' place a ✓ by each area of the body that was injured

| | | | | | |
|---|---|---|---|---|---|
| ☐ Abdomen/Stomach | ☐ Buttocks | ☐ Face | ☐ Hand(s) | ☐ Leg(s) | ☐ Shoulder |
| ☐ Ankle(s) | ☐ Chest | ☐ Foot/Feet | ☐ Head | ☐ Neck | ☐ Wrist(s) |
| ☐ Arm(s) | ☐ Ear(s) | ☐ Genital Area | ☐ Hip(s) | ☐ Pelvis | |
| ☐ Back | ☐ Eye(s) | ☐ Groin | ☐ Knee(s) | | |

d. Did the inmate claim the injury was from force? ☐ YES ☐ NO
e. Did the inmate claim the injury was from a previous incident? ☐ YES ☐ NO
f. Licensed medical staff who performed screening (Printed Full Name/Title): April Arredondo LVN
g. I administered the screening (Signature/Date): [signature] 7/20/24

a. Licensed medical staff unable to complete physical screening because:
☐ Inmate refused screening
☐ Unable to screen because inmate was a threat to staff
b. Was the inmate ambulatory? ☐ YES ☐ NO
c. Was the inmate complaining of pain or injury? ☐ YES ☐ NO
If 'YES,' give location on the body where inmate indicates pain or injury is present ________
d. Was an injury to the inmate visible at the time of the screening? ☐ YES ☐ NO
If 'YES,' place a ✓ by each area of the body that was injured

| | | | | | |
|---|---|---|---|---|---|
| ☐ Abdomen/Stomach | ☐ Buttocks | ☐ Face | ☐ Hand(s) | ☐ Leg(s) | ☐ Shoulder |
| ☐ Ankle(s) | ☐ Chest | ☐ Foot/Feet | ☐ Head | ☐ Neck | ☐ Wrist(s) |
| ☐ Arm(s) | ☐ Ear(s) | ☐ Genital Area | ☐ Hip(s) | ☐ Pelvis | |
| ☐ Back | ☐ Eye(s) | ☐ Groin | ☐ Knee(s) | | |

e. Did the inmate claim the injury was from force of from a previous incident? ☐ YES ☐ NO
f. Licensed medical staff who observed inmate (Printed Full Name/Title): ________
g. I observed the inmate and was unable to complete a full screening (Signature/Date): ________

Unit *(Name and Alpha Code)*: Lynaugh LH

Report Number: MA-06086-07-24 Incident Number (*if applicable*): 14033-07-24

Patient's Full Name: Ortega, Raul

**Complete this section ONLY if employee or inmate was observed with injury:**

a. Was the employee or inmate treated for injuries? ☐ YES ☐ NO

If 'NO,' explain why: ☐ Refused ☐ Other (*explain*):

If 'YES,' provide description of treatment:

, which occurred at:

☐ Inmate's assigned living area ☐ Hospital *(Name)*: ______

☐ Unit Infirmary ☐ Other *(Specify)*: ______

b. Licensed medical staff who administered, or attempted to administer, treatment (Printed Full Name/Title): ______

c. I administered, or attempted to administer, the treatment (Signature/Date): ______

***Instructions to Licensed Medical Staff:***

- ***Indicate injuries present at the time of the screening by marking body diagrams and provide brief description below:***
- ***Each injury should be noted only once on the appropriate figure.***



Brief Description: — NONE —

Brief Description: — NONE —

April Arredondo LVN
(Printed Full Name/Title)

A Arredondo LVN 7/20/24
(Signature/Date)

a. I was physically screened or treated by licensed medical staff (Employee Signature/Date): [signature] 7-20-24
Licensed medical staff conducting screening or providing treatment (Printed Name): A. Arredondo LVN

b. The answer to II.c on page 1 is 'YES,' and I have provided a photocopy of this BIP-5 to the unit risk management coordinator, as evidenced by our signatures:

Unit Risk Management Coordinator (Printed Full Name/Signature/Date): ______

Supervisor (Printed Full Name/Signature/Date): ______

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Behavioral Intervention Report
### *Employee and Inmate Behavioral Intervention Injury Report*
***This is not part of the inmate's or employee's medical record. This report is confidential and shall be used for administrative purposes only.***

Unit *(Name and Alpha Code)*: Lynaugh LH

Report Number: MA-06086-07-24 | Incident Number (*if applicable*): 14033-07-24

☐ Employee (Printed Full Name): ______ Rank or Title: ______
☒ Inmate (Printed Full Name): Wenckens, Justin TDCJ No.: 2477197

a. Did the employee or inmate complain of injury? ☒ YES ☐ NO
If 'YES,' describe: head, ribs + Lt knee
b. Was the employee or inmate screened at the unit? ☒ YES ☐ NO
If 'YES,' provide date/time: 7/20/24 0530
If 'NO,' explain: Cut to forehead; pain during palpation of abdomen & Range of motion to Lt knee.
c. Was an injury to the employee or inmate present at the time of the screening? ☒ YES ☐ NO
If 'YES,' place a ✓ by each area of the body that was injured

| | | | | | |
|---|---|---|---|---|---|
| ☒ Abdomen/Stomach | ☐ Buttocks | ☐ Face | ☐ Hand(s) | ☐ Leg(s) | ☐ Shoulder |
| ☐ Ankle(s) | ☐ Chest | ☐ Foot/Feet | ☒ Head | ☐ Neck | ☐ Wrist(s) |
| ☐ Arm(s) | ☐ Ear(s) | ☐ Genital Area | ☐ Hip(s) | ☐ Pelvis | |
| ☐ Back | ☐ Eye(s) | ☐ Groin | ☒ Knee(s) | | |

d. Did the inmate claim the injury was from force? ☒ YES ☐ NO
e. Did the inmate claim the injury was from a previous incident? ☐ YES ☒ NO
f. Licensed medical staff who performed screening (Printed Full Name/Title): April Arredondo LVN
g. I administered the screening (Signature/Date): A Arredondo LVN 7/20/24

a. Licensed medical staff unable to complete physical screening because:
☐ Inmate refused screening
☐ Unable to screen because inmate was a threat to staff
b. Was the inmate ambulatory? ☐ YES ☐ NO
c. Was the inmate complaining of pain or injury? ☐ YES ☐ NO
If 'YES,' give location on the body where inmate indicates pain or injury is present ______
d. Was an injury to the inmate visible at the time of the screening? ☐ YES ☐ NO
If 'YES,' place a ✓ by each area of the body that was injured

| | | | | | |
|---|---|---|---|---|---|
| ☐ Abdomen/Stomach | ☐ Buttocks | ☐ Face | ☐ Hand(s) | ☐ Leg(s) | ☐ Shoulder |
| ☐ Ankle(s) | ☐ Chest | ☐ Foot/Feet | ☐ Head | ☐ Neck | ☐ Wrist(s) |
| ☐ Arm(s) | ☐ Ear(s) | ☐ Genital Area | ☐ Hip(s) | ☐ Pelvis | |
| ☐ Back | ☐ Eye(s) | ☐ Groin | ☐ Knee(s) | | |

e. Did the inmate claim the injury was from force of from a previous incident? ☐ YES ☐ NO
f. Licensed medical staff who observed inmate (Printed Full Name/Title): ______
g. I observed the inmate and was unable to complete a full screening (Signature/Date): ______

Unit (*Name and Alpha Code*): James Connally CH

Report Number: MA-06086-07-24 Incident Number (*if applicable*): 14033-07-24

Patient's Full Name: Wenckens, Justin #24177197

**Complete this section ONLY if employee or inmate was observed with injury:**

a. Was the employee or inmate treated for injuries? ☒ YES ☐ NO

If 'NO,' explain why: ☐ Refused ☐ Other (*explain*):

If 'YES,' provide description of treatment:
cut to forehead — AA

, which occurred at:

☐ Inmate's assigned living area ☐ Hospital (*Name*):

☒ Unit Infirmary ☐ Other (*Specify*):

b. Licensed medical staff who administered, or attempted to administer, treatment (Printed Full Name/Title): A. Arredondo LVN

c. I administered, or attempted to administer, the treatment (Signature/Date): A Arredondo LVN 7/20/24

***Instructions to Licensed Medical Staff:***

- ***Indicate injuries present at the time of the screening by marking body diagrams and provide brief description below:***
- ***Each injury should be noted only once on the appropriate figure.***



Brief Description:
Cut to forehead. No bleeding c time.

April Arredondo LVN
(Printed Full Name/Title)

Brief Description:

A Arredondo, LVN 7/20/24
(Signature/Date)

a. I was physically screened or treated by licensed medical staff (Employee Signature/Date):
Licensed medical staff conducting screening or providing treatment (Printed Name): April Arredondo

b. The answer to II.c on page 1 is 'YES,' and I have provided a photocopy of this BIP-5 to the unit risk management coordinator, as evidenced by our signatures:

Unit Risk Management Coordinator (Printed Full Name/Signature/Date): Sarai Luna / S. Luna / 7-22-24
Supervisor (Printed Full Name/Signature/Date): Anthony Alvarez [signature] 7.22.24



DEF_0735

M A-06086-07-2024

| | |
|---|---|
| Informal Resolution App? | |
| Accusing Officer | Y (N) |
| Supervisor | Y (N) |

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# OFFENSE REPORT

| | |
|---|---|
| Case No. | |
| Interpreter Required? | Y (N) |
| MHMR Rest? | Y N |
| PHD | (Y) N |

(1) TDCJ-No: 02477197 (2) Offender: Wenckens, Justin (Last Name, First) (3) Unit: Lynaugh

(4) Housing Assign: 13-215B (5) Job Assignment: I/s Medical SQ35

(6) Offense Level, Code Title: Level 1 - Code 3.1 Assaulting an officer with a weapon with results in a non-serious injury or no injury.

OFFENSE DESCRIPTION: On 7.20.24 (7) date at 0400 (8) time AM/PM, and at J1 building Walkway (9) Enter Specific Location

Offender Wenckens, Justin TDCJ No. 02477197

assaulted officer Enriquez, M COIV with a weapon, namely a cup of coffee by throwing a cup and striking with his fist in officers forehead. The assault resulted in non injuries that required no treatment.

(10) Additional Information:

On the date and time listed above and at J1 building Walkway, Offender Wenckens, Justin #02477197 assaulted officer Enriquez, M COIV with a weapon namely a cup full of coffee and by striking said officers forehead at least once with his left fist. The result was non injuries that required non treatment.

(Continue on an additional sheet if necessary)

(11) Witnesses: COV Rodriguez

(12) Accusing Officer/Employee: Printed Name/Rank Manuel Enriquez COIV

(13) Signature: M. E [signature] (14) Shift/Card 2B (15) Date 7.20.24 (16) Time 2315

(17) Approving Supervisor's Printed Name: LT. I Ramirez (18) Date 7/21/24

(19) Grading Official (Print) ______ (20) Rank ______ (21) Date ______

(22) Grade: (Circle One) IR UP MI MA (23) Justification to override Informal Resolution: ______

I-210 (Rev. 02/15)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**PRELIMINARY INVESTIGATION REPORT**

This report is to be completed on each Offense Report for Review by the grading official. The purpose of this report is to obtain any other pertinent information about the incident prior to grading the Offense Report. The Preliminary Investigation should not be completed by the charging officer or a person involved in the incident.

Offender: Wenchens, Justin TDCJ No. 08477197

Date & Time Investigation started: 07/21/24 0401A

1. **ELEMENTS OF CHARGE.** Does the offense description support the elements of each charge (the things that had to be done in order to commit an offense). If "no" have charging officer add needed information.

Offense Code 3.1 : Yes [✓] No [ ] Offense Code n/A : Yes [ ] No [✓]
Offense Code n/A : Yes [ ] No [✓] Offense Code n/A : Yes [ ] No [✓]

2. **ADDITIONAL INFORMATION.** Has the charging officer included supporting information or evidence to supplement the standardized pleading such as items listed below? (Write "Yes", "No", or "N/A" [not applicable] by each item).

Yes a. listing other witnesses to the incident,
Yes b. documentary evidence, e.g., photographs of contraband, etc.
Yes c. additional information about the offense.

3. **ACCUSED OFFENDER STATES THAT:** (Printed and signed interpreter's name if applicabble):
Check the video I was carrying my cup upside down

4. **ACCUSING OFFICER** states that throwing a cup and stricking with his fist.

5. **WITNESS STATEMENTS** (List employee or offender name and attach statements to report)
COV Rodriguez

6. **DOCUMENTATION.** Documents reviewed (lay-ins, appointments, medical records, etc)
[ ] lay -ins [] Roster, [] Medical Records, [] Picture, [] Other (List & attach to report)
see attached

Skinner D — Sergeant — 07/21/24 0407A
Name of Investigating Officer (Print) — Rank — Date & Time Investigation Completed

7. **INFORMAL RESOLUTION** was not appropriate or not possible because:
inmate did violate tdcj policy

LT.I Ramirez — LT — 7-21-24
Approving Supervisor's Printed Name — Rank — Date

I-210 (Rev.02/15)

DEF_0737

C O N F I D E N T I A L

MAINTENANCE LOG:

| DATE | USER | TRANSACTION |
|---|---|---|
| 2024-07-20 | FJ00170 | REPORT CREATION |

DATE FORCE WAS USED: 07/20/2024
TIME FORCE WAS USED: 04:00
LOCATION ON UNIT WHERE FORCE OCCURRED: HALLWAY/WALKWAY/CORRIDOR 24
REASON FOR USING FORCE:
ASSAULTED STAFF WITH A WEAPON 03
IF FORCE WAS NOT REPORTED WITHIN 24 HOURS, INDICATE REASON WHY:

FORCED CELL MOVE TEAM UTILIZED: N
FIREARM INTENTIONALLY DISCHARGED: N
CHEM AGENTS USED: N
DELIVERY SYSTEM USED:
OFFENDER PARTICIPANTS INJURED DURING USE OF FORCE: Y
EMPLOYEE PARTICIPANTS INJURED DURING USE OF FORCE: Y
VOID REPORT: N REASON:

NAME OF OFFENDER(S) WHO PARTICIPATED:

| TDCJID | NAME | CUSTODY | SEX | RACE | AGE | MED-EVAL |
|---|---|---|---|---|---|---|
| 02477197 | WENCKENS, JUSTIN DEWAYNE | G4 | M | W | 47 | 01 |

NAME OF EMPLOYEE(S) WHO PARTICIPATED:

| SS# | NAME | RANK | SEX | RACE AGE MED |
|---|---|---|---|---|
| [redacted] | ENRIQUEZ JR, MANUEL | CORR OFFICER IV | M | [redacted] |
| | ORTEGA, RAUL A | CORR OFF III | M | |
| | PEREZ, LUIS A | CORR OFFICER IV | M | |

C O N F I D E N T I A L

MAINTENANCE LOG:

| DATE | USER | TRANSACTION |
|---|---|---|
| 2024-07-20 | FJ00170 | REPORT CREATION |

DATE FORCE WAS USED: 07/20/2024
TIME FORCE WAS USED: 04:00
LOCATION ON UNIT WHERE FORCE OCCURRED: HALLWAY/WALKWAY/CORRIDOR
REASON FOR USING FORCE:
ASSAULTED STAFF WITH A WEAPON
IF FORCE WAS NOT REPORTED WITHIN 24 HOURS, INDICATE REASON WHY:

FORCED CELL MOVE TEAM UTILIZED: N
FIREARM INTENTIONALLY DISCHARGED: N
CHEM AGENTS USED: N
DELIVERY SYSTEM USED:
OFFENDER PARTICIPANTS INJURED DURING USE OF FORCE: Y
EMPLOYEE PARTICIPANTS INJURED DURING USE OF FORCE: Y
VOID REPORT: N REASON:

NAME OF OFFENDER(S) WHO PARTICIPATED:

| TDCJID | NAME | CUSTODY | SEX | RACE | AGE | MED-EVAL |
|---|---|---|---|---|---|---|
| 02477197 | WENCKENS,JUSTIN DEWAYNE | G4 | M | W | 47 | 01 |

NAME OF EMPLOYEE(S) WHO PARTICIPATED:

| EMP# | NAME | RANK | SEX | RACE AGE MED |
|---|---|---|---|---|
| [redacted] | ENRIQUEZ JR, MANUEL | CORR OFFICER IV | M | [redacted] |
| | ORTEGA, RAUL A | CORR OFF III | M | |
| | PEREZ, LUIS A | CORR OFFICER IV | M | |