**In the United States District Court**
**for the Western District of Texas**
**Pecos Division**

| | | |
|---|---|---|
| **Justin Dewayne Wenckens,** | § | |
| **(TDCJ No. 02477197),** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civ. Action No. 4:25–cv–5–DC–DF** |
| | § | |
| **Manuel Enriquez, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

**Defendants Enriquez, Perez, Ortega, and Flores's Motion for Summary Judgment**

**EXHIBIT G**

**(Video of J1 D Space) [DEF_0743]**

**A copy of this video has been mailed to the Clerk's Office to be placed among the pleadings in this case and this motion.**