Media Playback Audio Video Subtitle Tools View Help




12:01 12:54