

**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

RECEIVED

JUL 2 0 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

July 14, 2026

Justin DeWayne Wenckens            CMRRR 7021 2720 0002 0445 1274
U.S. District Clerk's Office
410 South Cedar
Pecos, Texas 79772

Re: *Justin DeWayne Wenckens, #02477197 v. Bryan Collier, et al.;* United States
District Court for the Western District of Texas – Pecos Division, Civil Action
No. 4:25-cv-5-DC-DF

Dear Mrs. Baeza:

Enclosed please find a copy of the *Defendants Enriquez, Perez, Ortega, and
Flores's Motion for Summary Judgment [DE76] thumbdrive containing
Exhibit D [0740], Exhibit E [0741], Exhibit F [0742], and Exhibit G [0743]
videos,* which were electronically filed with the Court in the above referenced case
on July 13, 2026.

Thank you for your attention to this matter.

Sincerely,

*Vishal Iyer*

**Vishal Iyer | *Assistant Attorney General***
Law Enforcement Defense Division
(512) 463-2080 / Fax: (512) 370-9814 | Vishal.Iyer@oag.texas.gov

/dr

Encl.

**In the United States District Court
for the Western District of Texas
Pecos Division**

| | | |
|---|---|---|
| Justin Dewayne Wenckens, | § | |
| (TDCJ No. 02477197), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civ. Action No. 4:25–cv–5–DC–DF |
| | § | |
| Manuel Enriquez, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**Defendants Enriquez, Perez, Ortega, and Flores's Motion for Summary Judgment**

**EXHIBIT D**

**(Video of Use of Force Aftermath) [DEF_0740]**

**A copy of this video has been mailed to the Clerk's Office to be placed among the pleadings in this case and this motion.**

**In the United States District Court
for the Western District of Texas
Pecos Division**

| | | |
|---|---|---|
| **Justin Dewayne Wenckens,** <br> **(TDCJ No. 02477197),** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **Manuel Enriquez,** *et al.*, <br><br> **Defendants.** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **Civ. Action No. 4:25–cv–5–DC–DF** |

**Defendants Enriquez, Perez, Ortega, and Flores's Motion for Summary Judgment**

**EXHIBIT E**

**(Video of J1 B Wing) [DEF_0741]**

**A copy of this video has been mailed to the Clerk's Office to be placed among the pleadings in this case and this motion.**

**In the United States District Court
for the Western District of Texas
Pecos Division**

| | | |
|---|---|---|
| Justin Dewayne Wenckens,<br>(TDCJ No. 02477197),<br><br>Plaintiff,<br><br>v.<br><br>Manuel Enriquez, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civ. Action No. 4:25–cv–5–DC–DF |

**Defendants Enriquez, Perez, Ortega, and Flores's Motion for Summary Judgment**

**EXHIBIT F**

**(Video of J1 Picket) [DEF_0742]**

**A copy of this video has been mailed to the Clerk's Office to be placed among the pleadings
in this case and this motion.**

**In the United States District Court
for the Western District of Texas
Pecos Division**

| | | |
|---|---|---|
| Justin Dewayne Wenckens, | § | |
| (TDCJ No. 02477197), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civ. Action No. 4:25–cv–5–DC–DF |
| | § | |
| Manuel Enriquez, *et al.*, | § | |
| | § | |
| Defendants. | § | |

<u>**Defendants Enriquez, Perez, Ortega, and Flores's Motion for Summary Judgment**</u>

**EXHIBIT G**

**(Video of J1 D Space) [DEF_0743]**

**A copy of this video has been mailed to the Clerk's Office to be placed among the pleadings in this case and this motion.**