**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **JUSTIN DEWAYNE WENCKENS,** | § | |
| **TDCJ NO. 02477197,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **P-25-CV-00005-DC** |
| | § | |
| **MANUEL ENRIQUEZ, JR.,** *et al.*, | § | |
| *Defendants*. | § | |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO <u>DEFENDANTS ENRIQUEZ, PEREZ, ORTEGA, AND FLORES'S MOTION FOR SUMMARY JUDGMENT</u>**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff, Justin Dewayne Wenckens, *pro se*, pursuant to Federal Rules of Civil Procedure 6(b)(1)(B), hereby files this first motion for extension of time to file Response to Defendants Enriquez, Perez, Ortega, and Flores's Motion for Summary Judgment. (Doc. 76.) Plaintiff requests an additional thirty (30) days from the date of this Court's Order granting this extension of time, to file his response. In support of this motion, Plaintiff states:

1.      On July 13, 2026, Defendants filed their Motion for Summary Judgment. (Doc. 76.) Plaintiff received his copy of the Motion and supporting exhibits on July 20, 2026.

2.      Defendants' Motion relies extensively upon four videos submitted as Exhibits D – G. Although the Motion was filed on July 13, 2026, Plaintiff was not permitted to view the videos until July 22, 2026.

3.      Plaintiff viewed the videos on July 22, 2026, and again on July 24, 2026. (Doc. 78-2.) Plaintiff has been permitted to view the videos only twice and does not have unlimited or on-demand access to them. Consequently, Plaintiff must rely on the notes he prepared while viewing the recordings.

4. Because the videos constitute a substantial portion of Defendants' summary judgment evidence, Plaintiff requires additional time to compare his notes with Defendants' factual assertions, identify genuine disputes of material fact, and prepare appropriate citations to the summary judgment record. Unlike Defendants, Plaintiff cannot revisit the videos while drafting his response to verify timestamps, actions, or statements depicted in the recordings.

5. Defendants' Motion also relies upon numerous declarations, prison records, exhibits, and factual assertions that Plaintiff must individually review and address. Plaintiff must prepare a response supported by citations to the summary judgment record and applicable legal authority.

6. Plaintiff is incarcerated and therefore has limited access to the prison law library, legal materials, and other resources necessary to prepare an adequate response to Defendants' dispositive motion. Plaintiff also requires additional time to organize and cite evidence already in the record, prepare any declarations or other competent summary judgment evidence, and ensure that his response complies with Rule 56.

7. Plaintiff has acted diligently in reviewing the materials available to him and preparing his response. The requested extension is sought in good faith and is necessary to ensure Plaintiff has a full and fair opportunity to respond to Defendants' Motion for Summary Judgment.

8. Good cause therefore exists for the requested extension. This is Plaintiff's first request for an extension of time to respond to Defendants' Motion for Summary Judgment. The requested extension will not unfairly prejudice Defendants and is not sought for purposes of delay.

9. Plaintiff's wife, Michelle Wenckens, attempted to confer with counsel for Defendants, Vishal V. Iyer, regarding the relief requested in this Motion on Plaintiff's behalf. At the time of filing, no response has been received.

10. A proposed Order is attached.

## **Prayer**

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court grant this Motion and extend the deadline for filing Plaintiff's Response to Defendants Enriquez, Perez, Ortega, and Flores's Motion for Summary Judgment by thirty (30) days from the date of the Court's Order, together with such other and further relief to which Plaintiff may be justly entitled.

Dated: July 31, 2026.

Respectfully submitted,

JUSTIN DEWAYNE WENCKENS
TDCJ ID NO. 02477197
H. H. Coffield Unit
2661 FM 2054
Tennessee Colony, Texas 75884

***Plaintiff Pro Se***

## <u>Certificate of Conference</u>

I hereby certify that on my behalf, my wife, Michelle Wenckens attempted to confer with counsel for Defendants, Vishal V. Iyer, regarding this motion. At the time of filing, a response has not been received. If a response is received, Plaintiff will update the Court accordingly.

JUSTIN DEWAYNE WENCKENS
TDCJ ID NO. 02477197

<u>**Certificate of Service**</u>

In accordance with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing document has been served via email on the following counsel on July 31, 2026:

*Counsel for Defendants:*

**Ken Paxton**
  Attorney General of Texas
**Brent Webster**
  First Assistant Attorney General
**Ralph Molina**
  Deputy First Assistant Attorney General
**Austin Kinghorn**
  Deputy Attorney General for Civil Litigation
**Briana M. Webb**
  Acting Division Chief
  Law Enforcement Defense Division

**VISHAL V. IYER**
  Assistant Attorney General
  Law Enforcement Defense Division
State Bar No. 24106134
S.D. Tex. No. 3379048
Vishal.Iyer@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711

JUSTIN DEWAYNE WENCKENS
TDCJ ID NO. 02477197

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **JUSTIN DEWAYNE WENCKENS,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **PE-25-CV-00005-DC-DF** |
| | § | |
| **BRYAN COLLIER,** *et al.*, | § | |
| *Defendants*. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME

On this day, the Court considered Plaintiff's First Motion for Extension of Time to File Response to Defendants' Defendants Enriquez, Perez, Ortega, and Flores's Motion for Summary Judgment. The Court finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's First Motion for Extension of Time to File Response to Defendants' Defendants Enriquez, Perez, Ortega, and Flores's Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** Plaintiff's Response to Defendants Enriquez, Perez, Ortega, and Flores's Motion for Summary Judgment is due within 30 days of the date of this order.

It is so **ORDERED**.

SIGNED this _____ day of _____, 2026.

_____
DAVID COUNTS
UNITED STATES MAGISTRATE JUDGE

1