**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **JUSTIN DEWAYNE WENCKENS,** *Plaintiff,* | § | |
| | § | |
| **v.** | § | **PE:25-CV-00005-DC** |
| | § | |
| **MANUEL ENRIQUEZ, JR., et al.,** *Defendants.* | § | |

**ORDER GRANTING MOTION TO EXTEND SCHEDULING ORDER**

Before the Court is Plaintiff Justin Dewayne Wenckens' Opposed Motion to Extend Discovery and Related Scheduling Order Deadlines. (Doc. 74). After due consideration, the Court **GRANTS** Wenckens' Motion.

Federal Rule of Civil Procedure 16(b)(4) allows the Court to modify scheduling with good cause and the judge's consent. Here, Wenckens has shown that there is good cause to extend the scheduling order deadlines on the basis that he faces institutional restrictions as an incarcerated individual that make the current deadlines difficult to meet. Defendants did not attempt to rebut this showing or offer any argument as to why an extension would prejudice them.

For the foregoing reasons, the Court **GRANTS** Wenckens' Opposed Motion to Extend Discovery and Related Scheduling Order Deadlines. (Doc. 74). The discovery deadline and deadline for Wenckens to identify and serve the John Doe Defendant are **EXTENDED** to September 15, 2026. The dispositive motions deadline is **EXTENDED** to October 15, 2026.

It is so **ORDERED**.

SIGNED this 14th day of August, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE