**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **JUSTIN DEWAYNE WENCKENS,** | § | |
| **TDCJ NO. 02477197,** | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **P-25-CV-00005-DC** |
| | § | |
| **MANUEL ENRIQUEZ, JR., *et al.*,** | § | |
| ***Defendants*.** | § | |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS ENRIQUEZ, PEREZ, ORTEGA, AND FLORES'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff Justin Dewayne Wenckens, proceeding *pro se*, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), respectfully moves for a brief extension through September 17, 2026, to file his Response to Defendants Enriquez, Perez, Ortega, and Flores's Motion for Summary Judgment (Doc. 76.) Plaintiff is contemporaneously filing his Response and objections to Defendants' summary-judgment evidence. In support, Plaintiff states:

1. Defendants filed their Motion for Summary Judgment on July 13, 2026. Plaintiff received his service copy on July 20, 2026.

2. Defendants' Motion relies extensively on a large documentary record and multiple video exhibits. Plaintiff is incarcerated and does not have unlimited or on-demand access to the video evidence.

3. Plaintiff was permitted only limited opportunities to view the recordings and was required to rely substantially on notes taken during those viewings while comparing the recordings with Defendants' factual assertions, prison records, and other summary-judgment evidence.

4. Despite diligent efforts, Plaintiff was unable to complete the Response by the prior deadline because his restricted access to the video evidence and legal resources materially limited

his ability to verify timestamps, compare the recordings to Defendants' factual assertions, organize record citations, and prepare a declaration addressing matters within his personal knowledge.

5. Plaintiff has now completed the Response and supporting declaration and is filing them contemporaneously with this Motion. The requested extension is therefore limited to the brief period necessary to permit those filings to be considered on their merits.

6. The delay is brief, will not unfairly prejudice Defendants, will not materially affect the proceedings, and was not sought for purposes of delay. Plaintiff has acted in good faith and respectfully requests that the Court find excusable neglect under Rule 6(b)(1)(B).

7. Plaintiff's wife, Michelle Wenckens, attempted to confer with counsel for Defendants, Jordan Grundhoefer, regarding the relief requested in this Motion on Plaintiff's behalf. At the time of filing, no response has been received.

8. A proposed Order is attached.

**<u>Prayer</u>**

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court find excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B), grant this Motion, extend Plaintiff's deadline to file his Response to Defendants' Motion for Summary Judgment through September 17, 2026, and deem Plaintiff's contemporaneously filed Response and objections timely filed.

Dated: September 17, 2026.

Respectfully submitted,

JUSTIN DEWAYNE WENCKENS
TDCJ ID NO. 02477197
H. H. Coffield Unit
2661 FM 2054
Tennessee Colony, Texas 75884

***Plaintiff Pro Se***

**Certificate of Conference**

I hereby certify that on my behalf, my wife, Michelle Wenckens, attempted to confer with counsel for Defendants, Jordan Grundhoefer, regarding this motion. At the time of filing, a response had not been received. If a response is received, Plaintiff will update the Court accordingly.

JUSTIN DEWAYNE WENCKENS
TDCJ ID NO. 02477197

## Certificate of Service

In accordance with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing document has been served via USPS Priority Mail on the following counsel on September 17, 2026:

***Counsel for Defendants:***

**Ken Paxton**
Attorney General of Texas
**Brent Webster**
First Assistant Attorney General
**Ralph Molina**
Deputy First Assistant Attorney General
**Austin Kinghorn**
Deputy Attorney General for Civil Litigation
**Briana M. Webb**
Acting Division Chief
Law Enforcement Defense Division

**JORDAN GRUNDHOEFER**
Assistant Attorney General
Law Enforcement Defense Division
jordan.grundhoefer@oag.texas.gov
Law Enforcement Defense Division
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711

JUSTIN DEWAYNE WENCKENS
TDCJ ID NO. 02477197

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **JUSTIN DEWAYNE WENCKENS,** | § | |
| **TDCJ NO. 02477197,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **P-25-CV-00005-DC** |
| | § | |
| **MANUEL ENRIQUEZ, JR., *et al.*,** | § | |
| ***Defendants.*** | § | |

**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On this day, the Court considered Plaintiff's Second Motion for Extension of Time to File Response to Defendants Enriquez, Perez, Ortega, and Flores's Motion for Summary Judgment. The Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's deadline to file his Response to Defendants' Motion for Summary Judgment is extended through September 17, 2026.

**IT IS FURTHER ORDERED** that Plaintiff's Response to Defendants' Motion for Summary Judgment and Objections to Defendants' Summary Judgment Evidence filed on September 17, 2026, are deemed timely filed.

It is so **ORDERED**.

SIGNED this _____ day of ____________________, 2026.

______________________________
DAVID COUNTS
UNITED STATES DISTRICT JUDGE