**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **JUSTIN DEWAYNE WENCKENS,** | § | |
| **TDCJ NO. 02477197,** | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **P-25-CV-00005-DC** |
| | § | |
| **MANUEL ENRIQUEZ, JR., *et al.*,** | § | |
| ***Defendants*.** | § | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO**
**<u>IDENTIFY AND SERVE JOHN DOE NO. 1</u>**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff Justin Dewayne Wenckens, proceeding pro se, respectfully moves pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) for a two-day extension of the deadline to identify and serve John Doe No. 1, from September 15, 2026, through September 17, 2026. In support, Plaintiff states:

**1.** On August 14, 2026, the Court extended Plaintiff's deadline to identify and serve John Doe No. 1 through September 15, 2026.

**2.** Plaintiff has now identified John Doe No. 1 as Officer David Rodriguez, a correctional officer at the James Lynaugh Unit at the time of the July 20, 2024 incident.

**3.** Plaintiff was unable to complete the identification, substitution, and related filing by the September 15, 2026 deadline. Plaintiff is incarcerated and proceeding pro se and has been required to rely upon limited access to records and assistance outside the institution in reviewing the discovery and information necessary to identify the previously unknown officer and prepare the necessary filings.

**4.** The delay is two days. Plaintiff has acted diligently to complete the identification and is filing contemporaneously his Motion for Leave to Substitute Officer David Rodriguez for

John Doe No. 1, Amend Complaint, and Request for Service, together with his proposed First Amended Complaint.

**5.** The requested two-day extension will not prejudice the existing Defendants. Officer Rodriguez was previously pleaded as John Doe No. 1, and Plaintiff does not seek through the identification to assert a new claim against a person not previously alleged to have participated in the incident.

**6.** Plaintiff respectfully submits that the circumstances constitute excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B) and requests that the Court extend the September 15, 2026 deadline through September 17, 2026, and deem Plaintiff's identification of Officer David Rodriguez timely.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court extend his deadline to identify and serve John Doe No. 1 through September 17, 2026; deem Plaintiff's identification of Officer David Rodriguez as John Doe No. 1 timely; and grant Plaintiff such other and further relief to which he may be entitled.

Dated: September 17, 2026.

Respectfully submitted,

JUSTIN DEWAYNE WENCKENS
TDCJ ID NO. 02477197
H. H. Coffield Unit
2661 FM 2054
Tennessee Colony, Texas 75884

***Plaintiff Pro Se***

**Certificate of Conference**

I hereby certify that on my behalf, my wife, Michelle Wenckens, attempted to confer with counsel for Defendants, Jordan Grundhoefer, regarding this motion. At the time of filing, a response had not been received. If a response is received, Plaintiff will update the Court accordingly.

JUSTIN DEWAYNE WENCKENS
TDCJ ID NO. 02477197

## Certificate of Service

In accordance with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing document has been served via USPS Priority Mail on the following counsel on September 17, 2026:

***Counsel for Defendants:***

**Ken Paxton**
Attorney General of Texas
**Brent Webster**
First Assistant Attorney General
**Ralph Molina**
Deputy First Assistant Attorney General
**Austin Kinghorn**
Deputy Attorney General for Civil Litigation
**Briana M. Webb**
Acting Division Chief
Law Enforcement Defense Division

**JORDAN GRUNDHOEFER**
Assistant Attorney General
Law Enforcement Defense Division
jordan.grundhoefer@oag.texas.gov
Law Enforcement Defense Division
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711

______________________________
JUSTIN DEWAYNE WENCKENS
TDCJ ID NO. 02477197

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **JUSTIN DEWAYNE WENCKENS,** | § | |
| **TDCJ NO. 02477197,** | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **P-25-CV-00005-DC** |
| | § | |
| **MANUEL ENRIQUEZ, JR., *et al.*,** | § | |
| ***Defendants*.** | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR**
**<u>EXTENSION OF TIME TO IDENTIFY AND SERVE JOHN DOE NO. 1</u>**

On this day, the Court considered Plaintiff's Motion for Extension of Time to Identify and Serve John Doe No. 1. The Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's deadline to identify and serve John Doe No. 1 is extended through September 17, 2026.

**IT IS FURTHER ORDERED** that Plaintiff's identification of Officer David Rodriguez as John Doe No. 1 is deemed timely.

It is so **ORDERED**.

SIGNED this _____ day of ____________________, 2026.

________________________________________
DAVID COUNTS
UNITED STATES DISTRICT JUDGE