**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **JUSTIN DEWAYNE WENCKENS,** *Plaintiff,* | § § | |
| **v.** | § § § | **PE:25-CV-00005-DC-DF** |
| **MANUEL ENRIQUEZ, JR., et al;** *Defendants.* | § § | |

**OMNIBUS ORDER**

Before the Court is Plaintiff Justin Dewayne Wenckens's Motion for Extension of Time to File Response to Summary Judgment (Doc. 83), Motion for Leave to Amend Complaint and Request for Service (Doc. 84), Motion for Extension of Time to Identify and Serve John Doe No. 1 (Doc. 85), and Motion to Compel Discovery Responses and for Brief Extension of Discovery Deadline (Doc. 86). The Court **GRANTS** Wenckens's Motion for Extension of Time to File Response to Summary Judgment (Doc. 83), Motion for Leave to Amend Complaint and Request for Service (Doc. 84), and Motion for Extension of Time to Identify and Serve John Doe No. 1 (Doc. 85). The Court **GRANTS IN PART AND DENIES IN PART** Wenckens's Motion to Compel Discovery Responses and for Brief Extension of Discovery Deadline (Doc. 86).

Under Local Rule CV-7(d)(2), a "response to a discovery or case management motion shall be filed not later than 7 days after the filing of the motion" or else "the court may grant the motion as unopposed."[1] Wenckens filed each of his Motions on

1. Courts have considered motions for leave to amend as case management motions to which responses must be filed within seven days. *Alvarado v. Wang Ma LLC*, No. SA:13-CV-944-DAE, 2015 WL 919818, at *1 (W.D. Tex. Mar. 3, 2015) ("Defendant . . . did not file a response [to the plaintiff's motion for leave to file

September 17, 2026, meaning that Defendants had until September 24th to file responses. (Docs. 83–86). Because Defendants have not filed responses, the Court now considers Wenckens' Motions unopposed.

Accordingly, the Court **GRANTS** Wenckens' Motion for Extension of Time to File Response to Summary Judgment (Doc. 83), Motion for Leave to Amend Complaint and Request for Service (Doc. 84), and Motion for Extension of Time to Identify and Serve John Doe No. 1 (Doc. 85). The Clerk of Court is **DIRECTED** to docket Wenckens's attached Amended Complaint (Doc. 84 at 9–28) as Plaintiff's First Amended Complaint. The Clerk of Court is further **DIRECTED** to prepare and issue summons directed at Defendant David Rodriguez and forward the same, together with a copy of Wenckens's First Amended Complaint (Doc. 84 at 9–28), by certified mail return receipt requested to the address Wenckens provides for Defendant Rodriquez: James Lynaugh Unit, 1098 South Highway 2037, Fort Stockton, Texas 79735.

The Court **GRANTS IN PART AND DENIES IN PART** Wenckens's Motion to Compel Discovery Responses and for Brief Extension of Discovery Deadline (Doc. 86). The Motion is **DENIED** as to extending the discovery deadline to be thirty days after Defendants serve complete discovery responses. The Court instead **EXTENDS** the discovery deadline **to October 31, 2026**. It is further **ORDERED** that Defendants serve complete responses to the discovery requests identified in Wenckens's Motion to Compel **within 14 days**.

---

amended complaint] within the seven day time limit proscribed by Local Rule CV-7(e)(2), and as such, the Court has discretion to grant the motion as unopposed.").

It is so **ORDERED**.

SIGNED this 1st day of October, 2026.

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE